UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br><br>                    Plaintiff,<br><br>v.<br><br>OHIO REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>                    Defendants. | Civil Action No. 1:16-cv-02645 |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Donald J. McTigue, am a member in good standing of the bar of this Court. I am moving the admission of Michael J. Gottlieb to appear pro hac vice in this case as counsel for the Ohio Democratic Party.

We certify that:

1. The proposed admittee is not a member of the Ohio bar and does not maintain any law office in Ohio.

2. The proposed admittee is a member in good standing of the District of Columbia Bar.

3. The proposed admittee was admitted to the District of Columbia Bar on June 11, 2007.

4. The proposed admittee has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

5. The proposed admittee has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The $120.00 fee for admission pro hac vice accompanies this motion.

8. Under penalties of perjury, the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Donald J. McTigue (#0022849) | Michael J. Gottlieb (#974960) |
| Printed Name and Bar Number | Printed Name and Bar Number |
| McTigue & Colombo, LLC | Boies, Schiller & Flexner |
| Office name | Office name |
| 545 East Town Street | 5301 Wisconsin Avenue |
| Columbus, OH 43215 | Washington, D.C. 20015 |
| Address | Address |
| dmctigue@electionlawgroup.com | mgottlieb@bsfllp.com |
| Email Address | Email Address |
| (614) 263-7000 | (202) 237-2727 |
| Telephone Number | Telephone Number |
| (614) 263-7078 | (202) 237-6131 |
| Fax Number | Fax Number |

## Certificate of Service

I hereby certify that on October 31, 2016, a copy of foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                s/ Donald J. McTigue
                                                Donald J. McTigue
                                                MCTIGUE & COLOMBO LLC
                                                545 East Town Street
                                                Columbus, OH 43215
                                                (614) 263-7000
                                                dmctigue@electionlawgroup.com