# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br><br>Plaintiff,<br><br>v.<br><br>OHIO REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>Defendants. | Civil Action No. 1:16-cv-02645-JG<br><br>JUDGE JAMES S. GWIN<br><br>MAGISTRATE JUDGE THOMAS M. PARKER |

## <u>DECLARATION OF DONALD J. MCTIGUE, ESQ.</u>

I, Donald J. McTigue, Esq., being of full age and upon my oath according to law, hereby declare as follows:

1.      I am an Attorney-at-Law of the State of Ohio and Partner in the law firm of McTigue & Colombo LLC, attorneys for Plaintiff, Ohio Democratic Party, in the above-captioned matter.  I am familiar with the facts related to this litigation.

2.      Annexed hereto as Exhibit 1 is a true copy of the GOP Press Release (*RNC & Trump Campaign Announce Joint Agreements*) dated May 17, 2016.

3. Annexed hereto as Exhibit 2 is a true copy of the New York Times article (*Donald Trump's Call to Monitor Polls Raises Fears of Intimidation*) dated October 18, 2016.

4. Annexed hereto as Exhibit 3 is a true copy of the Volunteer to be a Trump Election Observer form.

5. Annexed hereto as Exhibit 4 is a true copy of the Guardian article (*Trump Loyalists Plan Own Exit Poll Amid Claims of 'Rigged' Election*) dated October 20, 2016.

6. Annexed hereto as Exhibit 5 is a true copy of the Stop the Steal website home page accessed October 22, 2016.

7. Annexed hereto as Exhibit 6 is a true copy of the Boston Globe article (*Warnings of Conspiracy Stoke Anger Among Trump Faithful*) dated October 15, 2016.

8. Annexed hereto as Exhibit 7 is a true copy of @jackbgoode1's tweet on August 19, 2016 at 7:43 P.M.

9. Annexed hereto as Exhibit 8 is a true copy of @jackbgoode1's tweet on July 14, 2016 at 9:14 A.M.

10. Annexed hereto as Exhibit 9 is a true copy of the Talking Points Memo article (*Why the RNC Wants Nothing to Do with Trump's Poll Watcher Call to Arms*) dated October 21, 2016.

11. Annexed hereto as Exhibit 10 is a true copy of the Hill article (*Trump Campaign Encouraging Surrogates To Double Down On Ballot Fraud*) dated October 21, 2016.

12. Annexed hereto as Exhibit 11 is a true copy of the Washington Post article (*Trump Fires up Recruitment of Poll Watchers as He Warns of Election 'Cheating'*) dated August 13, 2016.

13.     Annexed hereto as Exhibit 12 is a true copy of the Washington Post article (*Pennsylvania Republicans Sue to Allow Poll Watchers to Cross County Lines*) dated October 22, 2016.

14.     Annexed hereto as Exhibit 13 is a true copy of the CNN article (*Guiliani on Rigged Election: 'Dead People Generally Vote for Democrats'*) dated October 16, 2016.

15.     Annexed hereto as Exhibit 14 is a true copy of the Face the Nation Transcript (*Face the Nation Transcript October 23, 2016: Priebus, Axelrod*) dated October 23, 2016.

16.     Annexed hereto as Exhibit 15 is a true copy of the Order Granting Plaintiffs' Motion for Preliminary Injunction in *Brakebill v. Jaeger*, No. 16-cv-00008 (DLH), (D.N.D. Aug. 1, 2016).

17.     Annexed hereto as Exhibit 16 is a true copy of the Washington Post article (*A Comprehensive Investigation of Voter Impersonation Finds 31 Credible Incidents Out of One Billion Ballots Cast*) dated August 6, 2014.

18.     Annexed hereto as Exhibit 17 is a true copy of the Bloomberg Businessweek article (*Inside the Trump Bunker, with Days to Go*) dated October 27, 2016.

19.     Annexed hereto as Exhibit 18 is a true copy of the Politico article (*Trump: Without ID Law, Voters Will Vote '15 Times' for Clinton*) dated August 9, 2016.

20.     Annexed hereto as Exhibit 19 is a true copy of the Politico article (*How Hostile Poll-Watchers Could Hand Pennsylvania to Trump*) dated October 2, 2016.

21.     Annexed hereto as Exhibit 20 is a true copy of the Atlantic article (*Donald Trump's Attacks on the Rights of Minority Voters*) dated October 13, 2016.

22.     Annexed hereto as Exhibit 21 is a true copy of the Boston Globe article (*Giuliani, Gingrich Raise Specter of Voter Fraud Ahead of Election*) dated October 16, 2016.

23.     Annexed hereto as Exhibit 22 is a true copy of the Hill article (*Trump: Government Bringing in Illegal Immigrants to Vote*) dated October 7, 2016.

24.     Annexed hereto as Exhibit 23 is a true copy of the RealClearPolitics Transcript (*CNN's Jake Tapper vs. Rudy Giuliani: You're Saying Only Democrats Rig Elections?*) dated October 16, 2016.

25.     Annexed hereto as Exhibit 24 is a true copy of the RealClearPolitics Transcript (*Gingrich: 20 Media Executives Are Launching a "Coup D'Etat" Against Millions of Trump Voters*) dated October 16, 2016.

26.     Annexed hereto as Exhibit 25 is a true copy of Twitter user @roycan79's tweet on October 17, 2016 at 9:53 a.m.

27.     Annexed hereto as Exhibit 26 is a true copy of Twitter user @soniafarace's tweet on October 11, 2016 at 4:44 p.m.

28.     Annexed hereto as Exhibit 27 is a true copy of the StopTheSteal.org "Voter Protector Exit Poller" registration form.

29.     Annexed hereto as Exhibit 28 is a true copy of the Washington Post article (*Poll: Nearly Half of Americans Say Voter Fraud Occurs Often*) dated September 15, 2016.

30.     Annexed hereto as Exhibit 29 is a true copy of the Breitbart article (*Wikileaks: John Podesta Believed 'Obama Forces' Committed Voter Fraud*) dated October 15, 2016.

31.     Annexed hereto as Exhibit 30 is a true copy of the New Yorker article (*The Dirty Trickster*) dated June 2, 2008.

32.     Annexed hereto as Exhibit 31 is a true copy of the BillyPenn.com article ('*Rigged?' Western PA Republican Circulates Fake Meme About Online Voting in PA*) dated October 18, 2016.

33.     Annexed hereto as Exhibit 32 is a true copy of the "Defend the Donald" website, accessed October 29, 2016.

34.     Annexed hereto as Exhibit 33 is a true copy of @Lady_Lbrty's tweet on October 26, 2016 at 9:28 P.M.

35.     Attached hereto as Exhibit 34 is a true copy of @StoneColdTruth's tweet on October 23, 2016, at 5:12 P.M.

36.     Attached hereto as Exhibit 35 is a true copy of the Roll Call article (*Voting Rights Groups Brace for Election Day 'Chaos'*) dated October 27, 2016.

37.     Attached hereto as Exhibit 36 is a true copy of the Huffington Post article (*Trump-Linked Voter Intimidation Group Releases New Script for 'Citizen Journalists'*) dated October 26, 2016).

38.     Attached hereto as Exhibit 37 is a true copy of the Wall Street Journal article (*At 'Poll Watcher Training' Class, Republicans Trade Rumors, Fears of Fraud*) dated October 27, 2016.

39.     Attached hereto as Exhibit 38 is a true copy of the Cleveland.com article (*Donald Trump's 'Rigged' Talk Concerns Cuyahoga County Elections Officials*) dated October 19, 2016.

40.     Attached hereto as Exhibit 39 is a true copy of the Newsmax article (*Pence Urges Supporters to Watch Polls for Fraud*) dated October 17, 2016.

41.     Attached hereto as Exhibit 40 is a true copy of the Media Matters article (*Trump Ally Roger Stone Has Repeatedly Urged the Killing of Public Figures*) dated May 2, 2016.

42.     Attached hereto as Exhibit 41 is a true copy of the NPR transcript (*Ohio Secretary of State Calls Trump's Rigged Election Claims 'Irresponsible'*) dated October 17, 2016.

43.     Attached hereto as Exhibit 42 is a true copy of the Newsplex article (*Legally Armed Protester Stands Outside Dittmar Campaign Offices for Hours*) dated October 13, 2016.

44.     Attached hereto as Exhibit 43 is a true copy of @MillieGouveia's tweet on October 24, 2016, at 6:28 P.M.

45.     Attached hereto as Exhibit 44 is a true copy of the Columbus Dispatch article (*Trump Backers Walking Shaky Legal Line in Monitoring Voters*) dated October 24, 2016.

46.     Attached hereto as Exhibit 45 is a true copy of the Dayton Daily News article (*Arrest Made After Manure Dumped Outside Warren County Dems HQ*) dated October 29, 2016).

47.     Attached hereto as Exhibit 46 is a true copy of @MikeSFox45NOW's tweet from November 1, 2016 at 11:26 A.M.

48.     Attached hereto as Exhibit 47 is a true copy of several images captured from the Facebook page of James Pinell on November 1, 2016.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 2, 2016

/s/ Donald J. McTigue_____
Donald J. McTigue, Esq.
**McTigue & Colombo LLC**
545 East Town Street
Columbus, OH 43215
(614) 263-7000
Attorneys for Plaintiff, Ohio Democratic Party

▋PRESS RELEASES (/PRESS-RELEASES/)

# RNC & Trump Campaign Announce Joint Agreements

**ELECTION 2016 (/TOPIC/ELECTIONS-ELECTION-2016/)**   - May 17, 2016

(https://www.facebook.com/sharer.php?

(https://twitter.com/share?

url=https://gop.com/rnc-

campaign-

announce-

joint-

agreements)

agreements&text=RNC

& Trump

Campaign

Announce

Joint

Agreements

)

*Lew Eisenberg selected to lead fundraising effort for Trump Victory along with Trump Campaign Finance Chair Steven Mnuchin*

WASHINGTON, D.C. – Today, Republican National Committee (RNC) Chairman Reince Priebus announced the RNC and Donald J. Trump for President have entered into joint fundraising agreements (JFAs). The agreements will allow the Donald J. Trump for President campaign to raise funds the national party will use to elect Republicans at all levels this cycle.

"The RNC is excited to team up with the Trump campaign to expand the robust ground, data, and digital operation we have in place to elect Republicans up and down the ballot," said Chairman Priebus. "Donald Trump knows the importance of keeping our Republican majorities at the local, state, and national level, and these joint fundraising agreements are another vital step in making that happen. Donald Trump has received millions more votes than any candidate in the history of the Republican Party and we are confident that will carry forward into the general election."

Mr. Trump said, "We are pleased to have this partnership in place with the national party. By working together with the RNC to raise support for Republicans everywhere, we are going to defeat Hillary Clinton, keep Republican majorities in Congress and in the states, and Make America Great Again."

RNC Finance Chairman Lew Eisenberg has been selected to be the Finance Chair of Trump Victory.  Eisenberg will work closely with Trump Campaign Finance Chair Steven Mnuchin to ensure a successful fundraising apparatus through November.

"Lew Eisenberg is going to do an outstanding job leading this effort," said Chairman Priebus. "Lew has already helped the RNC raise a record $135 million in support this cycle, and I have every confidence his track record of success will continue in this new role."

**Background:**

The Republican National Committee and Donald J. Trump for President are entering into two joint fundraising agreements that will establish two joint fundraising committees: Trump Victory and the Trump Make America Great Again Committee.

Trump Victory is a joint fundraising committee between the RNC, Donald J. Trump for President, and the State Republican Parties in the following states: Arkansas, Connecticut, Louisiana, Mississippi, New Jersey, New York, South Carolina, Tennessee, Virginia, West Virginia, and Wyoming.

**EXHIBIT 1**

## MOST POPULAR

APA Highlights of the Week 10/14-10/21 (/apa-highlights-of-the-week-1014-1021/)

APA Highlights of the Week 10/7-10/14 (/apa-highlights-of-the-week-107-1014/)

ICYMI: General Cartwright is paying the price for Hillary Clinton's sins (/icymi-general-cartwright-is-paying-the-price-for-hillary-clintons-sins/)

RNC Statement On Tonight's Presidential Debate (/rnc-statement-on-tonights-presidential-debate/)

Today Clinton Has Some BLM Questions To Answer About Tim Kaine's Richmond Record (/today-clinton-has-some-blm-questions-to-answer-about-tim-kaines-richmond-record/)

A YUUUUUUGE Flip Flop (/a-yuuuuuuge-flip-flop/)

## MORE PRESS RELEASES

ICYMI: General Cartwright is paying the price for Hillary Clinton's sins (/icymi-general-cartwright-is-paying-the-

The Trump Make America Great Again Committee is a joint fundraising committee between the RNC and Donald J. Trump for President.

The max contribution an individual can give to Trump Victory is $449,400.

###

**ELECTIONS (/ISSUE/ELECTIONS/)**   **ELECTION 2016 (/TOPIC/ELECTIONS-ELECTION-2016/)**

PREVIOUS POST
RNC Statement On Tuesday's Democrat Primaries (/rnc-statement-on-ky-or-democrat-primaries?)

NEXT POST
RNC Statement On Federal ObamaCare Ruling (/rnc-statement-on-federal-obamacare-ruling?)

price-for-hillary-clintons-sins/)

RNC Statement On Tonight's Presidential Debate (/rnc-statement-on-tonights-presidential-debate/)

RNC New Video: "Black Republican Activists | Midweek Message: Criminal Justice" (/rnc-new-video-black-republican-activists-midweek-message-criminal-justice/)

RNC Requests State Department IG Investigate Alleged Clinton Email Quid Pro Quo (/rnc-requests-state-department-ig-investigate-alleged-clinton-email-quid-pro-quo/)

ICYMI: VA shuffles managers, declares 'new leadership' (/icymi-va-shuffles-managers-declares-new-leadership/)



## CONNECT WITH US

Republican National Committee

Follow @GOP

(https://www.instagram.com/gop/?ref=badge)

Follow GOP

Chairman Reince Priebus (/leaders/national-chairman-reince-priebus-nt)

Follow @GOP

### Our GOP (/our-gop/)

2016 GOP HQ (/2016-gophq/)
Republican Platform (/platform/)
National GOP Leadership (/leaders/national/)
State GOP Leadership (/leaders/states/)
History of the GOP (/history/)
RNC Rules & Resolutions (/rules-and-resolutions/)
RNC Counsel's Office (/rnc-counsels-office/)

### GOP Groups (/groups/)

Black Republican Activists (/groups/black-republican-activists/)
GOP Hispanics (/groups/gop-hispanics/)
RNC Women (/groups/rnc-women/)
GOP Faith (/groups/gop-faith/)
Asian Pacific Americans (/groups/asian-pacific-americans/)
GOP Millennials (/groups/gop-millennials/)
Veterans & Military Families (/groups/veterans-and-military-families/)

### Action Center (/get-involved/)

Petitions (/get-involved/?selected_tab=petitions)
Surveys (/get-involved/?selected_tab=surveys)
Political Education Signup (/get-involved/political-education/)
Jobs & Internships (/get-involved/jobs/)
Volunteer (/get-involved/volunteer/)

### Issues

2016 HQ (/issue/2016-hq)
Budget and Spending (/issue/budget-and-spending)
Economy (/issue/economy)
Education Reform (/issue/education-reform)
Elections (/issue/elections)
Energy and Environment (/issue/energy-and-environment)
Family Values (/issue/family-values)
Foreign Relations (/issue/foreign-relations)
GOP (/issue/gop)
Government Accountability (/issue/government-accountability)
Higher Education (/issue/higher-education)
Homeland Security (/issue/homeland-security)

### News & Videos (/news/)

Blog (/blog/)
Press Releases (/press-releases/)
Research (/research/)
Videos (/videos/)

**Contribute** (https://secure.gop.com/donate)

310 First Street SE, Washington, DC 20003

202-863-8500

EXHIBIT 1

Immigration (/issue/immigration)
Liberty (/issue/liberty)
National Defense (/issue/national-defense)
ObamaCare (/issue/obamacare)
Veterans (/issue/veterans)
2016 HQ (/issue/2016-hq)
Budget and Spending (/issue/budget-and-
spending)
Economy (/issue/economy)
Education Reform (/issue/education-reform)
Elections (/issue/elections)
Energy and Environment (/issue/energy-and-
environment)
Family Values (/issue/family-values)
Foreign Relations (/issue/foreign-relations)
GOP (/issue/gop)
Government Accountability
(/issue/government-accountability)
Higher Education (/issue/higher-education)
Homeland Security (/issue/homeland-
security)
Immigration (/issue/immigration)
Liberty (/issue/liberty)
National Defense (/issue/national-defense)
ObamaCare (/issue/obamacare)
Veterans (/issue/veterans)

## GOP WEBSITES (/SITES/)

Victory 365 (http://www.gopvictory365.com/)
Create Your American Dream (http://www.gop.com/create-your-american-dream)
Para Bellum Labs (http://www.parabellumlabs.com/)          Obamacosts (http://obamacosts.gop.com/)
Poor Hillary (http://www.poorhillaryclinton.com/)

© Copyright 2016 All Rights Reserved - Privacy Policy (/privacy/)

Paid for by the Republican National Committee. Not Authorized By Any Candidate Or Candidate's Committee. www.gop.com ()

EXHIBIT 1

10/23/2016
Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 10 of 290. PageID #: 125
Donald Trump's Call to Monitor Polls Raises Fears of Intimidation - The New York Times

**The New York Times** | http://nyti.ms/2eftLMo

ELECTION 2016

Who Will Win?    Latest Polls    Senate Forecast    Get the Podcast    Primary Results

# Donald Trump's Call to Monitor Polls Raises Fears of Intimidation

By TRIP GABRIEL    OCT. 18, 2016

Warning darkly of a stolen election, Donald J. Trump has called on supporters to turn out in droves on Election Day to monitor polling places, telling them they need to be vigilant against widespread voter fraud and a rigged outcome.

"Voter fraud is all too common, and then they criticize us for saying that," he said at a rally Tuesday in Colorado Springs. "But take a look at Philadelphia, what's been going on, take a look at Chicago, take a look at St. Louis. Take a look at some of these cities, where you see things happening that are horrendous."

His language has stirred increasing fears of intimidation of minorities inside polling places, where their qualifications to vote could be challenged, or outside, where they would face illegal electioneering.

But as Mr. Trump casts doubt on the integrity of the presidential election, there are no signs of a wave of Trump poll watchers building. Like much else about his campaign, his call to "get everybody to go out and watch" the polls seems to be a Potemkin effort, with little or no organization behind it.

**EXHIBIT 2**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 11 of 290. PageID #: 126

Still, his pronouncements about a "stolen" election were enough to draw a mocking rebuke Tuesday from **President Obama**, who suggested that Mr. Trump's effort to delegitimize the election results even before the vote takes place was unprecedented. He told the Republican nominee to "stop whining and go try to make his case to get votes."

"I have never seen in my lifetime or in modern political history any presidential candidate trying to discredit the elections and the election process before votes have even taken place," Mr. Obama said.

Republican and election officials in cities and states that Mr. Trump has singled out for potential widespread voter fraud, including Philadelphia, Pittsburgh and Ohio, said his message to supporters to become poll watchers had generated scant response.

"There's a real disconnect between the intensity of the buzz at the national level and anything we've seen on the ground," said Al Schmidt, a Republican who is the vice chairman of Philadelphia's election board. "We haven't received a single call from somebody outside of Philadelphia looking to be a poll watcher."

At rallies since the summer in rural Pennsylvania, Mr. Trump has spoken of the potential for "shenanigans" in Philadelphia, urging supporters to "go around and watch other polling places."

# Sign-up for free NYT Newsletters



Opinion Today
Thought-provoking commentary, weekdays



First Draft
Political news and analysis, weekdays

**EXHIBIT 2**



Cooking
Delicious recipes and more, 5 times a week



Bits
Latest technolgy news, daily

Enter your email address

☑ Receive occasional updates and special offers for The New York Times's products and services.

I'm not a robot

reCAPTCHA
Privacy - Terms

Privacy Policy

"I hear these horror shows, and we have to make sure that this election is not stolen from us and is not taken away from us," he said last week to a nearly all-white crowd in northeast Pennsylvania. "And everybody knows what I'm talking about."

The type of in-person voter fraud Mr. Trump is warning about is extremely rare; one study by a Loyola Law School professor found 31 known cases out of a billion votes cast in United States elections from 2000 to 2014. Moreover, the ability to commit fraud on a scale vast enough to swing a statewide election would require the coordination of scores of people, a possibility widely dismissed by experts.

His call to monitor polling places betrays an ignorance of election laws in most states, which require poll watchers to be registered in the county or precinct where they operate.

Even though Mr. Trump's website includes a form to sign up as a poll watcher and "help me stop Crooked Hillary from rigging this election," local officials in battleground states said they had seen no surge by Trump supporters seeking to be certified poll watchers.

**EXHIBIT 2**

"The numbers this year are on par with the numbers we saw in 2012," said Katie Eagan, the executive director of the Ohio Republican Party, which is handling the appointment of poll watchers for the Trump campaign throughout the state.

True the Vote, a group dedicated to policing voter fraud that is popular on the political right, said sign-ups for an online training course it offers on how to be a poll watcher were about equal to 2012, some 200 people a day.

Last week outside Pittsburgh, speaking to a nearly all-white audience, Mr. Trump told supporters that it was "so important that you watch other communities, because we don't want this election stolen from us."

But even if few are heeding Mr. Trump's call to sign up as poll watchers, a big question is whether Trump supporters will nevertheless flood polling places on Election Day in Democratic strongholds.

Lisa M. Deeley, a Democrat on the Philadelphia voting board, said she feared that Trump supporters would gather at polling sites, where they are allowed to go within 10 feet of the entrances, to jeer voters.

"It's one thing for any candidate to say, 'I need volunteers, come out and support my campaign,'" she said. "But when a candidate is saying, 'I need your help because they're cheating,' it changes the game."

In general, states permit citizen poll watchers in polling locations to check the work of election officials. Qualifications differ by state, but many require monitors to be registered in the county or precinct where they serve. They can be appointed by political parties, and in some cases by the candidates themselves.

In 39 states, credentialed poll watchers can challenge voters' eligibility, with the rules varying widely, said Wendy R. Weiser, the director of the Democracy Program at the Brennan Center for Justice.

Pennsylvania, which has a permissive statute, allows challenges to a voter's photo ID and residency, though the state clarified this year that challenges could not be based on ethnicity or race.

**EXHIBIT 2**

"I think there's a real risk of improper challenges," Ms. Weiser said.

Philadelphia officials said Mr. Trump's insinuation that widespread fraud in past elections would merit fears of a stolen election were groundless. The candidate appears to be echoing a charge by conservative commentators and internet rumors that the 2012 Republican nominee, Mitt Romney, did not receive a single vote in dozens of precincts in Philadelphia or in nearly 20 precincts in Cleveland.

Election officials in Philadelphia said many of these precincts were as small as a single apartment building, and they were in heavily African-American parts of the city. Efforts by newspapers in Philadelphia and Cleveland to find "missing" Romney voters who had been erased from the vote count came up empty-handed.

Voter fraud "does occur," said Mr. Schmidt, the Republican election commissioner in Philadelphia, who issued a report in 2012 that found a handful of irregularities.

"But what Trump's talking about is widespread, coordinated efforts to alter the outcome of the election, and that I've just simply never seen. It would be very easy to find because it would involve a conspiracy of dozens if not hundreds of people."

On Tuesday, state officials in Indiana said they were investigating possible fraud in thousands of voter registrations that had been altered. And Trump supporters in Pennsylvania say they are on guard to prevent fraud.

"In Pennsylvania, voting irregularity isn't a myth," said Greg Manz, the communications director for the Trump campaign in the state. "Appropriate steps should be taken to ensure all applicable rules are enforced so that the elections are free from fraud and voter irregularity this November."

Mark Landler contributed reporting from Washington, and Ashley Parker from Colorado Springs.

*Find out what you need to know about the 2016 presidential race today, and get politics news updates via* Facebook*,* Twitter *and* the *First Draft newsletter*.

A version of this article appears in print on October 19, 2016, on page A1 of the New York edition with the headline: Few Answering Call by Trump to Watch Polls.

**EXHIBIT 2**

© 2016 The New York Times Company

**EXHIBIT 2**

# Volunteer to be a Trump Election Observer

Help Me Stop Crooked Hillary From Rigging This Election!

Please fill out this form to receive more information about becoming a volunteer Trump Election Observer.

Please ensure that the information you provide in this form matches your voter registration information.



First Name*

Last Name*

Email*

Phone

Address Line 1

Address Line 2

City

State* ▼

Zip

County

Date of Birth

**Count me in >>**

**EXHIBIT 3**

Paid for by Donald J. Trump for President, Inc.

Contact The Campaign - Privacy Policy - Tel: 646-736-1779

**EXHIBIT 3**

Case: 1:16-cv-02645-JG    Doc #: 8-3    Filed: 11/03/16    18 of 290.    PageID #: 133



# Trump loyalists plan own exit poll amid claims of 'rigged' election

Effort led by Trump confidante and conspiracy theorist Roger Stone targets cities with large minority populations, a tactic experts say could intimidate voters

**Oliver Laughland and Sam Thielman in New York**

Thursday 20 October 2016 17.40 EDT

Donald Trump loyalists will attempt to conduct their own crowd-funded exit polling on election day, ostensibly due to fears that electronic voting machines in certain areas may have been "rigged", the Guardian has learned.

But the effort, led by Trump's notorious informal adviser Roger Stone, will focus on 600 different precincts in nine Democrat-leaning cities with large minority populations, a tactic branded highly irregular by experts, who suggested that organizers could potentially use the polling as a way to intimidate voters.

Stone told the Guardian that around 1,300 volunteers from the controversial Citizens for Trump grassroots coalition would conduct exit polling in Cleveland, Detroit, Philadelphia, Las Vegas, Milwaukee, Fort Lauderdale, Charlotte, Richmond and Fayetteville – all locations in pivotal swing states.

Media organizations and political campaigns conduct exit polling for all major elections, but David Paleologos – a polling expert and director of the Suffolk University Political Research Center – said effective exit polling was done in bellwether precincts, not in areas likely to be dominated by a particular political party.

"It doesn't sound like that's a traditional exit poll," Paleologos said of Stone's planned efforts. "It sounds like that's just gathering data, in heavily Democratic areas for some purpose. It doesn't sound like exit polling."

The Republican nominee said during Wednesday's debate he would keep America "in suspense" over whether he would accept the outcome of the vote on 8 November, and on Thursday he said he would accept only "if I win" or if it is a "clear" result. He has frequently told his supporters that the election is being "rigged" against him, and since August his campaign has been recruiting election observers in anticipation of what he claims could be widespread voter fraud.

On Thursday, Stone, a noted conspiracy theorist, argued that the campaign had focused their efforts to combat the so-called "rigged election" in the wrong area and should instead concentrate on "election theft" via hacked or compromised voting machines.

"To those who say that it would be un-American to challenge the election on the basis that it was rigged, I would argue it would be un-American to have evidence of that rigging and not challenge

**EXHIBIT 4**

the election," Stone said.

Experts have taken several steps to remedy the digital vulnerabilities in voting machines in recent years. Last year at least one voting machine system was found to be substantially insecure. Princeton researcher Jeremy Epstein, now of technology firm SRI, discovered that WinVote machines used in Virginia could be accessed comparatively easily over a Wi-Fi connection through simple passwords. Epstein successfully pushed to have the machines decertified.

Epstein told the Guardian that exit polls in particular were a dangerously inaccurate way to gauge the legitimacy of an election. "There's a lot of evidence that exit polls are not very accurate," Epstein said. "People don't tell the pollsters what they actually did. In this election, depending on the neighborhood, people might not want to admit that they voted for Clinton or that they voted for Trump."

There are already methods in place to determine the accuracy of the results in a contested district. "Roughly 75, 80% of all voters in this election will use paper ballots," Epstein said, "so even if the machines were hacked, we'd have the paper ballots to go back to in most cases, especially in states where they do audits."

The Department of Homeland Security is already taking precautions to make sure election results are not interfered with electronically. "To date, 33 state and 11 county or local election agencies have approached the Department of Homeland Security about our cybersecurity services," the department said in a press release issued 10 October. DHS continues to offer "cyber-hygiene" services to other state or local boards looking for protection against hacking.

Rick Hasen, an election law expert at the University of California, shared Epstein's concerns over using exit polls as way of measuring the legitimacy of an election and warned: "It doesn't sound like a scientific way to do things, nor do I think it's a sound way to ferret out machine problems, it sounds much more like a Roger Stone dirty trick."

Stone, who did not identify the particular precincts volunteers would be targeting, argued that the polling methodology, was "designed by professionals", but was unable to identify who these professionals were. The former Richard Nixon adviser added that the effort was being run by the "Stop the Steal" organization, a group founded by Stone in the lead up to the Republican national convention in July, which organized protests aimed at preventing party delegates from taking the nomination away from Trump.

The Citizens for Trump coalition, which will supply volunteers for the polling, was also present at the Republican convention and organized a large rally in Cleveland alongside a host of fringe organizations, including armed vigilantes group Bikers for Trump and the conspiracy theorist website Infowars.

"It sounds like he's organizing a goon squad that could potentially be intimidating voters in minority areas," said Hasen. "It does raise the threat of violence on election day at polling places. People are going to have to be vigilant."

More news

# Topics

Donald Trump US elections 2016 US politics

**EXHIBIT 4**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 20 of 290. PageID #: 135

Save for later Article saved
Reuse this content

**EXHIBIT 4**



**EXHIBIT 5**

# 284

## Total Registered Exit Pollers

# 13%

## Percentage of Goal

289 Statistical Proof                                   2100

**Help us to reveal the TRUTH! Be an Exit Poller!** **Register Now**!

Donald Trump thinks Hillary Clinton and the Democrats are going to steal the next election. "I'm afraid the election is going to be rigged, I have to be honest," he told a campaign rally last week.

The issue is both voter-fraud and election theft through manipulation of the computerized voting machines. The truth is both parties have used these DIEBOLD/ PES voting machines to rig results of elections at the state and federal election. The party in power in a given state controls the programming of the voting machines.

Here is how easy it is to rig these machines:





We now know, thanks to the hacked e-mails from the Democratic National Committee that the Clintons had to cheat and rig the system to steal the Democratic nomination from Bernie Sanders. Why wouldn't they try to steal the election from Donald Trump?

If this election is close, *THEY WILL STEAL IT.*

The Washington Post even ran an editorial saying it was "impossible" to steal an election. Then, incredibly, Barrack Obama called Donald Trump's concerns about a rigged election "ridiculous."

Plus they intend to flood the polls with illegals. Liberal enclaves already let illegals vote in their local and state elections and now they want them to vote in the Presidential election.

What can we do to stop this outrageous steal? We must step up to the plate and do this vital job? That's why I am working with a staticians attorneys and computer experts to find and make public any result which has been rigged

We at THE EMERGENCY COMMITTEE TO STOP THE STEAL WILL:

**– Demand inspection of the software used to program the voting machines in every jurisdiction prior to the beginning of voting by an independent and truly non-partisan third party.**

**– Conduct targeted EXIT-POLLING in targeted states and targeted localities that we believe the Democrats could manipulate based on their local control, to determine if the results of the vote have been skewed by manipulation.**

**– Retain the countries foremost experts on voting machine fraud to help us both prevent and detect voting machine manipulation**

**by putting in a place to monitor polling, review the results and compare them to EXIT POLLS we must conduct.**

**– Recruit trained poll watchers for the key precincts in key states to monitor voting for fraud.  Between the Trump campaign and our efforts we believe we can cover every precinct in the crucial states.**

This vital voter registration plan must begin a soon as possible. We need to raise the $1 million required to ensure an honest count.

Under the law, you—or your corporation—can contribute in any amount.  Won't you send $10,000 for this vital program today? Of course $5,000 or even $2,500 would be a great help. If you can send $5,000 or $10,000 or more it would be a Godsend.

There are no limits on how much you can give the Stop the Steal and corporate contributions are acceptable. (But we don't take donations from lobbyists as a matter of policy.)

Will you help us prevent the THEFT of the 2016 Presidential election.This is our best chance to stop the Democrats from stealing the election from Donald Trump. Help us fight a rigged system.



## Popular Vote (Citizen Exit Polls)

### 73.5%
#### 25
## Donald Trump

### 5.9%
#### 2
## Hillary Clinton

# 5.9%

2

Gary Johnson

# 14.7%

5

Jill Stein





JS map by amCharts

https://stopthesteal.org/

**EXHIBIT 5**

# ALT-RIGHT-NETWORK NEWS

## First Post. Here are some photos I took at an early votng Precinct in Apex, NC

by Kari2 | Oct 24, 2016 | News, North Carolina, North Carolina's 4th | 1 Comment

I am trying to upload some photos. I get a message that says- " Upload the directory isn't writable."  Anyone able to help me.  Im testing the pages, so I can go out to early...

## TRUMP FOR AMERICA

by renegadenicole | Oct 23, 2016 | California, California's 49th, News | 0 Comments

test Author Name Frontend...



## y Larrabee Heabel

ookPoster | Oct 23, 2016 | News | 0 Comments

ing stuff...political rants don't need to make you yawn!...

## Lindsay Larrabee Heabel

by FacebookPoster | Oct 23, 2016 | News | 0 Comments

#voteprotectors This is a typical example of the MSM bringing a panel together a panel and, of course, the woman says that she is voting for Hillary. Stop suppressing the Voice of Real American...

## How is this going to work not many are signed up so :(

by KBB | Oct 22, 2016 | Florida, News | 10 Comments

Hi can you answer me back how this is every going to get off the ground in 16 days ? I see hardly anyone is signed up .

## Ain't it the truth?

by afr52 | Oct 22, 2016 | Arizona, Arizona's 4th, News | 4 Comments

## Andy Wallace

by FacebookPoster | Oct 21, 2016 | News | 2 Comments

#voteprotectors Where is our Ruble...

## Reuters Asks: "What Went Wrong With Democracy?"

by Frankie Stockes | Oct 21, 2016 | News, Virginia, Virginia's 7th | 2 Comments

Free and fair elections are under attack in a new article by John Lloyd of Reuters. In his latest scathing article on the 2016 campaign, Lloyd labels Donald Trump an icon of populist fear and racism, comparing Trump and his supporters to the Ku Klux Klan. Lloyd...

## Andy Wallace

by FacebookPoster | Oct 21, 2016 | News | 0 Comments

#voteprotectors Deplorable Radio on the Alt Right Network, Tonight from 6-8 EST, Lindsay Heabel and The Deplorables take YOUR CALLS at 914-205-5654! We discuss our ironment, when Patriots are viewed as traitors! Altrightnetwork.com

Wallace

by FacebookPoster | Oct 21, 2016 | News | 0 Comments

#voteprotectors проголосуй протекторы! все американские патриоты, чтобы восстановить нашу демократию!

« Older Entries

# INFOWARS FEATURED STORIES

**EXHIBIT 5**



## HILLARY CLINTON'S CARNIVAL CAMPAIGN COMES TO CLEVELAND, OH

Clinton supporters have no energy, zero enthusiasm

🔖 U.S. NEWS



## HILLARY'S VIOLENT OPERATIVES UNMASKED ON VIDEO AT ___ OF THE CRIME

___atives committing violence at political rallies exposed

## BOMBSHELL WILL SOON DESTROY DNC

Media won't touch damning evidence in Project Veritas videos - and there's still more to come

🔖 U.S. NEWS

## 'CNN SUCKS!': CROWD OF TRUMP SUPPORTERS EXPRESS CONTEMPT FOR MAINSTREAM MEDIA

"You guys suck!"

🔖 U.S. NEWS

## WATCH: CLINTON CAMPAIGN SPOKESMAN SQUIRMS, STUMBLES ADDRESSING WIKILEAKS PAY-FOR-PLAY EVIDENCE

Clinton Foundation accepted $12 million from "corrupt" Moroccan gov't just as presidential bid announced

🔖 INFO WARS EXCLUSIVES

### 'RIGGED' DEBATES? QUESTIONS ARISE AGAIN OVER LIGHTED SCREEN AT HILLARY'S PODIUM

Hillary spent an awkward amount of time during her answers peering down rather than at the camera

🔖 U.S. NEWS



### FORMER PROSECUTOR: THE CLINTONS ARE SO CORRUPT, EVERYTHING 'THEY TOUCH TURNS TO MOLTEN LEAD'

Obama's Department of Justice "created a double standard for justice - one for the Clintons and one for the little guy."

🔖 U.S. NEWS



### FORMER HILLARY AIDE: 'NO ONE KNOWS BETTER THAN ME THAT HER INSTINCTS CAN BE TERRIBLE'

Voters deserve to know why one of Hillary's former aides thinks her instincts can be "terrible."

🔖 U.S. NEWS

### ANTI-HILLARY 'WALKING DEAD' POSTERS SURFACE IN LOS ANGELES

The artwork from conservative artist Sabo consists of blood-spattered text reading, "Negan wants 50% of your shit. Hillary demands it all."

**EXHIBIT 5**

🔖 **U.S. NEWS**

## DONALD TRUMP SAYS HE WOULD BLOCK AT&T-TIME WARNER MERGER AS PRESIDENT

"Deals like this destroy democracy," said Trump during a rally in Gettysburg, Pa., on Saturday.

🔖 **U.S. NEWS**

## "RIGGED ELECTIONS ARE AN AMERICAN TRADITION"

The presstitutes have gone all out to demonize both Trump and any mention of election rigging

🔖 **U.S. NEWS**

## GLOBAL GREENING UP EXPONENTIALLY DUE TO CO2 INCREASE

Greening is a bigger effect than warming

🔖 **SCIENCE & TECH**

## STONE COLD TRUTH



**Latest News**

## WORLD NET DAILY: Roger Stone: If I'm found dead, Hillary's 'chief perp'

📅 October 21, 2016October 21, 2016   👤 Editor   👁 886 Views   💬 6 Comments

By Myra Adams Roger Stone is a seasoned political operative, best-selling author, well-known political pundit and an informal adviser to

**Read more**

**EXHIBIT 5**

10/13



**Latest News**

## BREITBART: Stone: Wikileaks, Mike Morell, Russia, and Me

📅 October 20, 2016October 21, 2016  👤 Editor  👁 823 Views  0 Comment

By Roger Stone As someone involved in politics for more than 40 years I can attest to the fact that

**Read more**



**Latest News**

## Russian Mafia money laundering, the Clinton Foundation and John Podesta

📅 October 13, 2016  👤 Editor  👁 4585 Views  💬 28 Comments

By Roger Stone NEW YORK – The attack on me by Clinton campaign Chief John Podesta is an attempt to

Read more




Latest News

## THE SLOT: Roger Stone Is Hangry

October 11, 2016October 11, 2016 Editor 538 Views 4 Comments

By Brendan O'Connor On Saturday afternoon, before participating in a panel at the New Yorker Festival, Roger Stone—impeccably dressed, as

ore

vious




## BREITBART FEATURED STORIES

*WSJ: WIKILEAKS RAISES QUESTIONS ON WHEN JOHN PODESTA, RUSSIA STOPPED DOING BUSINESS*

*by* BREITBART NEWS

*HILLARY CLINTON AND THE UNITED NATIONS ON THE SAME OPEN BORDERS PAGE*

*by* WARNER TODD HUSTON

*TIM KAINE: I'VE DONE NOTHING UNUSUAL FOR WIKILEAKS TO REVEAL*

*by* BREITBART NEWS

*JILL STEIN SLAMS HILLARY CLINTON'S 'DISTURBING' LAUGHTER AT LYNCHING OF AFRICAN RULER*

*by* JULIA HAHN

---

*BREITBART RADIO EXCLUSIVE: CURT SCHILLING JOINS BREITBART NEWS WEEKDAYS 9AM TO 11AM ET*

*by* NEIL W. MCCABE

---

*BREITBART NEWS DAILY: TWO WEEKS*

*by* BREITBART NEWS

---



299
SHARES

f Share    🐦 Tweet



Subscribe
Starting at 99 cents

Members
Sign In

# Warnings of conspiracy stoke anger among Trump faithful



CRAIG F. WALKER/GLOBE STAFF

**Donald Trump's supporters enthusiastically greeted the candidate Saturday at a rally in Portsmouth, N.H.**

**By Matt Viser and Tracy Jan** | GLOBE STAFF  OCTOBER 15, 2016

CINCINNATI — In an arena normally reserved for ice hockey, the Donald Trump crowd was on edge.

Some wore shirts with slogans like "[Expletive] Your Feelings" or, in reference to the female Democratic nominee, "Trump that Bitch." Others had buckets of popcorn, ready for the show. When the media entourage entered, thousands erupted in boos.

**EXHIBIT 6**

Anger and hostility were the most overwhelming sentiments at a Trump rally in Cincinnati last week, a deep sense of frustration, an us-versus-them mentality, and a belief that they are part of an unstoppable and underestimated movement. Unlike many in the country, however, these hard-core Trump followers do not believe the real estate mogul's misfortunes are of his own making.

They believe what Trump has told them over and over, that this election is rigged, and if he loses, it will be because of a massive conspiracy to take him down.



Get **Political Happy Hour** in your inbox:

Enter email address

  Tw  Sha  592

Comments



At a time when trust in government is at a low point, Trump is actively stoking fears that a core tenet of American democracy is also in peril: that you can trust what happens at the ballot box.



View Story

**Giuliani, Gingrich raise specter of voter fraud ahead of election**

The Trump surrogates said voter fraud is rampant in large cities, but did not provide evidence.

**EXHIBIT 6**



**At rally in N.H., Trump supporters see conspiracy against him**

**Trump wants Clinton to take drug test**

**Trump name-drops Tom Brady, again**

His supporters here said they plan to go to their local precincts to look for illegal immigrants who may attempt to vote. They are worried that Democrats will load up buses of minorities and take them to vote several times in different areas of the

1 of 5 free articles. Subscribe now ›

Comments  592

And if Trump doesn't win, some are even openly talking about violent rebellion and assassination, as fantastical and unhinged as that may seem.

"If she's in office, I hope we can start a coup. She should be in prison or shot. That's how I feel about it," Dan Bowman, a 50-year-old contractor, said of Hillary Clinton, the Democratic nominee. "We're going to have a revolution and take them out of office if that's what it takes. There's going to be a lot of bloodshed. But that's what it's going to take. . . . I would do whatever I can for my country."

He then placed a Trump mask on his face and posed for pictures.

Trump's campaign has taken a sharp turn toward such dark warnings in recent days. He says he is a victim of conspiracies, portrays himself as a martyr to the cause of the right wing, and is stoking anger in advance of what may be a defeat on Nov. 8.

Trump has suggested that the Secret Service protecting Clinton should be disarmed and "see what happens to her," and that "Second Amendment people" could take matters into their own hands if she wins and appoints judges who support gun

**EXHIBIT 6**

control. But his campaign disavowed some of the remarks of his supporters on Saturday after this article was posted online.

"We reject violence in any form and will not allow it to be a part of our campaign," the Trump campaign said in a statement. "Those who hold unacceptable views do not represent the millions of Americans who are tired of the rigged Washington system that will make their voices heard at the ballot box on Nov. 8."

Trump's campaign has been stamped with improbability ever since he announced his candidacy in June 2015. He captured the nomination with rhetoric appealing to the angriest voters in the conservative base.

   

1 of 5 **free articles. Subscribe now** ›



**𝕭**  Tw  Sha  💬 592

convention, where he lambasted the Muslim parents of a slain war hero. His poll numbers recovered some in late summer, but then the bottom seemed to drop out in the last week with the explosive video in which he brags about using his celebrity power to sexually assault women by forcibly kissing them and groping them.

The emergence of that video seems to have sent Trump into a regression, with speeches that — instead of expanding his appeal — more directly target the angry base that formed the strongest core of his support from the beginning.

Above all, Trump is now using the prospect of his loss to undermine faith in democratic institutions.

"It's one big fix," Trump said Friday afternoon in Greensboro, N.C. "This whole election is being rigged."

He saved some of his harshest criticism for the media, which he said is in league with Clinton to steal the election.

"The media is indeed sick, and it's making our country sick, and we're going to stop it," he said.

**EXHIBIT 6**

*See video of Donald Trump's campaign event Friday in Greensboro, N.C.:*



**1 of 5** free articles. Subscribe now ›

Mainstream Republicans are watching these developments at the top of the ticket with a growing sense of alarm, calling Trump's latest conspiracy theories of a rigged election irresponsible and dangerous. They also say the impact of voter fraud or errors on the outcome of elections is vastly overblown.

"How do you proclaim fraud before the incident takes place? It's like my calling you a robber before you rob the bank," said Al Cardenas, who was chairman of the Republican Party of Florida during the 2000 electoral recount. "In America, you call out a crime or malfeasance after it happens."

Cardenas, having been immersed in the Florida recount for 37 days, said an average of 1.5 percent of votes cast in the nation are not recorded, due mostly to technical issues and procedural errors.

**EXHIBIT 6**

"That's a significant number in a close election, but they are not wrongdoings," Cardenas said. "Americans should feel that the ultimate outcome of the election is fair. That's how we defend our democracy."

**RELATED: Trump supporters in N.H. see conspiracy against candidate**

Cardenas said he would not vote for Trump or Clinton — even if that means Clinton wins. "Hey, the radicals had their day," he said. "This is the result of it."

Fergus Cullen, former chairman of the New Hampshire GOP, said it was an incredibly important moment in 2000 when Democrat Al Gore gave a speech

1 of 5 free articles. Subscribe now ›

    592 

robbed, or otherwise tried to delegitimize the results, it would have been a huge blow to our democratic process," Cullen said.

Cullen expects Trump's warnings about a rigged election to get even uglier in coming weeks, and he fears they will incite violence if Trump loses.

"That's really scary," Cullen said, recounting the violence at Trump rallies around the country leading up to the Republican National Convention. "In this country, we've always had recriminations after one side loses. But we haven't had riots. We haven't had mobs that act out with violence against supporters of the other side."

"There's no telling what his supporters would be willing to do at the slightest encouragement from their candidate," he said.

**EXHIBIT 6**



1 of 5 free articles. Subscribe now >

    592 



CRAIG F. WALKER/GLOBE STAFF

**Vendors sold shirts backing Trump outside the Portsmouth rally.**

While voters have certainly questioned election outcomes, it is unprecedented for the nominee of a major party to do so, historians say.

"What's really distinct is the candidate himself putting this out front and center as a consistent theme throughout the last part of the campaign, and doing it when there's no evidence of anything," said Julian Zelizer, a Princeton University presidential scholar.

Some of Richard Nixon supporters in 1960 claimed that John F. Kennedy's father bought the election for his son in Chicago. Many Democrats in 2000 felt the Supreme Court intervened on behalf of Bush. Fringe conservatives in 2008 launched the birther movement, which Trump joined with gusto in 2011, in an attempt to delegitimize Barack Obama's presidency.

**EXHIBIT 6**

Case: 1:16-cv-02645-JG  Doc #: 8-3  Filed: 11/02/16  41 of 290.  PageID #: 156

"If Clinton is elected, as it looks like she will be, they will be convinced she should not be president because the Republican nominee has confirmed their own fears, anxieties, and conspiratorial outlook," Zelizer said. "It will make governing more difficult."

Trump has recently started encouraging his mostly white supporters to sign up online to be "election observers" to stop "Crooked Hillary from rigging this election." He's urging them to act as posses of poll watchers in "other" communities to ensure that things are "on the up and up."

"Watch your polling booths," he warned.

1 of 5 free articles. Subscribe now >

    592 

"I'll look for . . . well, it's called racial profiling. Mexicans. Syrians. People who can't speak American," he said. "I'm going to go right up behind them. I'll do everything legally. I want to see if they are accountable. I'm not going to do anything illegal. I'm going to make them a little bit nervous."

Some Trump supporters say that if he doesn't win, they figure the United States government will be no better than dictatorships where elections cannot be trusted.

"We're heading toward North Korea, without a doubt," said Grant Reed, a Trump supporter wearing a shirt that said, "If you're offended, I'll help you pack."

Joe Cecil, a 39-year-old restaurant manager, said he has never voted before but is newly inspired by Trump.

"If people are offended by the sexual stuff, what do they think is going to happen when Muslims come here, implement Sharia law, and start raping our women?" he asks.

But he questions the integrity of the voting system, particularly in places that don't require identification to vote.

**EXHIBIT 6**

"This is my prediction: Trump is going to win the popular vote by a landslide, and the Electoral College will elect Hillary, because of all the corruption," he said. "Maybe it'll all work and restore my faith in humanity. But I doubt it."

It's a common strand among the Trump crowd. They say they have seen videos of Clinton supporters ripping up Republican registrations. They believe Obama is rushing to allow illegal immigrants to become citizens in order to vote.

"We're going to have a lot of election fraud," said Jeannine Bell Smith, 65-year-old longtime teacher in a red Trump shirt with a bucket of popcorn under her arm. "They are having illegals vote. In some states, you don't need voter registration to

1 of 5 free articles. Subscribe now ›

    592 

"We can't have that lying bitch in the White House," she said.

"If Hillary wins, it's rigged," said Judy Wright, who is from Illinois but took off work recently to come volunteer for Trump in Ohio.

Wright sighs at what seems to her an unfathomable outcome.

"All I know is our country is not going to be a country anymore," she added. "I've heard people talk about a revolution. I've heard people talk about separation of states. I don't even like to think about it. But I don't think this movement is going away. We don't have a voice anymore, and Donald Trump is giving us a voice."

*Matt Viser can be reached at* matt.viser@globe.com *. Follow him on Twitter* @mviser *. Tracy Jan can be reached at* tracy.jan@globe.com *. Follow her on Twitter* @TracyJan *.*

💬 SHOW 592 COMMENTS

## Most Popular in News ➡

**EXHIBIT 6**



## A man called women in yoga pants 'disturbing.' So hundreds wore them to his house.

It was the shaming and the policing of women's bodies that struck a chord with the attendees, said the organizer of the R.I. event. MORE...

---



## Body found in river seems to be missing N.H. teen's

Police said they feared Jacob Goulet fell at least 20 feet down an open sewer near 75 Main St. in Nashua. MORE...

---

1 of 5 free articles. Subscribe now ›

    592  

Comments

---



## Why didn't anyone stop Doctor Hardy?

There were inappropriate sexual contact allegations against Dr. Roger Ian Hardy for decades. How did no one notice? MORE...

---

JEFF JACOBY



## How the religious right embraced Trump and lost its moral authority

By embracing Donald Trump, evangelical leaders have dismantled the credibility of the once-formidable religious right. MORE...

---



## GOP vowed to do better with women. What happened?

The 2016 race isn't over yet, but fed-up conservative women are already conducting a vivisection of Trump's campaign. MORE...

---

OPINION | ERIC FEHRNSTROM



## Clinton's revolution against the Catholic Church

What the pro-Hillary forces are plotting is worthy of atheist countries hostile to the church. MORE...

**EXHIBIT 6**



## Photos from the yoga pants parade in Rhode Island

Hundreds of people on Sunday marched past the house of a man who said that women over the age of 20 shouldn't wear yoga pants.  MORE…



## In Colo., a look at life after marijuana legalization

In November, Massachusetts voters are likely to consider a ballot question legalizing recreational marijuana. MORE…



**1 of 5** free articles. Subscribe now ›



💬 592

Comments



CHRISTOPHER L. GASPER

## Patriots defense not passing the eye test

A defense that was earmarked for greatness hasn't allowed points, but it hasn't imposed its will. MORE…



BEN VOLIN | INSTANT ANALYSIS

## Amid a lot of mistakes, Patriots mixed in flashes of brilliance

A championship-caliber drive and individual performances by LeGarrette Blount and Malcolm Butler highlighted Sunday's win. MORE…



## Islamic Center opens doors to neighbors

The Islamic Center of Boston saw a steady stream of Muslims and non-Muslims coming together to learn about Islam. MORE…



BEN VOLIN | ON FOOTBALL

## It's pretty clear this one was ugly

The Patriots are happy for the win, but they plan to learn from their mistakes Sunday.  MORE…

**EXHIBIT 6**



OPINION | STEPHEN KINZER

## Blowback for American sins in the Philippines

Sometimes Americans think we have won a war, only to realize years or decades later that our victory was incomplete.  **MORE…**



Q&A

## Vote all you want. The secret government won't change.

The people we elect aren't the ones calling the shots, says Tufts University's Michael Glennon.  **MORE…**

1 of 5 free articles. Subscribe now ›

    592 

Comments

husband, Pete, and her final hours alive.  **MORE…**



## Robert P. Fitzgerald, 83, grandson of 'Honey Fitz'

Among Mr. Fitzgerald's cousins were the Kennedys — Jack, Bobby, and Ted — and he served as a life trustee for the American Ireland Fund.  **MORE…**

## Sexual assault reported in Boston University dorm

The assault happened in the Warren Towers early Sunday, according to a university alert.
**MORE…**



GARY WASHBURN | SUNDAY BASKETBALL NOTES

## Sean Marks faces major challenge rebuilding Nets

The new GM is trying to dig Brooklyn out of the hole left by the previous regime. **MORE…**

© 2016 BOSTON GLOBE MEDIA PARTNERS, LLC

**EXHIBIT 6**



1 of 5 free articles. Subscribe now ›

592
Comments

**EXHIBIT 6**

Case 1:16-cv-02645-JG Doc #: 8-8 Filed: 11/02/16 47 of 290. PageID #: 162



**Harry Miller**
@jackbgoode1

Follow

# Florida we gonna landslide TRUMP....wear'n red at polls... We gonna be watch'n fer shenanigans...& haul ya away..



RETWEETS
369

LIKES
449

     

7:43 PM - 19 Aug 2016

📍 Boynton Beach, FL

369          449          •••

**EXHIBIT 7**          1/1

10/24/2016    Harry Miller on Twitter: "Our Muzzy Commander in Chief....shov'n Sharia Law down our throats.... & Crooked Hiltlery follow'n his every move... …

Case 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 48 of 290. PageID #: 163



Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 49 of 290. PageID #: 164



Send Comments & News Tips

☰ **Sections**                                    Published Since 2000

| ELECTION SCOREBOARDS | POPULAR VOTE | Clinton: 50.1% ⬆ | Trump: 41.6% ⬇ | Spread: +8.5 | ELECTORAL VOTE | Clint |

---

You May Like

**Once You Wear This Bag, You'll Never Wear Any Other**
Rebecca Minkoff

**If You Can Buy One of These American Giant Hoodies, Do It Now**
American Giant

**What It's Like to Hike the 'Dead Woman's Trail' to Machu Picchu**
Intrepid Travel

**The Net Worth of Tiffany Trump**
Bankrate

**America's 50 Largest Cities, and the Richest People in Each One   [Slideshow]**
Forbes

---

**TPM** DC

# Why The RNC Wants Nothing To Do With Trump's Poll Watcher Call To Arms

 SHARE     TWEET    PIN-IT          Bookmark    💬 66 Comments

DAY

Trump
For The
Donald
campai

Trump
Accuse
Donald
suing ev

**EXHIBIT 9**





Christine Frapech
for TPM

By **TIERNEY SNEED**  Published OCTOBER 21, 2016, 6:00 AM EDT

Like 711      32755 Views

Donald Trump's calls for vigilante poll watchers prompts all sorts of concerns -- for voters, for election workers and for other lawmakers on the ballot getting dragged into the mess. But for the Republican National Committee in particular the rhetoric brings up a very delicate but significant issue that has its roots in a 1981 court case that has had lasting implications for its Election Day activities.

Trump's comments urging elections monitoring has drawn attention to the consent decree the RNC signed in 1982 that banned the very sort of "ballot security" measures Trump has encouraged from his supporters. If there's reason to believe the RNC was participating, it could be found in violation of the decree, which could keep the committee under its restrictions for another eight years. That would be a major set back for the RNC, given the decree is set to expire in 2017.

To get a sense of how serious the RNC is taking the issue, look no further than the alarm bells that went off with a casual comment made by Trump's campaign manager in the debate spin room Wednesday night in Las Vegas.

The court decree in question stems from a 1981 lawsuit filed against the RNC by Democrats, for actions related to a gubernatorial race in New Jersey. According to the Dems' lawsuit, the RNC and its state counterpart engaged in a number of practices in the name of "ballot security" that intimidated, threatened or coerced minority voters.

CNN Pa
Eviden
A CNN
when De

Pennsy
Of-Cou
The Pen
Friday r

Former
'Don't C
Former
Arizona

You

7 Re
Boug
Glasse

The
Bankra

1. CNN
   Evid
2. Here
   Don
3. Shel
   Don
4. Trum
   Accu
5. Trum
   Wan

The alleged activities included the hiring of off-duty cops to patrol near polling places in minority communities, as well as a shady mailer campaign the RNC used to cobble together a list to challenge otherwise eligible voters from casting ballots at polling places. The case was settled with the consent decree, imposing a number of limits on what the RNC could do at polling places on Election Day.

Fast forward to 2016, and the thin tightrope Trump's rhetoric is making the RNC walk now.

During MSNBC's post-debate coverage that spanned into the early hours of the Thursday morning, Washington Post reporter Bob Costa remarked on something Trump campaign manager Kellyanne Conway told him in the spin room about how the campaign was doing to crack down on "voter fraud."

"She said that she is actively working with the national committee, the official party, and campaign lawyers to monitor precincts around the country," Costa said, in a discussion about how Republicans were handling Trump's rigged election claims.

While it was easy to see the contemporary ramifications of Conway tying Trump's rigged election claims to the official party apparatus, Ben Ginsberg -- the staid Republican lawyer who was also on the MSNBC panel -- jumped in to bring up the decades-old decree.

"That's a huge problem for the Republican Party," Ginsberg said. "The Republican National Committee is under a consent decree that severely limits its election day activities because of some actions back in the '80s."

Ginsberg, who has worked for the RNC and other Republican groups, as well as for a number of GOP campaigns, including George W. Bush's during the 2000 recount and Mitt Romney's in 2012, was later asked to elaborate on why the decree was such a big deal.

"The RNC is still under a consent decree, they are eager to have it come off next year when it expires and this activity, I can promise you is going to cause the Democrats go back into court and extend it," Ginsberg said.

The RNC has since denied to TPM any coordination on Trump's supposed voter fraud prevention effort.

"The RNC does not work with any campaign at any level on so-called ballot security efforts and will not do so," Lindsay Walters, a spokeswoman for the RNC, said in a

**EXHIBIT 9**

statement to TPM. "We are completely focused on getting out the vote for the Republican ticket."

Costa told TPM via email that Conway called him back later to tell him she was mistaken about the RNC's involvement.

The RNC has faced a number of legals complaints from Dems claiming violations of the decree since 1982. A 2008 lawsuit filed by Dems resulted in a court modifying the decree, but when the RNC appealed to the Supreme Court to get it lifted in its entirely, the court in 2013 declined to take the case.

There has been some debate as to whether Trump's actions already were enough to get the RNC in trouble, if he was interpreted to be an agent of the RNC or acting on its behalf, as Rick Hasen, a professor at the UC-Irvine School of Law, has posited on his Election Law Blog.

But the RNC as well as a Republican lawyer who is knowledgeable about the consent decree pushed back on the notion that Trump's action could be imputed to the RNC. They said that the consent decree makes clear that it applies to the RNC specifically and not to any candidate or independent campaign. (The New Jersey Republican State Committee was also explicitly covered in the original decree.)

Nevertheless, it appears the committee is taking any association very seriously, and making efforts to prevent its staff and members from doing anything that would give the appearance the RNC was involved.

According the Wall Street Journal, RNC general counsel John Ryder wrote to committee members Wednesday asking them to avoid engaging in poll watching.

"You are encouraged not to engage in 'ballot security' activities even in your personal, state party or campaign capacity. If you elect to do so, please be aware that the RNC in no way sanctions your activity," the letter said.

## ABOUT THE AUTHOR



### Tierney Sneed
Tierney Sneed is a reporter for Talking Points Memo. She previously worked for U.S. News and World Report. She grew up in Florida and attended Georgetown University.

**EXHIBIT 9**

LIKE US ON FACEBOOK      👍 Like  403K          💬 66 Comments      f  SHARE      🐦 TWEET      📌 PIN-IT

---

## You May Like

Sponsored Links by Taboola 

**Why This Razor Is Causing So Many Guys To Switch**
Harry's

**October Lineup For Netflix Is Absolutely Unreal**
Refinery29

**Explore Tools To Plan A More Productive Meeting**
Westin Hotels & Resorts

**How one company revealed its most secret numbers**
medium.com

**Get New Car Smart: 10 Most Affordable SUVs of 2016**
Kelley Blue Book

**How the U.S. Cut Pollution While Growing the Economy**
The New York Times for Chevron

**The Largest Employer in Each State**
24/7 Wall St.

**Gourmet Frozen Food: Too Good To Be True?**
CBS News| Babeth's Feast

**5 Reasons IT is Better Off Choosing a Collaboration Suite**
Microsoft

---

[Full Discussion](#) 65 replies
[21 Oct](#)



[fiftygigs](#)

> If there's reason to believe the RNC was participating, it could be found in violation of the decree...

The RNC is already in violation of it, because the RNC's national nominee has called for its violation, and he, their representative, has not rescinded his command.

**EXHIBIT 9**

2 replies
21 Oct



**clarkejr**

Document, document, document!!! Take pictures and videos. Send them to the FBI. Make sure any guns being open carried are in the photos. People across the country can prove this is a pattern and tie it to the RNC and Trump. Get another 30 years out of the decree and make it tighter! #nasty

21 Oct



**xenos**

Thank you for this outstanding piece of reporting.

I have been meaning to sign on to prime for months, but Ms. Sneed's recent articles got me to finally get the credit card out. We need to support real journalism when we can find it.

2 replies
21 Oct



**tiowally**

Some bastards obviously have a deep-seated need for attention. These professionals are there to help.



VOTING IS YOUR RIGHT AS A CITIZEN

If an alleged "poll watcher" tries to impede you at the voting booth:

1 - Tell him to kindly step out of the way
2 - Take his picture with a cell phone
3 - Call the FBI

FBI Civil Rights Division staff will be available by phone to receive complaints related to ballot access (202)307-2767 or toll-free at (800)253-3931. U.S. Department of Justice, Civil Rights Division, Voting Section can be reached at (202) 307-2767 or toll-free at (800) 253-3931.

PLEASE PASS THIS ON.

1 reply
21 Oct



**EXHIBIT 9**



[daveyjones 64](#)

f

## TPM

| About | Terms of Use | Careers | | Contact |

**Editor & Publisher**
Josh Marshall

**Managing Editor**
David Kurtz

**Senior Editor**
Catherine Thompson

Reporters
Tierney Sneed

Lauren Fox

Newswriters
Caitlin Mac Neal

Allegra Kirkland

Matt Shuham

Editor-at-Large
John B. Judis

**Contributing Editor**
Brian Murphy

**Breaking News Editor**
Katherine Krueger

**Front Page Editor**
Kristin Salaky

**Social Media Editor**
Esme Cribb

**Polling Interns**
Danielle Keeton-Olsen

Andrew Kim

**General Manager &**
**General Counsel**
Millet Israeli

**Senior Vice President for**
**Advertising Strategy**
Will Johnson

**Director of Product &**
**Creative Development**
Derick Dirmaier

**Executive**
Joe Ra

**Creative**
**Manager**
Gaya
Surend

**Office M**
Flor Ri

**EXHIBIT 9**



October 21, 2016, 03:02 pm

# Trump campaign encouraging surrogates to double down on ballot fraud

**By Jonathan Swan**



*Getty Images*

**Donald T**rump 's campaign is encouraging its Republican Party surrogates to double down on the narrative that the presidential election is likely to be stolen by voter fraud.

While Trump now says he will accept "a clear election result," his campaign is urging allies who defend Trump on television to sow doubts about vote counting in swing states.

In campaign talking points sent out Wednesday and obtained by The Hill, the Trump team told Republican surrogates to cite examples of voter fraud in North Carolina, Colorado, Pennsylvania and Virginia.

Under a headline 'Must make points on rigged system,' the Trump campaign encourages surrogates to say, "We have also seen very significant recent voting irregularities across the country from Pennsylvania to Colorado and an increase in unlawful voting by illegal immigrants."

Another Trump talking point reads: "Non-citizen votes may have been responsible for **Barack Obama**'s narrow margin of victory in North Carolina in 2008."

And another states: "CBS Denver affiliate found dead Coloradans were still voting. A dead World War II veteran voted in a 2006 primary election, and a woman who died in 2009 cast ballots in 2010, 2011, 2012 and 2013.  Dead people were registered to vote in Virginia."

The Trump campaign is also encouraging surrogates to invoke the threat of undocumented immigrants manipulating election results.

"More than 14 percent of non-citizens surveyed in 2008 and 2010," one bullet point states, "said they were registered to vote."

Multiple studies have found that cases of voter fraud **are rare** and unlikely to cause significant problems in national elections.

Several Republican lawmakers criticized Trump's answer during the final debate Wednesday, when he told moderator Chris Wallace that he'd keep Americans in "suspense" about whether he'd accept the result on Election Day.

Trump has since clarified that he wants to reserve the right to contest close results; but he continues to sow broader mistrust among his supporters about the election process.

When pressed, several of Trump's top allies, including his campaign manager, Kellyanne Conway, and vice presidential nominee Mike Pence, declined to endorse the theory that the election is likely to be stolen by fraud at the ballot box.

They've tried to shift the conversation to one exclusively concerning the "rigged" media. And, indeed, Trump's campaign talking points also include the accusation that the "liberal media and the Clinton campaign have coordinated their personal attacks on Mr. Trump in order to rig the election on behalf of **Hillary Clinton**."

**EXHIBIT 10**

A Republican source who received the Trump talking points was "puzzled" by the campaign's decision to double down on the idea of rigged elections

"It's unprecedented," the source said. "Usually at this time of the year, we talk about getting our vote[ers] out and volunteers and getting lead on the target, not trying to convince people that this thing's fixed."

Asked about the talking points, Trump spokesman Jason Miller told The Hill: "These talking points articulate our position perfectly.

"Mr. Trump is committed to breaking up the rigged system in Washington and ensuring that the people — this grassroots movement fueling Mr. Trump's campaign — have a voice in how we govern going forward."

TAGS: **Hillary Clinton, Barack Obama, Donald Trump , Mike Pence**

The Hill 1625 K Street, NW Suite 900 Washington DC 20006 | 202-628-8500 tel | 202-628-8503 fax
The contents of this site are ©2016 Capitol Hill Publishing Corp., a subsidiary of News Communications, Inc.

**EXHIBIT 10**

**The Washington Post**

Politics

# Trump fires up recruitment of poll watchers as he warns of election 'cheating'

By **David Weigel**  August 13

DENVER — Republican presidential nominee Donald Trump is asking supporters to become election monitors, warning voters Friday night that "cheating" might rob him of a win.

At the same time, outside groups are readying to help the campaign watch the polls. Donald F. McGahn II, the Trump campaign's attorney, stopped by the Denver meeting of the Republican National Lawyers Association to plot the strategy and explain how the campaign could help the lawyers build a sophisticated election-protection network.

"What they want to do is create a pretty select, Navy SEAL-type operation that takes the data we're able to provide and deploy resources of the highest caliber," said Randy Evans, the chairman of the lawyers group, which he said does not coordinate its work with the campaign. "If you have 7,000 lawyers on the ground, and 200 sophisticated election attorneys on call, you can move quickly. The message was: This ain't your father's Cadillac."

Trump, who has repeatedly speculated that the election might be "rigged" in favor of Democrat Hillary Clinton, is using that fear to recruit poll watchers. A form on the Trump campaign's website asks voters to help Trump "stop crooked Hillary from rigging this election."

Anyone who fills out the form is added to a list of people who will be used to staff as many polling places as possible. Monitors will report any irregularities they observe to the strike force of lawyers, who, according to Evans, would be able to judge what was and was not a problem.

"I hope you people can sort of not just vote on the eighth [but] go around and look and watch other polling places and make sure that it's 100 percent fine," Trump told supporters in Altoona, Pa., on Friday. "We're going to watch Pennsylvania. Go down to certain areas and watch and study, make sure other people don't come in and vote five times."

The effort reflects a key tension point between the parties, with Republicans warning of voter fraud designed to help Democrats, such as ineligible people casting ballots, and Democrats accusing GOP officials of exaggerating the dangers of voter fraud to justify new laws that Democrats say are designed to disenfranchise minorities and other Democratic voters. It has

**EXHIBIT 11**

become commonplace for presidential campaigns to amass legal teams steeped in the intricacies of election law — but it is unusual for a candidate to so directly predict wrongdoing by an opponent.

In the past month, some conservatives have escalated their warnings about fraud as courts have struck down voter-ID laws in North Carolina, North Dakota and Wisconsin. The rulings were victories for Democrats and civil rights groups that few Republicans saw coming. A voter-ID law in Pennsylvania, which a leading Republican legislator there said could help the party finally win the state, was struck down in 2014 — and the election of Democratic Gov. Tom Wolf that year effectively ended attempts to pass a new law.

While Trump has worried Republicans in recent weeks with a string of controversies, there was no such angst about his voter-fraud comments.

"I didn't know this was coming, but I was glad to hear it," said Rob Gleason, the chairman of Pennsylvania's Republican Party.

Georgia Secretary of State Brian Kemp, a Republican, said a surge of Trump-inspired poll watchers would be welcome, so long as they undergo training after the state receives their names.

"We don't want anyone getting unruly," he said.

That is what worries Democrats and some election analysts. They say Trump's talk of the "rigged" system has almost promised that poll-watching volunteers will see fraud. During Nevada's GOP caucuses — run by the state party and thus lacking some of the controls of general elections — some Trump supporters showed up for election monitoring duty wearing campaign gear, panicking rival campaigns.

"It's very common to have people at the polls," said Rick Hasen, an election law expert and professor at the University of California at Irvine's School of Law. "What's different is that he is couching it in an incendiary way by saying 'crooked Hillary' wants to steal the election. That seems to be an invitation to go and make trouble."

The Trump campaign's push for election monitors also comes at a time of weakness for independent poll watchers. A 2013 Supreme Court ruling limited the Department of Justice's ability to deploy election observers with full access to polling places. Since the 1965 passage of the Voting Rights Act, Justice had sent hundreds of observers to states where tensions over elections seemed high. Now, observers may be sent only to five states where court rulings will allow election monitors. None of those states — Alabama, Alaska, California, Louisiana and New York — is seen as competitive in November.

"That helps a lot," Evans said of the reduced Justice Department role. "It takes away the suggestion that the Democrat machine is being supplemented by government officials."

---

**Local Politics Alerts**

Breaking news about local government in D.C., Md., Va.

**Sign up**

**EXHIBIT 11**

For Democrats, the worry comes not from the specter of voter fraud, which is rare, but from Trump supporters intimidating legitimate voters. They have seen True the Vote, an outgrowth of the tea party movement, train poll watchers to challenge voters in every election since 2012, and preemptively challenge voters who listed commercial addresses or dormitories as their homes. In 2012, Rep. Elijah Cummings (D-Md.) speculated that True the Vote was involved in "a criminal conspiracy to deny legitimate voters their constitutional rights," a view that many Democrats still hold about election challenges.

John Fund, a conservative journalist and author of the book "Stealing Elections," said he likens the problem to shoplifting. "If you put a camera in the store, and signs that warn shoplifters of the consequences, you cut down on the habit by thirty-forty percent," he said. But, Fund added: "I just don't think the evidence is there that a lot of monitors will be organized by what Trump said."

The Trump campaign is eager to prove that wrong.

"They will help ensure lawful voters can vote," said Trump spokesman Jason Miller. "Liberals love to throw out the voter-intimidation card. What we're advocating are open, fair and honest elections."

*Jenna Johnson contributed reporting from Wash*ington.

---

David Weigel is a national political correspondent covering the 2016 election and ideological movements.
 Follow @daveweigel

---

Campaign 2016

✕

**The Post Recommends**

## Russia wants to observe U.S. voters on Election Day. Three states said no.

Texas, Oklahoma and Louisiana all turned down requests to have Russian officials observe voters.

---

## In historic Gettysburg, Lincoln spoke of unity; Trump complained of a 'totally rigged' system

The Republican nominee lays out his goals for his first 100 days in the presidency.

---

## Ex-NSA contractor accused of massive theft is a 'collector,' not a 'traitor,' lawyers say

**EXHIBIT 11**

A federal judge found that Harold Martin is a flight risk and ordered him held in jail.

**EXHIBIT 11**

**The Washington Post**

Post Politics

# Pennsylvania Republicans sue to allow poll watchers to cross county lines

By **David Weigel**   October 22

Stymied in their efforts to pass a bill allowing more freedom to Election Day poll watchers, Pennsylvania Republicans have filed a lawsuit, arguing that their activists have First and 14th Amendment rights to watch polls anywhere.

"Republicans are not a majority of registered voters in any ward in Philadelphia County," the Republicans said in the lawsuit. "As a result of the Commonwealth's arbitrary restriction on poll watchers, candidates, political parties and political bodies are unjustifiably burdened in their attempts to locate available, qualified registered electors who can serve as poll watchers."

The lawsuit, which comes as Republican presidential nominee Donald Trump makes several campaign stops in the battle for the commonwealth, claims that Democrats are also disadvantaged by current laws that restrict volunteer poll watchers to the counties they live in. But Democrats, who have won every presidential election in the state since 1992, have not raised serious doubts about their Election Day operations in deep red counties.

The loudest complaints about the poll-watcher system have come from Republicans, who have said for years that potential voter fraud in Philadelphia, Pennsylvania's largest city, was making the state unwinnable.

"You want me to tell you the election in Philadelphia and Chicago is going to be fair?" said Rudolph W. Giuliani, a Trump surrogate who has suggested that Democrats will fraudulently get voters to drive around the city and cast multiple ballots, after this week's presidential debate. "I would have to be a moron to say that."

Egged on by Trump, Pennsylvania Republicans have encouraged members to become poll watchers, allowing them to challenge the credentials of any voters in their jurisdiction. In an interview two months ago, when Trump first floated the idea that vote-rigging in Philadelphia would steal Pennsylvania away from him, state GOP chairman Rob Gleason said that Republicans were credentialing more poll watchers in the city than ever before.

But Republicans, badly outnumbered in the Philadelphia, are seeking a way to bring poll watchers in from the suburbs. In the lawsuit, they point to the fact that every congressional district spills into multiple counties to argue that the home-county rule

**EXHIBIT 12**

"arbitrarily and unreasonably distinguishes between voters within the same electoral district by allowing some, but not others, to serve as poll watchers."

---

**Local Politics Alerts**

Breaking news about local government in D.C., Md., Va.

**Sign up**

---

Pennsylvania Democrats responded to the lawsuit this morning, with Pennsylvania Democratic Party Chairman Marcel L. Groen calling it a "publicity stunt" that would be "found unconstitutional" in short order.

"This is just another way for the Republicans to avoid talking about issues," said Groen. "Pennsylvanians must know that their sacred right to vote will be defended; more people will vote in this election than any in our history, and we expect it to be easier than ever for Pennsylvanians to cast their ballots on November 8. For the Pennsylvania Republicans to take their nominee's conspiracy theories and thinly veiled racism to heart by trying to change the law two weeks from Election Day shows just how unfit they are to lead."

Rick Hasen, a University of California at Irvine law professor who watches election rules, said that the lawsuit looked like "weak tea." In a blog post, he explained that the lawsuit — which presents the problem as one of equal protection, not of immediate fraud — comes too late and doesn't suggest a compelling interest. (That Republicans have introduced a bill on the poll watcher issue is cited, in the lawsuit, as a proof that a need is there.)

"I cannot see how this severely burdens voters' rights," Hasen wrote, "and nothing in the complaint demonstrates that it does. I don't think the federal arguments have much of a chance of going anywhere."

If it doesn't, Republicans who don't live in Philadelphia will not be able to challenge voters at the city's 1,000-plus precincts. But in 2008, after a highly publicized backlash to the community organizing group ACORN filing bogus voter registrations, conservative activists had little problem traveling around polling places to publicize potential issues. Mike Roman, who is helping the Trump campaign build an election-watching program, tweeted a reminder this week of the 2008 poll watchers' biggest coup — a video of two New Black Panther Party activists skulking outside a heavily Democratic precinct. That video ran around the clock on Fox News and led to a years-long investigation and several legal actions.

---

David Weigel is a national political correspondent covering the 2016 election and ideological movements.
🐦 Follow @daveweigel

---

Campaign 2016
✕

**EXHIBIT 12**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 64 of 290. PageID #: 179

# Giuliani on rigged election: 'Dead people generally vote for Democrats'

**By Eric Bradner, CNN**

🕐 Updated 1:05 PM ET, Sun October 16, 2016

## Story highlights

Rudy Giuliani backed up Donald Trump's claim that the election could be rigged

Giuliani said fraudulent votes could make a difference in narrow races

**Washington (CNN) —** Top Donald Trump adviser Rudy Giuliani claimed Sunday that Democrats could steal a close election by having dead people vote in inner cities, while vice presidential candidate Mike Pence said the ticket will "absolutely accept the result of the election."

"I'm sorry, dead people generally vote for Democrats rather than Republicans," the former New York City mayor told CNN's Jake Tapper on "State of the Union." "You want me to (say) that I think the election in Philadelphia and Chicago is going to be fair? I would have to be a moron to say that."

But he did say the amount of cheating would only impact extremely close races -- noting, for example, if either Trump or Hillary Clinton won Pennsylvania by "5 points," the cheating he alleges would occur would be negligible and not change the outcome.

Giuliani was backing up Trump, the Republican nominee, who has repeatedly claimed on the campaign trail -- without providing evidence -- that his race against Clinton is being rigged.

Trump tweeted Sunday: "The election is absolutely being rigged by the dishonest and distorted media pushing Crooked Hillary - but also at many polling places - SAD"

## who's winning?

| cnn/orc | cnn poll of polls |
| --- | --- |

 **49% clinton**

 **44% trump**

 **3% johnson**

 **2% stein**

CNN/ORC poll, October 20-23, 2016, sampling error:
+/- 3.5 percentage points, sample: 779 likely voters

**EXHIBIT 13**

get more data insights

 **Donald J. Tr**ump
@realDonaldTrump

[ Follow ]

The election is absolutely being rigged by the dishonest and distorted media pushing Crooked Hillary - but also at many polling places - SAD

1:01 PM - 16 Oct 2016

22,126      58,561

But Pence told NBC's Chuck Todd on "Meet the Press" that he will accept the Election Day results.

"We will absolutely accept the result of the election," he said. "Look, the American people will speak in an election that will culminate on November the 8. But the American people are tired of the obvious bias in the national media. That's where the sense of a rigged election goes here, Chuck."

Tapper pushed back on Giuliani, saying even Republicans had debunked the conspiracy theories pushed online that low vote totals in Philadelphia in 2012 for Mitt Romney were the result of a rigged process.

Giuliani said as a prosecutor, he remembers an election in Chicago in which 720 supposedly dead people voted -- and that 60 dead people cast ballots in his own mayor's race.

He said elections fraud would only make a difference in a 1 to 2 percentage point races.

He also said that only Democrats do it, because it happens in inner cities.

"I can't sit here and tell you that they don't cheat. And I know that because they control the polling places in these areas. There are no Republicans, and it's very hard to get people there who will challenge votes. So what they do is, they leave dead people on the rolls and then they pay people to vote as dead people, four, five, six, seven" times, Giuliani said.

"I've found very few situations where Republicans cheat. They don't control the inner cities the way Democrats do. Maybe if Republicans controlled the inner cities, they'd do as much cheating as Democrats do," he said.

[Giuliani on Trump groping allegations: 'I believe Donald Trump'](#)

Tapper said: "I think there are a lot of elections experts that would have very, very strong disagreements with you."

Giuliani responded: "Well then they never prosecuted elections fraud."

Newt Gingrich, the former House speaker and also a top Trump ally, said on ABC's "This Week" that Trump's concerns about election rigging are "not about election officials at the precinct level."

However, he also urged Trump voters to monitor polling stations.

**EXHIBIT 13**

"I remember when Richard Nixon had the election stolen in 1960, and no serious historian doubts that Illinois and Texas were stolen. So to suggest that, we have, you don't have theft in Philadelphia is to deny reality," Gingrich said.



'Law & Order: SVU' stars take on sexual assault



No mention of Trayvon Martin as Trump talks in the city he died in about...

Trump: 'I actually think we're winning'



Clinton: Trump's 'final target is democracy itself'

**EXHIBIT 13**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 12/02/16 67 of 290. PageID #: 182





By **CBS NEWS** / **CBS NEWS** / October 23, 2016, 1:30 PM

# Face the Nation Transcript October 23, 2016: Priebus, Axelrod



Republican National Committee (RNC) chair Reince Priebus sits down with CBS' "Face the Nation" on October 23, 2016.

2 Comments    Share    Tweet    Stumble    Email

JOHN DICKERSON, CBS HOST: Today on FACE THE NATION: The presidential debates are over, and the sprint to the campaign finish line is on.

With just 16 days until Election Day, Hillary Clinton looks to expand into red states in an effort to run up the score against Donald Trump and elect more Democrats to Congress, While Donald Trump continues to tell his supporters that the election will be stolen from them.

(BEGIN VIDEO CLIP)

DONALD TRUMP (R), PRESIDENTIAL CANDIDATE: The system is rigged. You know it. I know it. The politicians know it.

(END VIDEO CLIP)

DICKERSON: But it is? We will see what the head of the Republican Party, Reince Priebus, thinks about that and get the views of some Nevada voters.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: I don't think it's rigged. I think it can be improved on.

## Follow Us



## Our Podcast



*Subscribe for free to our* 2016 *Campaign Diary podcast, hosted by John Dickerson*

## From CBS News


CBS News Battleground Tracker poll: Who won final debate?
189477 VIEWS


CBS Battleground Tracker: Clinton leads FL, Trump leads TX
147105 VIEWS


Live fact-check of the third presidential debate
146303 VIEWS


Move over, Pizza Rat – Mouse Spider is the stuff of nightmares
116910 VIEWS

State of the presidential race two weeks from Election Day
83301 VIEWS

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 68 of 290. PageID #: 183

UNIDENTIFIED FEMALE: You're going to say it's rigged? Like, as an American, that's offensive.

(END VIDEO CLIP)

DICKERSON: We will have plenty of analysis and some surprising new Battleground Tracker results from Texas and Florida.

And as Iraqi forces fight to take back the city of Mosul from ISIS, our Holly Williams reports from the from the lines.

It's all ahead on FACE THE NATION.

Good morning. And welcome to FACE THE NATION. I'm John Dickerson.

With just over two weeks to go until Election Day and early voting already happening in many states, Hillary Clinton leads in the polls, leaving some Republicans to worry about a rout. And possible finger-pointing is already under way inside the GOP.

Meanwhile, Donald Trump continues to say that he will only lose if the election is stolen.

Joining us now is the chairman of the Republican Party, Reince Priebus.

Welcome, Mr. Chairman.

REINCE PRIEBUS, CHAIRMAN, REPUBLICAN NATIONAL COMMITTEE: Good morning, John.

DICKERSON: Is Donald Trump going to win?

PRIEBUS: Yes, I think he is going to win. And I think he's going to win because I think people in this country have had enough, and he's the change agent.

When it comes down to risk in this country, Hillary's been tested and she's failed. She's the risky candidate. You look at Russia, the uranium deal, giving them control of 20 percent of the world's uranium, her pocketing hundreds of thousands in speeches, Russian reset, Libya. You look at Iraq and the mess that she left there.

What I'm saying is, she was tried and tested. She failed. She's too risky for this country. That's why she's going the lose.

DICKERSON: The RNC is 100 percent behind Donald Trump?

PRIEBUS: Well, he's the nominee of our party. Of course we're behind Donald Trump. This is ridiculous, as if we wouldn't be behind the nominee of the party. Of course we are.

DICKERSON: Do you think the election is in danger of being stolen?

PRIEBUS: No, but -- I don't, but what I think the media is missing here is that to ask a candidate three weeks before the election if they lose, are they going to concede, asking for a concession speech, no one does that.

And I think, if it's a close election, look, if you lose by 200 votes in Florida, are you going to concede on election night if you're at 260 electoral votes?

DICKERSON: But that's not what he's saying. He's not saying if it's a squeaker.



Sponsored by Salvation Army

**Bring joy and hope to families in need.**

Last year, The Salvation Army helped serve 25 million people. Your donation can help serve more. Donate today.

## Watch CBSN Live



**Watch CBS News Live**

*Watch CBS News anytime, anywhere with the new 24/7 digital news network. Stream CBSN live or on demand for FREE on your TV, computer, tablet, or smartphone.*

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 12/02/16 69 of 290. PageID #: 184

He's saying it's been stolen at this moment, and the only way I will lose is if it's stolen. That's really different.

PRIEBUS: Wait a minute. That's not quite what he's saying.

What he's saying is, he wants to reserve all options, and if there is grounds for a recount, I will exercise my options. I know where his head is at. He is not willing to not concede if he loses and there's no fraud.

(CROSSTALK)

DICKERSON: But his mouth is in a different place than where you think his head is.

He said, if he loses Pennsylvania, a state Republicans haven't won since '88, it will only be because the state was stolen for him.

PRIEBUS: I don't think that's where he's at. That's not where I'm at.

I think that if -- losing by 100 votes is one thing. Losing by 100,000 is a different thing. I think we can reasonable on this issue.

DICKERSON: Here's why I ask. It's not just the media. South Carolina Governor Nikki Haley says -- quote -- "This election is not rigged and it's irresponsible to say that it is."

So, is Nikki Haley right or is Donald Trump right?

PRIEBUS: I think -- I think they're two different -- two people saying two different things.

I think if you're Donald Trump and you see the barrage and the media implosion on every single thing this guy does, no matter what it is, he eats corn flakes in the morning and CNN or another cable show on MSNBC is talking about it 24 hours a day.

If you look at Hillary Clinton, what she's got away with on this e-mail scandal, when you have General Cartwright going to potentially prison for doing one-tenth of her...

DICKERSON: I understand that.

PRIEBUS: Listen, but I'm trying to put you in the mind of a person who is running for president and sees this unbelievable world around him, and then you do hear about fraud at the ballot box, and you say, you know what, I'm going to reserve all options. That's what he's saying.

DICKERSON: Right. But reserving options is different than saying it's going to be stolen. Let's just say it. But that's -- the problem is the difference between what you say and what he says.

(CROSSTALK)

PRIEBUS: But I know where he's at on this. And where he's at is exactly as I'm explaining to you.

DICKERSON: Would you advise him, as the Republican Party chair, to say, make this distinction clear, because, otherwise, what you're going to do is incite your followers to think that this election is being stolen from them, and that that's dangerous, just a moral...



PAUSE YOUR CARD. NOT YOUR LIFE.

Tap to lock

ACTIVE

Lock a misplaced card fast with Citi® Quick Lock.   Learn More


151   PHOTOS
FTN: Behind the scenes

Face on Twitter
Tweets from @FaceTheNation/team


THE POWER TO BE CONFIDENT
2016 EXPLORER
Ford Go Further   GET OFFERS ▶   LocalFordDealer

New Android TV App

**EXHIBIT 14**



(CROSSTALK)

PRIEBUS: And, by the way, he did do that. And he did do that. He did that the next day and the week after.

DICKERSON: He's still talking about an election being stolen. No, no, no, I don't mean his response to the debate. I mean just in general when he says the election is rigged. He said it last night.

PRIEBUS: I think he's trying to also tell his folks to watch out for this fraud that might occur.

But, look, it's not -- I'm telling you, we know that this is not millions of people. But what we're talking about are things like, if you look at the Milwaukee police report that came out about six years ago, the Milwaukee Police Department put out a 70-page report on election fraud in Milwaukee. This wasn't the Republican Party putting it out there.

What I'm telling you is that this is real. So let's not...

DICKERSON: Absolutely. But...

(CROSSTALK)

PRIEBUS: Let's not go down this road where we're acting like this is a figment of people's imagination.

DICKERSON: But I think the Milwaukee police report makes just precisely the point. They found fraud, but not enough to steal the election. It wasn't even close. So, that's the point.

PRIEBUS: But if you lose by 100 votes, it might be.

(CROSSTALK)

DICKERSON: Right.

(CROSSTALK)

DICKERSON: But, anyway, let's move on, Mr. Chairman, because I want to ask you about, last time you were here, you said Republicans who didn't support Donald Trump who wanted to run for president in the future might face sanction, some punishment from the party. Is that still the case?

PRIEBUS: Look, I think these are things that we're going to look at after the election. But we expect to win.

And I think that unifying the party is something that's always the job of a chairman of party and all the people that are involved in our party. And that's what we expect to do. And so we're going to leave that for another time.

DICKERSON: But they're not under -- they shouldn't worry that?

PRIEBUS: Listen, the point is, I think, given the choice between someone who has been tried and tested and fail and someone that can't be trusted like Hillary Clinton, and someone that wants to change up the system, I think all Republicans should support the nominee of our party.

DICKERSON: What if they don't? How should Republicans think about somebody

**EXHIBIT 14**

like Paul Ryan? Is Paul Ryan a good Republican?

PRIEBUS: Of course. He's a great Republican. He's one of the brightest stars in our party. And he's a great friend, smart, one of the most pure-hearted people I have ever known in politics.

So, yes, he's a great Republican. I think all of -- when you have two parties -- this isn't Italy. We don't have 12 different parties, where everyone can fit neatly into a box. And so we have to understand that. Our job is to bring as many people into the room as possible and make the case. And so that's what we're doing every day.

DICKERSON: I want to ask you about bringing people into the room. That was the point of the autopsy that you had written after the 2012 election.

And it said -- that look at the 2012 race, it said -- quote -- "The Republican Party needs to stop talking to itself. We have become expert in how to provide ideological reinforcement to like-minded people."

A lot of people would say that describes exactly the kind of race Donald Trump is running, totally opposite of what was argued the Republican Party should do in that autopsy. What do you say to that?

PRIEBUS: I say then you're not giving him any credit for going into Cleveland and Detroit countless times, talking about school choice, meeting with black and Hispanic pastors, talking about the fact that the Democrats take advantage of these communities every four years, tell them what they want to hear, don't follow up with SBA loans for small business owners who happen to be black or Hispanic.

They don't follow up on education reform. There's no follow-up on any of these promises. And so if you look at what the Republican Party has done as well, we have put our money where our mouth is. We have put money in black and Hispanic and Asian engagement for four straight years, like no party in modern history has ever done.

But that's what -- but, listen, let me tell you something about the Growth and Opportunity Report. The Growth and Opportunity Report isn't just a diagnosis of the Republican National Committee. The Growth and Opportunity Report is a message to the entire party as a whole. And I stand behind it 100 percent.

DICKERSON: Even though Donald Trump's numbers with African- Americans, Latinos and women are so bad?

PRIEBUS: It doesn't -- little, it's not because of the effort that not been put in.

I mean, first of all, I contend that he's going to do better in black communities than we have done four and eight years ago. But what this prescription is, is a prescription for the long term, not the short term, and being active 24/7 in black and Hispanic communities, talking about the issues that matter in those communities is what our party is all about.

We are the party of Lincoln. We are the party of equality, freedom and opportunity, and that's what we will always be.

DICKERSON: All right, Chairman Reince Priebus, thanks.

PRIEBUS: You bet.

DICKERSON: The morning after the last presidential debate, we sat down with some voters in the battleground state of Nevada in a Las Vegas restaurant to get the views of some of the people who will actually shape this election.

**EXHIBIT 14**

(BEGIN VIDEOTAPE)

JOHN DICKERSON: Donald Trump was asked in the debate if he would abide by the outcome of the election...was anybody struck by his reaction and what he said?

KIMBERLY: Not as much as they made--

ED: I expected him to say that.

(OVERTALK)

KIMBERLY: -a big deal-- not as much as they made a big deal out of it. You know, if-- if I was in his position and there was any-- any question about the validity of the votes I believe the voting system is corrupt, I believe the politicians are corrupt, I believe the Congress is corrupt.

JOHN DICKERSON: Ed, quickly, you said that you expected Trump to say that.

ED: I thought he'd be not evasive, but being cute on it a little bit, he will accept it. Mr. Trump is a very successful businessman. He--

JOHN DICKERSON: How do you know that--

ED: --knows how to operate.

JOHN DICKERSON: --how do you know he'll accept it?

ED: Just by the way he handles things. He wanted to leave it open a little bit. He wanted to create a little bit of discussion on it...

KIMBERLY: I don't think he's interested in winning. I really don't. I--

JOHN DICKERSON: What's he interested in?

KORIE: Right?

KIMBERLY: - he's gonna start a media empire after this with all the people he's met and surrounded himself with.

JOHN: Yeah.

JOHN DICKERSON: You believe that too, John?

JOHN: Yeah.

JOHN DICKERSON: You think that? Who here thinks Donald Trump is not on the level, that he's in it for some other thing, not to actually win the presidency.

FEMALE VOICE: Oh I don't agree.

KORIE: I think he's in to win.

JOHN: He's not gonna quit. I think he's gonna fight 'till the end. But he's already planning next phase which is Trump TV at some point.

JOHN DICKERSON: How many of the others-- of you here feel like the election system-- is rigged?

**EXHIBIT 14**

ED: I don't think it's rigged. I think it can be improved on.

KORIE: As far as Donald Trump saying that it's rigged, how are you running for a country but don't have faith in it? You know, how are you gonna call the system rigged, the system that you're running for, that you want to, you know, be in command of? And you're gonna say it's rigged? Like, as American that's offensive, you know?

JOHN DICKERSON: Kaitlin, let me ask you-- you're undecided. When do you think you'll make up your mind? But what's your process gonna be?

KAITLIN: What I'm gonna have to tell myself is who is going to be the steward of the millennials? Because I'm going to be living here in America for hopefully another 50, 60 years. And I want a president who's going to put, you know, my generation at the forefront and maximize our success here in this country. And so I think ultimately we're looking at these two candidates and their integrity.

JOHN DICKERSON: John, what do you think about that question of integrity?

JOHN: They both have-- pretty serious issues. And so at some point you have to say, you know, you have to understand Donald Trump's got a history of integrity issues, so does Hillary Clinton. And so the next question I ask as an economist, okay, who's gonna do the best for the economy?Okay, assuming that they're both got their challenges, who's gonna screw up the economy less? Maybe not-- (LAUGHTER) all right, or not do anything to harm the recovery. I think what's happened, John, is-- and you see this in Las Vegas, we're one of the poster children of the Great Recession. We really are.

KIMBERLY: Absolutely.

JOHN: We had to come to believe in Southern Nevada we were immune to the laws of economics and gravity. And we acted that way for many, many years. And then we got hit really hard because we didn't have a diverse economy. And so now that the-- the whole-- the whole world I guess went through this global recession, we're recovering out of it. It's slow.

JOHN DICKERSON: Korie, let me just ask you on this question of character and integrity. You're a supporter of-- of Hillary Clinton's. How do you think through some of the challenges and-- and some of the views people have about Hillary Clinton and her lack of trustworthiness? How do you make sense of all that?

KORIE: if I were a patient going into have life changing surgery do I want the doctor who is well-seasoned and has done this surgery many, many times before? Or do I wanna take my chance on the rookie who's just comin' out of, you know, school and doesn't have the-- the knowledge or-- or the experience, you know, in doing something like that.

JOHN DICKERSON: Right.

KORIE: And, I mean, you know, the whole email thing, until she's proven guilty, she's innocent. I mean, that's what our country operates off of.

JOHN DICKERSON: But what she has admitted is she did have her own private server.

KORIE: Right.

JOHN DICKERSON: And-- and for you is that something that, you know, she kinda-- it was kinda, like, a white lie, like, a small thing or--

**EXHIBIT 14**

KORIE:  Um I think that she by not coming up front, you know, it did put some uneasiness in individuals. But I think there're far more greater things to worry about in the world than somebody's Yahoo account.

JOHN DICKERSON:  Let me ask you this question-- Barbara. Korie made the case that if you're gonna get surgery, good to have a doctor who knows-- knows the-- you know, the ins and outs of-- of surgery. Not somebody who's new to the-- new to the task. Well, that obviously is-- that's a way of looking at the presidency that makes it pretty good for Hillary Clinton.

BARBARA: Also you--

JOHN DICKERSON: So how do you see--

BARBARA:  --have your new doctor that's just got the new training. And--

KIMBERLY:  Is willing to try--

BARBARA: --you know, they--

KIMBERLY: --something different and something ground breaking and revolutionary. My-- that happened to my husband. He had an ankle replacement. We saw nine doctors before we could find one. And many of 'em were experienced doctors...They flat-out refused to do it. And we found a doctor who tried something new and tried something different. And my husband's walking. He has a limp but he's walking.

KORIE: That's amazing.

ED:  But let me-- let me jump in and I think to tie into it, if you don't mind, John.

JOHN DICKERSON: Sure, and then--

ED: With the doctor analogy. The problem with Donald Trump is-- the way he answers questions like this, it appears he graduated from the Trump medical school. (OVERTALK) Okay, 'cause he's gonna do the best surgery. It's gonna be great. It's gonna be the greatest surgery ever done. But there's no details. You know, it-- it's always these bombastic statements of great and wonderful. We're gonna get tired of winning we're gonna win so much it's just gonna be unbelievable. And that says nothing. That just tells you nothing

JOHN DICKERSON: Barbara, what about you? What's your-- what's a big issue for you?

BARBARA: Morality and values based on what the country was based on. I think that the laws that Obama has passed, the way the country has-- I call it down turning. Some of the other people are proud of it and happy for it. I personally am against it. The homosexuals, the abortions, all this stuff I am against...

JOHN DICKERSON: When Donald Trump says, "Make America great again," is that what you hear? That it's gonna go back to the-- before the time that you're now describing?

BARBARA: That's part of it.

JOHN DICKERSON: Kimberly, it's-- the day after the election. Hillary Clinton is president. What's your quick reaction?

KIMBERLY:  Not surprised. (LAUGHTER) I have hope.

**EXHIBIT 14**

Case: 1:16-cv-02645-JG   Doc #: 8-3   Filed: 12/02/16   75 of 290. PageID #: 190

JOHN DICKERSON: Kaitlin?

KAITLIN: I pray that her policy translates to keep American values at the forefront.

JOHN DICKERSON: Ed?

ED: I respect the office. I do not respect her.

BARBARA: Oh no. (LAUGHTER) She needs prayer. The country always needs prayer.

KORIE: I say bless her and all that she does.

JOHN: I think she'll be able to negotiate with the Congress to get things done with Ryan and-- and McConnell.

JOHN DICKERSON: It's now the day after the election, Ed, Donald Trump has won. What's your reaction?

ED: I'll be pleased. I wish him well. Keep a cool hand and do your best.

JOHN DICKERSON: Kimberly?

KIMBERLY: I hope he finds really good people to surround himself with and keep himself in check. And I-- I have hope.

JOHN DICKERSON: John?

JOHN: Pray that Jon Stewart comes back to Comedy Central (LAUGHTER) and-- America will be great again when he comes back.

JOHN DICKERSON: Great. Korie, what's your feeling?

KORIE: I'm moving off the grid. No. (LAUGHTER)

KIMBERLY: Good luck with that.

KORIE: I'm-- I'm open to change and we'll see what happens.

(END VIDEOTAPE)

DICKERSON: And we will be back with a minute from some surprising results from our CBS News Battleground Tracker, including whether Florida GOP voters who picked Donald Trump in the primary have any regrets. Stay with us.

(COMMERCIAL BREAK)

DICKERSON: And we're back with our Battleground Tracker poll.

In Florida, the race is still very tight. Hillary Clinton is up three points over Donald Trump. That's 46 percent to 43 percent. And, in Texas, those numbers are reversed. Trump is up 46 percent and Clinton is at 43 percent.

CBS News election director Anthony Salvanto joins us now.

All right, Anthony, we're going to get to Florida, but why were you in Texas this week?

ANTHONY SALVANTO, CBS NEWS ELECTIONS DIRECTOR: Well, it's one of the

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 76 of 290. PageID #: 191

most Republican states in the country, but it tells a broader story, and this is that Donald Trump is underperforming with a lot of key groups Republicans usually do well with, white men, white women, white college-educated women.

I would caution, I don't think that Hillary Clinton is in a position to outright win Texas at this point, but it does tell that story of why things are generally closer overall.

DICKERSON: And she's up with Hispanics there, too, which helps.

Florida, now, what's the situation on the ground there?

SALVANTO: Well, Hillary Clinton is up. She's up three. She's still low on a number of key measures, like can you fix the economy, do you understand regular people, but she does have one thing Donald Trump does not, and that is near complete support from her own party.

She's got nine in 10 Democrats. Trump has eight in 10 Republicans. That's something that's plagued him all along through this campaign, and it's just enough to cost him.

DICKERSON: Debates are about ginning up support in your own group, and Hillary Clinton seems to have done that coming out of her three debates.

Is there anything Donald Trump can do in the last 18 days in Florida to help himself?

SALVANTO: Well, voters say they think Donald Trump is talking about the things that he, Donald Trump, cares about, and not the things that they want to hear.

And one of those things they say is change, change Washington, shake up the political system. So that's one rhetorical place that he can go.

DICKERSON: One of the other things you did, Anthony, in Florida is you went back to those Republican primary voters who picked Trump big over Marco Rubio, the sitting senator in the state. Is there any remorse among those voters in -- Republicans in Florida?

SALVANTO: No, not really. In fact, if they had a time machine and could go back to the Republican primary in the spring, they would still vote for Donald Trump.

And what I think that tells you is, even though they say he has got some flaws as a candidate at this point, the Republican base is still closer to and Donald Trump is still closer to the Republican base than anything that their leadership has to offer.

DICKERSON: And that's why he's been trying to talk about draining the swamp in Washington. But he's really been talking about fraud. What are Republican voters in Florida saying about fraud?

SALVANTO: Well, Republicans overwhelmingly think that it exists, that it is widespread. But here's the kicker, John. They think that Donald Trump would actually win the presidency were it not for fraud.

And that's a broader loss of faith in institutions and, somewhat uniquely, exceptionally American institutions that we see coming out right now.

DICKERSON: Right. So, they think it's not just that fraud happens, but that the election will be stolen. Now, you on election night look all over the whole country, and you have for various cycles. What's your feeling about just this idea of an election being stolen?

**EXHIBIT 14**

SALVANTO: Well, think about how decentralized this whole election system is.

What I see on election night is 3,000 counties, hundreds of thousands of precincts. And they're all coming in from all across the country. They're counted locally. They're counted by your friends, by your neighbors, by your county officials. So, you can imagine something on that side and that scope.

Shenanigans here and there? Well, anything is possible, but that is a big and really uniquely American system.

DICKERSON: You also in your polling went looking for Trump voters who might not be in traditional polls for one reason or another. This is an argument the Trump people have been making, that their supporters are just not being captured in these polls to show Hillary Clinton ahead. What did you find?

SALVANTO: A couple things.

One is, when you look at the early vote coming in already -- and there's already, say, a million ballots coming in from Florida -- you see that people who are voting have already voted before. That's evidence right now against the idea that there's new folks coming into the system.

And also the Trump voters in our poll say that the people around them also are talking about voting for Donald Trump. So, there doesn't seem to be a lot of hesitancy to talk about the fact that you're for Donald Trump.

DICKERSON: Because the theory is that people don't want to tell pollsters that they're voting for Donald Trump, but your argument is, if they're telling their friends they're voting for Donald Trump, if they're proud about it in their communities, they are not going to be shy about it on a phone with a pollster.

SALVANTO: And we have got the primaries for the most part, right, where people said they were going to vote for him, and they did. So, there's been that consistent finding.

DICKERSON: All right, Anthony Salvanto, thanks so much for being with us.

SALVANTO: Thank you.

DICKERSON: And we will be back in a moment.

(COMMERCIAL BREAK)

DICKERSON: And we turn now to Republican consultant and CBS News contributor Frank Luntz, who is coming to us from Chicago this morning.

Frank, I want to start on this question of voter fraud. Donald Trump has been talking about it. There was also a video released this week from Project Veritas that showed a Democratic strategist talking about busing people. Is that why -- with that kind of video footage, is that why Republicans come out in such big numbers thinking the election is going to be stolen?

FRANK LUNTZ, CBS NEWS CONTRIBUTOR: Republicans have felt this ever since Rudy Giuliani's campaign in 1989 and again in 1993.

There's always been the concern that, particularly in urban America, people who shouldn't be voting are or people are voting more than once.

But the problem, John, is, is that it's a poison. It's toxic. And this feeling that the

**EXHIBIT 14**

electoral system is rigged, the more that that grows, the more impossible it will be after this election to govern.

And I got to tell you, I have been studying this now for 25 years, and I have never seen a higher percentage of Americans who are prepared to completely toss out Washington, toss out Wall Street. They have no faith in the media, no faith in the institutions that run us.

And then how do you bring people together to work together when all of these connections have been frayed?

DICKERSON: Let me take the timeline back a little bit, before we think about after the election. What about right now? You talk about this poison.

When voters hear the election is going to be stolen and then if Donald Trump loses, what's your sense -- having spent so much time talking to voters, what's your sense of their reaction?

LUNTZ: Well, I have been to 26 states now. I will probably make it to 30 before the election is over. And it means that there is no coming together.

And I think it's going to be very challenging for the GOP, because you have got some Trump voters who are unwilling to vote for a Republican for Senate or Congress as a way to send a message to the establishment, and you have got some independents who want to vote Republican for the Senate and the House, but won't because they're too connected to Donald Trump.

With only 17 days to go, I have not seen an election like this, where there is so much intraparty battles going on at a time when the Republicans should be focused on the Democrats and prosecuting the case against their leadership.

DICKERSON: Just 40 seconds before a break, and then we will have you back. But do you think it's an attempt, a turnout mechanism to say that voting is rigged, it's being stolen from you as a way to bring unity in a party that's having its own little internal bickering?

LUNTZ: The way to bring unity is to talk about change in Washington, is to talk about the economy that isn't delivering for hardworking taxpayers, to talk about the fact that, for 70 percent of Americans, they aren't better off, that 53 percent of Americans are living paycheck-to-paycheck, struggling to get by.

That's more of a unifying message.

DICKERSON: All right, we're going to get back and talk about that change message when we have you on the other side.

So, everybody, stick with us. And we will be back with a moment.

(COMMERCIAL BREAK)

DICKERSON: Some of our CBS stations are leaving us now, but, for most of you, we will be right back.

And to keep you up to date with campaign developments during the week, you can access our podcast, "FACE THE NATION Diary," through iTunes or your preferred podcast platform.

(COMMERCIAL BREAK)

DICKERSON: Welcome back the FACE THE NATION. I'm John Dickerson.

**EXHIBIT 14**

We continue with Republican strategist and CBS consultant Frank Luntz.

Frank, you mentioned change, and that was the message that would bring Republicans together. Donald Trump has been talking about his -- what he'll do in his first 100 days. He's talking -- been talking about draining the swamp in Washington. Is that what that's all about?

LUNTZ: Well, it should have happened weeks or even months ago. I don't understand why he waited this long. And, in fact, when you've got 70 million people watching the debates, that's when he should have released his plan for the first 100 days. What Republicans should look at, because there's going to be a lot of recrimination when this election is over, is that the focal point was not on those forgotten Americans that Donald Trump talked about a year ago as he began his candidacy, it's that it's all focused on him, his battles with the women, his battles with the media, his battles with just about everybody. If he had stayed the voice and the vision for those people who have been left behind, this race would be a lot different than it is right now.

DICKERSON: You say "recriminations." Do you think it's over? Do you think he's going to lose?

LUNTZ: No, I don't think it's over, because I -- if you look at the polling numbers ... the ... ... in the ... state ... the ... ... that it's still


THE ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.

Get the App

DICKERSON: You -- is it the campaign or is it the candidate, you think, who -- where the signal is getting lost?

LUNTZ: I think it's both. And in the testing that we do, Donald Trump scores really well when he talks about changing the budget and holding people accountable. But he scores really badly when he starts attacking Hillary Clinton on personal terms or even goes as far back as Bill Clinton. John, I have never seen a campaign that has less discipline, less focus, less of an effective vision at a time when more Americans are demanding a change in the way their government works. This should have been a slam dunk for the GOP.

DICKERSON: All right, Frank Luntz, thanks so much for being with us. We appreciate it.

LUNTZ: Thank you.

DICKERSON: And we now go to Democratic strategist and CNN senior political consultant David Axelrod, who is also in Chicago.

David, we must congratulate you first for the victory by the Cubs and we wish them well next week in the World Series.

DAVID AXELROD, DEMOCRATIC STRATEGIST: Only 71 years, John.

DICKERSON: Yes. Now that we've gotten that out of the way, give us your sense of where this race stands right now.

AXELROD: Look, I don't know any consultant on either side, any strategist, who privately believes that Donald Trump's going to win this election. I think Hillary Clinton is in a very strong position now. And you can see it with the fact that she's pressing into these normally Republican bastions. Your own poll in Texas was kind

**EXHIBIT 14**

of shocking. She's got a lead in the aggregate -- aggregation of polls in Arizona, and she's doing well in virtually every battleground state, traditional battleground state. So the question now that you hear is, what impact will it have down the ballot? And that's where I think the focus is going to be for the last couple of weeks.

DICKERSON: In those House and -- and Senate races, before we move on to those for a second, you've been in one of these. You know about early voting, the voting that's taking place right now. How does a campaign, if it's doing as well as the Clinton campaign appears to be doing, how do they really know it from looking at the early voting and what can they do strategically in the next 16 days that we should be looking for as we watch this campaign?

AXELROD: Well, this is one of the places where they have an advantage because they have invested in the accoutrements of modern politics, in analytics, to really analyze where these votes are coming from, who's voting early. They've assigned scores in these battleground states to these voters to -- to assess the likelihood that they'll be voting Democrat or Republican. And through those techniques, you can really get a sense of how you are doing. And they know who hasn't voted, who should be voting for them, and they'll be pressing those people.

There's no comparable operation in the Trump campaign. The Republican Party has it, but the Republican Party has to make a decision as to whether they bring


THE ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.

Get the App

is that something they can do because they're seeing this early vote come in, or is it just simply they're looking at the national polls and thinking they have freedom to move a little bit off of their attack directly at Donald Trump?

AXELROD: Well, I think you can assume that they've got pretty sophisticated polling in each of these battleground states. But I think there's a -- a potential trap for -- for the Democrats and for Hillary Clinton. If she partisanizes her appeal in the -- in the final weeks too sharply because the voters who are drifting from Republicans are Republican, college-educated Republicans, independent voters who might lean Republican. If you partisanize the race too sharply, you may drive some of those voters back. So she has to be careful about how she makes her appeal in the final weeks, trying to get people out, trying to get people to vote, but talking more broadly about how she's goings to bring the country together rather than turning it into a partisan fight.

DICKERSON: You know, we've talked over the course of this election about the message at the center of the Clinton campaign. One of those hacked e-mails that came out this week is a conversation inside the Clinton campaign back in February. Joel Benenson, her pollster, who you know well, writes in one of those e-mails, "do we have any sense from her," her meaning the candidate, "what she believes or wants her core message to be?" Is that still a challenge for her campaign, what that core message is?

AXELROD: Well, yes, I think it is challenge for them, but it's completely overridden by the things that Frank Luntz just talked about. Donald Trump has become the issue in this campaign. He has made himself that. He has made himself the center of discussion. And that has overwhelmed every other issue. So even though she's going into this election with historically high liabilities, in comparison to Donald Trump, she's doing quite well.

DICKERSON: Oprah Winfrey tried to make the case for Hillary Clinton and said,

**EXHIBIT 14**

"you don't have to like her." I guess that fits on a bumper sticker. But that's not -- that's not a -- I mean what do you make of that?

AXELROD: Well, I think that people -- this is large -- a binary choice. One of these people is going to be president of the United States. What people have concluded, and you see it in every poll, is that Hillary Clinton has the competence and then she has the temperament to be president. They have questions about Donald Trump on both those things and that's what's making it impossible for him to make progress.

DICKERSON: All right, David Axelrod from Chicago, thanks so much for being with us.

AXELROD: Great to be with you, John.

DICKERSON: And we'll be right back with our politics panel.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

KATE MCKINNON, ACTRESS, "SATURDAY NIGHT LIVE": Thank you for bringing up my e-mail, Chris, and I'm -- I'm very happy to clarify what was in



✕    THE ALL NEW **CBS News App**    [ Get the App ]
     Fully redesigned. Featuring CBSN, 24/7 live news.

DICKERSON: And that was Kate McKinnon playing Hillary Clinton from last night's "Saturday Night Live."

For some analysis on the real-life moments in the debate and more, we're here with "Wall Street Journal" columnist and CBS News contributor Peggy Noonan, Jamelle Bouie is chief political correspondent for "Slate" magazine and a CBS News political analyst, Jeffrey Goldberg is here, and we congratulate him on his new role at "The Atlantic." He was just named editor-in-chief of the magazine. And Ed O'Keefe covers politics for "The Washington Post."

All right, we're going to kick our conversation right off right out of Kate McKinnon there. We're going to run a clip of Hillary Clinton actually answering a question or not answering a question in the debate.

(BEGIN VIDEO CLIP)

HILLARY CLINTON (D), PRESIDENTIAL NOMINEE: Well, everything I did as secretary of state was in furtherance of our country's interests and our values. The State Department has said that. I think that's been proven. But I am happy -- in fact, I am thrilled to talk about the Clinton Foundation, because it is a world-renowned charity, and I am so proud of the work that it does.

(BEGIN VIDEO CLIP)

DICKERSON: That was a question, Peggy, about allegations and proof in e-mails, both hacked and also found through Freedom of Information requests of a closeness between the Clinton Foundation and the State Department. She was asked about that closeness and her pledge to make sure there was no appearance of closeness.

PEGGY NOONAN, CBS NEWS CONTRIBUTOR: Yes.

**EXHIBIT 14**

DICKERSON: And she went and just talked about the great things the foundation was doing, didn't answer the question at all. In politics they say your -- if you're explaining, you're losing. She decided just not to explain.

NOONAN: Yes, that's one way to look at it. You might say that was avowing to the fact that she has no argument to make here that is going the really make you think, oh, there was no pay for play. Any of those allegations are wrong. I did think it -- it took a special maybe gumption is the word to say, and we know I have only done the best work for America, after all, that is what my State Department said. That is like, you tell me you did something wrong and I say, oh, no, I didn't, and I now I didn't because me said I didn't. I mean it was her State Department. So -- so what can she do but pivot away from something that I think is a serious charge that even people in your focus group were talking about. It's just out there. Everybody knows what they think.

DICKERSON: It's out there, Jamelle, but she seems to have come through the three debates in a much stronger position, so maybe she doesn't pay -- people don't penalize her for not answering a question and Donald Trump helps her by taking the bait and going off and doing his own thing.

JAMELLE BOUIE, SLATE MAGAZINE: Right. I think part of the problem for Donald Trump in trying to capitalize on allegations of pay for play are really any of



THE ALL NEW CBS News App
Fully redesigned. Featuring CBSN, 24/7 live news.
Get the App

allegations against Clinton or the scandals against Clinton that she can just avoid the question by turning it back on Trump. And that has given her, I think, a real rhetorical advantage, even as voters still have a lot of questions about her honesty, her trustworthiness, et cetera, et cetera.

DICKERSON: That's right. And when she -- another time when -- where she pivoted from a question asked to her about open borders, she then went back and said, you know, these WikiLeaks e-mails are coming from the Russians and the intelligence agencies have said the Russians are responsible for this. And Donald Trump called her out for pivoting and then answered the Russian question.

NOONAN: Yes.

BOUIE: Right. Right.

DICKERSON: What did you make of -- he sort of had the first half right --

BOUIE: Right.

DICKERSON: But the second half went to embrace Russia. What do you make, Jeffrey, of Donald Trump's -- the safe space he creates for Russia when he talks about Russia and the fact that, you know, intelligence communities say Russia was involved in this hack, but Donald Trump is -- is kinder to him than others?

JEFFREY GOLDBERG, "THE ATLANTIC": Speaking of -- speaking of safe space, nothing triggers Donald Trump like a criticism of Vladimir Putin.

NOONAN: Yes.

GOLDBERG: It's quite remarkable to watch. We saw it the other night. This is historic and -- and it represents a seismic shift in the way American politicians talk

**EXHIBIT 14**

Case: 1:16-cv-02645-JG　Doc #: 8-3　Filed: 12/02/16　83 of 290. PageID #: 198

about Russia and large authoritarian countries in general. I -- I mean, it's -- it's --
it's not entirely explicable to me, but generally the pattern in American politics
and American life is that we tend to side with small, besieged democracies over
authoritarian superpowers. Donald Trump's sympathies seem to lie in a
completely different direction. Sometimes we do that well. Sometimes we do that
not well. Sometimes presidents are criticized for not doing enough, Ukraine and
Obama is a perfect example. But -- but this is -- this is not entirely explicable yet to
me, but it's revolutionary.

DICKERSON: Ed, where do you -- what do you make of -- we've had three debates.
After the three of them, what's the -- what's the final conclusion about?

ED O'KEEFE, "THE WASHINGTON POST": His bottom fell out and yet she did
nothing to answer those questions about e-mails, about management of the State
Department, about transparency, and she seems perfectly fine with that. And I
think they have just gambled that they simply are ahead by enough comfortably,
that that's something that can be dealt with perhaps when she's president or she's
going to have to demonstrate through her actions that she can win back the trust
of the American people.

But, look, if she had faced in -- if she faces a stronger Republican candidate four
years should she win, it's going to be very hard for her because I think a lot of the
other guys who were running were very well prepared to just prosecute her day


THE
ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.
Get the App

behaving like it's over. How do you feel?

NOONAN: I feel like surprises can happen, but I think we all agree that the
trendlines suggest it will not work for Mr. Trump. You never know. So -- and
you've got to keep an open mind. And we've got two weeks here. But -- but I think
it looks rather difficult for him, and I think for the reasons that Frank Luntz really
laid out. He has, at the end of the day, done a poor campaign. He has not talked
enough about the perceived problems, the problems as they perceive them by the
American people. He has talked much more and more obsessively and more
engagingly about his own issues with women, with the rigged media, with the
rigged this. Do you know what I mean? And it's -- it -- it doesn't make a good
impression or leave a good taste. It should have been bigger than that.

GOLDBERG: I mean he goes the Gettysburg to deliver a policy speech and the
headlines that come out are "complaining about the rigged election," --

DICKERSON: Right.

GOLDBERG: Talking about suing women who are accusing him falsely of -- this is
the opposite of big and --and people are left with that bad taste. And nothing -- he
has not been able ever to stop being Donald Trump in that sense. And that's the
fatal flaw.

BOUIE: And what -- what's striking about this is, this is clear from the beginning.
It was -- I think if you observe Trump closely from 2015 or summer 2015 to the
present, you would have predicted this exact -- I don't know if this exact course of
events, but something like it.

GOLDBERG: This is weirder than the exact course of events we would have
predicted.

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 84 of 290. PageID #: 199

BOUIE: Right, this is a little weirder.

GOLDBERG: Yes.

BOUIE: But the -- the general fact that Trump has never been particularly interested in policy, he's never been particularly interested in talking about anyone other than himself, has always premised his candidacy on the idea that he was a unique force that through -- through himself could make everything better, and were -- the limits of that are -- are maybe much more apparent than we would have thought they were, but that's always -- that -- that's always been there in the Trump message, in the Trump appeal.

NOONAN: But he's had more than a year to learn how to be a passable candidate, not a really great one with a political gift, but an adequate one, and that hasn't happened, and I wasn't sure that would be so. I also have to disagree with you a little bit in that I think he has some political talent because he isolated important issues to the Republican base that electrified this political year, and will have to be worked out by the Republican Party in the coming years.

BOUIE: I'm not saying he doesn't have any political talent. I'm just saying that he doesn't have any of the discipline that you would need to actually become president of the United States. I mean even your like relatively inexperienced candidates like Eisenhower have 20 years of political experience in one way, shape

 THE ALL NEW **CBS News App** Fully redesigned. Featuring CBSN, 24/7 live news.    Get the App

GOLDBERG: Except for writing checks, perhaps.

DICKERSON: In our focus group (ph) there was a lot of talk during the debate when Donald Trump wouldn't -- wouldn't immediately embrace the idea of the election outcome.

O'KEEFE: Yes.

DICKERSON: In the focus group we talked to people who were not necessarily Trump fans, and they thought, this is why -- this is not a big deal to me.

O'KEEFE: Yes, I -- I picked up on a lot of that, too, walking away. I think everyone there who covers this kind of stuff saw it as a -- as a galling and -- and really historic moment for a candidate to say that. But I am reminded over and over again, in talking to Trump supporters and people that don't like Trump, that -- that voters across this country, a lot of them don't take him seriously. They -- they understand that a lot of this is in their view bluster and designed to just catch attention, which this obviously did.

I think Ed, who was part of your focus group said, I think ultimately he's going to come around and he's just teasing it out a little bit. You know, that's what a lot of people I think have thought. I know there are others, like Jeffrey, who -- who think it's astounding and it's just -- and it's horrifying. And I would agree, it's unprecedented and -- and -- and really irresponsible probably of a presidential nominee to say it. But over and over again I've had voters say this --

DICKERSON: Right.

O'KEEFE: That -- that they just don't take it seriously.

DICKERSON: Well, I -- one other thing, Jeffrey, before I go to you, is that voters

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 12/02/16 85 of 293. PageID #: 200

also -- Trump supporters have said, you know, they want to blow up the system.

O'KEEFE: Yes.

DICKERSON: They think the system has failed them.

O'KEEFE: Right.

DICKERSON: Some who cares if Donald Trump doesn't pay attention to the niceties of this system that fails me all the time? So I'm not that -- I'm not that (INAUDIBLE).

GOLDBERG: No, I think -- I mean I think this is an interesting debate about whether 70-year-old people can change anyway and whether this particular 70-year-old person can change. But I thought one of the truest moments of this last phase was -- was with a question -- a very large question about the future of the Supreme Court, and Donald Trump could have gone anywhere with that question. And instead he pivoted to -- to making the assertion that Ruth Bader Ginsburg, one of the justices, was -- was mean to him. It all comes down -- this is the essence of who he is. It's all about -- there's nothing else but him in this. He relates to the Supreme Court through the fact that Ruth Bader Ginsburg said something mean. And that was -- that was his answer. And there's nothing that lifts him beyond his base in that kind of answer.



THE ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.
Get the App

DICKERSON: What do you make of that statistic? They think the election's being stolen.

NOONAN: What I -- I think a most interestingly, they actually do think that if Trump loses, it will only be because of voter fraud.

DICKERSON: Yes.

NOONAN: Look, the integrity of the ballot and of the voting booth, as we used to say, is extremely important. If we ever really lose it as a country, we'll be losing so much it will be a dreadful trauma. There are certain issues to worry about. Hacking is one of them. Who might be behind a hacking of an American election? It's actually possible. So -- so that's a problem.

On top of that, look, America is a very great democracy with a long history of political mischief, so you know people sometimes do things that they shouldn't be doing. Have elections ever been stolen? My gosh, of course.

But one of the things Republicans should be thinking about is that each state governs its own voting reality. Most of the battleground states are governed by Republican governors. Most polling places are looked over by both Republican and Democratic stewards who are making sure everything's OK. I think this -- this rigged thing maybe is a larger metaphor in certain areas, I understand it. But if you're saying this election is going to be stolen, boy, you better put up the evidence and put it up now.

DICKERSON: Right, and there's no evidence that -- there is evidence of fraud in life, but not that it's going to swing the entire election.

BOUIE: Right. Right. The -- the most comprehensive study of at least in-person voter found that found that between -- in one billion ballots cost between 2000

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 12/02/16 86 of 290. PageID #: 201

and 2014, there were 31 suspected incidents of in-person voter fraud. I think it's really important to center the fact that so many Republican voters are receptive to the rigged message around the simple fact that for the past 15 years mainstream normal Republican politicians have been arguing in support of very restrictive voter laws in places like North Carolina and Wisconsin, that there is persistent and regular voter fraud that does actually influences election. And when you have Republican elites either argue this or never challenge it, for 15 years, you can't be shocked when -- when the presidential candidate says things like the election's rigged, that people begin to believe it.

DICKERSON: All right, Jamelle, you had the last word there. Sorry, Peggy, we'll -- just hold that, the one you have. Come with us next time.

Thanks to all of you for being here.

And we'll be back in a moment with a report from Iraq. Stay with us.

(COMMERCIAL BREAK)

DICKERSON: We turn now to the Iraqi effort to retake the city of Mosul from ISIS. The terror group has had control of the city for two years. The Iraqis are being assisted by American troops. There are approximately 5,000 in the region. Defense Secretary Ash Carter visited the area this weekend to get a progress



THE ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.

Get the App

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Watch out, watch out!

HOLLY WILLIAMS, CBS NEWS FOREIGN CORRESPONDENT (voice-over): Reporting from the frontlines of the fight against ISIS is sometimes chaotic. We carried a Gopro camera with us on Friday as we witnessed a gunfight in the city of Kirkuk between ISIS militants and a local SWAT team. You can see our cameraman, Abdi Kadani (ph), and producer Aaron Lyle (ph) trying to capture the reality of this conflict without getting themselves hurt.

The battle for Mosul pits America and its allies against a sadistic death cult. Airstrikes and helicopter gunships against suicide bombers. On the front line north of Mosul on Thursday, these Kurdish fighters spotted a small drone overhead, causing panic and drawing a hail of bullets. It's not surprising they're nervous. An ISIS drone loaded with explosives killed two Kurdish soldiers here earlier this month.

The U.S. military insists that its role here is only to advise and assist the Iraqi, but the line between advising and combat sometimes seems a fine distinction.

WILLIAMS (on camera): Members of the U.S. military are operating in this area, although we're not allowed to film them. And we've also seen troops from the coalition, from a European country, firing on ISIS.

WILLIAMS (voice-over): But even with America's help, this battle against barbaric extremists will come down to these men fighting for their land and control of their country.

(END VIDEO CLIP)

**EXHIBIT 14**

DICKERSON: That was CBS News correspondent Holly Williams.

And we'll be right back.

(COMMERCIAL BREAK)

DICKERSON: That's it for us today. Thanks for watching. Until next week, for FACE THE NATION, I'm John Dickerson.

***END OF TRANSCRIPT***

© 2016 CBS Interactive Inc. All Rights Reserved.

---

2 Comments / f Share / 🐦 Tweet / ⊙ Stumble / @ Email

## Recommended

Sponsored Links by Taboola ▷

**Professional & Casual Styles**
$335.75 - allenedmonds.com

**Washington, District Of Columbia Residents Are Stunned By This New Rule**
Provide-Savings Insurance Quotes

**You Won't Believe Who Gene Wilder's Daughter Is**

 
✕    THE ALL NEW **CBS News App**
Fully redesigned. Featuring CBSN, 24/7 live news.
[ Get the App ]

| More Face The Nation | Popular |
| --- | --- |

 

**Comparison: Trump vs. Clinton on the economy**

The two presidential candidates have offered competing proposals to create jobs and grow the economy - how do their plans stack up?

**Arizona GOP senator: "I just don't see how I can" back Trump**

Promoted Links by Taboola ▷

A Fired Disney Employee Reveals The Truth About 'The Happiest Place On Earth'
Trend Chaser

District Of Columbia: How Much Can SolarCity Save You?
SolarCity Quotes

Professional & Casual Styles
$335.75 - allenedmonds.com

How Rich He Got Doing "Gods Work" is Disgusting
Your Daily Dish

Playboy model Katie May died from "neck manipulation by chiropractor," coroner says

Former pastor charged with choking stranger's baby in Walmart checkout line

Man sentenced in basement kidnap of Utah mom, her four teen daughters

**EXHIBIT 14**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 12/02/16 89 of 290. PageID #: 203

Sen. Jeff Flake, R-Ariz., says he's confused by Trump's "360-degree pivot" on immigration

Woman arrested in Kansas teen's 1989 cold case slaying



**CBSNews.com**
Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs

**CBS Interactive**
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning
CBS News Store

**Follow Us**
Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

CBSNEWS
Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...



THE ALL NEW **CBS News App** Fully redesigned. Featuring CBSN, 24/7 live news. Get the App

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Richard Brakebill, Deloris Baker, Dorothy Herman, Della Merrick, Elvis Norquay, Ray Norquay, and Lucille Vivier, on behalf of themselves, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Alvin Jaeger, in his official capacity as the North Dakota Secretary of State, )<br><br>Defendants. ) | **ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 1:16-cv-008 |

---

Before the Court is the Plaintiffs' motion for a preliminary injunction. See Docket No. 42. The Plaintiffs seeks a preliminary injunction enjoining the Defendant from enforcing, during the pendency of this action, the voter ID requirements codified at N.D.C.C. § 16.1-05-07. The Plaintiffs request the Court grant an injunction requiring the voter ID laws in place during the 2012 election be put in place during the pendency of this action. Namely, the Plaintiffs request the Defendant reinstate certain "fail-safe" provisions that give poll workers the authority to allow Native Americans and others the ability to vote based on their personal knowledge of that person's voting eligibility. Plaintiffs also request Native Americans and others without sufficient ID be allowed to vote by signing an affidavit or declaration under penalty of perjury stating they are qualified to vote. The Defendant filed a response in opposition to the motion on July 5, 2016. See Docket No. 45. The Plaintiffs filed a reply on July 18, 2016. See Docket No. 48. For the reasons set forth below, the Court finds the lack of any "fail-safe" provisions to be dispositive in this matter. Although most voters in North Dakota either possess a qualifying ID or can obtain some form of acceptable identification, a safety net is needed for those voters who

**EXHIBIT 15**

cannot obtain a qualifying ID with reasonable effort. Accordingly, the Court enjoins the Defendant from implementing the current voter ID laws without the existence of some form of a "fail-safe" provision.

## I.   <u>BACKGROUND</u>

Until recently, North Dakota used a system of small voting precincts, whereby election boards and poll workers generally knew who were and who were not eligible voters in their precincts. If a poll clerk happened not to know a voter, they could ask that voter to produce one of many forms of an acceptable identification ("ID") showing the voter's residential address and birthday. Under the prior law, valid forms of ID included: a North Dakota driver's license or non-driver's license ID card; a U.S. passport; an ID card from a federal agency; an out of state driver's license or non-driver's ID card; an ID card issued by a tribal government; a valid student ID card; a military ID card; a utility bill dated 30 days before Election Day, including cell phone bills and student housing bills (online printouts were acceptable); and a change of address verification letter from the U.S. Postal Service.

If one form of ID did not provide a voter's address and birth date, a voter could use two forms of ID that, in combination, provided address and birth date information. If a voter could not produce the requested ID, he or she could fall back on two "fail-safe" mechanisms to prove their voting eligibility. First, a member of the election board or a poll clerk could simply vouch for the voter. Second, the voter could execute an affidavit swearing under penalty of perjury that he or she was a qualified elector in the precinct. N.D.C.C. § 16.1-05-07(3), amended by H.B. 1332, 63rd Leg. Assembly; Reg. Sess. § 5 (2013).

**EXHIBIT 15**

On April 19, 2013, the Legislative Assembly of North Dakota enacted HB 1332. HB 1332 imposed new voter ID requirements on voting-eligible citizens:

- To be acceptable, any voter ID must provide the voter's residential address (post office box numbers are not sufficient) and his or her date of birth.

- A voter must submit one of these forms of ID (1) a North Dakota driver's license; (2) a North Dakota non-driver's ID card; (3) a tribal government-issued ID card; or (4) an alternative form of ID prescribed by the Secretary of State in a case where the voter did not possess any of the other acceptable forms of ID.

More importantly, the new law also did away with North Dakota's voucher and affidavit "fail-safe" mechanisms. With respect to the fourth category of acceptable ID, the Secretary of State prescribed two forms: (1) a student ID certificate; and (2) a long-term care ID certificate.

Just over two years later, on April 24, 2015, North Dakota adopted HB 1333, which imposed additional restrictions on North Dakota voters:

- The bill removed the ability of the Secretary of State to prescribe new forms of qualifying ID, and denied students the option of using college ID certificates (leaving long-term care certificates as the only acceptable ID prescribed by the Secretary of State and limiting the number of acceptable ID's to four).

- The bill clarified that drive's licenses and non-driver ID cards must be current.

- The bill clarified that military ID is not acceptable, except for service members stationed away from their North Dakota residences

- The bill eliminated a voucher provision for absentee voting (except for disabled absentee voters).

**EXHIBIT 15**

A survey by the National Conference of State Legislatures (NCSL) classified North Dakota as a "strict" non-photo ID state.  See Docket No. 43, p. 15.  The record reveals that because North Dakota stands alone in not having any "fail-safe" provisions, its current voter ID laws are arguably some of the most restrictive voter ID laws in the nation. The record further reveals that proponents of HB 1332 and HB 1333 asserted the new laws were necessary to curb voter fraud.  Given the historical lack of voter fraud in the state, opponents complained that the new laws amounted to "a solution looking for a problem."  See Docket No. 44-2, p. 20.

The Plaintiffs are seven Native American voters from North Dakota who brought this action under the Voting Rights Act, and the United States and North Dakota Constitutions, to invalidate North Dakota's new voter ID requirements.   Under N.D.C.C. § 16.1-05-07, North Dakota voters must present a state-issued ID that shows both date of birth and a residential address to vote.  The following forms of ID are currently required to vote in North Dakota: (1) a current North Dakota driver's license' (2) a current North Dakota non-driver's ID card; (3) a long-term care certificate prescribed by the Secretary of State; or (4) a tribal government issued ID card. N.D.C.C. § 16.1-05-07(1)(a-c). A military ID card is not acceptable, except for service members stationed away from their North Dakota residences.  N.D.C.C. § 16.1-05-07(1)(d).

The Plaintiffs argue that, in the absence of any "fail-safe" provisions, North Dakota now has the nation's most restrictive voter ID requirements. The Plaintiffs contend these new ID requirements are needlessly and substantially burdensome for all the people of North Dakota, but impose particularly disproportionate burdens on Native Americans.  The Plaintiffs contend that thousands of Native Americans in North Dakota do not have qualifying voter ID's, or the resources to easily obtain qualifying ID's, because they do not have the money to pay the license

**EXHIBIT 15**

fees or for travel, or they do not have the forms of ID required to get a new ID card (e.g. a birth certificate or social security card), and/or they have neither the time nor the means of transportation to track down documents and travel to a state office which issues the required forms of ID.

## II.    LEGAL DISCUSSION

The Plaintiffs seek a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure. The primary purpose of a preliminary injunction is to preserve the status quo until a court can grant full, effective relief upon a final hearing. Ferry-Morse Seed Co. v. Food Corn, Inc., 729 F.2d 589, 593 (8th Cir. 1984). A preliminary injunction is an extraordinary remedy, with the burden of establishing the necessity of a preliminary injunction placed on the movant. Watkins Inc. v. Lewis, 346 F.3d 841, 844 (8th Cir. 2003); Baker Elec. Coop., Inc. v. Chaske, 28 F.3d 1466, 1472 (8th Cir. 1994); Modern Computer Sys., Inc. v. Modern Banking Sys., Inc., 871 F.2d 734, 737 (8th Cir. 1989). The court determines whether the movant has met its burden of proof by weighing the factors set forth in Dataphase Systems, Inc., v. C L Systems, Inc., 640 F.2d 109, 114 (8th Cir. 1981). The *Dataphase* factors include "(1) the threat of irreparable harm to the movant; (2) the state of balance between this harm and the injury that granting the injunction will inflict on other parties litigant; (3) the probability that movant will succeed on the merits; and (4) the public interest." Id. "No single factor in itself is dispositive; in each case all of the factors must be considered to determine whether on balance they weigh towards granting the injunction." Baker Elec. Coop., Inc., 28 F.3d at 1472 (quoting Calvin Klein Cosmetics Corp. v. Lenox Labs., Inc., 815 F.2d 500, 503 (8th Cir. 1987)); see CDI Energy

**EXHIBIT 15**

Servs., Inc. v. W. River Pumps, Inc., 567 F.3d 398, 401-03 (8th Cir. 2009). The Court is required under Eighth Circuit case law to analyze each of these four *Dataphase* factors.

### A.    PROBABILITY OF SUCCESS ON THE MERITS

The Plaintiffs contend in their complaint that North Dakota's voter ID requirements violate Section 2 of the Voting Rights Act and the Equal Protection clauses of both the North Dakota and United States Constitutions.  A party challenging a federal or state statute or other government action who seeks a preliminary injunction must demonstrate that it is "likely to prevail on the merits," a higher bar than the more familiar "fair chance of prevailing" test.  See Planned Parenthood Minn., N.D., S.D. v. Rounds, 530 F.3d 724, 732-33 (8th Cir. 2008); Johnson v. Minneapolis Park & Recreation Bd., 729 F.3d 1094, 1098 (8th Cir. 2013).  When evaluating a movant's "likelihood of success on the merits," the court should "flexibly weigh the case's particular circumstances to determine 'whether the balance of equities so favors the movant that justice requires the court to intervene to preserve the status quo until the merits are determined.'" Calvin Klein Cosmetics Corp., 815 F.2d at 503 (quoting Dataphase, 640 F.2d at 113).  The Eighth Circuit has held that of the four factors to be considered by the district court in considering preliminary injunctive relief, the likelihood of success on the merits is "most significant."  S & M Constructors, Inc. v. Foley Co., 959 F.2d 97, 98 (8th Cir. 1992).

**EXHIBIT 15**

The Plaintiffs contend North Dakota's voter ID requirements violate the Equal Protection Clause of the 14th Amendment to the United States Constitution. The United States Supreme Court has held:

> A court evaluating a constitutional challenge to an election regulation must weigh the asserted injury to the right to vote against the precise interests put forward by the State as justifications for the burden imposed by its rule.

Crawford v. Marion Cnty. Election Bd., 553 U.S. 181, 190 (2008) (internal citations omitted). There is not a litmus test for measuring the severity of a burden a state law imposes on voters, but any burden must be justified by relevant and legitimate state interests "sufficiently weighty to justify the limitation." Id. (quoting Norman v. Reed, 502 U.S. 279, 288-289 (1992). As required in *Crawford*, the Court will make the "hard judgment" required after evaluating both the burdens placed upon Native American voters by North Dakota voter ID requirements, and North Dakota's justifications for imposing those requirements.

### 1.     BURDENS PLACED UPON NATIVE AMERICANS

The Court will turn first to the burdens the Plaintiffs are alleged to have suffered, or will suffer, if the current voter ID requirements, codified at N.D.C.C. § 16.1-05-07, are not enjoined. It is undisputed that the more severe conditions in which Native Americans live translates to disproportionate burdens when it comes to complying with the new voter ID laws. The Plaintiffs have presented a multitude of affidavits and declarations from lay witnesses and expert witnesses to support their legal arguments. **It is important to note that with respect to the Plaintiffs' request for injunctive relief, none of the affidavits, declarations, surveys, studies, or data submitted by the Plaintiffs in support of their motion have been challenged or refuted by the State of North Dakota**.

**EXHIBIT 15**

The Plaintiffs cite to a statistical survey of North Dakota voters performed by Dr. Matthew A. Barreto and Dr. Gabriel R. Sanchez ("Barreto/Sanchez Survey") which revealed the following:

- 23.5% of Native Americans currently lack valid voter ID, compared to only 12% of non-Native Americans. <u>See</u> Docket No. 44-1, p. 3.

- 15.4% of Native Americans who voted in 2012 currently lack qualifying voter ID, compared to only 6.9% of non-Native Americans. <u>See</u> Docket No. 44-1, p. 19.

- Only 78.2% of Native Americans have a North Dakota driver's license, compared to 94.4% of non-Native Americans. <u>See</u> Docket No. 44-1, p. 3.

- 47.7% of Native Americans who do not currently have a qualifying voter ID lack the underlying documents they need to obtain an acceptable ID. <u>See</u> Docket No. 44-1, p. 21.

- Only 73.9% of Native Americans who lack a qualifying voter ID own or lease a car, compared to 88% of non-Native Americans; and 10.5% of Native Americans lack any access to a motor vehicle, compared to only 4.8% of non-Native Americans. <u>See</u> Docket No. 44-1, p. 22.

- Native Americans, on average, must travel twice as far as non-Native Americans to visit a Driver's License Site in North Dakota. <u>See</u> Docket no. 44-1, p. 22.

- 21.4% of Native Americans are not at all aware of the new voter ID laws, and only 20.8% have heard about the law. <u>See</u> Docket No. 44-1, p. 20.

**The Defendant neither disputes nor challenges these findings**. As noted, there are no affidavits, declarations, surveys, studies, or exhibits attached to the Defendant's response in

**EXHIBIT 15**

opposition to the request for injunctive relief. The Defendant has provided no legislative testimony or findings to counter the Barreto/Sanchez Survey, nor in any manner challenged any of the evidence the Plaintiffs have submitted. The Defendant seems to rely on Justice Scalia's concurrence in *Crawford*, which argues that individually specific evidence of the burdens placed upon a voter by new election laws and regulations are irrelevant when the statute, on its face, is generally applicable and nondiscriminatory. See Crawford, at 206-206 (Scalia, concurring) ("The Indiana photo-ID law is a generally applicable, nondiscriminatory voting regulation, and our precedents refute the view that individual impacts are relevant to determining the severity of the burden it imposes"). However, this Court is required to follow the standard laid out in the plurality opinion of the Supreme Court in *Crawford* authored by Justice Stevens, which requires a particularized assessment of the burdens levied by an election law. See Obama for America v. Husted, 697 F.3d 423, 441 n.7 (6th Cir. 2012) (supporting the contention that Justice Stevens' opinion is the "controlling" opinion in *Crawford*). Given the thorough and unrefuted record developed by the Plaintiffs in this case, and the lack of any evidence presented by the Defendant to the contrary, the Court gives the findings of the Barreto/Sanchez Survey, and the other studies and data presented by the Plaintiffs, considerable weight.

The undisputed evidence before the Court reveals that Native Americans face substantial and disproportionate burdens in obtaining each form of ID deemed acceptable under the new law. As detailed below, obtaining any one of the approved forms of ID almost always involves a fee or charge, and in nearly all cases requires travel. It also helps to have a computer with Internet access, a credit card, a car, the ability to take time off work, and familiarity with the government and its bureaucracy. Thus, obtaining a qualifying voter ID is much easier to

**EXHIBIT 15**

accomplish for people who live in urban areas, have a good income, are computer-literate, have a computer and printer, have a good car and gas money, have a flexible schedule, and understand how to navigate the state's administrative procedures. The declarations from the Plaintiffs' expert witnesses show that the typical Native American voter living in North Dakota who lacks qualifying ID simply does not have these assets. See Docket No. 44-2, p. 33.

### (a) Native Americans Trying to Obtain a Non-Driver's License ID Face Substantial Burdens in Providing Proof of Identification

To obtain a non-driver's ID in North Dakota, "PROOF OF IDENTIFICATION IS REQUIRED." In other words, you need an ID to get an ID. The North Dakota Department of Transportation website lists nine "[a]cceptable forms of identification." The first listed item is a U.S. birth certificate (state certified; Government issued).[1] The Barreto/Sanchez Survey found that 32.9% of Native Americans who presently lack qualifying voter ID do not have a birth certificate. See Docket No. 44-1, pp. 20-21.

One obstacle to obtain a birth certification is money. To obtain a birth certificate, one must pay at least $7. Impoverished Native Americans, such as Plaintiff Lucille Vivier, lack the disposable income necessary to obtain a birth certificate, and make the difficult decision not to spend their limited resources on a birth certificate. See Docket No. 44-2, pp. 43-44.

Another barrier is that to obtain a birth certificate, a person must present "proof of identity." Again, one needs an ID to get an ID. This can be a state-issued photo ID, a driver's license, a Bureau of Indian Affairs tribal ID card, a military ID card, or a U.S. passport or visa. A Native American applicant lacking a qualifying voter ID probably lacks these forms of ID as

---

[1]North Dakota Department of Transporation, *ID Card Requirements (2015),*
http://dot.nd.gov/divisions/driverslicense/idrequirements.htm.

**EXHIBIT 15**

well.  Such applicants can still satisfy the ID requirement by presenting **two** of the following:
social security card; utility bill with current address; pay stub showing name and social security
number; car registration showing current address; and an IRS tax return.  The Barreto/Sanchez
Survey found that many Native Americans who presently lack a qualifying voter ID cannot
provide these documents:

- 21.6% of Native Americans do not have two documents that show their
  residential address.  One reason is that many Native Americans do not have
  residential addresses and the Post Office delivers their mail to a post office box.
  See Docket No. 44-1, pp. 3, 20-21.  Another reason is that, on many reservations,
  the residential address system produces conflicting and problematic results.  See
  Docket No. 44-10, pp. 2-3.

- 5.6% of Native Americans in North Dakota do not have a social security card or a
  W2 evidencing their social security number.  See Docket No. 44-1, pp. 20-21.

- Many Native Americans lack access to transportation and have no car registration
  showing their current address.  See Docket No. 44-2, p. 41.

Another acceptable form of ID is a "valid, unexpired U.S. Passport."  A passport
application currently costs $110, which is a significant amount for a person with few resources.
See Docket No. 44-2, p. 30.  The other seven forms of acceptable ID– "Report of a Birth Abroad
issued by the United States Department of State," "Certificate of Naturalization," "Certificate of
Citizenship,"  "Valid unexpired Permanent Resident Card,"  "Unexpired Employment
Authorization Card," "Unexpired Foreign Passport with I-94," and "I-94 Card Stamped Refugee

**EXHIBIT 15**

or Asylee"–are all irrelevant and unobtainable to Native Americans born in the United States. See Docket No. 44-2, pp. 30-31.

####    (b)    Native Americans Trying Obtain a Non-Driver's ID Face Substantial Cost Burdens

Cost presents another barrier to obtaining a non-driver ID. According to the North Dakota Department of Transportation website, it costs $8 to get a non-driver's ID card if you have a driver's license or need to replace a lost or stolen ID.[2] Native Americans who currently lack a qualifying voter ID may not be able to afford that.

####    (c)    Native Americans Trying to Obtain a Non-Driver's ID Face Substantial Travel/Time Burdens

The record shows that having the ID documents needed to obtain a non-driver's ID is not enough. A person must also personally "visit one of the ND Driver's License Sites." The record reveals there are no Driver's License Sites on any of North Dakota's reservations. Further, a successful visit to a site requires knowledge and experience dealing with bureaucratic institutions, a means of transportation, money to pay for transportation, and the free time to travel the often significant distances to such sites. The undisputed evidence before the Court reveals that overcoming these obstacles can be difficult, particularly for an impoverished Native American. The declarations of the Plaintiffs' expert witnesses, which have not been disputed by the State, disclose the following:

•    **Many Native Americans do not know where Driver's License Sites are located.** According to the Barreto/Sanchez Survey, only 64.9% of Native Americans in North Dakota who lack a qualifying voter ID know the location of

---

[2]See North Dakota Department of Transportation, *ID Card Requirements* (2015), http://dot.nd.gov/divisions/driverslicense/idrequirements.htm

**EXHIBIT 15**

the nearest Driver's License Site (as compared to 85.2% of non-Native Americans). <u>See</u> Docket No. 44-1, pp. 23-24.

- **Many lack means of transportation.** According to the Barreto/Sanchez Survey, only 73.9% of Native Americans in North Dakota lacking a qualifying voter ID own or lease a car (as compared to 88% of non-Native Americans); and 47.3% of Native Americans in North Dakota believe it would be a hardship if they had to rely on public transportation to get to a Driver's License Site  (as compared to 23.1% of non-Native Americans). <u>See</u> Docket No. 44-1, pp. 22-24.

- **Travel distances to a Driver's License Site are significant.**  For the average voting-eligible Native American in North Dakota, the average travel distance to the closest site is nearly 20 miles (as compared to appx. 11 miles for non-Native Americans).  This translates to more than 70 minutes of travel time for a round trip.  For Native Americans in North Dakota living on a reservation, the travel distance can be as great as 60 miles one way.

- **Drivers License Sites are not easily accessible.**  There are no sites on any of the reservations in North Dakota.  Because there are no Driver's License Sites on any reservations in North Dakota, access for Native Americans is severely limited.  North Dakota only has 27 Driver's License Sites in the entire state – just one site per 2,600 square miles.  Only four of these sites are open five days a week (excepting holidays).  Twelve of the sites are open less than six hours on one day a month (or even less than that).  One office is open for a total of 28 hours per calendar year.  <u>See</u> Docket No. 44-4, pp. 5, 14-16.

<div align="center">13</div>

<div align="right">**EXHIBIT 15**</div>

The <u>undisputed evidence</u> in this case has established that travel to a Driver's License Site to obtain a non-driver's ID card (or a driver's license) is substantially burdensome for Native Americans. The Barreto/Sanchez Survey found that 44.1% of Native Americans lacking a qualifying voter ID reported they would have difficulty taking time off from work to travel to a Driver's License Site (compared to 26.2% of non-Native Americans), and 36.7% of Native Americans said it would be a problem to travel even six miles each way to a site (compared to 17.3% of non-Native Americans). The personal experiences of Plaintiffs' declarants Richard Brakebill, Lucille Vivier, Dorothy Herman, and LaDonna Allard further confirm the substantial burdens Native Americans encounter in obtaining qualifying voter ID's. <u>See</u> Docket Nos. 44-9, 44-10, 44-11, and 44-12.

**(d)** **<u>Native Americans Who Currently Lack Qualifying Voter ID's Face Substantial Burdens in Obtaining a New Driver's License</u>**

One finding from the Barreto/Sanchez Survey is that only 78.2% of voting-age Native Americans have a driver's license. As with non-driver's ID's, acquiring a new driver's license also requires a personal visit to a Driver's License Site. As previously discussed, such a visit can be burdensome for Native Americans who currently lack a qualifying voter ID. Further, getting a new driver's license also requires proof of ID–the same forms of ID required to obtain a non-driver's ID, which is problematic for Native Americans.

According to the North Dakota Department of Transportation website, a new license can cost as much as $25 ($5 to take the written test, $5 to take a road test, and $15 for the license

**EXHIBIT 15**

fee).[3]  Many impoverished Native Americans do not have the disposable income to pay for these

fees.

        (e)      **Native Americans Who Currently Lack a Qualifying Voter ID Face Substantial Burdens in Updating Their Current Non-Driver ID or Driver's License**

Many existing non-driver's ID's and driver's licenses do not suffice as a qualifying voter ID because they do not reflect the person's current residential address.  For voters who do have a residential address, North Dakota provides three ways for a person to update their license to show their current address, and each way presents burdens for Native Americans:

- The first way is to update the address online.  This requires the person to have access to a computer and an Internet connection which is a problem.  A survey of Native Americans in the Bismarck/Mandan area found that only 61% had their own computers, and only about half had access to the Internet.  The record reveals that those figures are likely much lower for Native Americans living in rural areas and on reservations given the higher levels of poverty.  See Docket No. 44-2, pp. 41-42.

- The second way is to visit a Driver's License Site and personally update the information, which as previously discussed can be burdensome.

- The third way to update a license (or non-driver ID) is to travel to a Driver's License Site and get a new one, which also poses a burden.

---

[3]North Dakot Department of Transportation, *Driver's License Requirements* (2015), http://dot.nd.gov/divisions/driverslicense/dlrequirement.htm.

**EXHIBIT 15**

**(f)** **Many Tribal Government Issued ID Cards Do Not Satisfy the New Law Because They Do Not Show a Residential Address and Are Substantially Burdensome to Obtain**

It in undisputed that many tribal ID's do not satisfy North Dakota's requirement of showing the "applicant's current or most recent North Dakota residential address" under the new law. The record reveals that many homes on the reservations either do not have residential addresses (the Post Office delivers their mail to post office boxes), or there is no clear address, so tribal ID's do not reflect any residential addresses. See Docket No. 44-2, pp. 36-38. In addition, obtaining new tribal ID's can be burdensome because they cost money, and one must travel to tribal headquarters to obtain one. Further, many Native Americans (including all those living on the Standing Rock Reservation) only have ID's issued by the federal Bureau of Indian Affairs; they do not have ID's issued by tribal governments. Thus, these forms of ID's also do not satisfy the voter ID laws' definition of "tribal government issued" ID card.

**(g)** **North Dakota's New Voter ID Laws Have Disenfranchised Native American Voters**

The Plaintiffs have presented evidence of disenfranchisement of voting-eligible Native Americans in the elections that have taken place since the amendments to N.D.C.C. § 16.1-05-07 in 2013 and 2015. The Plaintiffs have shown that North Dakota officials have admitted the new laws resulted in poll workers turning away voters because they did not have a qualifying ID. See Docket No. 44-2, p. 34. The record reveals that North Dakota poll workers turned away many Native Americans because their driver's licenses, non-driver ID, or tribal ID's did not disclose their current residential addresses. See Docket No. 44-2, pp. 35-36.

The difficulties cited above in obtaining a valid ID for the purposes of satisfying N.D.C.C. § 16.1-05-07, manifest themselves in the experiences of several of the named Plaintiffs

16

**EXHIBIT 15**

in this case.  Lucille Vivier attested that her tribal ID was rejected at her polling place and she was not able to vote in 2014 because her tribal ID did not have a current residential address listed.  See Docket No. 1, pp. 4-5.  Plaintiff Richard Brakebill was denied the right to vote in November 2014 because he had an expired driver's license.  When he sought to remedy this problem at a North Dakota Driver's License Site, he was denied a new form of ID because he did not have a copy of his Arkansas birth certificate.  See Docket No. 1, p. 3.  Nevertheless, Brakebill attempted to vote on election day in 2014 and presented his expired driver's license and his tribal ID.  He was denied a ballot because his license had expired and his tribal ID did not reveal a current residential address.

Dorothy Herman was similarly unsuccessful in obtaining a new form of ID after two trips to a North Dakota Driver's License Site before the 2014 general election.  Her first trip was unsuccessful because the Driver's License Site was closed, and her second trip was unsuccessful because her expired state  card, with her current residential address, was insufficient to obtain a new state ID without a birth certificate.  See Docket No. 1, p. 6.  Herman presumed her tribal ID would be sufficient to vote in 2014, but she was ultimately denied a ballot because her tribal ID did not contain a current residential address.  The record reveals these Plaintiffs and others were denied the right to vote in November 2014 (even though the poll workers knew them personally and knew they were qualified to vote) because they had invalid ID's under the new laws.

The  undisputed  evidence  reveals  that  Native  Americans  living  in  North  Dakota disproportionally live in severe poverty.  According to an American Community Survey (ACS) covering the years 2009-2013, 21.7% of voting-age Native Americans had incomes below the poverty line, compared to only 7.6% of non-Native Americans.  See Docket no. 44-4, pp. 6-7.

**EXHIBIT 15**

Another ACS study reported that 37.7% of all Native Americans live in poverty, compared to 5.3% of Anglo families.  See Docket No. 44-2, p. 40.

The undisputed evidence and statistical data demonstrate the following, which reflects the disparate living conditions for Native Americans:

- The ACS study reported a median household income for non-Native Americans at $56,566, compared to only $29,909 for Native Americans.

- The ACS study found that the average income for non-Native Americans living in North Dakota is $73,313, compared to $48,763 for Native Americans.

- The Barreto/Sanchez Survey found that 22.3% of Native Americans who lack voter ID's have household incomes less than $10,000.

- The unemployment rates on reservations are staggering.  For example, unemployment at the Standing Rock and Turtle Mountain reservations is nearly 70%.

These undisputed statistics and studies support the finding that, given the disparities in living conditions, it is not surprising that North Dakota's new voter ID laws are having and will continue to have a disproportionately negative impact on Native American voting-eligible citizens.

The undisputed declarations of the Plaintiffs' expert witnesses also established the following:

- 23.5% of Native American eligible voters do not currently possess a qualifying voter ID.  In contrast, only 12% of non-Native Americans do not possess a valid ID.  See Docket No. 44-1, pp. 3-4.

**EXHIBIT 15**

- 15.4% of Native Americans who voted in the 2012 presidential election currently lack a valid voter ID, compared to only 6.9% of non-Native Americans who voted in the 2012 presidential election.

- Only 78.2% of Native Americans have a driver's license that they could potentially use as a qualifying voter ID. In contrast, 94.4% of non-Native Americans have a driver's license.

- Native Americans are disproportionately more likely to lack the formal educational background that could help them obtain qualifying forms of voter ID. For example, 34.5% of Native Americans who lack voter ID never finished high school, compared to only 5.7% of non-Native Americans.

- Native Americans who currently lack a qualifying voter ID disproportionally face logistical and financial burdens in obtaining a qualifying ID. For example, only 64.9% of Native Americans lacking voter ID know the location of the nearest Driver's License Site, compared to 85.2% on non-Native Americans; only 73.9% of Native Americans who lack voter ID own or lease a car, compared to 88% of non-Native Americans; 10.5% of Native Americans lack access to a motor vehicle, compared to only 4.8% of white households' 44.1% of Native Americans who lack a qualifying voter ID would have a problem getting time off work to go to a Driver's License Site to obtain qualifying ID, compared to only 26.2% of non-Native Americans. On the average, Native Americans in North Dakota must travel twice as far as non-Natives to visit a Driver's License Site.

The Defendant contends the requirements of N.D.C.C. § 16.1-05-07 are reasonable and that, at some point, each citizen has to take responsibility for his or her vote, including obtaining

**EXHIBIT 15**

the proper documentation necessary in order to cast that vote.  See Docket No. 45, p. 6.  The Defendant asserts the Plaintiffs have not shown that any burdens associated with obtaining a valid ID are any more restrictive on Native Americans in North Dakotan than upon hundreds of thousands of similarly-situated non-Native Americans living in rural North Dakota.   The Court finds the record clearly belies that contention, given the socio-economic disparities between Native American and non-Native American populations in North Dakota as demonstrated in the numerous studies and statistics presented by the Plaintiffs.  Again, none of the studies have been challenged or refuted by the State.  The Court will now weigh the burdens placed upon the Native American population in North Dakota with the Defendant's justifications for the voter ID requirements in N.D.C.C. § 16.1-05-07.

### 2.     NORTH DAKOTA'S INTEREST

The Defendant relies heavily upon the United States Supreme Court's *Crawford* decision to support the contention that "[t]here is no question about the legitimacy or importance of the State's interest in counting only the votes of eligible voters."  Crawford, 553 U.S. at 195.  The Court agrees with the Defendant and the Supreme Court when it said that "the electoral system cannot inspire public confidence if no safeguards exist to deter or detect fraud or to confirm the identity of voters."  Id. at 194.  The Defendant has cited *Crawford* for the contention that "for most voters who need them [photo ID], the inconvenience of making a trip to the [North Dakota Driver's License Site], gathering the required documents, and posing for a photograph surely does not qualify as a substantial burden on the right to vote, or even represent a significant increase over the usual burdens of voting."  Id. at 198.  However, what is ignored is that the United States Supreme Court in *Crawford* expressly recognized that "[b]oth evidence in the

**EXHIBIT 15**

record and facts of which we may take judicial notice, however, indicate that a somewhat heavier burden may be placed on a limited number of persons." Id. at 199. The Indiana law that was challenged in *Crawford* allowed indigent voters, religious objectors, and voters who did not have the required photo ID when they went to vote, to cast provisional ballots which the state would count if the voter signed an affidavit. In contrast, North Dakota's new voter ID laws completely eliminated the affidavit and voucher "fail-safe" mechanisms designated to protect those voters who do not possess an ID and who cannot obtain one with reasonable effort.

The undisputed evidence in the record clearly establishes that the Native American population in North Dakota bears a severe burden under the current version of N.D.C.C. § 16.1-05-07. The plurality of the Supreme Court in *Crawford* upheld the voter ID laws at issue in Indiana primarily because of a poorly developed record by the Plaintiffs. The record in *Crawford* did not provide "the number of registered voters without photo ID;" did not "provide any concrete evidence of the burden imposed on voters" who lacked photo ID; and the record said "virtually nothing" about the difficulties indigent voters faced. Id. at 200-201. To the contrary, the record before this Court does not suffer the same lack of support present in *Crawford*. The Plaintiffs here have developed a very thorough record that clearly apprises the Court of the significant number of voting-age Native Americans who reside in North Dakota whom lack a qualifying voter ID under N.D.C.C. § 16.1-05-07. The record is replete with concrete evidence of significant burdens imposed on Native American voters attempting to exercise their right to vote in North Dakota.

The Court finds that the undisputed evidence in the record reveals that N.D.C.C. § 16.1-05-07 imposes "excessively burdensome requirements" on Native American voters in North Dakota that far outweighs the interests put forth by the State of North Dakota. Further, the Court

**EXHIBIT 15**

finds the lack of any current "fail-safe" provisions in the North Dakota Century Code to be
unacceptable and violative of the Equal Protection Clause of the 14th Amendment.

It appears from the record that North Dakota may be the only state in the country that
does not allow for some type of a provisional ballot casting if a voting-age citizen does not have
the requisite ID on election day. The new voter ID laws totally eliminated the previous "fail-
safe" provisions that existed in the past in North Dakota. Although the majority of voters in
North Dakota either possess a qualifying voter ID or can easily obtain one, it is clear that a safety
net is needed for those voters who simply cannot obtain a qualifying voter ID with reasonable
effort. The Court cannot envision a compelling reason or a governmental interest which
supports not providing such an avenue of relief for potentially disenfranchised voters.

The Defendant has not offered any purported compelling state interest as to why North
Dakota no longer provides any "fail-safe" mechanisms which would enable a person who could
not produce a required voter ID to nevertheless be able to vote - just as North Dakota voters were
allowed to do prior to 2013. The Defendant has failed to present any evidence showing that
"fail-safe" provisions or provisional have resulted in voter fraud in the past, or are particularly
susceptible to voter fraud in the future. To the contrary, the record before the Court reveals that
the Secretary of State acknowledged in 2006 that he was unaware of any voter fraud in North
Dakota. See Docket No. 44-2, pp. 18-21. There is a total lack of any evidence to show voter
fraud has ever been a problem in North Dakota. Accordingly, the Court finds that the Plaintiffs
are likely to succeed on the merits of their claim against the Defendant under the Equal
Protection Clause of the 14th Amendment to the United States Constitution. Thus, this
*Dataphase* factor weighs strongly in favor of the issuance of a preliminary injunction.

**EXHIBIT 15**

Having determined the Plaintiffs are likely to succeed on their claim under the 14th Amendment to the United States Constitution, the Court need not address their claims under the Voting Rights Act or the North Dakota Constitution. See Child Evangelism Fellowship of Minn. v. Minneapolis Special Sch. Dist. No. 1, 690 F.3d 996, 1004 n. 4 (8th Cir. 2012) (concluding that if one claim for relief satisfies the requirements for a preliminary injunction, other claims need not be considered).

### B.    IRREPARABLE HARM

The Plaintiffs contend they will suffer irreparable harm if N.D.C.C. § 16.1-05-07 is fully implemented without any "fail-safe" provisions. "The basis for injunctive relief in the federal courts has always been irreparable harm and inadequacy of legal remedies." Bandag, Inc. v. Jack's Tire & Oil, Inc., 190 F.3d 924, 926 (8th Cir. 1999). It is well-established that when there is an adequate remedy at law, a preliminary injunction is not appropriate. Modern Computer Sys., Inc., 871 F.2d at 738. To demonstrate irreparable harm, a plaintiff must show the harm is not compensable through an award of monetary damages. Glenwood Bridge, Inc. v. City of Minneapolis, 940 F.2d 367, 371 (8th Cir. 1991); Doe v. LaDue, 514 F. Supp. 2d 1131, 1135 (D. Minn. 2007) (citing Northland Ins. Co. v. Blaylock, 115 F. Supp. 2d 1108, 1116 (D. Minn. 2000)). The Eighth Circuit has explained that a district court can presume irreparable harm if the movant is likely to succeed on the merits. Calvin Klein Cosmetics Corp., 815 F.2d at 505 (citing Black Hills Jewelry Mfg. Co. v. Gold Rush, Inc., 633 F.2d 746, 753 (8th Cir. 1980)).

The irreparable harm the Plaintiffs will suffer if N.D.C.C. § 16.1-05-07 is implemented without any form of a "fail-safe" provision as had previously existed under state law is easy to understand. The right to vote holds a special place in our republic:

**EXHIBIT 15**

No right is more precious in a free country than that of having a voice in the election of those who make the laws under which as good citizens, we must live. Other rights, even the most basic, are illusory if the right to vote is undermined. Our Constitution leaves no room for classification of people in a way that unnecessarily abridges this right.

Wesberry v. Sanders, 376 U.S. 1, 17 (1964).

It is clear that no legal remedy other than enjoining the State of North Dakota from implementing N.D.C.C. § 16.1-05-07 without any "fail-safe" provisions will be sufficient to ensure Native Americans, and any other citizens struggling to comply with the new voter ID requirements, have a clear and unequivocal opportunity to have their voice heard in future elections. The Plaintiffs have presented undisputed evidence that more than **3,800** Native Americans may likely be denied the right to vote in the upcoming general election in November 2016 absent injunctive relief. See Docket no. 44, p. 12. Thus, this *Dataphase* factor weighs in favor of the issuance of a preliminary injunction at this stage

### C. BALANCE OF HARMS AND THE PUBLIC INTEREST

The balance of harm factor analysis examines the harm to all parties involved in the dispute and other interested parties, including the public. Dataphase, 640 F.2d at 114; Glenwood Bridge, Inc. v. City of Minneapolis, 940 F.2d 367, 372 (8th Cir. 1991). "In exercising their sound discretion, courts of equity should pay particular regard for the public consequences in employing the extraordinary remedy of injunction." Weinberger v. Romero-Barcelo, 456 U.S. 305, 312 (1982) (citation omitted). "In each case, a court must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief." Amoco Prod. Co. v. Village of Gambell, 480 U.S. 531, 542 (1987). These factors—the balance of harms and the public interest—"merge when the Government is the opposing party."

**EXHIBIT 15**

Nken v. Holder, 556 U.S. 418, 435 (2009).  Moreover, granting preliminary injunctive relief is only proper if the moving party establishes that entry of an injunction would serve the public interest.  Dataphase, 640 F.2d at 113.

The undisputed evidence in the record clearly demonstrates there are likely thousands of eligible voters in North Dakota who lack a qualifying ID.  The undisputed evidence produced to date supports the conclusion that some of those voters will simply be unable to obtain the necessary ID, no matter how hard they try.

The State of North Dakota's interests must be measured against the specific remedy the Plaintiffs' seek, which is an injunction requiring the Defendant to implement a "fail-safe" measure as a part of its voter ID laws.  The State's interests in requiring a voter ID are to prevent voter fraud and promote voter confidence.  However, those interests would not be undermined by allowing Native American voters, or any other voters who cannot obtain an ID, to present an affidavit or declaration in lieu of one of the four (4) forms of permissible voter ID's.  The undisputed evidence before the Court reveals that voter fraud in North Dakota has been virtually non-existent.  In addition, the Defendant has produced no evidence suggesting the public's confidence in the electoral process would be undermined by excusing those voters who cannot reasonably obtain an ID from actually presenting an ID at the polls on election day.

The Court notes that many states that have voter photo-identification requirements allow those who lack ID's to vote by signing an affidavit or other statement or declaration to that effect, rather than being required to present an ID.  The Defendant has never suggested the laws of those states fail to prevent fraud and promote voter confidence.  See Idaho Code § 34-1114; Ind. Code § 3-11.7-5-2.(c); La. Rev. Stat § 18:562; Mich. Comp. Laws § 168.523(2); N.C. Gen. Stat. § 163-166.13(c)(2); S.C. Code § 7-13-710(D)(1)(b).  Some of the states that accept

**EXHIBIT 15**

affidavits or statements in lieu of an ID require the use of provisional ballots as well as other procedures for challenging the ballots cast by those who do not present an ID. However, some states do not. See Idaho Code § 34-1114; La. Rev. Stat. § 18:562. The State of North Dakota has not argued that the use of provisional ballots is necessary to protect the state's interests.

Furthermore, the State has not shown it would be difficult to implement a remedy in time for the general election on November 8, 2016. To implement a "fail-safe" remedy, the State need only look to the law it repealed in 2013. The State need only direct election officials to print an affidavit form or a declaration form to be made available at the polls, and to accept a properly completed affidavit or declaration from voters in lieu of an ID – precisely what had been done in North Dakota prior to 2013 when the "fail-safe" provisions existed under North Dakota law.[4] The Defendant may have to revise its voting materials relating to the voter ID requirements to include information about an affidavit option, but it is certainly practical to complete such tasks in time for the November 2016 election. There is no need to reinvent the wheel because prior to 2013, North Dakota had "fail-safe" provisions in place to ensure that all voters without an appropriate ID could nevertheless vote at the poll, rather than be denied the right to vote.

More importantly, the undersigned was informed by both parties during a status conference on May 12, 2016, that the State would be able to implement any injunction order if it was issued by early September 2016. Thereafter, the parties jointly agreed to a briefing schedule, which the Court approved, based on the Defendant's representations that the State could comply with any Order if issued by early September 2016.

---

[4]For an example of the affidavit or declaration form that was ordered on July 27, 2016, in Wisconsin, see Docket No. 49-1, p. 44.

**EXHIBIT 15**

The Court has carefully considered the balance of harms and the public interest *Dataphase* factors and finds that the right of voting-age Native Americans to cast a ballot outweighs any interest North Dakota may have in refusing to implement certain "fail-safe" provisions. The Defendant argues that the timing between the date of this order and election day is insufficient to train poll workers and implement new procedures at polling places across the state to reflect the nature of the injunction. The Court finds these arguments unpersuasive, particularly after the Court was informed by the State that it could comply with any order so long as an order was issued by early September 2016. The Court relied on those assurances and has issued this Order more than one month earlier than the parties requested.

The State of North Dakota conducted elections with "fail-safe" provisions in the North Dakota Century Code during numerous election cycles before 2013 and 2015. It is a minimal burden for the State to conduct this year's election in the same manner it successfully administered elections for decades before the enactment of the new voter ID laws. The State can easily reinstate the "fail-safe" provisions that were repealed in 2013, and/or implement other "fail-safe" provisions utilized in many other states. It is difficult to believe it would be unduly burdensome to revert to a system that was in place just one election cycle ago.

The State also argues there is no viable way to authenticate affidavits signed pursuant to a "fail-safe" provision and, without authentication, voters will be deprived of the assurance that only qualified voters were allowed to cast ballots. The Court finds that the State of North Dakota has produced <u>no evidence</u> suggesting that the public's confidence in the electoral process will be undermined by allowing voters disenfranchised by N.D.C.C. § 16.1-05-07 to vote under a "fail-safe" provision, as has been done in the past. The record reveals that North Dakota is apparently the only state without any "fail-safe" provisions in its election laws. There is no

**EXHIBIT 15**

evidence before the Court that every other state in the nation has been unable to prevent fraud and promote voter confidence by simply allowing the casting of provisional ballots or the implementation of other recognized "fail-safe" provisions as previously existed in this state. In balancing the equities and the public interest, the Court finds these *Dataphase* factors also weigh in favor of the issuance of a preliminary injunction.

III.    **CONCLUSION**

After a careful review of the entire record, and careful consideration of all of the *Dataphase* factors, the Court finds the *Dataphase* factors, when viewed in their totality, weigh in favor of the issuance of a preliminary injunction. The Plaintiffs have met their burden of establishing the necessity of a preliminary injunction at this early stage. The public interest in protecting the most cherished right to vote for thousands of Native Americans who currently lack a qualifying ID and cannot obtain one, outweighs the purported interest and arguments of the State. It is critical the State of North Dakota provide Native Americans an equal and meaningful opportunity to vote in the 2016 election. No eligible voter, regardless of their station in life, should be denied the opportunity to vote. Accordingly, the Plaintiffs' motion for a preliminary injunction (Docket No. 42) is **GRANTED** until further order of the Court. The North Dakota Secretary of State is enjoined from enforcing N.D.C.C. § 16.1-05-07 without any adequate "fail-safe" provisions as had previously been provided to all voters in North Dakota prior to 2013. In the past, North Dakota allowed all citizens who were unable to provide acceptable ID's to cast their vote under two types of "fail-safe" provisions - which were repealed in 2013. The ill-advised repeal of all such "fail-safe" provisions has resulted in an undue burden

**EXHIBIT 15**

on Native American voters and others who attempt to exercise their right to vote. There are a multitude of easy remedies that most states have adopted in some form to alleviate this burden.

**IT IS SO ORDERED**.

Dated this 1st day of August, 2016.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court

**EXHIBIT 15**

*The Washington Post*

**Wonkblog**

# A comprehensive investigation of voter impersonation finds 31 credible incidents out of one billion ballots cast

**By Justin Levitt** August 6, 2014

Note: This is a guest post by Justin Levitt, a professor at the Loyola Law School, Los Angeles and an expert in constitutional law and the law of democracy, with a particular focus on election administration and redistricting.

Voter ID laws are back in the news once again, with two new opinions from the Wisconsin Supreme Court late last week dealing with the state's ID requirement, which would allow people to vote only if they provide certain forms of government-issued ID. The Court made some minor changes to the law but otherwise upheld it. However, the ID requirement is still on hold pending a federal lawsuit.

Part of this litigation — and any rational debate about the issue generally — hinges on two things: costs and benefits.  The costs of these sorts of laws vary, because the laws themselves differ from state to state (some are far more burdensome than others). The ostensible benefits, though, are all the same. And in addressing these purported benefits, the Wisconsin Supreme Court blew it.  Twice.

First, the court cited the idea that ID laws could enhance public confidence--that is, in theory, the laws might make us feel better about elections in that they might provide some security theater. It turns out, though, that this effect is hard to spot. People in states with more restrictive ID laws don't generally feel better about their elections than people in more permissive states. People who think elections are being stolen, and people who think they're not, each hold on to that opinion no matter what the governing ID rules in their area. The factor that really influences whether people think the elections are fair? Whether their preferred candidates win.

Second, the court said that ID laws can help stop fraud. It then cited an example of recent fraud ... that ID laws aren't designed to stop. Specifically, it mentioned a case in which a supporter of Wisconsin Governor Scott Walker was charged with 13 counts

**EXHIBIT 16**

of election fraud, including "registering to vote in more than one place, voting where he didn't live, voting more than once in the same election, and providing false information to election officials," according to an account by Talking Points Memo. Wisconsin's ID law would not likely have prevented any of the alleged violations.

This sort of misdirection is pretty common, actually. Election fraud happens. But ID laws are not aimed at the fraud you'll actually hear about. Most current ID laws (Wisconsin is a rare exception) aren't designed to stop fraud with absentee ballots (indeed, laws requiring ID at the polls push more people into the absentee system, where there are plenty of real dangers). Or vote buying. Or coercion. Or fake registration forms. Or voting from the wrong address. Or ballot box stuffing by officials in on the scam. In the 243-page document that Mississippi State Sen. Chris McDaniel filed on Monday with evidence of allegedly illegal votes in the Mississippi Republican primary, there were no allegations of the kind of fraud that ID can stop.

Instead, requirements to show ID at the polls are designed for pretty much one thing: people showing up at the polls pretending to be somebody else in order to each cast one incremental fake ballot. This is a slow, clunky way to steal an election. Which is why it rarely happens.

I've been tracking allegations of fraud for years now, including the fraud ID laws are designed to stop. In 2008, when the Supreme Court weighed in on voter ID, I looked at every single allegation put before the Court. And since then, I've been following reports wherever they crop up.

To be clear, I'm not just talking about prosecutions. I track any specific, credible allegation that someone may have pretended to be someone else at the polls, in any way that an ID law could fix.

So far, I've found about 31 different incidents (some of which involve multiple ballots) since 2000, anywhere in the country. If you want to check my work, you can read a comprehensive list of the incidents below.

To put this in perspective, the 31 incidents below come in the context of general, primary, special, and municipal elections from 2000 through 2014. In general and primary elections alone, more than 1 billion ballots were cast in that period.

Some of these 31 incidents have been thoroughly investigated (including some prosecutions). But many have not. Based on how other claims have turned out, I'd bet that some of the 31 will end up debunked: a problem with matching people from one big computer list to another, or a data entry error, or confusion between two different people with the same name, or someone signing in on the wrong line of a pollbook.

In just four states that have held just a few elections under the harshest ID laws, more than 3,000 votes (in general elections alone) have reportedly been affirmatively rejected for lack of ID. (That doesn't include voters without ID who didn't show up, or recordkeeping mistakes by officials.)  Some of those 3,000 may have been fraudulent ballots.  But how many legitimate voters have already been turned away?

Correction: Justin Levitt is a professor with Loyola Law School, Los Angeles; not the Loyola University Law School.

**EXHIBIT 16**

## Credible allegations of potential fraud since 2000 that might have been prevented by a rule requiring ID at the polls

Note: tracking the allegations — even those that may end up disproven — can help calibrate an upper bound for the actual existing fraud that ID laws would stop. I am a researcher, and so I am interested in a thorough list: if you have credible information about a specific individual whose vote was stolen by an impersonator at the polls, please tell me. Specific and credible means just that. Not — please — examples like this. And if you have information about an incident below that indicates that it was error rather than fraud, please tell me that as well.

1. May 2014: Ben Hodzic allegedly voted at the polls in the name of his brother in the Catskill School District Board of Education election in Catskill, NY.[1]

2. Nov. 2013: Mark Atlas allegedly voted at the polls in the name of someone else in the municipal election in Worcester, MA.[2]

3. Sep. 2013: At least four, and possibly 20-24, Hasidic voters in the South Williamsburg neighborhood of Brooklyn, NY, allegedly attempted to vote at the polls under others' names in the municipal primary elections for New York City.[3]

4. Mar. 2013: Kristina Bentrim went to vote at the polls in the Cedar Rapids, IA, special election on a gambling referendum, and was allegedly told that someone had voted in her name.[4]  It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

5. Nov. 2012: A vote was apparently cast at the polls in the name of Angela Cooney in the general election in San Diego, CA; there is an Angela Cooney listed as dying 4 years earlier. [5]  It is not clear whether the two are the same person, or whether the death reports are accurate, and poll book records do not appear to have been investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

6. Nov. 2012: A vote was apparently cast at the polls in the name of Evan Dixon in the general election in San Diego, CA; there is an Evan Dixon listed as dying 11 years earlier.[6] It is not clear whether the two are the same person, or whether the death reports are accurate, and poll book records do not appear to have been investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

**EXHIBIT 16**

7. Nov. 2012: A vote was apparently cast at the polls in the name of Alejandro Guerrero in the general election in San Diego, CA; there is an Alejandro Guerrero listed as dying 5 years earlier.[7]  It is not clear whether the two are the same person, or whether the death reports are accurate, and poll book records do not appear to have been investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

8. 2012: According to the North Carolina State Board of Elections, one allegation of impersonation fraud in 2012 was sufficiently credible to refer to the local district attorney. [8]  It is not clear whether the alleged fraud was in-person, or if follow-up established whether fraud did or did not likely occur.

9. June 2011: Hazel Brionne Woodard apparently arranged for her son Mark James Jr. to vote at the polls in the name of his father, Mark James Sr., in the municipal runoff elections in Tarrant County, TX.[9]

10. Nov. 2010: Four ballots may have been cast in the general election in South Carolina in the name of voters who had previously died (Ed Louis Johnson, Elbert R. Thompson, Ruth Middleton, and James L. Warnock); election and law enforcement officials had insufficient information to come to a final conclusion, including two pollbook pages that were unavailable. (Law enforcement agents believe that the ballot of Elbert R. Thompson may have been confused  with that of his son, Elbert Thompson.) Another 203 allegations of deceased voters in the same election were revealed to be either clerical error or coincidence. [10]

11. May 2009: Lorenzo Antonio Almanza, Jr., after voting himself, apparently cast a ballot at the polls in the name of his incarcerated brother, Orlando Almanza, in the 2009 election for the Progreso Independent School District Board, TX. (His mother, Reyna Almanza, vouched for him, and was separately convicted.)[11]

12. Nov. 2008: A vote was apparently cast at the polls in the name of Forrest Downie in the general election in San Diego, CA; there is a Forrest Downie listed as dying 3 years earlier. [12] It is not clear whether the two are the same person, or whether the death reports are accurate, and poll book records do not appear to have been investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

13. Nov. 2008: A vote was apparently cast at the polls in the name of Scott Hagloch in the general election in San Diego, CA; there is a Scott Hagloch listed as dying 2 years earlier.[13] It is not clear whether the two are the same person, or whether the death reports are

**EXHIBIT 16**

accurate, and poll book records do not appear to have been investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

14. Mar. 2008: Jack Carol Crowder III allegedly impersonated his father (Jack Carol Crowder), using his father's voter registration card at the polls in the March 2008 presidential primary election in Baytown, TX.[14]

15. Aug. 2007: A vote was apparently cast at the polls in the statewide primary in Hattiesburg, MS, in the name of James E. Barnes, who died in 2006. This may (or may not) have been the result of clerical error confusing the man with his son, James W. Barnes; it is not clear whether the pollbooks were reviewed to determine whether fraud or clerical error was the cause.[15]

16. Aug. 2007: A vote was apparently cast at the polls in the statewide primary in Hattiesburg, MS, in the name of Stanley Dwayne Echols, who was at the hospital and did not vote.[16] It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

17. June 2007: The two contending city council candidates in a municipal runoff election in Hoboken, NJ, both reported instances in the election in which someone went to the polls and found out that someone else had voted in their place.[17] It is not clear how many instances there were, or how the candidates learned of them. It is also not clear whether poll book records were investigated to determine whether the records of voting represented impersonated signatures or clerical errors.

18. 2007: A vote was apparently cast at the polls in a municipal budget referendum in Stonington, CT, in the name of Jane M. Drury, who died in 2000.[18] It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

19. Nov. 2004: Rosalie B. Simpson died in August 2004, but a vote was apparently recorded at the polls in her name in the general election in Seattle, WA.[19] It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

20. Nov. 2004: Frank Sanchez, in Albuquerque, NM, was told that someone had signed on the line for his name in the pollbook during the general election.[20] It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

**EXHIBIT 16**

21. Nov. 2004: Someone apparently signed on the pollbook line for Rose-Mary G. McGee, in Albuquerque, NM, during the general election.[21]

22. Nov. 2004: Dwight Adkins, in Albuquerque, NM, was told that someone had signed on the line for his name in the pollbook during the general election.[22]  It is not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.

23. Nov. 2004: Three people at the polls in Westchester County, NY, were given provisional ballots (in New York, "affidavit ballots") in the general election because someone had allegedly signed the poll books in their place.[23] It is not clear whether poll book records were investigated to determine whether the records of voting represented impersonated signatures or clerical errors.

24. Nov. 2004: A vote was apparently cast at the polls in the general election in Milwaukee, WI, in the name of an individual who had died several years earlier.[24] It is not clear whether poll book records were investigated to determine whether the records of voting represented impersonated signatures or clerical errors.

25. 2004: According to the North Carolina State Board of Elections, one allegation of impersonation fraud in 2004 was sufficiently credible to refer to the local district attorney. [25] It is not clear whether the alleged fraud was in-person, or if follow-up established whether fraud did or did not likely occur.

26. Jan. 2004: Mark Lacasse apparently voted at the polls in the presidential primary in Londonderry, NH, in the name of his father, who was away on business at the time. [26]

27. Nov. 2002: Shasta Nicole Crayton apparently voted in her sister's name at the polls in the general election in Dadeville, AL.[27]

28. In several municipal, primary, and general elections in 2006, 2007, 2008, 2010, and 2011, votes were cast in-person in Philadephia, PA, by an individual named Joseph Cheeseboro and by an individual named Joseph J. Cheeseborough. There is apparently some doubt about where one or both names represent real identities.[28]

29. In elections from October 2008 through June 2011, 44 individuals with names, dates of birth, and Social Security numbers matching the information of individuals listed as incarcerated were recorded as having cast ballots in person in Michigan.[29] It is not clear

**EXHIBIT 16**

whether records were further investigated to determine whether the matches represent fraudulent votes or clerical errors in either the incarceration records or the voting records.

30. In elections from October 2008 through June 2011, 145 individuals with names, dates of birth, and addresses matching the information of individuals listed as deceased were recorded as having cast ballots in person in Michigan.[30] It is not clear whether records were further investigated to determine whether the matches represent fraudulent votes or clerical errors in either the death records or the voting records.

31. According to Texas Director of Elections Keith Ingram, the names, birth dates, and Social Security numbers of four "recent" voters allegedly matched the corresponding information on earlier death certificates, indicating that the votes were cast after the individuals' deaths. It is not clear at which elections these votes were cast, or how many, if any, of these votes were cast at the polls (rather than absentee). It is also not clear whether poll book records were investigated to determine whether the record of voting represented an impersonated signature or a clerical error.[31]

Credible allegations of impersonation at the polls since 2000 that would not likely be prevented by a rule requiring ID at the polls, or attempted impersonation at the polls since 2000 that was actually prevented without a strict ID requirement

(Note: these allegations do not include other forms of fraud not prevented by a requirement to show ID at the polls, including absentee ballot fraud, vote buying, vote coercion, fraud in the tallying process, voter registration fraud, double voting, voting by nonresidents, voting by noncitizens, voting by persons disenfranchised by conviction, or fraud in the petitioning process.)

1. Nov. 2012: Linda Earlette Wells apparently voted at the polls in the general election in Germantown, MD, in the name of her mother (Beatrice Moore Wells), who had died in June 2011.  She apparently used her mother's ID to cast the ballot.[32]  It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from using a fraudulent driver's license to cast invalid ballots.

**EXHIBIT 16**

2. Nov. 2012: A vote was apparently cast at the polls in the name of Caitlin A. Legacki in the general election; Legacki was in Missouri at the time.  However, in 2012, New Hampshire had a requirement that voters show photo ID at the polls; officials believe that either someone showed a fraudulent ID in Legacki's name or (according to them, more likely) that a clerical error incorrectly listed Legacki as voting.[33]

3. Nov. 2010 (and Nov. 2008): Ortencia Segura-Segura apparently voted at the polls in the name of Marisela Reyna in the general elections in Reno, NV, using a fraudulently procured Nevada driver's license.[34]  It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from using a fraudulent driver's license to cast invalid ballots.

4. Mar. 2010: Delores McMillian and her mother were both election officials in Dallas. During the primary election, McMillian used one other voter's registration number to try to cast a ballot in her name. (Her mother may have used more, but died during the course of the investigation.)  A fellow election worker apparently blocked the attempt.[35] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal pollworker from casting invalid ballots.

5. Nov. 2008 (and others): Mary Ann Comparin used a fake driver's license in the name of her long-dead sister, Norma Gerrish Collins, to vote in her sister's name in the 2008 general election in Bexar County, TX. [36] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from using a fraudulent driver's license to cast invalid ballots.

6. Nov. 2008: Ricardo Lopez-Munguia apparently voted (whether absentee or in person is not clear) in the name of Gustavo Carranza-Madrigal in the general election in Escondido, CA. Lopez-Munguia possessed a fraudulent California driver's license.[37] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from using a fraudulent driver's license to cast invalid ballots.

7. May 2008: Andrea Peña was apparently recruited by mayor Omar Vela to vote in the school board election in Progreso, TX; Peña was apparently given someone else's voter registration card and told that pollworkers would make sure there were no problems. An election judge (more usually known as a pollworker) actually cast Peña's ballot for her.[38] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from conspiring with pollworkers to cast invalid ballots.

**EXHIBIT 16**

8. May 2008: in the same Progreso school board election, Jessica Rangel claimed that Guadalupe Vela Sr. tried to convince Rangel to recruit a friend to vote with someone else's voter registration card, and claimed that "they had people that worked the election on their side." Rangel apparently refused.[39] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from conspiring with pollworkers to cast invalid ballots.

9. Aug. 2007: Vancy Voorhies, a pollworker in Davidson County, TN, apparently voted at the polls in the mayoral election; at her ill elderly cousin's request, she signed her cousin's name in the pollbook (with her own initials to indicate the permission), asked her cousin how she preferred to vote, and cast the ballot accordingly.[40]  It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a misguided pollworker from casting invalid ballots.

10. June 2007: A homeless man was apparently paid $10 to use the name of Kevin Logan to vote in a city council runoff race in Hoboken, NJ. After a challenge by a local resident, the effort failed. [41]

11. Sept. 2005: Memphis, TN, pollworkers Verline Mayo, Gertrude Otteridge, and Mary McClatcher apparently cast at least three votes at the polls in the names of others, including two in the names of dead voters, in a special election for a state Senate seat.[42]  It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal pollworker from casting invalid ballots.

12. May 2005: Macon, MS, resident Kendrick Slaughter testified that he saw Ike Brown, chairman of the Noxubee County Democratic Executive Committee, urging Bridgette Brown to "go in [to the precinct pollsite] and vote, to use any name, and that no one was going to say anything."  It is not clear whether Bridgette Brown did cast a vote at the polls in the name of another, but it is clear that pollworkers under Ike Brown's direction stood ready to commit or facilitate other forms of voter fraud.[43] It is not clear how a law requiring voters to show ID to pollworkers at the polls could stop a criminal from conspiring with pollworkers to cast invalid ballots.

13. Nov. 2000: A vote was cast in the general election in Miami, FL, in the name of Andre Alismé, who had died in 1997.  The voter apparently used either a passport or driver's license and a voter registration card in Alismé's name.[44]

**EXHIBIT 16**

[1] Jim Planck, Alleged Fraud Casts Pall Over Catskill School Vote, Daily Mail, May 29, 2014.

[2] Alli Knothe, 2 Charged with Voter Fraud in Worcester, Worcester Telegram & Gazette, Dec. 4, 2013.

[3] Max Rivlin-Nadler et al., Brazen Voting Fraud Alleged Among Ultra-Orthodox in Williamsburg, Gothamist, Sep. 11, 2013, http://gothamist.com/2013/09/11/voter_fraud_attempts.php.

[4] Jason Noble, Schultz, Many Iowans Still Solidly Back Voter ID Laws, Des Moines Register, Dec. 15, 2013.

[5] Joel Hoffman, Votes Cast in the Name of 8 More, San Diego Union-Tribune, July 19, 2014.

[6] Joel Hoffman, Votes Cast in the Name of 8 More, San Diego Union-Tribune, July 19, 2014.

[7] Joel Hoffman, Votes Cast in the Name of 8 More, San Diego Union-Tribune, July 19, 2014.

[8] N.C. State Board of Elections, Documented Cases of Voter Fraud in North Carolina, Mar. 11, 2013, http://www.democracy-nc.org/downloads/SBOEFraudMemo2013.pdf.

[9] Dianna Hunt, Democratic Precinct Chairwoman Candidate Indicted in Voter Fraud Case in Fort Worth, Star-Telegram, Apr. 30, 2012; Indictment, State v. Woodard, Case No. 1262418 (432d Texas Dist. Ct., Dec. 1, 2011).

[10] South Carolina Law Enforcement Division, Investigative File #32-12-0008, June 4, 2013, at 4-8, 380-89, 404-13, 475-76, http://www.scribd.com/doc/155615207/SLED-Investigation-Into-Voter-Fraud.

[11] Deposition of Major Forrest Mitchell, Texas v. Holder, No. 1:12-cv-00128, Doc. 229-16 (D.D.C. June 15, 2012), at 162-167.

[12] Joel Hoffman, Votes Cast in the Name of 8 More, San Diego Union-Tribune, July 19, 2014.

[13] Joel Hoffman, Votes Cast in the Name of 8 More, San Diego Union-Tribune, July 19, 2014.

[14] Complaint, State v. Crowder, Case No. 02424794 (177th Texas Dist Ct. May 13, 2009); John Kelso, Commentary, You're Not Fooling Me.  You're Just Impersonating a Voter, Austin American-Statesman, Mar. 3, 2011.

[15] Susan Lakes, Judge Orders New Election, Hattiesburg American (Miss.), Oct. 24, 2007; Susan Lakes, Candidate to Stay on Ballot, Hattiesburg American (Miss.), Oct. 25, 2007.

[16] Susan Lakes, Candidate to Stay on Ballot, Hattiesburg American (Miss.), Oct. 25, 2007.

[17] Madeline Friedman, Anatomy of Voter Fraud: Will Officials Follow Up on Alleged $10 Vote Payoff?, Hudson Reporter, July 10, 2007.

**EXHIBIT 16**

[18] Marcel Dufresne, Dead Voters? Probe Finds Errors in Records, Hartford Courant, Apr. 20, 2008; In the Matter of a Referral by the Secretary of the State, Conn. State Elections Enforcement Comm'n, File No. 2008-049, Nov. 17, 2008, http://seec.ct.gov/e2casebase/data/fd/FD_2008_949.pdf.

[19] Phuong Cat Le & Michelle Nicolosi, Dead Voted in Governor's Race, Seattle Post-Intelligencer, Jan. 7, 2005.

[20] Dan McKay, Jeff Jones & Leann Holt, Tallying of Ballots Could Take Days, Albuquerque J., Nov. 3, 2004, at A1.

[21] Dan McKay & David Miles, Clerk Tossing 25% of Ballots, Albuquerque J., Nov. 9, 2004, at A1; Rose-Mary McGee, Disenfranchised By Voter Impersonation, Election Journal, https://www.youtube.com/watch?v=4AF-Nt759Q4.

[22] Dan McKay & David Miles, Clerk Tossing 25% of Ballots, Albuquerque J., Nov. 9, 2004, at A1.

[23] Panio v. Sutherland, 790 N.Y.S.2d 136, 141 (2005).

[24] Milwaukee Police Dept., Special Investigations Unit, Report of the Investigation into the November 2, 2004 General Election in the City of Milwaukee, at 61.

[25] N.C. State Board of Elections, Documented Cases of Voter Fraud in North Carolina, Mar. 11, 2013, http://www.democracy-nc.org/downloads/SBOEFraudMemo2013.pdf.

[26] Young Bush Backer A Little Early, Lewiston Sun-Journal, Apr. 2, 2004.

[27] News Release, AG King Announces Felony Conviction for Illegal Voting, Apr. 9, 2004.

[28] City Commissioner Al Schmidt, Voting Irregularities: Voting Irregularities in Philadelphia County, 2012 Primary Election, July 2012, at 16-18.

[29] Michigan Auditor General, Performance Audit of the Bureau of Elections, Report No. 231-0235-11, May 2012, at 15, http://audgen.michigan.gov/finalpdfs/11_12/r231023511.pdf.

[30] Michigan Auditor General, Performance Audit of the Bureau of Elections, Report No. 231-0235-11, May 2012, at 16, http://audgen.michigan.gov/finalpdfs/11_12/r231023511.pdf.

[31] Transcript, Texas v. Holder, Case No. 12-00128 (D.D.C. July 9, 2012) (vol. I, A.M. Session), at 65-67 (testimony of Texas Director of Elections Keith Ingram).

**EXHIBIT 16**

[32] St. John Barned-Smith, Germantown Woman Pleads Guilty to 2012 Voter Fraud, Gazette, Sept. 13, 2013, http://www.gazette.net/article/20130913/NEWS/130919454/germantown-woman-pleads-guilty-to-2012-voter-fraud&template=gazette.

[33] Steve Macdonald, How Does this Democrat Vote Fraud Grab You?, Granite Grok, Jan. 22, 2014, http://granitegrok.com/blog/2014/01/how-does-this-democrat-vote-fraud-grab-you; Vote Fraud: It, and Mistakes, Happen, New Hampshire Union Leader, Jan. 27, 2014.

[34] Application and Affidavit for Arrest, Nevada v. Segura Segura, Case No. RCR-2014-076362 (Nev. Justice Ct. Reno Township Mar. 12, 2014).

[35] Deposition of Major Forrest Mitchell, Texas v. Holder, No. 1:12-cv-00128, Doc. 229-16 (D.D.C. June 15, 2012), at 167-172.

[36] Eva Ruth Moravec, Woman, 81, Jailed in Vote-Fraud Case, San Antonio Express-News, Oct. 5, 2010.

[37] Brandon Lowrey, Escondido: Mexican Man Admits to Voter Fraud, San Diego Union-Tribune, Sept. 7, 2012, http://www.utsandiego.com/news/2012/Sep/07/escondido-mexican-man-admits-to-voter-fraud/.

[38] Jeremy Roebuck, Progreso Voters Desperate for Solutions to Alleged Election Fraud, McAllen Monitor, Mar. 14, 2009.

[39] Jeremy Roebuck, Progreso Voters Desperate for Solutions to Alleged Election Fraud, McAllen Monitor, Mar. 14, 2009.

[40] Michael Cass, Poll Worker Indicted in Vote Probe, The Tennessean, Dec. 20, 2007; Email from District Attorney Susan Niland to Corbin Carson, July 20, 2012, 11:49:19 AM, http://s3.documentcloud.org/documents/404111/tennessee-davidson-county-with-cases.pdf.

[41] Madeline Friedman, Anatomy of Voter Fraud: Will Officials Follow Up on Alleged $10 Vote Payoff?, Hudson Reporter, July 10, 2007; Madeline Friedman, Unclear Which Agency Will Investigate Voter Fraud, Hoboken Reporter, July 8, 2007.

[42] Editorial, Seeking Justice in Memphis, The Tennessean, June 26, 2006; Gail Kerr, No Problem With Dead Voters Here, Official Says, The Tennessean, Feb. 6, 2006; Marc Perrusquia, Judge: Let's Air Details of Fraud, Memphis Commercial Appeal, May 22, 2007.

[43] United States v. Brown, 494 F. Supp. 2d 440, 486 n.73 (S.D. Miss. 2007).

---

**Wonkbook newsletter**

Your daily policy cheat sheet from Wonkblog.

**Sign up**

[44] Manny Garcia & Tom Dubucq, Unregistered Voters Cast Ballots in Dade: Dead Man's Vote, Scores of Others Were Allowed Illegally, Herald Finds, Miami Herald, Dec. 24, 2000.

**EXHIBIT 16**

More from Wonkblog:

The truth behind Trump's latest 'rigged election' fears

The 'smoking gun' proving North Carolina Republicans tried to disenfranchise black voters

Poll: Nearly half of Americans say voter fraud occurs often

---

**The Post Recommends**

## Here's the completely legal way to 'rig' an election

Lawmakers have been at it for decades.

---

## What was fake on the Internet this election: George Soros's voting machines

There is also no evidence of a "Clinton earpiece" or Reddit takeover conspiracy.

---

## Would Clinton or Trump be better at foreign policy? Here's what international relations scholars think.

Our snap poll shows the scholars are particularly concerned about U.S. relations with its allies.

---

**EXHIBIT 16**

**EXHIBIT 16**

**EXHIBIT 16**

**EXHIBIT 16**

# Inside the Trump Bunker, With Days to Go

Win or lose, the Republican candidate and his inner circle have built a direct marketing operation that could power a TV network—or finish off the GOP.

Joshua Green      Sasha Issenberg
JoshuaGreen

Subscribe Reprints

**BloombergBusinessweek**

October 27, 2016 — 6:00 AM EDT

On Oct. 19, as the third and final presidential debate gets going in Las Vegas, Donald Trump's Facebook and Twitter feeds are being manned by Brad Parscale, a San Antonio marketing entrepreneur, whose buzz cut and long narrow beard make him look like a mixed martial arts fighter. His Trump tie has been paired with a dark Zegna suit. A lapel pin issued by the Secret Service signals his status. He's equipped with a dashboard of 400 prewritten Trump tweets. "Command center," he says, nodding at his laptop.

**EXHIBIT 17**



Parscale

Photographer: Alex Welsh for Bloomberg Businessweek

Parscale is one of the few within Trump's crew entrusted to tweet on his behalf. He's sitting at a long table in a double-wide trailer behind the debate arena, cheek to jowl with his fellow Trump staffers and Reince Priebus, chairman of the Republican National Committee. The charged atmosphere and rows of technicians staring raptly at giant TVs and computer screens call to mind NASA on launch day. On the wall, a poster of Julian Assange reads: "Dear Hillary, I miss reading your classified emails."

10:02 p.m.: Trump, onstage, criticizes Hillary Clinton for accepting foreign money. "Fire it off!" Parscale barks. Instantly, a new Trump tweet appears: "Crooked @HillaryClinton's foundation is a CRIMINAL ENTERPRISE. Time to #DrainTheSwamp!"

10:04 p.m.: Trump blames Clinton for $6 billion that went missing during her tenure at the State Department (actually a bookkeeping error). "Hit that hard," shouts Jason Miller, Trump's senior communications adviser. Parscale already has: "Crooked's top aides were MIRED in massive conflicts of interest at the State Dept. WE MUST #DrainTheSwamp."

**EXHIBIT 17**

10:09 p.m.: Trump deploys a carefully rehearsed WikiLeaks attack: "Podesta said some horrible things about you—and he was right." The trailer erupts. "There it is!" someone shouts. "Push that," Parscale commands. Within seconds, Trump's roiling social mediasphere is bestowed with a curated Clinton burn from their leader: "Bernie Sanders on HRC: Bad Judgement [sic]. John Podesta on HRC: Bad Instincts #BigLeagueTruth."

When the debate wraps, Parscale leaps up, open laptop still in hand, and bolts from the trailer with Priebus and the rest of the senior staff to congratulate Trump as he comes off the stage. In the wings, Parscale joins Steve Bannon, Trump's Machiavelli and campaign chairman, on leave from Breitbart News Network; Dan Scavino Jr., his social media director; and a clutch of Trump children and their spouses, including Trump's son-in-law, Jared Kushner, whom Parscale considers nearly a brother. Up on stage, Trump had been visibly upset, snapping at Clinton ("nasty woman") and tearing a page from his notebook. But a moment later, when he emerges from a dark corridor with a phalanx of Secret Service agents, he's thronged by his worshipful band of advisers, quasi-celebrities, and hangers-on. Parscale, tweeting as he walks, nearly misses him. Trump leans over to whisper into Bannon's ear, and a Secret Service officer ushers Trump, Bannon, and Parscale toward a row of black SUVs. A moment later, they're gone. Trump reclaims possession of his virtual self.

Parscale, now tweeting from his own account, celebrates the night's haul: "HUGE 24hrs of online donations for @realDonaldTrump. 125,000+ unique donors grossing over $9,000,000! Thank you America! #MAGA."

**EXHIBIT 17**



Featured in Bloomberg Businessweek, Oct. 31-Nov. 6, 2016.
Subscribe now.

Photographer: Caroline Tompkins for Bloomberg Businessweek

Almost every public and private metric suggests Trump is headed for a loss, possibly an epic one. His frustrated demeanor on the campaign trail suggests he knows it. Yet even as he nears the end of his presidential run, his team is sowing the seeds of a new enterprise with a direct marketing effort that they insist could still shock the world on Election Day.

Beginning last November, then ramping up in earnest when Trump became the Republican nominee, Kushner quietly built a sprawling digital fundraising database and social media campaign that's become the locus of his father-in-law's presidential bid. Trump's top advisers won't concede the possibility of defeat, but they're candid about the value of what they've built even after the returns come in—and about Trump's desire for influence regardless of outcome. "Trump is a builder," says Bannon, in a rare interview. "And what he's built is the underlying apparatus for a political movement that's going to propel us to victory on Nov. 8 and dominate Republican politics after that."

**EXHIBIT 17**

If Trump wants to strengthen his hold on his base, then his apocalyptic rhetoric on the stump begins to make more sense. Lately he's sounded less like a candidate seeking to persuade moderates and swing voters and more like the far-right populist leaders who've risen throughout Europe. Most Republican Party officials ardently hope he'll go away quietly if he loses. But given all that his campaign—and Kushner's group especially—has been doing behind the scenes, it looks likelier that Trump and his lieutenants will stick around. They may emerge as a new media enterprise, an outsider political movement, or perhaps some combination of the two: an American UK Independence Party (UKIP) that will wage war on the Republican Party—or, rather, intensify the war that Trump and Bannon have already begun.

To outsiders, the Trump campaign often appears to be powered by little more than the candidate's impulses and Twitter feed. But after Trump locked down the GOP nomination by winning Indiana's primary, Kushner tapped Parscale, a political novice who built web pages for the Trump family's business and charities, to begin an ambitious digital operation fashioned around a database they named Project Alamo. With Trump atop the GOP ticket, Kushner was eager to grow fast. "When we won the nomination, we decided we were going to do digital fundraising and really ramp this thing up to the next level," says a senior official. Kushner, this official continued, "reached out to some Silicon Valley people who are kind of covert Trump fans and experts in digital marketing. They taught us about scaling. There's really not that much of a difference between politics and regular marketing."

When Bannon joined the campaign in August, Project Alamo's data began shaping even more of Trump's political and travel strategy—and especially his fundraising. Trump himself was an avid pupil. Parscale would sit with him on the plane to share the latest data on his mushrooming audience and the $230 million they've funneled into his campaign coffers. Today, housed across from a La-Z-Boy Furniture Gallery along Interstate 410 in San Antonio, the digital nerve center of Trump's operation encompasses more than 100 people, from European data scientists to gun-toting elderly call-center volunteers. They labor in offices lined with Trump iconography and Trump-focused inspirational quotes from Sheriff Joe Arpaio and evangelical leader Jerry Falwell Jr. Until now, Trump has kept this operation hidden from public view. But he granted Bloomberg Businessweek exclusive access to the people, the strategy, the ads, and a large part of the data that brought him to this point and will determine how the final two weeks of the campaign unfold.

# "We have three major voter suppression operations under way"

**EXHIBIT 17**

Several things jump out. Despite Trump's claim that he doesn't believe the polls, his San Antonio research team spends $100,000 a week on surveys (apart from polls commissioned out of Trump Tower) and has sophisticated models that run daily simulations of the election. The results mirror those of the more reliable public forecasters—in other words, Trump's staff knows he's losing. Badly. "Nate Silver's results have been similar to ours," says Parscale, referring to the polling analyst and his predictions at FiveThirtyEight, "except they lag by a week or two because he's relying on public polls." The campaign knows who it must reach and is still executing its strategy despite the public turmoil: It's identified 13.5 million voters in 16 battleground states whom it considers persuadable, although the number of voters shrinks daily as they make up their minds.

Trump's team also knows where its fate will be decided. It's built a model, the "Battleground Optimizer Path to Victory," to weight and rank the states that the data team believes are most critical to amassing the 270 electoral votes Trump needs to win the White House. On Oct. 18 they rank as follows: Florida ("If we don't win, we're cooked," says an official), Ohio, Pennsylvania, North Carolina, and Georgia.

Trump believes he possesses hidden strength that may only materialize at the ballot box. At rallies, he's begun speculating that the election will be like "Brexit times five," implying that he'll upend expectations much as the Brexit vote shocked experts who didn't believe a majority of Britons would vote to leave the European Union. Trump's data scientists, including some from the London firm Cambridge Analytica who worked on the "Leave" side of the Brexit initiative, think they've identified a small, fluctuating group of people who are reluctant to admit their support for Trump and may be throwing off public polls.

Still, Trump's reality is plain: He needs a miracle. Back in May, newly anointed, he told Bloomberg Businessweek he would harness "the movement" to challenge Clinton in states Republicans haven't carried in years: New York, New Jersey, Oregon, Connecticut, California. "I'm going to do phenomenally," he predicted. Yet neither Trump's campaign nor the RNC has prioritized registering and mobilizing the 47 million eligible white voters without college degrees who are Trump's most obvious source of new votes, as FiveThirtyEight analyst David Wasserman noted.

To compensate for this, Trump's campaign has devised another strategy, which, not surprisingly, is negative. Instead of expanding the electorate, Bannon and his team are trying to shrink it. "We have three major voter suppression operations under way," says a senior official. They're aimed at three groups Clinton needs to win overwhelmingly: idealistic white liberals, young women, and African Americans. Trump's invocation at the debate of Clinton's WikiLeaks e-mails and support for the Trans-Pacific Partnership was designed to turn off Sanders supporters. The parade of women who say they were sexually assaulted by Bill Clinton and harassed or threatened by Hillary is meant to

**EXHIBIT 17**

undermine her appeal to young women. And her 1996 suggestion that some African American males are "super predators" is the basis of a below-the-radar effort to discourage infrequent black voters from showing up at the polls—particularly in Florida.



Campaign staff in Trump Tower.

Photographer: Alex Welsh for Bloomberg Businessweek

On Oct. 24, Trump's team began placing spots on select African American radio stations. In San Antonio, a young staffer showed off a *South Park*-style animation he'd created of Clinton delivering the "super predator" line (using audio from her original 1996 sound bite), as cartoon text popped up around her: "Hillary Thinks African Americans are Super Predators." The animation will be delivered to certain African American voters through Facebook "dark posts"—nonpublic posts whose viewership the campaign controls so that, as Parscale puts it, "only the people we want to see it, see it." The aim is to depress Clinton's vote total. "We know because we've modeled this," says the official. "It will dramatically affect her ability to turn these people out."

The Trump team's effort to discourage young women by rolling out Clinton accusers and drive down black turnout in Miami's Little Haiti neighborhood with targeted messages about the Clinton Foundation's controversial operations in Haiti is an odd gambit. Campaigns spend millions on data science to understand their own potential supporters—to whom they're likely already credible messengers—but here Trump is speaking to his opponent's. Furthermore, there's no scientific basis for thinking this ploy will convince these voters to stay home. It could just as easily end up motivating them.

Regardless of whether this works or backfires, setting back GOP efforts to attract women and minorities even further, Trump won't come away from the presidential election empty-handed. Although his operation lags previous campaigns in many areas (its ground game, television ad buys, money raised from large donors), it's excelled at one thing: building an audience. Powered by Project Alamo and data supplied by the RNC and Cambridge Analytica, his team is spending $70 million a month, much of it to cultivate a universe of millions of fervent Trump supporters,

**EXHIBIT 17**

many of them reached through Facebook. By Election Day, the campaign expects to have captured 12 million to 14 million e-mail addresses and contact information (including credit card numbers) for 2.5 million small-dollar donors, who together will have ponied up almost $275 million. "I wouldn't have come aboard, even for Trump, if I hadn't known they were building this massive Facebook and data engine," says Bannon. "Facebook is what propelled Breitbart to a massive audience. We know its power."

Since Trump paid to build this audience with his own campaign funds, he alone will own it after Nov. 8 and can deploy it to whatever purpose he chooses. He can sell access to other campaigns or use it as the basis for a 2020 presidential run. It could become the audience for a Trump TV network. As Bannon puts it: "Trump is an entrepreneur."

Whatever Trump decides, this group will influence Republican politics going forward. These voters, whom Cambridge Analytica has categorized as "disenfranchised new Republicans," are younger, more populist and rural—and also angry, active, and fiercely loyal to Trump. Capturing their loyalty was the campaign's goal all along. It's why, even if Trump loses, his team thinks it's smarter than political professionals. "We knew how valuable this would be from the outset," says Parscale. "We own the future of the Republican Party."


Like so many Trump die-hards, Parscale, 40, is an up-from-nothing striver who won a place in the Trump firmament by dint of his willingness to serve the family's needs—and then, when those needs turned to presidential campaigning, wound up inhabiting a position of remarkable authority. He oversees the campaign's media budget and supervises a large staff of employees and contractors, a greater number than report for duty each day at Trump Tower headquarters. "My loyalty is to the family," he says. "Donald Trump says 'Jump'; I say, 'How high?' Then I give him my opinion of where I should jump to, and he says, 'Go do it.' "

Parscale was born in a small town outside Topeka, Kan., a self-described "rural jock" whose size— 6-foot-8, 240 pounds—won him a basketball scholarship to the University of Texas at San Antonio. When injuries derailed his playing career, his interest turned to business. "The day I graduated, I skipped the ceremony to go straight to California for the dot-com boom," he says. It was 1999. He became a sales manager for a video streaming company, taught himself programming, and eventually bought some of the company's intellectual property, in digital video and 3D animation, and struck out on his own. But after the dot-com crash, his company failed, he got divorced, and by 2002 he was back in San Antonio, broke and unemployed.

**EXHIBIT 17**



Parscale and his colleagues in his Trump Tower office.

Photographer: Alex Welsh for Bloomberg Businessweek

He hustled consulting gigs, going door to door and cold-calling local businesses. "My first year, I tapped on shoulders in a bookstore to get my first customers, people who were buying web books, and asked if they needed help," he says. One day in 2010, the phone rang. It was Kathy Kaye, the new head of Trump International Realty. "She said, 'Would you like to bid on building the Trump website?' " Parscale recalls. "I said yeah. I bid $10,000 on the first website. I think they were shocked how cheap it was. Next thing I know, I'm talking to Ivanka. So they signed a contract with me, and I wrote the website by myself. I told 'em I'd give all the money back if they didn't like it."

The Trumps liked it. He eventually built sites for Trump Winery and the Eric Trump Foundation. When Trump launched a presidential exploratory committee, he knew who could build a website for him on the cheap: Parscale charged $1,500.

By then he'd partnered with a local designer and expanded into a design and marketing agency, Giles-Parscale. Trump's own approach to self-promotion, reinforced by Kushner's advice, was at odds with the highly targeted logic of the web. "If you're running a burger shop, you have to let people know that your burgers are good and get them into your shop to buy them," says a source close to the candidate. "It's pretty similar with voting: You have to find out what people want and then convince them why your product is the right one."

**EXHIBIT 17**



A poll map.

Photographer: Alex Welsh for Bloomberg Businessweek

Trump's digital operation was focused primarily on tracking down the people who already liked his burgers and getting them to buy more. Parscale began toying with a list of registered voters acquired from a nonpartisan database vendor to learn more about who Trump's backers were. Because the campaign hadn't cultivated his supporters as donors or volunteers, most of what it knew about them came from requests for tickets to his rallies. After a March event in Chicago devolved into a melee, Parscale decided to stop relying on the ticketing service Eventbrite and build his own tool to accept RSVPs. He says he coded the program himself in two days so eventgoers would have to confirm via mobile phone. The added layer would weed out fraudulent requests placing tickets in protesters' hands—and also collect supporters' phone numbers.

Parscale was given a small budget to expand Trump's base and decided to spend it all on Facebook. He developed rudimentary models, matching voters to their Facebook profiles and relying on that network's "Lookalike Audiences" to expand his pool of targets. He ultimately placed $2 million in ads across several states, all from his laptop at home, then used the social network's built-in "brand-lift" survey tool to gauge the effectiveness of his videos, which featured infographic-style

**EXHIBIT 17**

explainers about his policy proposals or Trump speaking to the camera. "I always wonder why people in politics act like this stuff is so mystical," Parscale says. "It's the same shit we use in commercial, just has fancier names."

As Kushner, who shares his father-in-law's disdain for political professionals, became more active in the campaign's operations, Parscale emerged from among dozens of vendors into a unique role. "Once Jared found Brad," says a campaign official, "we were able to avoid building a big team and ran a lot of our back end through his office in San Antonio."

After Trump won the Indiana primary, vanquishing his remaining rivals, Parscale had to integrate his do-it-yourself operation with two established players who would jostle for primacy as supplier of Trump's data. The first was Cambridge Analytica, on whose board Bannon sits. Among its investors is the hedge fund titan Robert Mercer and his daughter, Rebekah, who were about to become some of the largest donors to the Trump cause. Locations for the candidate's rallies, long the centerpiece of his media-centric candidacy, are guided by a Cambridge Analytica ranking of the places in a state with the largest clusters of persuadable voters. The other was the Republican National Committee, to which Trump relinquished control over many of its tactical decisions. "I told him he's going to want to use the RNC once he's the nominee," says Newt Gingrich. "Reince has built a real system, and it can be very valuable to him."

## "That willingness to embrace what the RNC built allowed them to harness that movement"

Soon after Trump secured the nomination, a team from the RNC flew to San Antonio to meet Parscale at his favorite Mexican restaurant and discuss what party officials began describing as "the merger." Priebus boasted then of having put "more than $100 million into data and infrastructure" since Mitt Romney's 2012 loss. More than 10 percent of that cash went solely to beefing up the RNC's e-mail list, which now has a dedicated department of a dozen people managing a list of more than 6 million supporters. To win access to them, Trump negotiated a partnership. The party's online fundraising specialists would use his name and keep 80 percent of the revenue, while Trump's campaign would get the remainder. "This is exactly what the party needed the RNC to do —building assets and infrastructure and the nominee gets to benefit from it," says Chief Digital Officer Gerrit Lansing.

Trump's team, which hadn't actively raised money during the primaries, was unprepared. "I was put in the position of 'We need to start fundraising tomorrow,' " says Parscale. That turn was so hasty that when, in late June, Trump sent out his first e-mail solicitation, it ended up in recipients' spam folders 60 percent of the time. Typically marketers in that situation would have begun quietly

blasting less important messages from a new server to familiarize spam filters with the sender's address. Parscale shrugs off the ensuing criticism from technologists. "Should I have set up an e-mail server a month earlier? Possibly," he says. "We also raised $40 million in two weeks. Woo-hoo, spam rating."

Parscale was building his own list of Trump supporters, beyond the RNC's reach. Cambridge Analytica's statistical models isolated likely supporters whom Parscale bombarded with ads on Facebook, while the campaign bought up e-mail lists from the likes of Gingrich and Tea Party groups to prospect for others. Some of the ads linked directly to a payment page, others—with buttons marked "Stand with Trump" or "Support Trump"—to a sign-up page that asked for a name, address, and online contact information. While his team at Giles-Parscale designed the ads, Parscale invited a variety of companies to set up shop in San Antonio to help determine which social media ads were most effective. Those companies test ad variations against one another—the campaign has ultimately generated 100,000 distinct pieces of creative content—and then roll out the strongest performers to broader audiences. At the same time, Parscale made the vendors, tech companies with names such as Sprinklr and Kenshoo, compete Apprentice-style; those whose algorithms fared worst in drumming up donors lost their contracts. Each time Parscale returned to San Antonio from Trump Tower, he would find that some vendors had been booted from their offices.

Parscale's department not only paid for itself but also was the largest source of campaign revenue. That endeared it to a candidate stingy with other parts of the budget. When Trump fired his campaign manager, Corey Lewandowski, Parscale's responsibilities grew, then further still when Lewandowski's replacement, Paul Manafort, flamed out. In June, Parscale, whose prior political experience was a Bexar County tax assessor's race (his client lost), became Trump's digital director and, in many ways, the linchpin of his unusual run.

By the time Bannon became chief executive officer, Parscale had balanced the competition between the RNC and Cambridge Analytica, with different sources of data being tapped for the campaign's fundraising appeals, persuasive communication, and get-out-the-vote contacts. "I'm the only one that hasn't gained from any of this," he says pointedly about the data rivalry.

In June, Parscale granted his first national interview, to Wired, to preemptively explain why the Federal Election Commission was about to report that an unknown agency in San Antonio was the Trump campaign's largest vendor. In August, Giles-Parscale handled $9 million in business from Trump's campaign; two months later, the company's total haul had cleared $50 million, most of it money passing through to online ad networks at little markup. Parscale was delivering his services at such a discount that Kushner even worried that the agency's efforts might have to be classified as

**EXHIBIT 17**

Case: 1:16-cv-02645-JG   Doc #: 8-3 Filed: 11/02/16  146 of 290.   PageID #: 261

an in-kind contribution. "Jared's a big part of what gave me my power and ability to do what I've been doing," says Parscale, who sees himself as more than just a staffer. "Because you know what I was willing to do? I was willing to do it like family."

There are signs that Trump's presidential run has dealt a serious blow to his brand. His inflammatory comments about Mexican "rapists" and demeaning comments about women triggered a flood of busted deals and lost partnerships. Macy's stopped making Trump-branded menswear, Serta halted its line of mattresses emblazoned with his logo, and celebrity chefs fled his new luxury hotel in Washington. Booking websites show that visits to Trump-branded hotels are down. Win or lose, Trump's future may well lie in capitalizing on the intense, if limited, political support he has cultivated over the past year.

According to a source close to Trump, the idea of a Trump TV network originated during the Republican primaries as a threat Kushner issued to Roger Ailes when Trump's inner circle was unhappy with the tenor of Fox News's coverage. The warring factions eventually reconciled. But Trump became enamored by the power of his draw after five media companies expressed interest. "One thing Jared always tells Donald is that if the *New York Times* and cable news mattered, he would be at 1 percent in the polls," says the source. "Trump supporters really don't have a media outlet where they feel they're represented—CNN has gone fully against Trump, MSNBC is assumed to be against Trump, and Fox is somewhere in the middle. What we found is that our people have organized incredibly well on the web. Reddit literally had to change their rules because it was becoming all Trump. Growing the digital footprint has really allowed us to take his message directly to the people."

It's not clear how much of this digital audience will remain in Trump's thrall if he loses. But the number should be substantial. "Trump will get 40 percent of the vote, and half that number at least will buy into his claim that the election was rigged and stolen from him," says Steve Schmidt, John McCain's 2008 presidential campaign chief and an outspoken Trump critic. "That is more than enough people to support a multibillion-dollar media business and a powerful presence in American politics."

**EXHIBIT 17**



Kushner and Bannon at a Trump rally in Canton, Ohio, on Sept. 14.

Photographer: Alex Welsh for Bloomberg Businessweek

Digital strategists typically value contact lists at $3 to $8 per e-mail, which would price Trump's list of supporters anywhere from $36 million to $112 million. The Trump enterprise could benefit from it in any number of ways. The easiest move would be for Trump to partner with Bannon's global Breitbart News Network, which already has a grip on the rising generation of populist Republicans. Along with a new venture, Trump would gain a platform from which to carry on his movement, built upon the millions of names housed in Project Alamo. "This is the pipe that makes the connection between Trump and the people," says Bannon. "He has an apparatus that connects him to an ever-expanding audience of followers."

As it happens, this cross-pollination of right-wing populist media and politics is already occurring overseas—and Trump's influence on it is unmistakable. In early October, the editor-in-chief of Breitbart London, Raheem Kassam, a former adviser to Nigel Farage, announced he would run for leader of UKIP. His slogan: "Make UKIP Great Again."



Close all those tabs. Open this email.

Get Bloomberg's daily newsletter.

Enter your email    Sign Up

The final ignominy for a Republican Party brought low by Trump is that its own digital efforts may undermine its future. The data operation in which Priebus and the RNC invested so heavily has fed into Project Alamo, helping Parscale build Trump's base. "They brought to the table this movement and people who were willing to donate and activate, and we brought to the table a four-year investment and said we can process that for you," says Sean Spicer, the RNC's chief strategist. "That willingness to embrace what the RNC built allowed them to harness that movement."

**EXHIBIT 17**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 148 of 290. PageID #: 263

If the election results cause the party to fracture, Trump will be better positioned than the RNC to reach this mass of voters because he'll own the list himself—and Priebus, after all he's endured, will become just the latest to invest with Trump and wind up poorer for the experience.

**Subscribe now to BloombergBusinessweek**

**EXHIBIT 17**

Terms of Service  Trademarks  Privacy Policy

©2016 Bloomberg L.P. All Rights Reserved

Careers  Made in NYC  Advertise  Ad Choices  Website  Feedback  Help

VIDEO

**U.S. Stocks Erase Gains on Clinton Investigation**

AUDIO

**Odd Lots: The Unbearable Brightness of Being a Shadow Bank**

Live TV    Schedules+Shows



Oct 28, 2016

**Inside the Trump Bunker, With 12 Days to Go**

Subscribe

Stocks          U.S.

Currencies

Commodities

Rates +

Bonds

Economics

Magazine

Benchmark

Watchlist

Economic Calendar

Global

Startups

Cybersecurity

Digital Media

Bloomberg

Technology

TV

Hello World

Studio 1.0

## Trump on FBI Clinton Probe:

## This Is Bigger Than Watergate

Oct 28, 2016

With All Due Respect

Poll Decoder

Culture

Caucus

Podcast

Masters In Politics Podcast

Ad Tracker

Battlegrounds 2016

## Sasha Petraske Regarding Cocktails

Oct 28, 2016

Cars & Bikes

Style & Grooming

Spend

Watches & Gadgets

Food & Drinks

Travel

Real Estate

Art & Design

## Telling a Half-Truth Doesn't Work for Arena Pharmaceuticals

Oct 28, 2016

View

Gadfly

Bezo

Rock

Com

**Is a**

**Lead**

**the**

**Sub**

**Spac**

**Rac**

Oct 28,

Subsc

Cover

Open

Rema

Etc

Featu

85th

Anniv

Issue

Behin

Cover

Science + Energy

Graphics

Game Plan

Small Business

Personal Finance

Inspire GO

The David Rubenstein Show

Sponsored Content

**EXHIBIT 17**

# POLITICO

## Trump: Without ID law, voters will vote '15 times' for Clinton

By **LOUIS NELSON** | 08/09/16 03:20 PM EDT

Donald Trump said Tuesday that, without voter identification laws, fraud will be so rampant in November's general election that voters will head to the polls "15 times" for Hillary Clinton.

Speaking at a rally in Wilmington, North Carolina, Trump was making reference to the state's voter identification law that was struck down last month by a federal appeals court, which ruled the legislation was "passed with racially discriminatory intent." The opinion of the three-judge court said the law represented a clear effort on the part of North Carolina's GOP-controlled legislature to suppress the state's African-American vote.

"Voter ID. What's with that? What's with voter ID? Why aren't we having voter ID. In other words, 'I want to vote, here's my identification. I want to vote,'" Trump said. "As opposed to

**EXHIBIT 18**

somebody coming up and voting 15 times for Hillary. And I will not tell you to vote 15 times. I will not tell you to do that. You won't vote 15 times, but people will. They'll vote many times, and how that could have happened is unbelievable."

Trump said the removal of the voter ID law would lead to widespread voter fraud that will favor Democrat Hillary Clinton.

Generally speaking, legislators backing laws like the one in North Carolina say that such legislation is intended to stop voter fraud, though the number of documented cases of in-person voter fraud suggests the crime is virtually non-existent in the U.S.

Suggesting that the November election might not be on the level is nothing new for Trump, who has regularly said that he expects the general election to be "rigged." He has often expressed empathy for supporters of Sen. Bernie Sanders (I-Vt.), many of whom voiced similar complaints during the Democratic primary.

**EXHIBIT 18**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 153 of 290. PageID #: 268

# POLITICO



Getty Images

### 2016

# How Hostile Poll-Watchers Could Hand Pennsylvania to Trump

The state's unique rules make it vulnerable to Election Day mischief. In a tight race, that could help Donald Trump.

By ERICK TRICKEY | October 02, 2016

In 2004, hundreds of University of Pittsburgh students waited for hours to vote in the presidential election. The local Democratic Party, alarmed at the bottleneck, handed out pizza and water to encourage the students to stay. Pittsburgh Steelers Hall-of-Famer Franco Harris worked the line, armed with a giant bag of Dunkin Donuts, and Liz Berlin of the Pittsburgh band Rusted Root performed on guitar.

The stalled line wasn't because of the high turnout. It was what was happening at the check-in desk.

"The attorneys for the Republican Party were challenging the credentials of pretty much every young voter who showed up," recalls Pat Clark, a Pittsburgh activist and registered Democrat who was working for an election-protection group that day.

The GOP attorneys were acting as poll watchers. A common practice in many states, partisan poll watching helps parties get out the vote and keep an eye out for irregularities. But in Pennsylvania, laws governing how observers can challenge voters are unusually broad, and that makes them susceptible to abuse.

On that day in 2004, students who were challenged by the GOP lawyers were told they needed to find a friend who could sign an affidavit proving their identity and residence. Other battleground states, concerned that their voter-challenge laws could be misused, have limited or even abolished them in the past decade. But Pennsylvania hasn't modified its rules. That worries election experts, who fear Donald Trump's persistent calls for supporters to monitor the polls to prevent cheating could create conflicts and chaos inside and outside of precincts across the state.

"I hope you people can … not just vote on the 8th, [but] go around and look and watch other polling places and make sure that it's 100-percent fine," Trump said at an August 12 rally in Altoona, in rural central Pennsylvania. "We're going to watch Pennsylvania—go down to certain areas and watch and study—[and] make sure other people don't come in and vote five times. … The only way we can lose, in my opinion—and I really mean this, Pennsylvania—is if cheating goes on."

In a speech 10 days later in Ohio, Trump dropped an ominous hint that he had more in mind than just witnessing democracy in action: "You've got to get everybody to go out and watch, and go out and vote," Trump said. "And when [I] say 'watch,' you know what I'm talking about, right?"

**2016**
## When Poll-Watching Crosses the Line
By JOCELYN BENSON

Trump's claim that widespread voting fraud could swing the presidential election has been widely debunked; a national study discovered only 10 cases of fraud by misrepresentation from 2000 to 2012—1 in every 15 million eligible voters. But Trump's remedy could have a very real and much larger impact. In a state that has been described as a "blue wall," crucial to Clinton's election chances, and where polls show her lead in the 3 percent range (down

**EXHIBIT 19**

from 9 percent a month ago), blocking likely Democratic voters in Pennsylvania's major cities could help Trump tighten the results on November 8.

"Instead of seeing orderly poll watching," says Wendy Weiser, director of the Brennan Center for Justice's Democracy Program, "we might see a lot of individuals trying to take on the role of election officials or law enforcement, and crossing the line into intimidation, discrimination and polling place disruption."

***

**Pennsylvania knows it has a problem on its hands**, or at least the potential for one. That's why the Pennsylvania Department of State issued guidelines in 2012 to help election workers cope with the state's broad law.

The guidelines, which are nonbinding, call on election workers to prevent watchers from challenging voters "routinely, frivolously or without a stated good faith basis." Wanda Murren, press secretary for the Department of State, explains that using challenges "to intimidate or harass certain voters" could "rise to the level of criminal behavior."

There's only one problem with the guidelines. They don't match up with the law.

Poll watchers can't get near voters as they're voting, but they can watch them check in. Many poll watchers do this simply to alert their respective parties about who hasn't voted, so that the parties can urge their loyalists to get to the polls. But the other thing poll watchers can do is challenge a voter's legitimacy before he casts a ballot. The law is clear, albeit broad: Watchers are "entitled to challenge any person making application to vote and to require proof of his qualifications."

---

**HISTORY DEPT.**
### If Trump Disputes the Election, We Have No Good Way Out
By EDWARD B. FOLEY

---

Though such challenges are rare, say election officials in several Pennsylvania counties, it is nevertheless much easier to issue a challenge than it is to answer one. The burden of proof is on the voter, who then has to either vote on a provisional ballot or find a witness who lives in the same precinct (say, a friend, spouse or neighbor) to sign an affidavit vouching for the voter's identity and residence.

**EXHIBIT 19**

That's alarming to the Brennan Center for Justice, which has recommended that states abolish Election Day voter challenges. "I think there are much more effective, less confrontational, and less risky ways to ensure the integrity of our elections," says Weiser. The Brennan Center has urged Pennsylvania's secretary of state to guard against abuse of its challenge rules, which date from 1937. "Unfortunately, Pennsylvania's challenger law doesn't have a lot of specificity about what proof you need to have and how you do it."

That lack of clarity was on full display in 2004, in the precinct at the University of Pittsburgh. Every time a challenge was made, poll workers on site called the county's central elections office to verify the voter's registration. At one point, a poll watcher for the Bush-Cheney campaign tried to stop the verification process, perhaps hoping to disqualify the voter immediately, but the election official refused. That evening, the supervisor at the poll called the sheriff to try to eject the poll watchers, but Republicans obtained a court order that allowed them to keep watching—and challenging voters, according to Mike O'Connell, who was executive director of the Allegheny County Republican Committee that year. "No one was told to challenge every voter," says O'Connell. "[It was] pesky poll watchers saying, 'They're actually supposed to register to vote before you let them vote!'"

Other states don't allow party-line face-offs to overwhelm the voting process this way. Ohio eliminated Election Day voter challenges in 2006, after an aborted Republican plan to deploy challengers two years before had led to fears of partisan confrontations at the polls. Five other swing states—Virginia, Colorado, Nevada, Iowa, and New Hampshire—have raised their standards for voter challenges in the past decade. Florida requires challengers to state a valid reason for the challenge in writing; North Carolina requires "affirmative evidence" that the voter is ineligible.

---

**THE FRIDAY COVER**
## Uprising in the Rust Belt
By KEITH O'BRIEN

---

No bills to tighten the challenge process are pending in Pennsylvania's Legislature. Just the opposite. Pennsylvania Republicans want to make it even easier to watch and challenge this Election Day. Last week, the Pennsylvania House of Representatives advanced a bill that would allow residents to be certified as watchers anywhere in the state. Current law allows them to watch polls only in the county they live. Republicans, on a near-party-line vote, amended the bill to give it immediate effect—so it could allow Trump poll watchers to range freely across the state on Election Day. But the bill would have to get past Democratic

**EXHIBIT 19**

Governor Tom Wolf, and House Democrats have charged that it would "allow outside agitators to intimidate your local poll workers and make it harder for you to vote."

\*\*\*

**One part of Trump's idea** of poll watching is clearly illegal.

"We have to call up law enforcement," Trump said at the speech in Altoona in August, "and we have to have the sheriffs and the police chiefs and everybody watching." But in Pennsylvania, police and sheriffs are banned from coming within 100 feet of a polling place on Election Day, unless they're asked by election workers or three different voters to quell a disturbance. The law, meant to prevent voter intimidation, applies to police in and out of uniform, unless they're voting.

Trump's vision of police watching the polls, and his vague call for supporters to "go down to certain areas and watch," sounds a lot like an aggressive and notorious voter intimidation campaign during New Jersey's 1981 governor's race.

That year, Republicans challenged voters at the polls in minority precincts, and they dispatched armed, off-duty police and deputy sheriffs to patrol polling places in minority neighborhoods wearing armbands that read, "National Ballot Security Task Force." Ever since, a federal court order has barred the Republican National Committee from organizing ballot integrity or anti-fraud efforts that target minority neighborhoods. The order doesn't apply to candidates, but it could limit Trump, because candidates usually turn to local parties to find poll watchers.

---

WHAT WORKS
### The Philly Suburb That Could Flip the House
By ERICK TRICKEY

---

In 2003, despite the court order, someone tried the 1981 intimidation strategy in the Philadelphia mayor's race. Men wearing suits with law-enforcement lapel pins and carrying clipboards drove around black neighborhoods in Philly in unmarked vans, watched voters go to the polls, and asked many of them for identification. Some warned falsely that voters could be arrested at the polls if they owed child support. The incident remains infamous in progressive election-protection circles.

In 2004, some of the University of Pittsburgh students who were caught in the interminable line arrived at the front to discover they weren't registered in the poll books. Some of them were victims of a dirty trick played on college campus in three states in that

    **EXHIBIT 19**    5/9

year: canvassers sent by GOP operatives had gotten students to sign petitions supporting medical marijuana or lower car insurance rates, then used their information to submit bogus changes to their voter registrations.

One of the right's favorite election intimidation stories also comes from Philadelphia. In 2008, two uniformed members of the New Black Panther Party stood outside a polling place in Philly, one of them carrying a nightstick, and allegedly used racial slurs against voters. The Justice Department sued them for violating election intimidation laws, and obtained an injunction that banned the nightstick-wielder from carrying a weapon near polling places. (Conservatives blasted the DOJ for scaling down the case by dropping the suit against the unarmed man, the New Black Panther Party and its chairman.)

It's another of Pennsylvania's election law oddities that when civilians intimidate voters, Pennsylvania's ban on police at the polls may actually make it harder to stop them. In most of Pennsylvania, poll constables, who lack arrest powers and are usually unarmed, are the only security allowed in polling places.

---

> ❝ It's an election law oddity: When civilians intimidate voters, Pennsylvania's ban on police at the polls may actually make it harder to stop them.

---

"Poll constables are generally elderly people paid about $100 a day," says Paul Bauer, president of the Allegheny County Constables Association, the county in which Pittsburgh is located. If a serious disturbance broke out at a polling place, Bauer says, the poll constable could call him, and he'd call the sheriff. In Philadelphia (which doesn't have constables), police respond to calls of polling-place disturbances "as needed," a spokesperson says, and the district attorney's office has dozens of civilian investigators ready to deploy on Election Day.

But if an uncertified, vigilante poll watcher were to one-up that New Black Panther and carry a firearm outside a polling place, it's unclear whether he would be guilty of voter intimidation—or protected by Pennsylvania's open-carry law. In Philadelphia, people need a license to carry a gun. But in the state's other 66 counties, "non-licensees would be able to openly carry firearms in or about polling places," says the Department of State's Murren. State law prohibits guns in schools or courts, but not other voting locations. Carrying a weapon in or near the polls "may not rise to the level of voter intimidation," Murren says.

**EXHIBIT 19**

That'd be left to the election worker, constable, or peace officer called to the scene to decide.

<center>***</center>

**If there were only one target** where Trump would want his supporters to focus, it would probably be Philadelphia, a city Republicans often claim is a nest of Election Day lawbreaking. "The people in Western and Central Pennsylvania have to overcome what goes on down in Philadelphia—the cheating," said U.S. Rep. Bill Shuster, a Republican, at Trump's Altoona rally.

But Philadelphia and its suburbs are already some of the most closely watched cities in Pennsylvania on Election Day. In the 2012 presidential election, suburban Bucks County certified nearly five poll watchers per precinct. In Philadelphia itself that year, Democrats deployed about 4,000 poll watchers to the city's 1,686 precincts, while Republicans sent out about 1,400.

Some conservative complaints about Philly are just conspiracy-theory speculation about a seemingly weird fact: In 2012, 59 Philadelphia precincts recorded not a single vote for Mitt Romney. But even Joe DeFelice, executive director of the Philadelphia Republican City Committee, says that's not surprising if you know the city's electoral map. The zero-Romney precincts are black, Democratic neighborhoods with minuscule numbers of registered Republicans. "It's next to impossible to deduct votes from the machine," DeFelice says.

But DeFelice says there are voting irregularities in Philadelphia, and Republican poll watchers can help expose some of them. "Damn right, there's cheating!" he says.

---

**2016**
## Donald Trump's Man in Philadelphia
By **MICHAEL KRUSE**

---

DeFelice himself exposed the case of Joseph Cheeseboro, the mysterious South Philly voter who appeared to vote in two precincts in 2007 and used a 7-Eleven as an address. In some Philly precincts, he notes, election workers have been caught encouraging voters to write in a certain candidate.

And on Election Day 2014, just after the polls closed at a Philadelphia recreation center, a Republican poll watcher noticed something odd: two election workers manipulating a voting machine. "One more time," she heard one say to the other. The Philadelphia district

attorney indicted the workers on charges of illegally adding six votes to the machine. The alleged motive: to balance the registration books, which had six more signatures than the votes cast. The six-vote fraud took place during the 2014 gubernatorial election—which the winner, Democrat Tom Wolf, won by 345,000 votes.

Because Democrats outnumber Republicans 7 to 1 in Philadelphia, there are no Republican election workers in many neighborhoods, DeFelice says. And some Democrats seem to like it that way. In 2012, a judge ordered 300 Republican election workers deployed to overwhelmingly Democratic precincts—and at 100 of them, DeFelice says, the Democratic election workers refused them entry. Having sheriff's deputies deliver the court orders seems to have solved that problem, DeFelice says. But in precincts in which Republicans are rare, a poll watcher can be the GOP's only eyes.

Al Schmidt, the lone Republican among Philadelphia's three election commissioners, authored a report in mid-2012 that found small numbers of voting irregularities, including one example of a person double-voting and 19 non-citizens who voted. Since then, he's referred reports of election-day mischief to Philadelphia's district attorney, Democrat Seth Williams, who launched an election-fraud task force in 2014 and indicted nine people on charges of election law violations in 2015. The cases include people casting two votes, for themselves and for a relative.

Schmidt says poll watchers can help prevent some of the irregularities he's found. But after four years of bird-dogging Philadelphia's elections, the former analyst for Congress' Government Accountability Office says any voter fraud happens on a small scale—too small to affect a major election. "Voter fraud, to the extent it occurs, is happening due to local races, where a handful of votes can make a difference," Schmidt says. "Whenever I'm seeing it, it's not actually affecting national level races."

Without ever naming Trump, Schmidt knocks down nearly every one of the calls to action that Trump made in Altoona. "Poll watchers have to be registered voters in the city of Philadelphia," Schmidt says. "Someone talking about, 'We need to go down to Philly' or 'some places in Pennsylvania to keep an eye on the polls'—that's not possible." Schmidt says there's a "very good reason" to prohibit out-of-town watchers: people ought to be watchers near home, where they know the town and its election system. With a million registered voters in Philadelphia, he says, there are plenty of potential poll watchers available.

Does Schmidt have confidence in Pennsylvania's election system? "Absolutely, I do," he says.

**EXHIBIT 19**

Case: 1:16-cv-02645-JG  Doc #: 8-3  Filed: 11/02/16  161 of 290.  PageID #: 276

**EXHIBIT 19**

# *The Atlantic*

# Donald Trump's Attacks on the Rights of Minority Voters

If supporters carry out his directive to monitor the polls, the election could turn out to be the perfect test case for voter-intimidation lawsuits.



Jonathan Ernst / Reuters

**GARRETT EPPS**

**OCT 13, 2016** | **POLITICS**

**f** Share    **✓** Tweet

TEXT SIZE

−　＋

Subscribe to *Th~~e~~*　　LinkedIn　~~itics & Policy Daily,~~ a roundup of ideas and events in American politics.

Email　　　　Print

Email　　　~~SI~~GN UP

**EXHIBIT 20**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 163 of 290. PageID #: 278

Revelations regarding Donald Trump and sexual assault, and his Charles Foster Kane-style threat to jail Hillary Clinton, have largely monopolized public horror over the past week. And for good reason. But no less deserving of attention is Trump's verbal war on minority voters, which could have serious consequences on Election Day. These attacks threaten the stability of the American system—and also potentially expose his supporters and his party to civil lawsuits and even criminal prosecution.

On Monday, Trump warned supporters in Ambridge, Pennsylvania—whose population is 75 percent white—that it is "so important that you get out and vote. So important that you watch other communities, because we don't want this election stolen from us." Last week, he told a rally in Manheim, Pennsylvania, which is 95 percent white: "Go and vote and then go check out areas because a lot of bad things happen, and we don't want to lose for that reason." The night before, in Novi, Michigan—75 percent white—he said: "Go to your place and vote, and then go pick some other place, and go sit there with your friends and make sure it's on the up-and-up."

**LATEST FROM POLITICS**



Voting Without Voting

Trump is essentially asking his followers to get together and harass voters in the guise of checking for voter fraud. (Conservatives for years have insisted that "voter impersonation"—that is, in-person voting by people claiming to be other voters—is a danger to democracy. Every serious study confirms that impersonation is virtually unknown anywhere in the country.)

And it's not just any voter fraud. In a subsequent radio interview, he clarified that "other communities" in his Ambridge talk referred to Philadelphia, a majority-minority city. That description wasn't really necessary, though: Anyone who doesn't know what that phrase—or "certain areas" or "some other place"—really means has slept through all of American history. In Pennsylvania and Michigan,

**EXHIBIT 20**

Trump's supporters may very well believe they can now besiege, clog, and disrupt minority-area polls for one day, and thus shift the states' electors to Trump.

These threats come at a fraught moment for voting rights. November 8 will be—as Ari Berman, author of *Give Us the Ballot: The Modern Struggle for Voting Rights in America,* has pointed out—the first presidential election held since the conservative majority on the Supreme Court gutted the enforcement provisions of the Voting Rights Act. Because of the court's decision, the U.S. Department of Justice has withdrawn federal election monitors—which it had planned to deploy in 11 states— from all but a few areas. It's also the first one since the rash of post-2010 Republican-sponsored "voter ID" laws passed; these measures are bound to— indeed, are seemingly designed to—cause confusion, conflict, and litigation under the best of circumstances.

But Trump's attacks aren't just threatening to minority voters. Or to the integrity of the political system, which should protect the franchise of all American voters. If put into practice, his calls for election "monitoring" could also open his supporters up to legal action. This election could prove to be the perfect test case for voter-intimidation lawsuits.

Let's be clear: Every campaign uses volunteer poll watchers, and has a legal right to do so. "It's very common to have people at the polls," election-law guru Rick Hasen told *The Washington Post*. "What's different is that he is couching it in an incendiary way by saying 'Crooked Hillary' wants to steal the election. That seems to be an invitation to go and make trouble." A poll watcher—I've been one—keeps track of who has voted, relays the names to campaign headquarters, and may sometimes report irregularities to election officials or party lawyers. A traditional poll watcher, however, does not directly challenge voters—especially not based on skin color. That is against the law.

Also unacceptable is posing as law-enforcement officers and demanding voters' IDs, sending out intimidating mailings to minority voters, posting misleading or intimidating signs, or standing at the polls to challenge minority voters' rights to a ballot. These aren't hypothetical tactics: Over the past 30 years, the Republican

**EXHIBIT 20**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 165 of 290. PageID #: 280

National Committee has been linked to all of these unsavory practices. As part of a long-running lawsuit by the Democratic National Committee, the RNC signed a binding "consent decree" in 1982 promising to stop them. Before the 2012 election, the RNC went to court and claimed that because the United States has an African American president, minority voter suppression is no longer a problem. They also argued that laws like the Help America Vote Act, which is designed to streamline registration and voting, make voter fraud more likely, and thus their so-called "ballot security" programs were needed. The Third Circuit held, however, that the RNC is still bound by its settlement agreement. If the RNC does not violate the agreement this year, it will expire in 2017. If it does, it will be extended for another eight years.

Thus, Trump's voter-fraud alarms could put his party at risk. It's no secret that, in many places, the Trump campaign is relying on the national committee's ground operations to get out the vote. So if groups or individuals affiliated with the campaign support voter-intimidation efforts, they may expose the RNC to new lawsuits, further litigation, and years of court supervision.

## Trump's voter-fraud alarms could put his party at risk.

Still, it really doesn't matter whether voter intimidation is performed by campaign staffers or self-selected polling-place police. Official or unofficial intimidation can be a federal crime. Federal prosecutors may not choose to indict; but if groups, even private groups, organize—formally or informally—to obstruct minority voters, they may also be exposed to civil suits by citizens who are intimidated or want to prevent intimidation.

Three federal civil statutes forbid voter intimidation: Section 3 of the so-called Ku Klux Klan Act, which not only prohibits conspiracies to deny voting rights, but also "go[ing] in disguise" to do that; Section 131(b) of the Civil Rights Act of 1957; and Section 11(b) of the Voting Rights Act of 1965. All three statutes above permit voters themselves to go to civil court to seek injunctions against individuals or

**EXHIBIT 20**

groups engaging in, or preparing to engage in, intimidation. The KKK Act makes money damages available as well—and, financially as important, losing defendants may also be ordered to pay the plaintiffs' legal fees.

These statutes, by and large, seem to have been underused. Recently, two young lawyers who worked on the DNC-RNC case have suggested publicly that the statutes should be read more broadly than they previously have been. In an article in the *New York University Review of Law and Social Change,* Ben Cady and Tom Glazer argued that "federal voter intimidation claims are potentially powerful tools" for individuals and groups who want to fight back. They urge a much more aggressive use of the intimidation statutes; their article is a how-to guide for litigators around the country who want to wheel out these laws as part of the voting wars. (Other scholars question whether the statutes go as far as the authors suggest.)

Wendy Weiser, director of the Democracy Program at the New York University Brennan Center for Justice, notes that voter intimidation lawsuits are often ineffective against present intimidation. The true utility of these statutes, she argues, may be in their use for prevention, not actual litigation. Thus, local civic and political groups have every right to contact their state and county election offices to remind them of their duty to keep the polls free of intimidation and racist disruption. Given the current state of the race, even partisan election officials might ask themselves how much legal risk they want to run on behalf of Donald Trump.

If the RNC doesn't actively work to stop this thuggery in November, it would be fitting for the court to extend the consent decree for eight years. As for the village vigilantes organizing to go to "certain areas" on Trump's behalf, I would love to see them hauled into court to explain their plans—and possibly socked with damages and legal fees.

[ f Share ]   [ ⅴ Tweet ]   [ 💬 Comments ]

**ABOUT THE AUTHOR**

 **GARRETT EPPS** is a contributing editor for *The Atlantic.* He teaches constitu...

**EXHIBIT 20**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 167 of 290. PageID #: 282

 **GARRETT EPPS** is a contributing editor for *The Atlantic*. He teaches constitutional law and creative writing for law students at the University of Baltimore. His latest book is *American Justice 2014: Nine Clashing Visions on the Supreme Court*.

## From The Web

‹ ● ○ ○ ○ ○ ›

Ads by Revcontent






These 18 Items Found On Earth Cannot Be Explained
Cyber-Breeze.com

After Loosing 200lbs Rebel Wilson is Actually Gorgeous!
Detonate.com

One Quick Trick to Find Out If They're Unfaithful
TruthFinder

Here's What Dental Implants Should Cost You - Best Local
Sponsored Dental Implant Ads

**EXHIBIT 20**

☰ Ⓑ  Comments  ‖  Subscribe Starting at 99 cents  |  Members Sign In

# Giuliani, Gingrich raise specter of voter fraud ahead of election



CRAIG F. WALKER/GLOBE STAFF

Former New York Mayor Rudy Giuliani spoke in Portsmouth, N.H., Saturday at a rally for Donald Trump.

**By Greg Stohr** | BLOOMBERG NEWS  OCTOBER 16, 2016

Surrogates for Republican presidential nominee Donald Trump accelerated their rhetoric on the racially charged issue of election fraud, accusing Democrats of systematic cheating in some of the largest US cities.

**EXHIBIT 21**

"They leave dead people on the rolls, and then they pay people to vote those dead people four, five, six, seven, eight, nine times," former New York Mayor Rudolph Giuliani said on CNN's "State of the Union" on Sunday. He added, "dead people generally vote for Democrats."

Giuliani and former House speaker Newt Gingrich singled out Philadelphia as a particular hotbed of alleged cheating. "To suggest that we have, you don't have theft in Philadelphia is to deny reality," Gingrich said on ABC's "This Week."

Asked whether Republicans also cheated, Giuliani said that's rarely the case. "They don't control inner cities the way Democrats do," he said. Blacks and other minorities often comprise much of the population in inner cities.

Get **Political Happy Hour** in your inbox:

Enter email address

Sign Up

Voting-rights advocates — and an increasing number of federal judges — have said there's no evidence that impersonation at the polling place is a widespread problem in the US. When it concluded in July that Texas' voter-ID law was racially discriminatory, a federal appeals court said there had been only two convictions for in-person voter fraud, out of 20 million votes cast, in the decade before the 2011 law was passed.



View Story

**EXHIBIT 21**

Comments

# Warnings of conspiracy stoke anger among Trump faithful

Donald Trump is actively stoking fears that a core tenet of American democracy is in peril.

Another federal appeals court blocked a Republican-backed North Carolina law, saying its provisions "target African Americans with almost surgical precision." The measure imposed a photo-ID requirement, limited early voting and eliminated same-day registration.

Trump this month urged his supporters at a rally in Pennsylvania to monitor polling places for fraud, issuing what voting-rights advocates say was a call for intimidation.

"You've got to go out, and you've got to get your friends, and you've got to get everybody you know, and you've got to watch the polling booths because I hear too many stories about Pennsylvania, certain areas," Trump said.

"We can't let them get away with this, folks," he said in New Hampshire on Saturday.

Gingrich Sunday said the "best description" of the election was that it would be a 'coup e'tat,' a phrase that refers to the violent overthrow of a government.

Trump has repeatedly challenged the legitimacy of the election as he's fallen further behind Clinton in the polls in recent weeks. Trump said this week the election was "being rigged" for Democrat Hillary Clinton by media outlets through their reporting on allegations that he kissed and groped women without their consent.

Not all Republicans have jumped on Trump's allegations of fraud. His running mate, Indiana Governor Mike Pence, said he and Trump will "absolutely" accept

**EXHIBIT 21**

2 of 5 free articles. Subscribe now ›

rigged election" has been created by "the obvious bias in the national media."

House Speaker Paul Ryan also separated himself from the rhetoric. Ryan is "fully confident" the election will be carried out with integrity, his spokeswoman AshLee Strong said in a statement.

Democratic vice-presidential nominee Tim Kaine Sunday accused Trump of engaging in "scare tactics," and said Russia was trying to influence the Nov. 8 election. The US government has blamed the Russian government for hacking into the computer systems of Democratic groups and leaking information, including e-mails from Clinton's campaign chairman, John Podesta.

"Hillary and I stand up for the integrity of our elections," Kaine said on "This Week." "Hillary and I stand against Russian efforts to meddle in an American election."

---

💬 SHOW 163 COMMENTS

---

Stay updated, right in your news feed.  👍 Like 404K

## Most Popular in News ➜

---



### FBI to investigate additional Hillary Clinton e-mail material

The FBI is investigating whether there is classified information in new emails that have emerged in its probe of Hillary Clinton's private server.  MORE...

---



WOMEN & POWER | MAGAZINE

### The 2016 top 100 women-led businesses in Massachusetts

The Globe Magazine and the Commonwealth Institute partner to name the most noteworthy companies and nonprofits helmed by women.  MORE...

---

**EXHIBIT 21**

2 of 5 free articles. Subscribe now ›



Here's what I'd do the day after the election

Comments

At a time of massive political discontent, we need a new administration that has both vision and courage. **MORE...**



**EDITORIAL**

## Vote 'yes' on Question 2

Voters have a chance to continue a successful strategy in public education by approving a measure that would allow the state to continue expanding public charter schools. **MORE...**



## Night Shift was fed up with distributorships. So they started their own.

The owners of the Everett brewery are promising to offer others friendlier contracts, more personal attention, and deliveries of fresher brews. **MORE...**



**OPINION | MARGERY EAGAN**

## Countering the anti-pot hysterics with a 'yes' on Question 4

Enough of this "Reefer Madness" hysteria from nearly every one of our politicians fighting ballot Question 4 to legalize marijuana. **MORE...**



## 'I'll tell you, when anything leaves, it crushes us'

The challenges are enormous in Eastport, Maine, a city of 1,300 people about 350 miles northeast of Boston. **MORE...**



**SHIRLEY LEUNG**

## Buzzkill: Just vote no on Question 4

As a mother of two young kids, I am skittish about legalizing marijuana in Massachusetts. But as a taxpayer, I am downright petrified. **MORE...**



## Luxury housing tower for Copley Place scrapped

The developer of the 625-foot tower cited oversupply of other luxury towers

**EXHIBIT 21**

2 of 5 free articles. Subscribe now ›

Comments



**CHAD FINN | SPORTS MEDIA**

## NFL's ratings drop a quality-control matter

There are many reasons for the league's viewership decline, but a lack of compelling matchups may be the biggest. MORE...



## 'Nobody works harder' than Dion Lewis, says Belichick

The Patriots coach gave some insight into the running back's recovery from knee surgery. MORE...



**THE LATEST**

## Clinton ignores shouted questions from reporters in Iowa

Hillary Clinton isn't saying anything yet about the FBI decision to investigate new emails. MORE...



## Your guide to the new all-electronic tolling

Expect traffic. A lot of it. MORE...

## Watch live: Hillary Clinton speaks

Hillary Clinton is speaking after the news that the FBI will investigate whether there is classified information in newly discovered emails. MORE...



## Facing complaints, Quincy deals with rat problem

The rat population appears to have spiked in the last 18 months, a boom felt especially in residential neighborhoods. MORE...



**EDITORIAL**

## Just say 'yes' on Question 4

Despite the proposal's many flaws, the harm stemming from

**EXHIBIT 21**

Comments

MORE...



## NU police offer to take in allegedly abused husky

Northeastern University's mascot is a husky, so campus police reached out to the city regarding the dog.  MORE...



## Icon of UMass Amherst gets new lease on life

This fall, the Old Chapel will reopen following a $21 million renovation.  MORE...



NAMES

## Sonny's pub in Dorchester closes

The beloved Dorchester bar, known for its pizza, beer, keno, and low prices, appears to have closed down for good.  MORE...

© 2016 BOSTON GLOBE MEDIA PARTNERS, LLC

**EXHIBIT 21**

2 of 5 free articles. Subscribe now ›



October 07, 2016, 10:12 am

# Trump: Government bringing in illegal immigrants to vote

By Jonathan Swan



Donald Trump says the U.S. government is deliberately allowing undocumented immigrants to stay in the country so they can vote for Democrats in the November elections.

"They are letting people pour into this country so they can go and vote," Trump, the Republican presidential nominee, said Friday morning during a meeting at Trump Tower in Manhattan, according to a pool report by The Wall Street Journal's Reid Epstein.

Trump was responding to comments made in the meeting by Art Del Cueto, vice president of the the union that represents Border Patrol agents.

Del Cueto told Trump that border patrol agents were being instructed not to deport undocumented immigrants with criminal records, according to the pool report.

Asked by Trump why the U.S. government was telling Border Patrol agents not to deport criminal aliens, Cueto replied, "So they can vote."

TAGS: Donald Trump

The Hill 1625 K Street, NW Suite 900 Washington DC 20006 | 202-628-8500 tel | 202-628-8503 fax

The contents of this site are ©2016 Capitol Hill Publishing Corp., a subsidiary of News Communications, Inc.

**EXHIBIT 22**

# CNN's Jake Tapper vs. Rudy Giuliani: You're Saying Only Democrats Rig Elections?



**166** Shares

Posted By **Tim Hains**
On Date October 16, 2016



CNN's Jake Tapper debates former New York City mayor Rudy Giuliani about Donald Trump's claim that the election could be "rigged."

> RUDY GIULIANI: When [Donald Trump] talks about a rigged election, he's not talking about the fact that it's going to be rigged at the polls.
>
> What he's talking about is 80% to 85% of the media is against him. When you look at the *New*

**EXHIBIT 23**

*York Times* and you pick it up in the morning, at the top of the paper there's three stories that are anti-Trump. Some of them baseless, some of them silly. And at the bottom you get something about WikiLeaks. Same thing with *The Washington Post*. Way out of control. The *New York Daily News* with the clown outfits...

The reality is that he makes it clear, he's pushing it at right at the press.

JAKE TAPPER: Then why does he call for people to go to elections, to go to polling places to be election monitors? Why is he saying, if I lose Pennsylvania, it's because it's stolen. Pennsylvania is a state that jasn't gone Republican since 1988.

GIULIANI: There are a few places, and not many in the swing states, there are a few places where they have been notorious for stealing votes: Pennsylvania, Chicago, places where a lot of cheating have gone on over the years.

I know that from my own knowledge of bussing people in from Camden. When I ran for mayor of New York City, the first time, some people voted eight and ten times. And second time I had firefighters and police officers outside checking on the buses so we take down the number of the bus, the bus had voted ten times, and wouldn't let the bus vote again.

When I asked Randy Levine, who is now the president of the Yankees, how much cheating did we stop, he said I think we stopped about 75% of it. We're still going to have to get about 25,000 votes.

I'm sorry, dead people generally vote for Democrats rather than Republicans.

TAPPER: So he's not talking about elections being stolen, except in some cases when he is talking about elections being stolen.

GIULIANI: You want me to tell you the election in Philadelphia and Chicago will be fair? I would have to be a moron to say that. I would have to dislearn everything I learned in 40 years of being a politician.

TAPPER: The Republican party in Philadelphia would disagree with you. They looked into

**EXHIBIT 23**

allegations in 2012 and said there was nothing irregular. Yes there were areas where people who only voted for Obama. Just like in Utah there were places that only voted for Romney.

GIULIANI: I remember a case where I was associate attorney general where 720 dead people voted in Chicago in the 1982 election. I remember in my own election about 60 dead people voted. So I can't sit here and tell you that they don't cheat. And I know because they control the polling places in these areas. There are no Republicans. It's very hard to get people there who will challenge votes. So what they do is they leave dead people on the rolls, and then they pay people to vote for those dead people. Four, five, six, seven times.

TAPPER: We have to go. Just to put a button on this, it sound as if you're saying Trump is serious when he says that the election is going to be stolen.

GIULIANI: I'm not saying that.

TAPPER: You just laid out a case how Democrats steal elections.

GIULIANI: If she wins Illinois by 8%, or he wins Illinois by 8%, that cheating doesn't make any difference. If he wins Pennsylvania by five or she wins by five, it makes no difference.

If it is a one or two point race, it could make a difference in a few places... We do cheat. We have people who cheat in elections.

TAPPER: You're saying only Democrats cheat?

GIULIANI: There are very few situations where Republicans cheat. They don't control the inner cities the way Democrats do. Maybe if Republicans controlled the inner cities they would cheat as much as Democrats.

TAPPER: There are a lot of elections experts who would disagree with you.

GIULIANI: They never prosecuted election fraud.

**EXHIBIT 23**

# Gingrich: 20 Media Executives Are Launching A "Coup D'Etat" Against Millions Of Trump Voters



**3.4k** Shares

Posted By Tim Hains
On Date October 16, 2016



In an interview with 'This Week' guest host Martha Raddatz, former House Speaker Newt Gingrich categorized Donald Trump's 'rigged election' claims as a "coup d'etat" against fourteen million citizens who voted for Donald Trump in the Republican primary committed by "20 media executives."

"This is about last Friday when the networks spent 23 minutes on the Trump tape," he said. "And less than one minute -- all three networks combined -- less than one minute on the Hillary Clinton's secret speeches that were being revealed on WikiLeaks."

"I think it's amazing that Trump is as close as he is right now, considering the one-sidedness of the news media barrage," Gingrich said.

He also said: "I'm old enough to remember when Richard Nixon had the election stolen in 1960 and no

**EXHIBIT 24**

serious historian doubts that Illinois and Texas were stolen. So to suggest that we have -- that you don't have theft in Philadelphia is to deny reality."

MARTHA RADDATZ, ABC HOST: You heard Tim Kaine talk about his concerns over charges of a rigged election, but Mr. Trump has been continuing to ramp up the rhetoric in tweets and speeches. Senator Jeff Sessions joined the chorus yesterday saying they are attempting to rig the election. So who are "they" and how are they doing this?

NEWT GINGRICH: Well, I think they are the news media. This is not about election officials at the precinct level. This is about last Friday when the networks spent 23 minutes on the Trump tape and less than one minute -- all three networks combined -- less than one minute on the Hillary Clinton's secret speeches that were being revealed on WikiLeaks. And you look at that and you say -- I mean, I think it's amazing that Trump is as close as he is right now, considering the one-sidedness of the news media barrage.

And the best description of it is by Barry Castleman in his blog where he said this is a coup d'etat. Fourteen million citizens and private ballots picked Donald Trump, 20 TV executives have decided to destroy him.

RADDATZ: But you say it's not at the precinct level, but Trump has also told people to monitor polling stations.

GINGRICH: They should. You look at Philadelphia, you look at St. Louis, you look at Chicago, I mean, again I'm old enough, I remember when Richard Nixon had the election stolen in 1960 and no serious historian doubts that Illinois and Texas were stolen. So to suggest that we have -- that you don't have theft in Philadelphia is to deny reality.

RADDATZ: So you really think this election could be stolen. Do you believe that if Mr. Trump loses, it will be because of a massive conspiracy or fraud, not because more Americans voted for someone else?

EXHIBIT 24

GINGRICH: I think that without the unending one-sided assault of the news media, Trump would be beating Hillary by 15 points. I think when you look at WikiLeaks and you look at all the things she has said, when you look at the deals in Russia that Bill Clinton made, and that the Clinton Foundation -- I mean, all this nonsense by Kaine about Russia, it's Clinton, Bill Clinton, who got a half a million dollar speech. It is the Clintons who got money for the Clinton Foundation from Russia. It is -- it is Podesta who was on a Russian company advisory board that was apparently funded by Putin.

So the news media's one-sidedness is the worst I've seen in my lifetime, and I'm old enough that's a fairly long statement.

**Related Topics:** Election 2016, Newt Gingrich

 **Comment**

Show comments **1598**

**EXHIBIT 24**



**EXHIBIT 25**



Hookman Dean @Hookman777 · Oct 11
@soniafarace SONIA FYI Florida has been extended to ALL DAY TOMORROW,
WEDNESDAY due to Hurricane Matthew Impact last week! Need every vote!

 1

**Sonia Farace**
@soniafarace

Follow

@Hookman777 Thx!
We need your vote!
#Florida help us #StopTheSteal!
Nov 8 Vote #Trump
#iRegistered  #AmericaFirst
Make America SAFE AGAIN!



**EXHIBIT 26**    1/2



Hookman Dean @Hookman777 · Oct 11
@soniafarace SONIA FYI Florida has been extended to ALL DAY TOMORROW, WEDNESDAY due to Hurricane Matthew Impact last week! Need every vote!

1



**Sonia Farace**
@soniafarace

**Follow**

@Hookman777 Thx!
We need your vote!
#Florida help us #StopTheSteal!
Nov 8 Vote #Trump
#iRegistered 🎩 #AmericaFirst
Make America SAFE AGAIN!



**EXHIBIT 26**

2/2

# Register at Stop The Steal to become an Vote Protector Exit Poller

Gain access to all the resources to help you become an Exit Poller!



## Register to become a Vote Protector Exit Poller!

**ACCOUNT INFO**

Username *

E-mail *

Password *

Password must be at least 7 characters long. To make it stronger, use upper and lower case letters, numbers and symbols.

Confirm Password *

Type your password again.

Phone Number

Defend the Donald Blogger

Contact Me - Join Signal



State *

Please Select ▼

Congressional District *

Please Select ▼

Precinct *

Unsure

**Register**

**The Washington Post**

The Fix

# Poll: Nearly half of Americans say voter fraud occurs often

By **Emily Guskin** and **Scott Clement**   September 15

Nearly half of Americans say that voter fraud occurs at least somewhat often according to a new Washington Post-ABC News poll, a viewpoint at odds with studies showing it rarely occurs in U.S. elections.

The poll also finds 63 percent of voters are confident that votes in this year's presidential election will be counted accurately, down from about 7 in 10 in 2004.

Republicans and Donald Trump supporters express the greatest concern about voter fraud and election accuracy -- worries which the GOP nominee has stoked on the campaign trail. The dynamic marks a reversal from 2004, when Democrats were more doubtful about the legitimacy of the vote.

### Majority of Trump backers think voter fraud occurs often

Q: Thinking about voter fraud - like the same person voting multiple times or someone voting who is not eligible - do you think this happens.. (Among registered voters).

**EXHIBIT 28**



Margin of sampling error +/- 4 points among all registered voters.

Source: Washington Post-ABC News Sept. 5-8.                    THE WASHINGTON POST

The Post-ABC poll finds 46 percent of registered voters say voter fraud -- described as multiple votes being cast by a single person, or an ineligible person casting a ballot -- occurs very or somewhat often, while 50 percent say it occurs occasionally or rarely. Over two-thirds of Trump voters say voter fraud occurs often, compared with less than one-third of Clinton supporters. Whatever the partisan differences, at least one-fifth of every major demographic and political group says voter fraud occurs somewhat or very often.

The prevalence of voter fraud appears to be widely overestimated. A 2012 investigation by the News21 investigative reporting project published in The Washington Post found only 2,068 cases of alleged voter fraud had been reported since 2000, including only 10 cases of voter impersonation over the entire period. A separate study by Loyola Law School professor Justen Levitt found 241 potentially fraudulent ballots over a 14-year period out of 1 billion ballots cast.

The Post-ABC poll also finds a sizable gap in skepticism of vote counting accuracy between Clinton and Trump supporters. Just under half of Trump supporters (49 percent) say they are "not too" or "not at all" confident" votes will be counted accurately, while just 18 percent of Clinton supporters are similarly skeptical.

## Half of Trump backers are not confident votes will be counted accurately

**EXHIBIT 28**

Q: How confident are you that the votes for president across the country will be accurately counted this year: very confident, somewhat confident, not too confident or not confident at all? (Among registered voters)



Source: Washington Post-ABC News Sept. 5-8 poll of 1,002 U.S. adults. Margin of sampling error +/- 3.5 points.

THE WASHINGTON POST

That's a reverse in skepticism from 2004 when supporters of Democrat John Kerry were far more likely to think votes would not be counted properly than backers of Republican George W. Bush -- then, 44 percent of Kerry supporters and just 14 percent of Bush supporters were not confident that votes would be accurately counted.

---

**5-Minute Fix newsletter**

Keeping up with politics is easy now.

**Sign up**

---

## Skepticism from different parties in different elections

Q: How confident are you that the votes for president across the country will be accurately counted this year?

**EXHIBIT 28**




**2004 supporters** — % not too/not at all confident

- **Kerry**: 44%
- Bush: 14

**2016 supporters**

- Clinton: 18
- **Trump**: 49

2004 data among likely voters, 2016 data among registered voters

Source: Washington Post-ABC News Sept. 5-8 poll of 1,002 U.S. adults. Margin of sampling error +/- 3.5 points.

THE WASHINGTON POST

Democrats skepticism of votes being counted accurately is likely due to the contested outcome of the 2000 presidential election, when the U.S. Supreme Court ordered manual vote recount in Florida, resulting in George W. Bush winning the state and the presidency. Trump supporters' heightened concerned about the vote count is likely fueled by the candidate's own statements. Last month, Trump warned that the election might be "rigged" against him, saying "we may have people vote 10 times."

What may matter most heading into the fall is how seriously people perceive the voting process as it occurs, and whether candidates raise questions about its legitimacy that amplify concerns that exist today. Skepticism can linger even if all goes smoothly, as in 2004 when Bush won by a significant margin and Kerry conceded quickly. A Post-ABC poll one month after the election found 49 percent of Kerry's supporters saying they were not confident the vote was counted accurately, hardly changed from the final days before Election Day.

The Post-ABC poll was conducted September 5-8 among a random national sample of 1,002 adults reached on cellular and landline phones. The margin of sampling error is plus or minus 3.5 percentage points for overall results; the error margin is four points among the sample of 842 registered voters.

Campaign 2016

✕

State of the 2016 race ›

**EXHIBIT 28**

Emily Guskin is the polling analyst at The Washington Post, specializing in public opinion about politics, election campaigns and public policy. 🐦 Follow @emgusk

Scott Clement is the polling manager at The Washington Post, specializing in public opinion about politics, election campaigns and public policy. 🐦 Follow @sfcpoll

## PAID PROMOTED STORIES

Recommended by



### Working Out Isn't Enough. It's Time You Thought About Your Cellular Health.

Scientific American



### Use Data To Sell Your Home Fast

HomeLight



### Psoriatic Arthritis Symptoms: What You Should Know

Yahoo Search



### Librarians Love It - The One Website Book Lovers Need to Know

The Book Insider



### Photography Lover? Fine-Tune Your Skills With This Amazing Class

Home | creativeLIVE



### Professional & Casual Styles

Allen Edmonds US

**EXHIBIT 28**


report this ad



# WIKILEAKS: JOHN PODESTA BELIEVED 'OBAMA FORCES' COMMITTED VOTER FRAUD

SHARE 665    EMAIL    SHARE 13    TWEET



by PATRICK HOWLEY | 15 Oct 2016 | 170







BREITBART CONNECT

SIGN UP FOR OUR NEWSLETTER

email address    SUBMIT

**EXHIBIT 29**

Case: 1:16-cv-02645-JG Doc #: 3-3 Filed: 11/02/16 193 of 290. PageID #: 308

Hillary Clinton campaign chairman John Podesta received intelligence that President Barack Obama was the beneficiary of voter fraud in his primary run against Clinton, according to Wikileaks' dump of Podesta's emails.


report this ad

advertisement

Podesta warned Clinton campaign officials in a May 2015 email that the "Obama forces" likely committed voter fraud. Those same "Obama forces," of course, are now in Clinton's camp, with Obama endorsing Clinton in the 2016 race.

Podesta wrote:

> High importance. I met with Jim and Mike in Denver. They are both old friends of the Clintons and have lots of experience. Mike hosted our Boulder Road Show event. They are reliving the 08 caucuses where they believe the Obama forces flooded the caucuses with ineligible voters. They want to organize lawyers for caucus protection, election protection and to raise hard $. They are not just Colorado focused and have good contacts in the region Mike is likely to talk to WJC about this in the near future. Marlon and Brynne, can you respond to the org chart request and give them some points of contact. Marc can you reach out to them on the lawyer election protection issues. Thanks.

"Yep Brynne lets loop Jessy and David on our end John will let you know when done," Clinton campaign staffer Marlon Marshall wrote back.

### READ MORE STORIES ABOUT:

2016 Presidential Race, Big Government, WikiLeaks, John Podesta



## We Recommend

report this ad

Sponsored Links by Taboola

What Mallory From "Family Ties" Looks Like Now Is Insane
Trend Chaser

A Black Bear Was Dying When This Brave Man Did Something Heroic
Grizly

We Can't Believe She Was Allowed To Wear This On Cable
Zimbio

She Had No Idea Why The Men Kept Cheering Her On!
Your Tailored News

Hilarious Wild Animals Photos Perfectly Depicting Parenthood [Gallery]
Wildlife Insider

## BREITBART VIDEO PICKS



MORE VIDEOS:

 

report this ad

## YOU MIGHT LIKE

Sponsored Links



Is your company's data strategy built for the future?
Micros oft



How A Former Drill Sergeant Made The Most Patriotic Clothing Line In America
American Grit | Grunt Style

**EXHIBIT 29**

Meet The 1st All-Around Breathable & Waterproof Hiking Boot

Gore-Tex

4 Plus Size Outfit Styles That Every Woman Needs

Macy's

The Vaccine That Can Save Your Child's Life

Livestrong for Healthline



After Losing 179LBS Honey Boo Boo's Mom Looks Like A Model

Deton ate



Ex-Apple Engineers Made This $499 Rearview Camera

9to5 Mac | Pearl Auto

by Taboola

report this ad

advertisement

Trending Articles



**Exclusive — Statistical Tie: Latest Breitbart/Gravis Poll...**

NEW YORK CITY, New York — Donald J. Trump, the Republican nominee for president, has closed the gap with his...





Powered By

## Around The Web

Powered By ZergNet



Jackie O's Granddaughter Is Basically Her Twin

Looper.com



The FBI is Reopening Its Clinton Email Probe

Nypost.com



The Real Reason We Don't Hear From Kramer Anymore

Looper.com

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit Breitbart's Facebook Page.



Get CenturyLink® High-Speed Internet

Speeds up to 40 Mbps with a 1-year contract. AutoPay and Paperless Billing required. Speed may not be available in your area.

$29.95 /mo for 12 months



SIGN UP

CenturyLink

Details

report this ad

advertisement



SoFi

See your lower rates in just two minutes. And make your student debt go away faster.

Learn more

report this ad

advertisement

**TAKE A LOOK**

- Sally Field Get's Touching Last "Goodbye"
- Healing Your Diabetes... This Is Not Joke
- Robin Says Goodbye To Good Morning America...

**EXHIBIT 29**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 195 of 290. PageID #: 310

Sponsored Links

**Professional & Casual Styles**
$395 - allenedmonds.com

**How 2 MIT Grads Are Disrupting the Auto Insurance Industry**
Provide-Savings Insurance Quotes

**What Mallory From "Family Ties" Looks Like Now Is Insane**
Trend Chaser

**Why Coffee Lovers Are Choosing These Low-Cost K-Cups**
CoffeeBeans | Angelino's

**Thinking About Installing Solar? Please Read This First**
Energy Bill Cruncher Solar Quotes

**She Had No Idea Why The Men Kept Cheering Her On!**
Your Tailored News

**168 Comments**  Breitbart News Network    🔴 Login ▾

♥ Recommend 14    ⤴ Share      Sort by Best ▾



Join the discussion…



**Rita Sowders** • 13 days ago
Well, that's one of the many things Obama is good at. Others are lying, selling secrets, letting enemies off the hook, driving up the deficits. And Hillary is Obama 2.0

38 ▲ ▾   Reply   Share ›

> 
>
> **FauxScienceSlayer** ➜ Rita Sowders • 12 days ago
> In Texas, the primary 'vote' is meaningless, it is the election night....
>
> 'precinct conventions' that pick delegates for state convention and
>
> nomination. Reptillary won vote....Obombie BLM mob won state....
>
> 2 ▲ ▾   Reply   Share ›
>
> > **Rita Sowders** ➜ FauxScienceSlayer • 12 days ago
> > Greetings from Killeen Texas! I know it's meaningless. But I will be voting.
> >
> > 5 ▲ ▾   Reply   Share ›
> >
> > > 
> > >
> > > **FauxScienceSlayer** ➜ Rita Sowders • 12 days ago
> > > "Dr Laura Pressley for Austin" has law suit on crooked voting....
> > >
> > > hearing date in Austin....try to attend, love to meet you !
> > >
> > > **FauxScienceSlayer.com**
> > >
> > > 2 ▲ ▾   Reply   Share ›



**justlittlolme** • 13 days ago
There were quite a few of us that were certain of it long before Wikileaks came out.

30 ▲ ▾   Reply   Share ›

• Kelly Says Goodbye...
• Donald SHOCKED After Daughter Publicly Admits to Taking Controversial "Skinny Pill" - Behind Her Amazing
• Odd Chinese Remedy 'Destroys' Nail Fungus in 1 Day

report this ad



BREITBART PODCASTS

EPISODE 32 - YO MOMMA SO GHETTO
▶ LISTEN NOW 🎧 iTunes
SONNIE JOHNSON

EPISODE THIRTY ONE - THE MILO...
▶ LISTEN NOW 🎧 iTunes
MILO YIANNOPOULOS

CLAIRE FOX, DIRECTOR OF THE INSTITUTE OF...
▶ LISTEN NOW 🎧 iTunes

ERICH PRATT, EXECUTIVE DIRECTOR FOR GUN...
▶ LISTEN NOW 🎧 iTunes

**MOST POPULAR**

FBI Reopening Investigation into Hillary Clinton's Private E-mail Server
7,350 comments - 2 hours ago

ABC/Washington Post Poll: Trump Regaining Lost Momentum
5,035 comments - 6 hours ago

Exclusive — Statistical Tie: Latest Breitbart/Gravis Poll Shows Donald Trump Closes the Gap with Less Than Two Weeks Left
9,328 comments - 19 hours ago

Levin: Fox News 'Imploding'; Megyn Kelly 'Out of Control,' 'Auditioning' for a Bigger Forum
7,346 comments - 16 hours ago

Exclusive — Donald Trump: 'I Am the Messenger'
1,068 comments - 4 hours ago

**EXHIBIT 29**

 lyt → justlittlolme · 12 days ago

Only stands to reason. Only country on the planet that does not demand proof of citizenship of it's electorate. Only one reason and one reason only for that.

20 ︿ ⌄ · Reply · Share ›

 CJ → lyt · 12 days ago

Which is? It's 'the blacks' isn't it? Sons-a-bitches.

︿ ⌄ · Reply · Share ›

 Gregorio Ruiz → justlittlolme · 12 days ago

Have you noticed how the trolls have scattered since Wikileaks? Everything we've been telling them have been substantiated.

10 ︿ ⌄ · Reply · Share ›

 TheLulzWarrior → Gregorio Ruiz · 12 days ago

So much "conspiracy theories" exposed as real.

3 ︿ ⌄ · Reply · Share ›

 justlittlolme → Gregorio Ruiz · 12 days ago

There are still quite a few of them, but they always ignore the wikileaks. All they want to talk about is Trump's dirty mouth.

2 ︿ ⌄ · Reply · Share ›

 Vincent Vega → justlittlolme · 12 days ago

They're going to steal this election from Trump; from us.

Start getting used to the idea of a 2nd american revolution.

5 ︿ ⌄ · Reply · Share ›

 Gamma Ray Burst → Vincent Vega · 12 days ago

I am

1 ︿ ⌄ · Reply · Share ›

 Billybob9 → justlittlolme · 11 days ago

Tell them about Bill' dirty mouth. Jennifer Flowers left us a recording ~

︿ ⌄ · Reply · Share ›

 Billybob9 → Gregorio Ruiz · 11 days ago

Bunch of 'em still on Mediaite and Right Scoop

Fewer on Mother Jones ~ which makes one wonder what's going on there if the leftwing trolls go there and try to convert people who agree with them.

Don't they know?

︿ ⌄ · Reply · Share ›

 Ordinary American 2014 → justlittlolme · 12 days ago

A sample of voter fraud in Virginia.

Remember: When actually caught, only a small sampling of fraudsters are caught.

http://www.richmond.com/news/v...

Harrisonburg officials and the FBI are investigating allegations of voter registration fraud after officials say almost 20 voter applications were turned in under the names of dead people.

AND NOTICE THAT THE ELECTION HAS NOT EVEN TAKEN PLACE YET!!!

3 ︿ ⌄ · Reply · Share ›

empiresentry → justlittlolme · 12 days ago

I seriously doubt they are concerned about flooding those counties with

Stock Markets Tank After FBI Announces Plan To Reopen Clinton Email Investigation

720 comments · 1 hour ago

Triggered: Journalist Snowflakes Scared Trump Supporters Are 'Turning on the Media'

11,432 comments · 2 days ago

Joe Biden Defends Hillary Clinton: 'This Woman Has Been So Battered Over 30 Years'

835 comments · 4 hours ago

Biden: Hillary Didn't Recognize 'Gravity' Of Setting Up Private Email Server

536 comments · 2 hours ago

Watch Live: Donald Trump in Manchester, NH

681 comments · 4 hours ago

⊞ POLITICS

US Cities With the Highest % of Independent Voters



#1

Los Alamos, NM
Population 12,014

6% of Voters Voted Independent in 2012

See The List ☰    Next List ➜

WHAT THEY UNCOVER WILL HAUNT YOU
KINDRED SPIRITS
AMY BRUNI    ADAM BERRY
 
WATCH ▶
All New TLC tonight 10/9c

report this ad

FROM THE HOMEPAGE

**EXHIBIT 29**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 197 of 290. PageID #: 312

... I honestly doubt they are concerned about flooding these counties with Libertarians and Republicans.....

If I were a crooked Clinton lib, I would be meeting with them to figure out how to replicate that voter fraud in KEY counties.

ᐱ ⋁ · Reply · Share ›


**Doug Dannger** · 13 days ago

We all know Obama was elected by voter fraud but you mustn't raise any questions about the first (Half) black president.

23 ᐱ ⋁ · Reply · Share ›


**Factory_Hag** ➜ Doug Dannger · 12 days ago

True--it was no secret, but they did NOTHING about it. It was like that scene in Monty Python & the Holy Grail where the guards just stood there and said a weak little "Hey" as Galahad ran into the castle.

3 ᐱ ⋁ · Reply · Share ›


**Gregorio Ruiz** ➜ Factory_Hag · 12 days ago

there won't be weak responses to voter fraud this time

3 ᐱ ⋁ · Reply · Share ›


**Andrew Griffin** ➜ Factory_Hag · 12 days ago

Lancelot, not Galahad but point made anyway

ᐱ ⋁ · Reply · Share ›


**Factory_Hag** ➜ Andrew Griffin · 12 days ago

Right! Thanks.

ᐱ ⋁ · Reply · Share ›


**CJ** ➜ Doug Dannger · 12 days ago

So how do we know Obama wad elected by voter fraud? Because you read it in the internet? Lol. The GOP keeps getting dumber and dumber and then blames their downfall on everything but their own incompetence.

ᐱ ⋁ · Reply · Share ›


**GB** ➜ CJ · 11 days ago

%110 percent of the vote in several counties? Also read the article. It was not an R that was making the accusation HitLIARy.

ᐱ ⋁ · Reply · Share ›


**Vada** · 13 days ago

"America is not run by Americans anymore." -- Ron Kirby

21 ᐱ ⋁ · Reply · Share ›


**Ordinary American 2014** ➜ Vada · 12 days ago

The "America Last" Party wants foreign nationals, foreign governments, and foreign terrorists running the United States.

With Obama and Clinton, that is exactly what has been happening.

1 ᐱ ⋁ · Reply · Share ›


**WhiteBluecollarRedneck** · 13 days ago

Obama did voter fraud against Hillary. Obama did voter fraud against Romney. Hillary did voter fraud against Bernie. Hillary will do voter fraud against Trump. See a pattern here? Democrat voters will not. Conscious voters will. Vote Conscious. Vote Trump.

18 ᐱ ⋁ · Reply · Share ›


**Kelsy** ➜ WhiteBluecollarRedneck · 12 days ago

maybe we need to vote like the dems do or we dont stand a chance with their massive frauds

1 ᐱ ⋁ · Reply · Share ›


**FBI Reopening Investigation into Hillary Clinton's Private E-mail Server**
7,291 Comments


**Stock Markets Tank After FBI Announces Plan To Reopen Clinton Email Investigation**
720 Comments


**FBI Served with Request for Hillary's Backup Device... Object Is in FBI's Possession**
266 Comments


**WATCH: Donald Trump Tells New Hampshire Rally FBI Re-opening Hillary Clinton Case**
192 Comments


**Exclusive — Donald Trump: Rigged Election Includes Media Bias, Clinton Cheating, and 'Fact That She's Even Allowed to Run'**
149 Comments


**Biden: Hillary Didn't Recognize 'Gravity' Of Setting Up Private Email Server**
536 Comments


**Exclusive — Breitbart/Gravis Nevada Poll: All Tied Up as Donald Trump, Hillary Clinton Both at 46 Percent**
5 Comments


**Congress to AG Lynch: 'Outrageous' You Would 'Essentially Plead the Fifth,' Refuse Answers on Iran Ransom Payment**
35 Comments


**Rasmussen Poll: Donald Trump and Hillary Clinton Level at 45 Percent**
9 Comments


**POTUS Guarantees Michelle Obama 'Will Never Run for Office'**
23 Comments

**EXHIBIT 29**


**RockyMT, MAGA 2016** • 13 days ago

I cannot fathom what WikiLeaks has that can get worse than what we have seen. It has to be video/audio or something so damning that no one on this planet can deny what they see. I know there will be those with the Liberal Progressive DNA quirk that will deny it but..........

16 ∧ ∨ • Reply • Share ›


**valerie** → RockyMT, MAGA 2016 • 12 days ago

Right, if they even cover it. This is a direct pronounced war upon our freedoms. It is no exaggeration that our and future generation's Liberty is at stake.

2 ∧ ∨ • Reply • Share ›

**RockyMT, MAGA 2016** → valerie • 12 days ago

You are correct. A lot hangs in the balance of this election. The "establishment" has been in a panic for a year or more.

3 ∧ ∨ • Reply • Share ›


**gingercake5** → RockyMT, MAGA 2016 • 12 days ago

So, a recent leak of Donna Brazile's email has her saying one thing, and IN PERSON she denies that she said it, and the MSM believes her IN PERSON words, and then they laugh, and then they blame someone like the Russians for pooping in our sandbox. Next question?

2 ∧ ∨ • Reply • Share ›

**RockyMT, MAGA 2016** → gingercake5 • 12 days ago

If it were reversed and WikiLeaks were doing this to Trump then the left would be saying how awful, proclaiming this disqualifies him. They would not be accusing Russia either. What a mess this election is and the media is responsible for most of it.

5 ∧ ∨ • Reply • Share ›


**bwgirl** → RockyMT, MAGA 2016 • 13 days ago

Hopefully, we will find out before it's too late!

2 ∧ ∨ • Reply • Share ›


**RockyMT, MAGA 2016** → bwgirl • 13 days ago

I agree. Frankly, I think we should all sue with a class action suit for mental torture from the Obama administration. Ugh. What a crazy 7 plus years and he has a few months to go.

6 ∧ ∨ • Reply • Share ›


**ForMotionCreatv** • 13 days ago

ACORN.

10 ∧ ∨ • Reply • Share ›


**overboosted** ✓DEPLORABLE • 13 days ago

But we are told that there is no voter fraud.

I'll give Jug Ears 2008, but in 2012, there was definitely fraud in his re-election.

Here is more proof of rampant DEMOCRAT voter fraud:

https://www.youtube.com/watch?...

Haven't seen this on any TV news channel. I wonder why?

.

10 ∧ ∨ • Reply • Share ›


**Deplorable-bullet2354** → overboosted ✓DEPLORABLE • 12 days ago

It should be easy to follow those busses around town...

Everyone has video camera's on their phones...



Democrat-Run Cities Push Plans to Let Non-Citizens Vote
14 Comments


AI System That Predicted Last Three Elections Says Trump Will Win
62 Comments


Feminist Camille Paglia on Hillary Clinton: 'The Woman Is a Disaster'
304 Comments


Politico: 'States Unprepared for Election Day Cyber Attack'
150 Comments


Donald Trump Jr. Helps 'Surprised' Woman Push Stalled Car
159 Comments


Report: With Global Warming, Expect 'Colder Winters'
259 Comments


Dead Migrants' Corpses Overwhelm Texas County
300 Comments


Homeless Woman Guards Trump's Walk of Fame Star (Video)
245 Comments


Exclusive — Donald Trump: 'I Am the Messenger'
1,068 Comments

Exclusive — Donald Trump's Final Pitch to NeverTrump: It's the Supreme Court
639 Comments


SEND A TIP

**EXHIBIT 29**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 199 of 290. PageID #: 314

3 ∧ ∨ • Reply • Share ›



**bxarmybrat** ➜ overboosted ✓ᴰᴱᴾᴸᴼᴿᴬᴮᴸᴱ • 12 days ago

NYC's communist mayor has requested this man's resignation using the standard dem talking points that election fraud is a myth.

2 ∧ ∨ • Reply • Share ›



ᵃᵈ

**SoFi**

See your lower rates in just two minutes. And make your student debt go away faster.

Learn more

report this ad

advertisement



**peggy6824** • 12 days ago

Let me post this again because somebody made the mistake of believing that I was posting this in support of Hillary and attacked me for it;

How Democrats steal an election;

From: AN AMERICAN CITIZEN OF LATIN/HISPANIC DESCENT WHOSE FIRST LANGUAGE IS SPANISH

Let's think back to Obama's elections and fraud like;

•The college students in OH at palestra.net who researched and found tremendous fraud by the Democrats in 2008 on behalf of Obama where hundreds if not thousands were registered at the same addresses and how Obama's campaign people who voted in OH were found to own real property in other states where they, their spouses, and children resided and attended public schools, etc. Let's talk about how the Secretary of State gave these people an ultimatum to either rescind their votes or face prosecution and some did.

•Let's talk about the now defunct ACORN signing up all of the Dallas Cowboys in Nevada not to mention numerous Disney Characters.

see more

8 ∧ ∨ • Reply • Share ›



**inabunker** ➜ peggy6824 • 12 days ago

Thank you, but you also forgot to mention the Big Fraud in Minnesota for Senator, Al Franken. Right in front of us, they said he won by some 300 votes and it was all fraud.

4 ∧ ∨ • Reply • Share ›



**peggy6824** ➜ inabunker • 12 days ago

Weren't those the ballots found in a trunk?

2 ∧ ∨ • Reply • Share ›



**Gregorio Ruiz** ➜ peggy6824 • 12 days ago

car or elephant's?

∧ ∨ • Reply • Share ›



**Enoch the Deplorable** ➜ Gregorio Ruiz • 12 days ago

You forgot tree.

1 ∧ ∨ • Reply • Share ›



**Gregorio Ruiz** ➜ Enoch the Deplorable • 12 days ago

I stand corrected!

∧ ∨ • Reply • Share ›



**Enoch the Deplorable** ➜ Gregorio Ruiz • 12 days ago

No correction, addition.

United We Stand.

Keep On Trunkin'!

1 ∧ ∨ • Reply • Share ›



**peggy6824** ➜ Gregorio Ruiz • 12 days ago

Car.

∧ ∨ • Reply • Share ›

**EXHIBIT 29**





     ∧   ∨   • Reply • Share ›



**Gregorio Ruiz** ➜ peggy6824 • 12 days ago

thanks for the clarification!

   ∧   ∨   • Reply • Share ›



**guest** • 13 days ago

Trump will not go down without a fight. In 2012 we had two pu$$y's running. Romney and Ryan never got out of the gate.

8 ∧   ∨   • Reply • Share ›



**John Locke** ➜ guest • 13 days ago

Both probably would have done more damage on immigration than Obama did.

2 ∧   ∨   • Reply • Share ›



**bxarmybrat** ➜ John Locke • 12 days ago

I guess you don't remember Romney's policy for illegals to self-deport by removing access to jobs and benefits, Trump at the time called it mean-spirited.

3 ∧   ∨   • Reply • Share ›

| Load more comments |
| --- |

✉ Subscribe    ⦾ Add Disqus to your site Add Disqus Add    🔒 Privacy             **DISQUS**

**Melissa's Goodbye Note To The World**

At 46, The World Loses Her Too Soon

| Learn More |
| --- |

Sponsored by Pulse Envy





Copyright © 2016 Breitbart

🔍 SEARCH

❯ ADVERTISE WITH US

**EXPLORE BREITBART**

❯ Big Government
❯ Big Journalism
❯ Big Hollywood
❯ National Security
❯ Tech
❯ Video
❯ Sports
❯ The Wires

❯ London
❯ Jerusalem
❯ Texas
❯ California

❯ The Conversation
❯ Privacy Policy
❯ Terms of Use
❯ Breitbart Jobs

**CONNECT**

f Facebook
🐦 Twitter
RSS
Send us a tip

**SUBSCRIBE TO THE BREITBART NEWSLETTER** ➜

**EXHIBIT 29**



# THE BEST WRITING ANYWHERE, EVERYWHERE

Subscribe to *The New Yorker* today and get a free tote bag.    **SUBSCRIBE**

<span style="color:red">THE POLITICAL SCENE</span>  JUNE 2, 2008 ISSUE

# THE DIRTY TRICKSTER

*Campaign tips from the man who has done it all.*

**By Jeffrey Toobin**

 

*Roger Stone has worked with Richard Nixon and Lee Atwater, and on the Florida recount.*

A sign inside the front door of Miami Velvet, a night club of sorts in a warehouse-style building a few minutes from the airport, states, "If sexual activity offends you in any way, do not enter the premises." At first glance, though, the scene inside looks like a nineteen-eighties disco, with a bar, Madonna at high volume, flashing lights, a stripper's pole, and a dancer's cage. But a flat-screen television on the wall plays porn videos, and many clubgoers disappear into locker rooms and emerge wearing towels. From there, some of them go into a lounge, a Jacuzzi room, or one of about half a dozen private rooms to have sex—with their dates or with new acquaintances. Miami Velvet is the leading "swingers' club" in Miami, and Roger Stone took me there to explain the role he may have played in the fall of Eliot Spitzer, the former governor of New York.

For nearly forty years, Stone has hovered around Republican and national politics, both near the center and at the periphery. At times, mostly during the Reagan years, he was a political consultant and lobbyist who, in conventional terms, was highly successful, working for such politicians as Bob Dole and Tom Kean. Even then, though, Stone regularly crossed the line between respectability and ignominy, and he has become better known for leading a colorful personal life than for landing big-time clients. Still, it is no coincidence that Stone materialized in the midst of the Spitzer scandal—and

**EXHIBIT 30**

that he had memorable cameos in the last two Presidential elections. While the Republican Party usually claims Ronald Reagan as its inspiration, Stone represents the less discussed but still vigorous legacy of Richard Nixon, whose politics reflected a curious admixture of anti-Communism, social moderation, and tactical thuggery. Stone believes that Nixonian hardball, more than sunny Reaganism, is John McCain's only hope for the Presidency.

Over the years, Stone's relationships with colleagues and clients have been so combustible that his value as a messenger has been compromised. Stone worked for Donald Trump as an occasional lobbyist and as an adviser when Trump considered running for President in 2000. "Roger is a stone-cold loser," Trump told me. "He always tries taking credit for things he never did." Like Nixon, Stone is also a great hater—of, among others, the Clintons, Karl Rove, and Spitzer. So what happened at Miami Velvet one night last September, he said, amounted to a gift.

"She was sitting right over there," Stone told me, pointing to a seat at the bar, as we sipped vodka from plastic cups. (Miami Velvet is B.Y.O.B., to avoid the trouble of securing a liquor license, so Stone had brought along a bottle of the brand p.i.n.k.) "We were just having a casual conversation, and I told her I was a dentist," Stone said. "She told me she was a call girl, but she wasn't working that night." Miami Velvet prohibits prostitution on the premises, a point that is emphasized in the four-page single-spaced legal waiver that everyone must sign to be admitted. (Another house rule, which is reinforced by signs on the wall, is "No means no.") "She told me she had a very high-end clientele—she kept using the word 'high-end'—athletes, international businessmen, politicians," Stone said.

" 'Like who?' I asked her," Stone went on. "She named a couple of sports guys, some car dealers I'd heard of because of their commercials, and then she said, 'I almost had a date with Eliot Spitzer, the governor of New Jersey.' " Stone laughed. "She didn't know much about politics. So I asked her, 'Did this guy have a beard?' " (Jon Corzine, the governor of New Jersey, has a beard.) No, the woman said, he was a skinny bald guy—a description that fit Spitzer. According to Stone, the woman told him that Spitzer had reached her through her escort service, which listed her as a brunette, but she had dyed

**EXHIBIT 30**

her hair blond. So the agency referred the governor to a dark-haired colleague, the woman said, who met up with Spitzer in Miami.

"I asked her what her friend said about Spitzer," Stone told me. "She said he was nice enough, but the only odd thing was that he kept his socks on. They were the kind that went to the middle of the calf, and one of them kept falling down."

Stone said that he decided, after hearing the story, to keep the conversation with the woman to himself for the moment. But there was never any doubt that he would eventually deploy it. As Stone puts it in one of the many rules he lives by, "He who speaks first, loses."

Stone spends most of his time in Miami these days, but he's still greeted warmly by the staff at the "21" Club, the venerable former speakeasy on West Fifty-second Street. "I love it here," Stone said, as we settled into a corner table. "It's like time stopped in about 1975 in here—my kind of place." What appeals to Stone is not just the red-meat-and-red-wine gastronomy but also the jackets-required formality. Stone has had his suits tailor-made since the nineteen-seventies, partly because he has a bodybuilder's physique, which makes it difficult to buy clothes off the rack, but also because he is fastidious about what he wears. He owns more than a hundred suits. For many years, he bleached his hair to an almost fluorescent yellow, but he now keeps it a more banal brown. For dinner, he wore a chalk-striped double-breasted suit, a starched white shirt with a spread collar, and a silver-colored tie, and, outside the restaurant, a homburg. His outfit comported with two of the rules in his book, "Stone's Rules for War, Politics, Food, Fashion, and Living," which he hopes to publish soon: "Never wear a double-breasted suit and a button-down collar" and "White dress shirts after six."

Stone ordered a Stolichnaya Martini. "The key to a good Martini is you have to marinate the olives in vermouth first," he said. "Nixon gave me the recipe. He said he got it from Winston Churchill."

*Stone believes that Nixonian hardball, more than sunny Reaganism, is John McCain's only hope for the Presidency.*

Stone did not grow up in such rarefied company. He was born in 1952, half Italian and half Hungarian, and was raised in Lewisboro, New York. His mother wrote for the local newspaper, and his father dug wells. Before he was a teen-ager, a neighbor gave him a copy of Barry Goldwater's book "The Conscience of a Conservative," and Stone was hooked. In 1965, when he was thirteen, Stone was taking the train into New York to work weekends on behalf of the ill-fated mayoral campaign of William F. Buckley, Jr. "The key thing about Lewisboro is that it is just across the border from New Canaan," Stone said, referring to the wealthy Connecticut suburb. "So early on I saw myself as living in kind of a bridge between two cultures, the white working class and the white upper class." In Stone's political world view, both groups are, or ought to be, united in opposition to the meddling hand of government.

Stone moved to Washington to attend George Washington University, but he became so engrossed in Republican politics that he never graduated. He was just nineteen when he played a bit part in the Watergate scandals. He adopted the pseudonym Jason Rainier and made contributions in the name of the Young Socialist Alliance to the campaign of Pete McCloskey, who was challenging Nixon for the Republican nomination in 1972. Stone then sent a receipt to the Manchester *Union Leader*, to "prove" that Nixon's adversary was a left-wing stooge. Stone hired another Republican operative, who was given the pseudonym Sedan Chair II, to infiltrate the McGovern campaign. Stone's Watergate high jinks were revealed during congressional hearings in 1973, and the news cost Stone his job on the staff of Senator Robert Dole. Stone then moved into the world of political consulting, to which he was temperamentally better suited than government service. He co-founded the National Conservative Political Action Committee, which spent money in support of candidates, including Chuck Grassley, of Iowa, and Dan Quayle, in Indiana, who were instrumental in the G.O.P. takeover of the Senate.

Stone revels in his Watergate pedigree, noting almost apologetically that he was never accused of breaking any law. "The Democrats were weak, we were strong," he told me. (Stone's rules: "Attack, attack, attack—never defend" and "Admit nothing, deny everything, launch counterattack.") In Nixon's later years, Stone organized a series of dinners at the former President's home in New Jersey, where groups of journalists would listen to the great man's monologues about world events. "Of course a lot of the

    **EXHIBIT 30**    4/18

journalists hated Nixon, but they were always blown away by how smart he was," Stone said.

It was Stone's preoccupation with toughness that led to his enduring affection for Nixon. "The reason I'm a Nixonite is because of his indestructibility and resilience," Stone said. "He never quit. His whole career was all built around his personal resentment of élitism. It was the poor-me syndrome. John F. Kennedy's father bought him his House seat, his Senate seat, and the Presidency. No one bought Nixon anything. Nixon resented that. He was very class-conscious. He identified with the people who ate TV dinners, watched Lawrence Welk, and loved their country." (Rule: "When I hear the word 'culture,' I reach for my revolver.")

Although Stone shares many of Nixon's resentments, his own tastes have always tended to more Rabelaisian pleasures than "champagne music" and Salisbury steak. Not long ago, Stone went to the Ink Monkey tattoo shop in Venice Beach and had a portrait of Nixon's face applied to his back, right below the neck. "Women love it," Stone said.

Nixon recognized the effectiveness of anti-élitism—a staple of American campaigns even today—as a core message. "Everybody talks about the Reagan Democrats who helped put the Republican Party over the top, but they were really the Nixon Democrats. The exodus of working-class people from the Democratic Party was started by Nixon. The realignment was delayed by Watergate, but it was really Nixon who figured out how to win," Stone said. "We had a non-élitist message. We were the party of the workingman! We wanted lower taxes for everyone, across the board. They were the party of the Hollywood élite." Stone went on, "The point that the Democrats missed was that the people who weren't rich wanted to be rich. And Jimmy Carter was viewed as an appeaser." (Rule: "The Democrats are the party of slavery; the Republicans are the party of freedom.")

Hank Sheinkopf, the veteran Democratic political consultant, who has known Stone for many years, values his political insights. "He was able to use the Democratic teachings on voter turnout and class warfare and turn it against us," Sheinkopf told me. "He knew what populism was in reverse. He thought like a Democrat and dressed like

**EXHIBIT 30**

a plutocrat. He once said to me, 'Are you black? Are you Hispanic? Are you gay?' When I said no, he said, 'Then why the fuck are you a Democrat? You should be with us.' "

Stone detests Hillary Clinton's politics but admires her pugnacity. He wrote recently on his Web site, an erratically updated collection of observations called Stonezone.com, "I must admit she has demonstrated true grit and Nixonian-like tenacity in the face of adversity." Stone particularly admires Clinton's attempt to hang the "élitist" tag on Barack Obama. "It's a good idea," he said.

In 1976, Stone was named national youth director for Reagan's first, failed run for the Republican nomination. Four years later, after serving on various young-Republican task forces, Stone asked the leaders of Reagan's next campaign for the toughest assignment they had. They made Stone, who was in his late twenties, political director of New York, New Jersey, and Connecticut. The region hardly looked like Reagan country, but Stone found a new mentor to help him. "I was invited to a party by a socialite named Sheila Mosler, and Roy Cohn was there," Stone said, as the captain delivered an order of "21"'s steak tartare. "Roy was a Democrat, but he was an anti-Communist and a master of public relations, and he wanted to help me with Reagan. He told me to come see him at his town house.

"When I got there, Roy was in his bathrobe, eating three strips of bacon burned to a crisp and both halves of a devilled egg," Stone went on. "He started telling me how he was going to help me set up the Reagan campaign—everything from union endorsements to office space. He told me to ride down to the courthouse with him. He had a young lawyer with him, and it was clear that Roy knew nothing about the case he was going to argue. But he knew it didn't matter. He used to say, 'Don't tell me the law. Tell me the judge.' Roy knew how the world worked." Following Cohn's lead, Stone played hardball for Reagan, challenging George H. W. Bush's New York primary delegates on a variety of technical grounds, getting many of them disqualified. A couple of years later, Cohn threw Stone a thirtieth-birthday party in a private room at "21."

*"The drug has, however, proved more effective than traditional psychoanalysis."*

Like Stone, Cohn combined conservative politics with an outré personal life. "Roy was not gay," Stone told me. "He was a man who liked having sex with men. Gays were weak, effeminate. He always seemed to have these young blond boys around. It just wasn't discussed. He was interested in power and access. He told me his absolute goal was to die completely broke and owing millions to the I.R.S. He succeeded in that." Cohn was a role model for Stone. "I'm a total Republican, but I've never claimed to be a Christian-right conservative. They're a large but dwindling part of the Party. We need to get suburban moderates back. Fiscal conservatives and social moderates have been drummed out of the Party. Fiscal conservatives are the glue that holds the Party together. Social issues, unfortunately, do nothing but put voters out of reach for us." (Rule: "Folks want to get government out of the boardroom and the bedroom.")

Stone did not enter the government after Reagan won the election. Instead, he started a political-consulting and lobbying firm with several co-workers from the campaign. The name of the operation went through several iterations, but it was perhaps best known as Black, Manafort, Stone & Atwater, the latter being Lee Atwater, who had worked briefly in the Reagan White House's political office. The partners made their money by charging blue-chip corporate clients such as Ronald Perelman's MacAndrews & Forbes and Rupert Murdoch's News Corp. large fees to lobby their former campaign colleagues, many of whom had moved into senior posts in the new Administration. There were also less savory clients—Zaire's Mobuto Sese Seko, Angola's UNITA rebels, Philippine President Ferdinand Marcos. Stone and his wife at the time, Ann, became famous for their lavish life style, which included a chauffeur-driven Mercedes and tailor-made clothes. They threw raucous parties for no reason or for almost no reason, like Calvin Coolidge's birthday.

To some people, the idea that Reagan's former campaign operatives would become lobbyists was shocking. In 1985, in what reads like a charming period piece from a vanished era, Jacob Weisberg wrote a profile of Stone in *The New Republic*, which bore the headline "State-of-the-Art Sleazeball." Weisberg said that Stone and his colleagues "have abandoned helping Reagan make conservative ideals reality in order to sell their connections to the highest bidders—whether in service of those ideals or not." Now such connections are so common as to scarcely merit comment. For example, Charles Black ran BKSH & Associates, the successor firm to that original venture, until he

**EXHIBIT 30**

took a leave to manage John McCain's campaign for President. And the firm is now a subsidiary of the public-relations conglomerate Burson-Marsteller, whose chief executive is Mark Penn, an adviser to Hillary Clinton's campaign. "So what that means is that Mark Penn is Charlie Black's boss," Stone told me. "And they said I was sleazy." (Black has since resigned from BKSH.)

Stone never much cared for corporate lobbying—or for being part of any large organization—so he stuck to campaign work more than his partners did. (Rule: "No one ever built a statue to a committee.") In 1981, Stone ran his first major campaign on his own, Tom Kean's race for governor of New Jersey against the Democrat Jim Florio. Kean won in a recount.

During the Reagan years in Washington, Stone began cultivating in earnest the image of a lovable rogue. Then, as now, some colleagues and clients found Stone's affectations tiresome, at best. Ed Rollins, who served as President Reagan's first political director, said, "Roger was a fringe player around town. He always had this reputation of being a guy who exaggerated things, who pretended he did things. Roger was never on Nixon's staff, was never on the White House staff. I don't think you'll find anyone in the business who trusts him. Roger was always a little rat."

According to Douglas Schoen, a co-founder of the Penn, Schoen & Berland polling firm, with whom Stone has worked on political campaigns over the years, and who regards Stone as a friend, "He's not so much a Republican as an actor who likes to assume poses. The show is not a by-product of his life—it is his life." Hank Sheinkopf remains on good terms with Stone, but recognizes his ability to alienate both allies and adversaries. "He wreaks havoc in his wake," he told me. "When he's on, he's the best, but he is really more about his life than his work. I went tie-shopping with him once, down at the old Barneys, on Seventh Avenue, and it was one of the most memorable experiences of my life. It was a time in his life when he was obsessed with Alan Flusser suits and great ties. He bought about ten of the most beautiful and expensive ties I'd ever seen. But he's moved on. Now he's into watch fobs and hats."

In 1988, Stone worked as a senior consultant to George H. W. Bush's successful campaign against Michael Dukakis, which was managed by Lee Atwater. The

**EXHIBIT 30**

experience prompts a rare disclaimer from Stone, who is usually eager to claim credit for hardball tactics. "We had an ad running about the furloughs in Massachusetts, with a revolving door, and it was really polling well—a great ad—and none of the prisoners were identifiable," Stone told me. "But then Atwater came in with this version that had Willie Horton's picture—and he said they were going to have an independent group put it on the air." (Horton was a convicted murderer who committed a rape after fleeing while on furlough from prison in Massachusetts while Dukakis was governor.) "I told Atwater that it was a mistake, that we were winning the issue without having to resort to this racist crap. I told Atwater, 'You are going to get linked to this, and it is gonna follow you and George Bush for the rest of your life.' It did." (Atwater died of a brain tumor in 1991. Other campaign officials told me that they were not in a position to know what Stone said to Atwater about the Horton ad.) For all his bravado, Stone told me that he shied away from racially inflammatory campaign work. He says frequently, "You know, Nixon was the one who desegregated the schools—not that he ever got any credit for it."

After Bush, Sr.,'s victory, Stone returned to his firm, mixing corporate clients and occasional political consulting. He worked on three campaigns for Arlen Specter, the Pennsylvania Republican. He developed a specialty in ballot initiatives, especially about gaming. (Stone doesn't gamble. "The odds are stacked," he told me. "It's a loser's game.") Stone came to prefer working on these kinds of race. "I do a lot of referendums," he said. "They can't talk back. They don't have wives. They don't have friends who tell you how to run the campaign. They are supported by special interests, so there's a lot of money in them." (Rule: "There is only one party—the Green Party.") In the nineties, Stone divorced Ann and married Nydia Bertran, whose father had been a diplomat in pre-Castro Cuba. His wife, whom he invariably refers to as "Mrs. Stone," had family ties in south Florida, and the couple began spending time in Miami.

Stone served as a senior consultant to Bob Dole's 1996 campaign for President, but that assignment ended in a characteristic conflagration. *The National Enquirer*, in a story headlined "Top Dole Aide Caught in Group-Sex Ring," reported that the Stones had apparently run personal ads in a magazine called *Local Swing Fever* and on a Web site that had been set up with Nydia's credit card. "Hot, insatiable lady and her handsome body builder husband, experienced swingers, seek similar couples or

**EXHIBIT 30**

exceptional muscular . . . single men," the ad on the Web site stated. The ads sought
athletes and military men, while discouraging overweight candidates, and included
photographs of the Stones. At the time, Stone claimed that he had been set up by a
"very sick individual," but he was forced to resign from Dole's campaign. Stone
acknowledged to me that the ads were authentic. "When that whole thing hit the fan
in 1996, the reason I gave a blanket denial was that my grandparents were still alive,"
he said. "I'm not guilty of hypocrisy. I'm a libertarian and a libertine."

When I arrived in Miami, Stone suggested that we meet for lunch at Versailles, a
Cuban restaurant on Calle Ocho, in the heart of the city's émigré community.
Stone strolled in wearing a perfectly pressed white linen shirt and a panama hat. In his
customary defiance of medical convention, Stone makes sure that his skin is bronzed
by the sun twelve months a year. (Rule: "White shirt + tan face = confidence.") He
ordered a triple espresso, one of four or so he drinks every day.

When I asked why he moved to Miami, Stone quoted a Somerset Maugham line: "It's
a sunny place for shady people. I fit right in." After leaving Black, Manafort, in the
mid-nineties, Stone had operated on his own, hopping from project to project. He ran
one of the quixotic independent bids for New York governor of the billionaire Tom
Golisano; helped defeat a pro-environment voter initiative in Florida, in 1996; and ran
a political campaign in Ukraine. ("I'm the father of the yard sign in Ukraine," Stone
told me. "They say, 'Comrade is genius.' ") He realized that he could establish his base
anywhere he wanted. "I could see the smoke billowing from the Pentagon on 9/11, and
after that I decided to get the hell out of Washington," Stone said at lunch. "That's
when I cut my last ties there."

Stone's move to Miami seems almost inevitable. The weather facilitates year-round
tanning. And the byzantine politics of the city, with anti-Communism at its core, suits
Stone's temperament. "You are at the nexus of Cuban internecine politics, with family
rivalries that have carried over from Cuba," Stone said. "This is the nexus for
Colombian politics, also a hotbed for Puerto Rican politics. It's all going on right
here."

**EXHIBIT 30**

Stone's knowledge of the peculiar world of Miami led to what may be his most enduring political legacy—his role in the resolution of the 2000 Presidential election. *The Enquirer's* disclosures about Stone's personal life had made him radioactive in terms of a public role in the Presidential race, but when the contest came down to a recount in Florida his talent for hand-to-hand political combat was too useful for senior Republicans to ignore. According to Stone, James A. Baker III, the former Secretary of State, who was leading the Bush forces, told his aide Margaret Tutwiler to recruit Stone. (Baker and Tutwiler say that they don't remember this, but that it is possible.) "They asked me to go to Palm Beach County, which was where the first big fight was, but I thought I could do more good here in Miami-Dade," Stone said.

Stone decided to concentrate at first on "the atmospherics," as he put it, which in Miami means radio. Several Spanish-language stations in the city devoted themselves entirely to talk about politics; no print or television outlets could match their influence. The most powerful of these was Radio Mambi, a fifty-thousand-watt station, whose principal owner and on-air voice was Armando Perez-Roura, a Cuban exile who was known as the Cuban-American community's Rush Limbaugh. Radio Mambi was Stone's first stop.

"Latin media is unique in the sense that when you buy advertising you also are buying programming," Stone told me. "If you buy, you get to supply the guests. So I started buying time, and bringing Mrs. Stone, whose command of the Spanish language is better than mine, around to be the guest. The idea we were putting out there was that this was a left-wing power grab by Gore, the same way Fidel Castro did it in Cuba. We were very explicitly drawing that analogy." Stone was fortunate, too (as was Bush), because the recount came soon after the Elián González affair, in which the Clinton-Gore Administration enraged many Miami Cubans by agreeing to return Elián, who was six years old, to his father in Cuba. A local political consultant sold Stone a contact list of activists who had been working on the González case. "We used the list to turn out crowds whenever we wanted," Stone said. "We were telephoning the shit out of all the appropriate demographics."

After our lunch, Stone summoned his chauffeur-driven Jaguar—he owned four Jaguars at the time—to take us downtown, so that he could walk me through the events that

**EXHIBIT 30**

concluded the Miami recount. On November 21, 2000, the Florida Supreme Court gave Gore an important victory by ruling that the deadline for recounts would be extended to November 26th. At that point, the top priority for the Gore forces was to get the recounts up and running, especially in Miami-Dade County, which is the most populous in the state. On the Republican side, according to Stone, "The whole idea behind what they were doing was that there had already been one recount of the votes, so we didn't want another. The idea was to shut it down, stop the recount here in Miami." By November 22nd, the recount process had begun, in a conference room on the eighteenth floor of the Stephen P. Clark Government Center, a vast concrete office building on a forlorn plaza in downtown Miami.

The scene in front of the Clark center that morning was volatile—which was, of course, exactly how Stone wanted it. Several thousand mostly pro-Bush protesters had gathered on the sun-baked plaza to insist that the recount be shut down. Early that morning, Perez-Roura, of Radio Mambi, had sent Evilio Cepero, a local activist who sometimes worked for him as a reporter, to broadcast from the scene. Cepero urged Perez-Roura's listeners to join the protest, addressed the growing crowd with a megaphone, and interviewed supporters, like the local members of Congress Lincoln Diaz-Balart and Ileana Ros-Lehtinen. Many held signs that said "SORE/LOSERMAN." Others chanted, "Remember Elián!"

"We set up a Winnebago trailer, right over here," Stone said when we got out of the Jaguar and walked about a block away from the Clark center, on First Street. "I set up my command center there. I had walkie-talkies and cell phones, and I was in touch with our people in the building. Our whole idea was to shut the recount down. That was why we were there. We had the frequency to the Democrats' walkie-talkies and were listening to their communications, but they were so disorganized that we didn't learn much that was useful."

A substantial contingent of young Republican Capitol Hill aides, along with such congressmen as John Sweeney, of New York, who had travelled to Miami, joined in the protest. Thanks to this delegation, the events at the Clark center have come to be known as the "Brooks Brothers riot," but Stone disputes that characterization. "There

**EXHIBIT 30**

was a Brooks Brothers contingent, but the crowd in front of the courthouse was largely Spanish," he said. "Most of the people there were people that we drew to the scene."

*"I hope you don't mind changing planes in midair."*

At one point on November 22nd, Stone said, he heard from an ally in the building that Gore supporters were trying to remove some ballots from the counting room. "One of my pimply-faced contacts said, 'Two commissioners have taken two or three hundred ballots to the elevator,' " Stone said. "I said, 'O.K., follow them. Half you guys go on the elevator and half go in the stairs.' Everyone got sucked up in this. They were trying to keep the doors from being closed. Meanwhile, they were trying to take the rest of the ballots into a back room with no windows. I told our guys to stop them—don't let them close the door! They are trying to keep the door from being closed. There was a lot of screaming and yelling." (In fact, the Gore official in the elevator, Joe Geller, was carrying a single sample ballot.) The dual scenes of chaos—both inside and outside the building—prompted the recount officials to stop their work. The recount in Miami was never re-started, depriving Gore of his best chance to catch up in the over-all state tally.

As is customary with Stone, there is some controversy about his precise role. "I was the guy in charge of the trailer, and I coördinated the Brooks Brothers riot," Brad Blakeman, a lobbyist and political consultant who worked for Bush in Miami, told me. "Roger did not have a role that I know of. His wife may have been on the radio, but I never saw or heard from him." Scoffing at Blakeman's account, Stone asserts that he was in the trailer; he said that he had never heard of Blakeman. (Rule: "Lay low, play dumb, keep moving.")

Four years later, Stone played a similar role in Bush's reëlection campaign. In September, 2004, CBS News aired what it said were newly discovered documents in a report suggesting that George W. Bush had dodged military service in Vietnam. The authenticity of the documents was quickly challenged, and the focus in the news media shifted to whether CBS had been bamboozled into using forgeries, not whether the charges were true. In a CNN interview, Terry McAuliffe, then the head of the Democratic National Committee, seized on a New York *Post* item citing a "hot rumor" that Stone—"an old dirty trickster from the Nixon days," in McAuliffe's words—had

forged the documents, presumably to embarrass CBS and help Bush. It was a measure of Stone's reputation at that point that a top Democrat had attempted, on such slim evidence, to link him to a campaign transgression.

"It's so rare that I'm accused of something that I'm not guilty of that I felt I had to respond," Stone told me. Rather than simply deny his involvement, Stone went on cable news to deepen the controversy and lob his own accusation—equally baseless— that the Democrats were somehow involved with the documents. (A Stone rule, borrowed from Gore Vidal: "Never pass up the opportunity to have sex or be on television.") In an interview with CNN, Stone said, "The real question here is, what is the complicity of the Kerry campaign, or what did Max Cleland know and when did he know it?" (Cleland, a former senator from Georgia, was an aide to John Kerry.) Recalling the episode, Stone said that his problem with the potentially forged documents was practical, not moral. "It was nuts to think I had anything to do with those documents," he said. "Those papers were potentially devastating to George Bush. You couldn't put them out there assuming that they would be discredited. You couldn't have assumed that this would redound to Bush's benefit. I believe in bank shots, but that one was too big a risk." Still, Stone was happy to put his seamy reputation to work for the Republican cause. "I definitely saw the opening to be a good party man," Stone said. (Rule: "Nothing is on the level.")

When we first met in Miami, Stone brought along an old friend, Michael Caputo, who has assisted him in various projects over the years. Caputo grew up in upstate New York, where his family runs an insurance business that had a dispute with Eliot Spitzer when he was attorney general. As a form of revenge, Caputo had started two Web sites—spitzerfile.com and newyorkfacts.net—that collected negative press stories about the new governor. With help from a friend who had run computer projects for the Pentagon, Caputo and Stone located the e-mail addresses of many journalists and other prominent people in New York and sent them news of Spitzer's woes. "The left has done a better job of dominating the new space," Stone said. "We're weak on the Web. The whole thing was a labor of love."

It was, in short, Stone's idea of entertainment. "I thought Spitzer was punk, and I wanted to fuck with him any way I could," he said. (Rule: "Hate is a stronger motivator

**EXHIBIT 30**

than love.") By the middle of 2007, his Spitzer bashing had become a business, because Stone was hired in June as a consultant to the New York State Senate Republicans.

On August 6th, someone whose voice sounded a great deal like Stone's left a message on the office answering machine of Bernard Spitzer, the governor's eighty-three-year-old father. The caller referred to a possible investigation of loans made by the elder Spitzer to his son's campaigns. "If you resist this subpoena, you will be arrested and brought to Albany," said the caller, who went on, "And there is not a goddam thing your phony, psycho, piece-of-shit son can do about it." Private detectives hired by Bernard Spitzer traced the call to Stone's wife's telephone, but Stone, however implausibly, denied leaving the message. At first, he claimed that on the night of the call he had been attending the Broadway show "Frost/Nixon," but there was no performance that evening. Stone also suggested that his landlord, a Spitzer supporter, had set him up, or that a standup comedian and impressionist had imitated his voice. As a result of the controversy, Stone had to relinquish his position with the State Senate Republicans.

"They caught Roger red-handed lying," Donald Trump said. "What he did was ridiculous and stupid. I lost respect for Eliot Spitzer when he didn't sue Roger Stone for doing that to his father, who is a wonderful man."

The brouhaha over the phone call did little to faze Stone. Some weeks later, he was approached by a pair of F.B.I. agents who may have been in the early stages of an investigation of Spitzer. (Stone says that he doesn't know why the F.B.I. sought him out.) Stone declined to speak with them, but on November 19, 2007, Stone's attorney wrote to the agents and recounted the story that the woman had told him at Miami Velvet, including the part about the socks. ("Perhaps you can use this detail to corroborate Mr. Stone's information," the letter states.) Four months later, Spitzer resigned, after it was revealed that he was a client of the Emperors Club V.I.P., a prostitution ring.

In Stone's mind, this turn of events suggests that he may have played a key role in forcing Spitzer out of office. (He takes satisfaction in noting that a recent New York *Post* report about another prostitute allegedly patronized by Spitzer corroborated the

**EXHIBIT 30**

claim that he preferred to wear his socks during sex.) But, as is usually the case with Stone, there is ample reason for skepticism. The F.B.I. declined to comment, but it appears that the bureau was investigating Spitzer because of suspicious money transfers, including some that ultimately went to the Emperors Club; Stone's significance, if any, in that case is hard to assess. Moreover, Roger Portella, the manager of Miami Velvet, told me that his records showed that until our visit earlier this year Stone had not been in the club since 2005. When I asked Stone about this, he said that on the occasion of his conversation with the off-duty prostitute he had come with another Miami Velvet member, and thus did not give his name. "Whether it started with Stone, or he contributed to an ongoing investigation, we have no idea," a member of the Spitzer camp told me. "There is a lot of crazy stuff around the edges of this case. Stone is one part."

In any event, in the months leading up to Spitzer's surprise resignation, Stone did offer his friends cryptic hints of what might be coming. "Roger guaranteed me that Spitzer wouldn't last," Douglas Schoen said. "When the call to the father happened, and he was fired, he said, 'I will last longer than Spitzer will.' I had no idea what he was talking about at the time—no one thought there was a chance that Eliot was going to lose his job. But of course Roger was right."

At times, Stone's real party seems to be the vaudevillian rather than the G.O.P. Earlier this year, Stone created an independent political group, known as a 527, to criticize Hillary Clinton, and he dubbed the organization Citizens United Not Timid. The group had no real operations and existed mostly so that Stone could refer to its acronym. I suggested that this was juvenile. "I thought it up in a bar," Stone said. "I was having fun!" (Rule: "Get your carbs from booze—not potatoes, rice, pasta, or bread.") His Jaguar was, at that moment, passing the federal courthouse in Miami, where he had just been sued for trademark infringement by an actual political organization that used the name Citizens United. "It was unbelievable," Stone told me. "We spent a whole half a day in court on this stupid thing. And at the end of the day I announced that I had a new name: Citizens Uniformly Not Timid."

Ultimately, the process—the battle—interests Stone more than the result. Four years ago, he says, he gave advice (free) to Al Sharpton during his run for President, seeing in

**EXHIBIT 30**

the Reverend a temperamental, if not a political, kindred spirit. And though Stone remains a Republican, he engages in the sport of seemingly hating many members of his own party, whom he regards, he says, as élitists. After his work for Golisano, Stone nursed a grudge against George Pataki, Spitzer's Republican predecessor, and Stone seems to be gearing up for an anti-Jeb Bush campaign, should the former Florida governor decide to run for President in 2012. "Jeb is waiting in the wings? Over my dead body," Stone said. "The Bushes have brought us to ruin twice—first 1992 and now. I'll see you in New Hampshire to stop it. I'll wait for him."

For the moment, though, Stone must be content to watch the current Presidential race from the sidelines. His only prior dealing with John McCain was bumpy. "I was doing some lobbying for Trump's airline in the eighties, and he was competing for landing slots at LaGuardia against America West Airlines, so I went to see McCain about it in his office at the Capitol," Stone told me. "I made an offhand comment that it wasn't surprising that he was backing America West, because they were based in Phoenix. He stood up and said, 'What the fuck are you talking about? Get the fuck out of my office!' But I didn't take it personally. I supported him in 2000, and I support him now."

McCain's route to victory, Stone believes, is a Nixonian slash-and-burn campaign against Barack Obama, the likely Democratic nominee. "Obama and his wife are élitists and they're weak," Stone told me. "They don't share middle-class values. Middle-class Americans are proud of their country, and they are not. He thinks he's going to sit down with Iran and Hamas. How do you know he's not going to shake hands with a suicide bomber? You can't sit down with people who don't want to sit down. All he's going to do is raise taxes, which is going to give the government more money but it's not going to create any jobs." Stone added, "McCain himself should not run a slash-and-burn campaign, but a slash-and-burn campaign will have to be run by others." (Rule: "Use a cutout.")

When Stone talks about politics, formulating arguments that candidates can use, he tends to ramp his voice up to a snarl, the way that the message on Bernard Spitzer's answering machine sounded. It's like an actor running lines. But, when he switches back to an analytical mode, Stone immediately turns cheerful, full of love for the game. "Remember," Stone said. "Politics is not about uniting people. It's about dividing

**EXHIBIT 30**

people. And getting your fifty-one per cent." (Stone's rule: "The only thing worse in politics than being wrong is being boring.") ♦

*Jeffrey Toobin has been a staff writer at The New Yorker since 1993 and the senior legal analyst for CNN since 2002.*

MORE:   REPUBLICANS    OBAMA    FLORIDA    REPUBLICAN PARTY    PROSTITUTES

---

About                                                                                    ⌄

---

Our sites                                                                                ⌄

© 2016 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our user agreement (effective 1/2/2016) and privacy policy (effective 1/2/2016). Your California privacy rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with prior written permission of Condé Nast.

**EXHIBIT 30**

Home (http://billypenn.com)

Enter search term


  

(https://www.instagram.com/billype...

**NEW** Dance, skate, eat candy: 27 can't miss Philly Halloween events (http://billypenn.com/2016/10/29/dance-skate-eat-candy-27-cant-miss-philly-halloween-events/)

✉ SIGN UP FOR BILLY PENN DAILY!

ELECTION 2016 (http://billypenn.com/stories/election-2016/)



*Pennsylvania does not have online voting, despite claims circulating on Facebook.   JAYNA WALLACE/BILLY PENN*

## 'Rigged?' Western PA Republican circulates fake meme about online voting in PA

(http://billypenn.com/about/)

By Anna Orso (http://billypenn.com/about/anna-orso) and Mark Dent (http://billypenn.com/about/mark-dent)
October 18, 2016  at 1:21 pm

FOLLOW STORY

SHARE

*Updated: 3 p.m. Tuesday*

**EXHIBIT 31**

After weeks of Republican candidate Donald Trump warning that Pennsylvania's — and the nation's — election would be rigged, one Western Pennsylvania Republican official circulated an image claiming Pennsylvanians can vote online for Hillary Clinton.

The official, according to a screenshot of a Facebook post, is Murrysville City Councilman Joshua Lorenz. Lorenz, a Republican, was most recently elected in 2015 and his term runs through 2019. He also works for the Meyer Unkovic Scott law firm in Pittsburgh and is the vice president of the Murrysville City Council.

The image features an American flag with the phrase "You can vote at home comfortably online!" in big lettering. It then instructs voters to type "Hillary" with the hashtag #PresidentialElection to vote online on November 8. The bottom left corner features a similar but inaccurate logo resembling the Democrats' election motto of "Change That Matters."

(https://a.spirited.media/wp-content/uploads/sites/2/2016/10/online-voting.jpg)



(https://a.spirited.media/wp-content/uploads/sites/2/2016/10/online-voting.jpg)

Big problem here: Pennsylvanians can't vote online. For that matter, neither can voters in any state.

Lorenz responded to *Billy Penn's* inquiries after the initial publishing of this story, saying it was "abundantly clear" that the post was meant to be a joke on a private Facebook page. He added that after one of his friends on Facebook screenshotted the post and asked him about it on Saturday, he deleted it.

"My friends understood the spirit which was intended," he said. "This was clearly a joke. It's a farce. It's not exactly the only joke or farce going around on Facebook this election."

**EXHIBIT 31**

Lorenz also said that on his initial post, "virtually everybody understood that it was a joke," save for one person who commented asking if it was real. Lorenz said he responded to that person, saying "in no uncertain terms that the only way that somebody could vote is to either go to the polls on Election Day or to vote by absentee ballot."

It is illegal for elected officials to knowingly share misinformation when it comes to elections. *Billy Penn* has learned the matter will be referred to the Pennsylvania Office of Attorney General.

"Governor Wolf believes discouraging anyone from having their vote legitimately counted – whether through intimidation, suppression or deception – is absolutely wrong and unacceptable," Gov. Tom Wolf spokesperson Jeffrey Sheridan said in a statement. "He believes any attempts to disrupt the electoral process should be investigated and prosecuted."

A similar meme being circulated features a photo of Clinton from a rally and in big letters at the top states, "Did you know? Pennsylvania now has online voting?" In a similar font to what Clinton uses in campaign ads, the meme explains how critical it is to get out the vote and defeat Donald Trump and instructs voters to vote online by typing "Hillary" with the #PresidentialElection hashtag.



**Matthew Ciszek**
@mciszek

🐦 Follow

**EXHIBIT 31**

Be wary of crap like this, folks. NO state has "online voting".
Period. This is what "rigging an election" looks like.

10:40 AM - 17 Oct 2016

↩    ⇄ 7,323    ♥ 4,192

However, while you can *register* to vote online (and that window closed for the general election last week), Pennsylvania residents cannot vote online.

PA Department of State spokeswoman Wanda Murren said the state hadn't heard of the image circulating. She said she has had calls about "early voting," but that option is not available in Pennsylvania either.

"This is the first time I've heard of anything like that," Murren said. "I think most Pennsylvania voters are aware that Pennsylvania doesn't have online voting."

Republican Philadelphia City Commissioner Al Schmidt's office confirmed it hadn't seen the meme yet and emphasized online voting was not an option.

Some election watchers who are Clinton supporters called the meme "election-rigging" on social media. Most of the calls of "election-rigging" have so far come from Trump's side, as the GOP candidate has implied the Pennsylvania election could be "stolen" from him in cities like Pittsburgh and Philadelphia.

Trump's concerns about election-rigging in Philadelphia stem from the 2012 election when Republican presidential candidate Mitt Romney won zero votes in 59 voting divisions in Philadelphia.

However, the claims about election-rigging in the city have been widely debunked. (http://billypenn.com/2016/08/12/internet-philly-rigged-the-2012-presidential-election-experts-still-no/) City officials, including the Philadelphia GOP executive director, have said the elections process in Philadelphia is kosher.

*This article has been updated to include comment from Governor Tom Wolf's office and a clarification from Department of State spokeswoman Wanda Murren regarding her earlier comment. It was then updated to include a comment from Joshua Lorenz.*



SPONSORED CONTENT (http://billypenn.com/promotional-content/?

**EXHIBIT 31**

10/29/2016 Rigged' Western PA Republican circulates fake meme about online voting in Pa.

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 223 of 290. PageID #: 338



[(http://billypenn.com/promotional-content/?prx_t=_mICAkM0JA1K8LA&&ntv_oc=300&ntv_fr)](http://billypenn.com/promotional-content/?prx_t=_mICAkM0JA1K8LA&&ntv_oc=300&ntv_fr)

enn.com/p

Beneficial Bank (http://billypenn.com/promotional-content/?prx_t=_mICAkM0JA1K8LA&&ntv_oc=300&ntv_fr)
October 06, 2016 at 5:46 PM

**EXHIBIT 31**



**Newsletter and Breaking News**

Get once-daily headlines and occasional breaking news in your inbox.

william.penn@example.org

Humans: What is two plus three?

Your answer goes here

SIGN UP

SPONSORED CONTENT (http://billypenn.com/promotional-content/?
prx_t=A20CA5wYKA0q8LA&&ntv_oc=300&ntv_fr)



(http://billypenn.com/promotional-content/?prx_t=A20CA5wYKA0q8LA&&ntv_oc=300&ntv_fr)

## Have your cup and eat it too. (http://billypenn.com/promotional-content/?
prx_t=A20CA5wYKA0q8LA&&ntv_oc=300&ntv_fr)

enn.com/p       ChocAmo (http://billypenn.com/promotional-content/?prx_t=A20CA5wYKA0q8LA&&ntv_oc=300&ntv_fr)
                October 28, 2016 at 4:17 PM

## IN THIS STORY

Pat Toomey's bank and fact vs. fiction in this noisy US Senate race (http://billypenn.com/2016/10/28/pat-toomeys-bank-and-fact-vs-fiction-in-this-noisy-us-senate-race/)

Philly's Malcolm Kenyatta featured prominently in new Hillary Clinton ad
(http://billypenn.com/2016/10/27/phillys-malcolm-kenyatta-featured-prominently-in-new-hillary-clinton-ad/)

**EXHIBIT 31**

Looks like the Clinton campaign won't give Philly street money for Election Day (http://billypenn.com/2016/10/27/looks-like-the-clinton-campaign-wont-give-philly-street-money-for-election-day/)

GOP Attorney General candidate can't back up claim of widespread illegal voting in PA (http://billypenn.com/2016/10/26/gop-attorney-general-candidate-cant-back-up-claim-of-widespread-illegal-voting-in-pa/)

Josh Shapiro vs. John Rafferty: What to know about the PA Attorney General race (http://billypenn.com/2016/10/25/josh-shapiro-vs-john-rafferty-what-to-know-about-the-pa-attorney-general-race/)

Eric Trump in Harrisburg to meet with Pa. FOP for some reason (http://billypenn.com/2016/10/24/eric-trump-in-harrisburg-to-meet-with-pa-fop-for-some-reason/)

The procrastinator's guide to the 2016 Pennsylvania General Election (http://billypenn.com/2016/10/24/the-procrastinators-guide-to-the-2016-pennsylvania-general-election/)

Donald Trump hugs a flag at a rally outside Philly, his fans in denial (http://billypenn.com/2016/10/21/donald-trump-hugs-a-flag-at-a-rally-outside-philly-his-fans-in-denial/)

Exclusive: Philly plans biggest-ever Election Fraud Task Force amid Trump talk (http://billypenn.com/2016/10/21/exclusive-philly-plans-biggest-ever-election-fraud-task-force-amid-trump-talk/)

The only state senator to not cast a vote on the PA NRA bill was John Rafferty — he's running for AG (http://www.mcall.com/news/nationworld/pennsylvania/mc-pa-rafferty-shapiro-nra-gun-bill-20161019-story.html)

Tracking the almost $100M of outside spending in the PA election (http://billypenn.com/2016/10/20/tracking-the-almost-100m-of-outside-spending-in-the-pa-election/)

We wrote Pennsylvania Election haikus: Send us yours (http://billypenn.com/2016/10/20/we-wrote-pennsylvania-election-haikus-send-us-yours/)

Katy Perry's hosting a free concert in Philly on Nov. 5 for Hillary (http://billypenn.com/2016/10/19/katy-perrys-hosting-a-free-concert-in-philly-on-nov-5-for-hillary/)

Hillary Clinton and Tim Kaine will campaign in Philly on Saturday (https://www.hillaryclinton.com/events/view/tzlmlyy2dhmuzvnm/?utm_campaign=20161017&utm_content=pa&utm_medium=earnedmedia&utm_source=)

'Rigged?' Western PA Republican circulates fake meme about online voting in PA (http://billypenn.com/2016/10/18/rigged-western-pa-republican-circulates-fake-meme-about-online-voting-in-pa/)

**EXHIBIT 31**

Pennsylvania voters unfazed by the 'Access Hollywood' tape, polls show (http://billypenn.com/2016/10/18/pennsylvania-voters-unfazed-by-the-access-hollywood-tape-polls-show/)

What it was like at the 'Pussy Grabs Back' protest at Donald Trump's Philly HQ (http://billypenn.com/2016/10/18/what-it-was-like-at-the-pussy-grabs-back-protest-at-donald-trumps-philly-hq/)

Pat Toomey debated Katie McGinty and dodged every Trump question he could (http://billypenn.com/2016/10/17/pat-toomey-debated-katie-mcginty-and-dodged-every-trump-question-he-could/)

Quinnipiac poll has Clinton-Trump at a 6-point margin in PA — much closer than last week's NBC poll (http://billypenn.com/2016/10/17/quinnipiac-poll-has-clinton-trump-at-a-6-point-margin-in-pa-much-closer-than-last-weeks-nbc-poll/)

Philly Republican Al Schmidt on voter fraud claims: 'The real threat…is irresponsible accusations.' (http://philadelphia.cbslocal.com/2016/10/17/officials-strike-back-against-voter-fraud-accusations/)

'Pussy grabs back' Trump protest to hit South Street Tuesday (http://billypenn.com/2016/10/17/pussy-grabs-back-trump-protest-to-hit-south-street-tomorrow/)

Pennsylvania: Don't post ballot selfies until after you leave your polling place (http://billypenn.com/2016/10/17/pennsylvania-dont-post-ballot-selfies-until-after-you-leave-your-polling-place/)

Is Pat Toomey winning or losing? Despite all the polls, nobody really knows (http://billypenn.com/2016/10/17/is-pat-toomey-winning-or-losing-despite-all-the-polls-nobody-really-knows/)

Madeleine Albright explains Trump voters at Philly Clinton campaign stop (http://billypenn.com/2016/10/15/madeleine-albright-explains-trump-voters-at-philly-clinton-campaign-stop/)

Toomey super PAC sends email pleading for cash, copies reporters by mistake (https://www.propublica.org/article/super-pac-to-billionaire-we-need-more-money-to-save-a-republican-senate)

Main Line Donald Trump fans wait (and wait) for 'beautiful mouthpiece' Ivanka (http://billypenn.com/2016/10/13/main-line-donald-trump-fans-wait-and-wait-for-beautiful-mouthpiece-ivanka/)

Meet the black Republican trying like hell to get Donald Trump votes in Philly (http://billypenn.com/2016/10/13/meet-the-black-republican-trying-like-hell-to-get-donald-trump-votes-in-philly/)

**EXHIBIT 31**

New Pennsylvania poll shows Hillary dominating Trump in the suburbs
(http://billypenn.com/2016/10/13/new-pennsylvania-poll-shows-hillary-dominating-trump-in-the-suburbs/)

Students at Penn staged a large, feminist protest against Donald Trump on campus
(http://www.huffingtonpost.com/entry/students-at-trumps-alma-mater-stage-massive-anti-trump-
protest_us_57fce0c8e4b068ecb5e19e34?platform=hootsuite)

Pa. ballot question about judge retirement age sparks bitter Harrisburg fight
(http://billypenn.com/2016/10/12/pa-ballot-question-about-judge-retirement-age-sparks-bitter-harrisburg-
fight/)

---

**BILLY PENN ORIGINALS**

Anthony Bourdain dishes on his visit: 'You can't go hungry in Philadelphia'
(http://billypenn.com/2016/10/29/anthony-bourdain-dishes-on-his-visit-you-cant-go-hungry-in-
philadelphia/)
(http://billypenn.com/2016/10/29/anthony-
bourdain-
on-his-
visit-

Dance, skate, eat candy: 27 can't miss Philly Halloween events
(http://billypenn.com/2016/10/29/dance-skate-eat-candy-27-cant-miss-philly-halloween-events/)
(http://billypenn.com/2016/10/29/dance-
visit-
candy-

Sixers apologize for stopping Sevyn Streeter's national anthem performance
(http://billypenn.com/2016/10/28/sixers-apologize-for-stopping-sevyn-streeters-national-anthem-
performance/)
(http://billypenn.com/2016/10/28/sixers-
apologize-

PA's other convicted Attorney General spills prison secrets (http://billypenn.com/2016/10/28/pas-
other-convicted-attorney-general-spills-prison-secrets/)
(http://billypenn.com/2016/10/28/pas-
other-
Philadelphia/)

Pat Toomey's bank and fact vs. fiction in this noisy US Senate race
(http://billypenn.com/2016/10/28/pat-toomeys-bank-and-fact-vs-fiction-in-this-noisy-us-senate-
race/)
(http://billypenn.com/2016/10/28/pat-
toomeys-
bank-
and-

Why are there so many goddamn Dallas Cowboys fans in Philly?
(http://billypenn.com/2016/10/28/why-are-there-so-many-goddamn-dallas-cowboys-fans-in-
philly/)
(http://billypenn.com/2016/10/28/why-
fact-
secrets/)

Looks like the Clinton campaign won't give Philly street money for Election Day
(http://billypenn.com/2016/10/27/looks-like-the-clinton-campaign-wont-give-philly-street-money-
for-election-day/)
(http://billypenn.com/2016/10/27/looks-
in-this-

What to drink if you're giving up Yuengling (because Trump)
(http://billypenn.com/2016/10/27/what-to-drink-if-youre-giving-up-yuengling-because-trump/)
(http://billypenn.com/2016/10/27/what-

Philly's Beat Face Honey: Sixers never gave Sevyn Streeter a dress code
(http://billypenn.com/2016/10/27/phillys-beat-face-honey-sixers-never-gave-sevyn-streeter-a-
dress-code/)
(http://billypenn.com/2016/10/27/phillys-

**EXHIBIT 31**

Sevyn Streeter: Sixers wouldn't let me sing because of my #BLM shirt
(http://billypenn.com/2016/10/26/sevyn-streeter-sixers-wouldnt-let-me-sing-because-of-my-blm-shirt/)

(http://billypenn.com/2016/10/26/sevyn-streeter-sixers-wouldnt-let-me-sing-because-of-my-blm-shirt/)

## HELP US MAKE BILLY PENN BETTER

Stuck on a bug? Want to request a feature? Fill out this form (https://docs.google.com/forms/d/1fHorRSpiC7emXh0NosSn29e8t6TnnPIMz6MaJGBHB8w/viewform ) or email us (mailto:contact@billypenn.com).

## HAVE A TIP?

Email us at tips@billypenn.com (mailto:tips@billypenn.com).



(https://twitter.com/billypenn.com/billypennnews)
(https://instagram.com/billypenn)
(https://instagram.com/billypenn)

ABOUT (/ABOUT)

BLOG (HTTPS://MEDIUM.COM/BILLY-PENN)

JOBS (/JOBS)

PRESS (/PRESS)

ADVERTISING (/ADVERTISING)

TERMS OF USE (/TERMS-OF-USE)

**EXHIBIT 31**

Copyright © 2016 Spirited Media. All rights reserved.

EXHIBIT 31

Stone's Defend the Donald – Stop The Steal



**EXHIBIT 32**

Fellow Trump Supporters,

Donald J. Trump is under attack. He's under-attack from the biased liberal media, the multinational corporations, the Washington-New York insiders, the lobbyists and special interests, and particularly Nazi-collaborator and Billionaire George Soros, the same man who flooded the Trump rallies with paid agitators posing as Sanders supporters and Black Lives Matters thugs to foment violence.

Now Soros to propaganda organizations **Media Matters for America** and **Correct the Record**, have been setup to spew disinformation about anyone who fights the Clintons and to attack anyone who exposes the Clintons criminal record. Both organizations are run by former conservative turn-coat David Brock, a vicious Clinton thug whose tactics would make Nazi propaganda Chief Josef Goebbels proud.

One only need look on Facebook or Twitter to see their $30 million Soros funded drive to silence and censor Bill and Hillary Clinton's most informed critics. Their mindless stooges and expensive bots are spewing a torrent of lies and personal attacks on me, on Alex Jones, on Breitbart's Steve Bannon, and most of all, on Donald Trump!

As a 39 year old friend, political advisor and strong supporter of Donald Trump, I am not going to sit back and see him labeled a racist, bigot or worse by the Clinton machine and their paid stooges.

That's why I need YOU to join the #DefendTheDonald project.

Twice a day we will email those who sign up to help disseminate KEY INFORMATION to expose and correct the falsehoods spread by the Clinton thugs and their many shills in the mainstream media.

We need you to go on social media and spread the TRUTH.

We must counteract the smears and lies of the Clinton spin machine.

It's time we fight back and #DefendTheDonald .

SIGN UP NOW TO JOIN THIS VITAL VOLUNTEER PROJECT

Those who sign up will be screened to weed out Clinton spies.

#DefendTheDonald Blogger | Stop the Steal

Thank you all for doing everything you can to #**DefendTheDonald** Â and Â **MAKE AMERICA GREAT AGAIN.**

Sincerely,

Roger Stone

# 0 Comments

**EXHIBIT 32**



**EXHIBIT 33**



**EXHIBIT 34**

Oct 31, 2016



(http://www.rollcall.com)

(http://www.facebook.com/pages/Roll-Call?
(http://ROLLCALL?
posts) (https://www.instagram.com/rollcall

**Politics**

# Voting Rights Groups Brace for Election Day 'Chaos'

Reports of disenfranchisement already cropping up during early voting



Voting rights advocates are preparing for the first presidential election since 1964 without the full protections of the Voting Rights Act. (Chris Maddaloni/CQ Roll Call file photo)

**Todd Ruger (/author/toddrugercqrollcall-com )**
**@Todd Ruger (//www.twitter.com/toddruger)**

Posted Oct 27, 2016 1:48 PM

Voting rights advocates are preparing for a "perfect storm of chaos" on Election Day — and not just because a hurricane has already affected registrations in some key battleground states.

Reports of voter disenfranchisement have already cropped up during early voting, the advocates say. Some Texas election officials are implementing a voter ID law that a federal appeals court struck down as discriminatory. Republican presidential nominee Donald Trump has said he fears the election will be rigged and urged voters to "go out and watch the polls," prompting fears of voter intimidation among minorities, particularly.

This will be the first presidential election since 1964 without the full protections of the Voting Rights Act. In 2013, the Supreme Court struck down a key enforcement provision in the civil rights law that required certain states to


Ad closed by Google
Stop seeing this ad
AdChoices ▷

**EXHIBIT 35**

check any election changes with the Justice Department.

[*Fewer Election Observers Will Be at Polls*
*(http://www.rollcall.com/news/politics/fewer-election-observers-to-be-at-*
*polls)*]

Because of that decision, the DOJ says it will send poll observers to far fewer states (http://www.rollcall.com/news/politics/fewer-election-observers-to-be-at-polls) that have a history of disenfranchising voters this year. The department monitored 28 jurisdictions in 18 states in 2014 and 51 jurisdictions in 23 states in 2012.

"All of those factors are coming together to make the most problematic election in 50 years" in terms of voter suppression or intimidation, said Wade Henderson, president of The Leadership Conference on Civil and Human Rights. "We have literally a perfect storm of chaos."

Voter advocates are preparing to respond to the worst, hoping for the best and trying to get ahead of the problem now that in-person early voting has started in some states. More than 5.9 million people have already voted through Oct. 23, according to Michael P. McDonald, an associate political science professor at the University of Florida who tracks early voting on the United States Election Project (http://www.electproject.org/home).

[*'No Vote, No Voice' Says Newly Formed Voting Rights Caucus* (http://www.rollcall.com/news/politics/voting-rights-caucus-act-1965-election-restrictions-supreme-court-voter-id-law)]

A hotline for the Lawyers' Committee for Civil Rights Under Law has received more than 42,000 calls from voters around the country so far, Kristen Clarke, the nonpartisan group's president, said Wednesday. The group is recruiting thousands of volunteers to deal with complaints about early voting, absentee voting and the process for voting.

Want insight more often? Get Roll Call in your inbox

*email address*      ›

Some problems crop up every year because humans run elections, and humans make errors. But the advocates say this could be a particularly bad year for disenfranchised voters particularly in states formerly restricted under the Voting Rights Act, especially in the South.

"Voting discrimination and voter suppression are alive and well," Clarke said. "These are problems we as advocates continue to wrestle with every day."

Elections are run by state officials and are governed by local laws and rules. Voting rights groups sent letters to those officials Tuesday asking for them to commit the resources necessary to keep lines down and to ensure that encounters at the polls are not in violation of established local rules, Henderson said.

While federal appeals courts struck down voter ID laws in Texas (http://www.rollcall.com/news/politics/appeals-court-orders-changes-texas-voter-id-law) and North Carolina (http://www.rollcall.com/news/politics/appeals-court-overturns-north-carolina-voter-id-law) as discriminatory, "nonetheless, we see local election officials in both of those states undermining the weight of the court's ruling," Clarke said.

In North Carolina, someone showed up to early voting with a badge saying "poll observer" and was photographing and videotaping cars coming and going and "generally, being a very intimidating factor there," said Anita Earls of the Southern Coalition for Social Justice in Durham. The situation was stopped with a call to local officials.

[*McCain Blasts Trump for Refusing to Say He'll Accept Election Results*
(http://www.rollcall.com/news/politics/mccain-blasts-trump-on-not-accepting-election-results)]

Stop the Steal (http://stopthesteal.org/), a group linked to Trump confidant Roger Stone, says on its website that it will conduct exit polling to determine if the results are accurate. The Huffington Post reported Tuesday (http://www.huffingtonpost.com/entry/vote-protectors-voter-intimidation_us_580e4e63e4b0a03911ee03bc) that another group connected to Trump supporters, Vote Protectors, has an "I.D. Badge Generator" on its site where volunteers can create an official-looking badge. Another part of the website said volunteers would post streaming video to the site.

**EXHIBIT 35**

Case: 1:16-cv-02645-JG   Doc #: 8-3   Filed: 11/02/16   238 of 290.   PageID #: 353

The American-Arab Anti-Discrimination Committee plans to send observers to polling places, said Samer Khalaf, the group's president.

"Our fear is people are going to heed this call, they're going to go to areas that are predominantly Arab or Muslim" and disrupt the elections, Khalaf said.

Clarke said that the effort to make sure voters are disenfranchised could lay the groundwork for the case that Congress should update the Voting Rights Act to counter the Supreme Court's ruling.

A bill by Wisconsin GOP Rep. Jim Sensenbrenner (http://data.rollcall.com/members/531?rel=memberLink), a former Judiciary chairman, would restore the enforcement provision in the voting rights law. But Republican Rep. Robert W. Goodlatte (http://data.rollcall.com/members/500?rel=memberLink)of Virginia, the current chairman, has said a fix is not necessary because the law still provides substantial protections.

*Get breaking news alerts and more from Roll Call on your iPhone (https://itunes.apple.com/us/app/roll-call-news/id433753469?mt=8) or your Android (https://play.google.com/store/apps/details?id=com.devaary.cqrc.rollcall.v01&hl=en).*

---

Get Permissions (http://www.copyright.com/openurl.do?&issn=0035788X)

---

**Topics:**   2016 (/page/category_2016)   democrats (/page/category_democrats)   elections (/page/category_elections)

house (/page/category_house)   messaging (/page/category_messaging)   nationwide (/page/category_nationwide)

≡ Menu   politics (/page/category_politics)   presidential-race (/page/category_presidential-race)   republicans (/page/category_republicans)   Search 🔍

Donald J. Trump (/page/rc-tags_donald_j_trump)   Early voting (/page/rc-tags_early_voting)   Elections (/page/rc-tags_elections)

Executive Branch (/page/rc-tags_executive_branch)   Florida (/page/rc-tags_florida)   Jim Sensenbrenner (/page/rc-tags_jim_sensenbrenner)

leadership (/page/rc-tags_leadership)   North Carolina (/page/rc-tags_north_carolina)   polling (/page/rc-tags_polling)

Presidential race (/page/rc-tags_presidential_race)   religion (/page/rc-tags_religion)   Republicans (/page/rc-tags_republicans)

Robert W Goodlatte (/page/rc-tags_robert_w_goodlatte)   Science (/page/rc-tags_science)   States (/page/rc-tags_states)

Supreme Court (/page/rc-tags_supreme_court)   Texas (/page/rc-tags_texas)   Virginia (/page/rc-tags_virginia)

voting (/page/rc-tags_voting)   Voting Rights Act (/page/rc-tags_voting_rights_act)   wisconsin (/page/rc-tags_wisconsin)

---

**Related Stories**





**EXHIBIT 35**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 239 of 290. PageID #: 354



Gowdy on Reid: 'I Did Not Know Mormons Used Drugs' (/news/politics/gowdy-reid-comey-clinton-mormons-used-drugs-under-influence)

By Eric Garcia

☰ Menu                                                  Search 🔍



Minnesota Blue Dog Isn't Ready to Give Up His District (/news/politics/minnesota-blue-dog-collin-peterson-isnt-ready-give-up-district)

By Simone Pathé



Word on the Hill: #HOHhalloween (/news/hoh/word-hill-hohhalloween)

By Alex Gangitano

**EXHIBIT 35**

Case: 1:16-cv-02645-JG  Doc #: 8-2  Filed: 11/02/16  240 of 290.  PageID #: 355





### POLITICS

# Trump-Linked Voter Intimidation Group Releases New Script For 'Citizen Journalists'

Vote Protectors wants volunteers to approach voters on Election Day to ask about "election fraud."

🕐 10/26/2016 09:48 pm ET | Updated 3 days ago

7k    [f]  [t]  [p]  [✉]  [💬]

**Christina Wilkie** [f] [t]
National Political Reporter, The Huffington Post





Vote Protectors, an anti-voter-fraud group loyal to Republican presidential nominee [Donald Trump](#), released a new script Wednesday for its so-called "citizen journalists" to use when they approach voters at the polls.

The new script was released less than 24 hours [after a Huffington Post investigation revealed](#) that Vote Protectors plans to issue fake ID badges to its volunteers, who intend to travel to cities with large minority populations and conduct phony "exit polls" on Election Day.

The interview guide, below, appears to be scripted like a TV news segment, in which a Vote Protectors volunteer would approach citizens and open with, "This is [volunteer's name] reporting for Vote Protectors."

**EXHIBIT 36**

The questioner would then ask about "election fraud," a conspiracy theory promoted by Trump and his campaign surrogates in order to cast doubt on the outcome of the Nov. 8 election. As Trump has fallen further behind Democratic nominee Hillary Clinton in recent weeks, his doomsday predictions of widespread "election fraud" have grown more urgent.



**Vote Protectors**
**Citizen Journalist**
**Interview Prompt Sheet**

Election Fraud;

"This is (Citizen Journalist's name) reporting for Vote Protectors. I'm in (town and state) talking to people about Election Fraud. Let's see what they have to say."

"Donald Trump has expressed concern about the possibility of a "rigged" election. President Obama dismissed these concerns stating that he "doesn't even know what that means" and referred to it as a conspiracy theory."

Would you say that concern over election fraud is legitimate?

Do you think that it will be a problem in the upcoming presidential election?"

VOTE PROTECTORS

This is the script that Vote Protectors released Wednesday for its volunteers to approach voters with on Election Day. Its emphasis on "election fraud" could be intimidating to some voters.

The "Interview Prompt Sheet" instructs Vote Protectors volunteers to contrast Trump's election \_\_\_\_\_ "conspiracy theory" with President Barack Obama's _____ _____ _____ _____ \_\_\_ _____ this kind of "election fraud" as a myth.

The interview questions also appear to be aimed more at promoting a false narrative of election fraud than at gathering newsworthy information. This is similar to Vote Protectors' other tactics, like creating fake ID badges and filming voters as they approach the polls.

Notably absent from the Vote Protectors site Wednesday afternoon was any sign of Trump's confidante Roger Stone, whose nonprofit, Stop The Steal, hosts Vote Protectors as a collaborator. On Tuesday, Stone had a prominent "Defend The Donald" blog segment on the Vote Protectors website. On Wednesday, it was gone.

This is what the site's menu looked like on Tuesday:

News    About    Defend the Donald Blogger    Citizen Toolbox    Exit Poll    States    Profile

VOTE PROTECTORS


H    Trump-Linked Voter Intimidation Group Releases New Script For 'C...

    

ELECTION 2016

**PRESIDENTIAL FORECAST**

Percent of simulations where each candidate becomes president

 CLINTON **98.1%**    TRUMP **1.8%** 

HOW WE CALCULATE THIS »

**BATTLEGROUND STATES**

| | ELECTORAL VOTES | PERCENTAGE POINT LEAD |
|---|---|---|
| **Nevada** | 6 | +2.2 Clinton |
| **Ohio** | 18 | +0.6 Clinton |
| **Iowa** | 6 | +0.6 Trump |
| **Arizona** | 11 | +1.4 Trump |
| **Georgia** | 16 | +2.0 Trump |

SEE ALL STATES »

**SENATE FORECAST**

Percent of simulations where each party gains control of Senate

DEM    50/50 SPLIT    G

| 39% | 35% | 26% |
|---|---|---|

(VP determines balance of power)

**ROLLING STONE**



**Adele, Kesha And More Share Their Paranormal Experiences**

**TRENDING**

**Donald Trump Might Be Gaining In The Polls, But The Picture Isn't Clear** 

**EXHIBIT 36**

On Wednesday, after HuffPost revealed Stone's role in the Vote Protectors group, his column, called "Defend the Donald Blogger," was removed without explanation. This is how the new menu bar appeared:



News   Mission Statement   About   Voting Laws   Citizen Toolbox   States   Profile

VOTE PROTECTORS

Stone told HuffPost he didn't write the new script, adding, "In fact, I have never seen it before." He also said his website, Stopthesteal.org, was hit with a DDOS attack Wednesday, but that the site "is back up and is now secure."

Stone initially denied the existence Tuesday of Vote Protectors' plans to have volunteers wear phony ID badges, or to film voters at the polls. But when confronted with evidence of both, Stone said he had been unaware of them and would never have endorsed such obvious voter intimidation tactics.

But as of Wednesday evening, Vote Protectors was still creating fake ID badges and still registering new volunteers using Stone's "Stop The Steal" banner. HuffPost on Wednesday used their software to create two new ID badges, one for each of the presidential nominees.





VOTE PROTECTORS

As Election Day nears, voting rights experts agree that education is key to pushing back against voter intimidation efforts like those planned by Vote Protectors.

"It's important for voters to understand that they should not automatically trust that everyone who walks up to them at a polling station is an official election worker," said Danielle Lang, deputy director of voting rights at the nonprofit Campaign Legal Center. "On the contrary, I would counsel voters to maintain a healthy skepticism at all times."



**Tim Kaine Wants James Comey To Say If He's Even Seen New Emails**



**Kellyanne Conway Admits At Least One Trump Supporter Is Deplorable**



**Mass Shooting At New York Halloween Party Leaves 2 Dead: Reports**



**The FBI Has A History Of Unconstitutional Email Investigations**

The Conversation US
Independent source of news and analysis, from the academic and...

## SUBSCRIBE AND FOLLOW

Get top stories and blog posts emailed to me each day. Newsletters may offer personalized content or advertisements. Learn more

address@email.com

Subscribe Now →

 1.9 M      953 K

Add us on Snapchat

**EXHIBIT 36**

That said, Lang emphasized that "not even poll workers have a right to determine your eligibility to vote. All they can do is run your name against a list of registered voters. If you are told you're not on the list, you should ask to cast a provisional ballot."

"The bottom line," Lang told HuffPost, "is that no one should have to leave their polling place without casting some kind of ballot."

*This story has been updated to include Stone's comments on the script.*

*Editor's note: Donald Trump regularly incites political violence and is a serial liar, rampant xenophobe, racist, misogynist and birther who has repeatedly pledged to ban all Muslims — 1.6 billion members of an entire religion — from entering the U.S.*



 **Trump-Linked Voter Intimidation Group Releases New Script For 'C...**   

Suggest a correction

Next Story:

## Here Are 3 Really, Really Simple Questions The FBI Needs To Answer Fast

---

188 Comments

---

## YOU MAY LIKE

Sponsored Links by Taboola ▷

**He Took Pictures As A Wolf Approached His Dog. Then This Happened.**
Grizly

**EXHIBIT 36**

**Longevity Scientists Explain What They Believe Is Key To Health Now and Later**

Fast Company | Elysium Health

**Washington: This Meal Service is Cheaper Than Your Local Store**

Home Chef

**You Won't Believe Who Gene Wilder's Daughter Is**

Your Daily Dish

**Mia Sara Was Stunning in the 80s.. But What She Looks Like Today is Incredible**

Definition

**PayPal: The Entrepreneur's Secret Financial Weapon**

PayPath for PayPal

Around The Web                                        Powered By ZergNet


**Former Miss Finland Makes a Surprising New Trump Claim**


**Ken Bone Is Actually Kind of an Awful Guy**


**Robert De Niro Lays Into Donald Trump Yet Again**

 **Trump-Linked Voter Intimidation Group Releases New Script For 'C...**        

## SUGGESTED FOR YOU


**This Girl Was Bullied For Her Skin Color. Now She's A Badass Model.**


**IHOP's Trick For The Fluffiest Omelet Is So Genius And Totally Obvious**


**Reporter Confronts White Man Who Calls Him The N-Word, Slave**


**Over 25 Million People Have Watched This Garage Door Open And Close**


**This Dog's Reaction To Her Gumby Toy Coming To Life Is All You've Ever Wanted**

## CURATED FOR YOU
Generated from related, personalized and trending articles. View your news ho

## WHAT'S HOT

**EXHIBIT 36**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 245 of 290. PageID #: 360

# WHAT'S HOT

**POLITICS**



**It's All But Official: Donald Trump Won't Release His Tax Returns**

**POLITICS**



**Trump Attacks Clinton As Supporter Chants 'Jew S. A.'**

**WORLDPOST**



**Buildings Collapse As 6.6 Magnitude Earthquake Strikes Central Italy**

**WORLDPOST**



**Icelanders Vote For Stability As Pirate Party Falls Short**

**PARENTS**



**6 Women Remember The Babies They Lost In Emotional Photo Series**

**WEIRD NEWS**



**Amazon Prime Costume Sparks Scary Good Halloween Photoshop Battle**

**POLITICS**



**Senate Democrats Want An Update From Comey No Later Than Monday**

**WORLDPOST**



**Turkey Shuts Media Outlets, Fires 10,000 Civil Servants Over Coup Attempt**

# CONVERSATIONS

107 Comments                                                      Sort by   Top ▾


Add a comment...

 **Trump-Linked Voter Intimidation Group Releases New Script For 'C...**

    

These Trump followers aren't "Citizen journalists." They're part of the modern day version of the MansonFamily, and Donald's their Charlie. They're not just engaged in election rigging - they're helping wage a HelterSkelter RACEWAR against America. It's up to us to stop them. VOTE BLUE STRAIGHT THRU and let's s h u t these DEVILS down.

Like · Reply · 👍 191 · Oct 27, 2016 12:29am · Edited

 **Maureen Tighe-Brown**

Right behind you, Ronald. We will make. it. happen!

Like · Reply · 👍 43 · Oct 27, 2016 12:54am

 **Eugene Debs** · Fresno State

Don't forget the brown shirts, or did they choose red? Better Red than Dead?

Like · Reply · 👍 21 · Oct 27, 2016 1:33am

 **Bob Uhler** · Rutgers University

There are going to be some seriously sore 'nads if these jokers show up at my polling station. After I cast my straight blue ballot, of course.

Like · Reply · 👍 59 · Oct 27, 2016 2:55am

Show 10 more replies in this thread ▾

**Brian McConnon**

The egomaniac anthem:
"If I lose, it's rigged. If I lose, they cheated. The only way I can lose is if they steal it."
No. If you lose, it's because YOU'RE A LOSER! Get over it and go away.

http://www.huffingtonpost.com/entry/vote-protectors-citizen-journalists_us_58111180e4b064e1b4b04a85

**EXHIBIT 36**

Like · Reply · 🖒 141 · Oct 27, 2016 12:30am · Edited



**Linda R Crawford** · Works at Owner/President
True

Like · Reply · 🖒 23 · Oct 27, 2016 1:49am



**Kyle Begeman** · San Jose, California
If you witness any of these individuals, you should IMMEDIATELY start filming them. If they attempt to ask what you are doing, simply inform them you are monitoring voting sites to prevent voter stupidity on false fraud. I am curious what the response would be

Like · Reply · 🖒 97 · Oct 27, 2016 12:53am



**John Ferebee**
Very Good. The best way to address to the GOP cheating. Also, how can no Trump supporters looking at this story isn't saying anything? GOP = piece of shit. Ronald says, "Vote Blue all the way thru"

Like · Reply · 🖒 28 · Oct 27, 2016 1:19am



**Patrick Ford** · Works at US Army Infantry (retired)
I hope voters will act on the advice of the ACLU and US Justice Department.

"Contact the Election Protection Hotline (866-OUR-VOTE), the U.S. Department of Justice Voting Rights Hotline (800-253-3931), or an attorney if you believe that your rights have been violated."

Like · Reply · 🖒 26 · Oct 27, 2016 2:56am



**Jason Grant**
Many of Trump's supporters are planning to wear red on Election Day in solidarity, just an FYI.

Like · Reply · 🖒 12 · Oct 27, 2016 3:09am · Edited

Show 10 more replies in this thread ▼



**David A Keenan**
There is a 35-year old Consent Decree, because of the Republicans efforts to suppress the minority vote in the 1981 NJ Gubernatorial Election and Trump is violating that Decree.

Today, the Democrats entered a violation case with the NJ Supreme Court and the RNC is filling its' collective diapers as a result because it could impact this election and add at least another 8 years

 **H**   **Trump-Linked Voter Intimidation Group Releases New Script For 'C...**       

other words, Trump is screwing the party he pretends to be representing because of his rhetoric, which is based out of ignorance of the procedure!

Like · Reply · 🖒 71 · Oct 27, 2016 12:00pm · Edited



**Murton Edelstein**
Yup. They cannot pull anything. We are watching their every shady trick.

Like · Reply · 🖒 14 · Oct 27, 2016 2:43am



**Barbara Porter**
I heard about that last evening as well. Republicans have to be stopped from destroying this country. I can't believe how bad the Republican party has become. They need to rebuild their party from scratch, as they have no semblance of being a party able to any governing.

Like · Reply · 🖒 27 · Oct 27, 2016 2:53am



**Rob Mounsey** · None Of Your Business High School
I think it was scheduled to expire December 2017 -- could be wrong. But it's a fascinating issue.

Like · Reply · 🖒 6 · Oct 27, 2016 8:37am

Show 5 more replies in this thread ▼



**William Joseph Miller** · Los Angeles, California
The GOP once again is out to steal an election by denying American citizens their Constitutionally-guaranteed right to vote.

**EXHIBIT 36**

This latest scheme confirms all of my suspicions. Trump is not running for president. He's running for the Führer of the 21st Century third Reich. He has the support of the Neo-Nazis, the NRA, and the KKK.

We must sotp Trump and the GOP from stealing and rigging this election. We must vote a straight Democratic ticket. it's the ONLY way to save democracy.

Like · Reply · 👍 54 · Oct 27, 2016 12:13am

 **Murton Edelstein**
He truly is the tool of the alt right loons.

Like · Reply · 👍 21 · Oct 27, 2016 2:44am

 **Dave Roy** · Oakland, Maine
Control of both houses is the ONLY way to stop this chaos. The idea to vote Republican to check the Dems will only lead to the same old do nothing congress with the house continuing 25 years of investigations on Hillary.

Like · Reply · 👍 9 · Oct 27, 2016 10:18am

 **Vaughn Clinton**
This is absolutely a challenge to the heritage of many who have came before us who fought and died for the right to vote for many in America. I shall not be intimidated nor will I be challenged outside of the official voting office as to whether I can vote. No this Trump, your attempt to use your surrogates as instruments of intimidation shall not go unanswered. If they feel empowered or brave enough outside of the law to approach me, they should understand that I shall meet any force and any intimidation with absolute force and absolute intimidation. This is no idle threat but my response to ... See More

Like · Reply · 👍 39 · Oct 27, 2016 2:02am

 **Amy Herrmann**
Excellent post.

Like · Reply · 👍 5 · Oct 27, 2016 8:50am

 **Lallie Hayes**
Thanks for your words, Vaughn. There are many more of us than there are of them and we can yell louder. Let's do it!

Like · Reply · 👍 6 · Oct 27, 2016 9:36am

 **Nancy Trout**
Beautifully stated. I think so many of us feel the same way. Feel like our country is

 **Trump-Linked Voter Intimidation Group Releases New Script For 'C…**     

Show 1 more reply in this thread ▾

 **Mel Joco**
What is the exact nature of their defect? I have a complete failure to comprehend this madness. This is so sad it's like a really bad B movie except it's reality. We have to vote all Republicans out.

Like · Reply · 👍 36 · Oct 27, 2016 12:53am

 **Michael Tully** · Western Illinois University
There was time not long ago that uneducated racist white folks could make a comfortable living. Those days are slipping away and gone for many. They look around for someone to blame, Trump plays on their insecurities and ignorance.

Like · Reply · 👍 39 · Oct 27, 2016 1:13am

 **Eugene Debs** · Fresno State
Idiocracy: Scene 1

Like · Reply · 👍 15 · Oct 27, 2016 1:34am

 **Jacob Harris**
Michael Tully I've been saying it for years now that everyone wants new and improved technology. The problem is that technology replaces and displaces human beings. Someone needs to be honest with those people you speak of.......the Trump voter, and tell them those manufacturer jobs and low and middle skilled jobs are never coming back. Walmart is replacing cashiers with self checkout stations. Some restaurants are using robots, smartphones does away with operators and a ton of other jobs, help desks are mostly computerized, coal has competition and our enemies are also getting more and

more advanced and can attack our networks. Only fools buy into what Trump is selling, which is fear, bigotry and ignorance. They hate the government, but it's gonna take government intervention to retrain the disenfranchised for the future.

Like · Reply · 👍 31 · Oct 27, 2016 2:41am

Show 7 more replies in this thread ▾



**Steve Athey** · Works at Very happily retired!
Yes, Citizen Journalist, I am very concerned about election fraud. There is very strong evidence of voter suppression in red states and voter intimidation as well. Are you reporting on that?

Like · Reply · 👍 24 · Oct 27, 2016 2:10am



**Todd Jacobs** · Athens, Georgia
Lots of facts you provided there Steve, lots of facts...hint..note the sarcasm.

Like · Reply · 👍 1 · Oct 27, 2016 1:21pm · Edited



**Steve Gardner** · Grand Junction High School
Todd Jacobs So, you don't count this article as strong evidence?

Like · Reply · 👍 1 · Oct 27, 2016 1:59pm



**Penny Aldrighetti** · Works at Retired
At our polling place, the workers know every member of my family by name. Our signature has to match one already on file. I find it hard to believe voter fraud is able to influence the election. How can there be very much of it when such safeguards are in place?

Like · Reply · 👍 18 · Oct 27, 2016 12:35am



**David Brian Scarborough** · Works at Clinical research
OK, I move to your area and wasn't able to vote 2 yrs go because my residential status was not updated. OK, now I am ready to vote and you, your family your polling workers don't know me from 'Adam' and they don't have my signature 'on file' in order to match anything to do w/ me. Don't be so stupid. It is my right to vote whether your people know me or my family or friends etc. I am a liberal so far left I am a socialist so I don't appreciate you telling your story of signatures. Did you know there are afflictions that keep people from signing the the same signature everytime? Have you been to a store that requires you to sign after you have swiped your credit card and you sign w/ just scribble, yet the charge goes thru? NO POLICE STATE. Think Penny, think.

Like · Reply · 👍 14 · Oct 27, 2016 1:30am

 H **Trump-Linked Voter Intimidation Group Releases New Script For 'C...** 

Like · Reply · 👍 25 · Oct 27, 2016 2:22am



**Jacob Harris**
David Brian Scarborough I think you took his comment the wrong way. He was just saying he doesn't believe that voter fraud affects our elections. Other than that everything else you said was on point.

Like · Reply · 👍 7 · Oct 27, 2016 2:28am

Show 7 more replies in this thread ▾



**Eugene Debs** · Fresno State
Can't say this enough: This is textbook sedition and shall be addressed. Let's all just hope it doesn't take too much convincing that Our America has Free Elections. 12 more days? Please

Like · Reply · 👍 17 · Oct 27, 2016 1:32am

Advertise   RSS   Careers   FAQ
User Agreement   Privacy   Comment Policy   About Us   About Our Ads   Contact Us   Archive
Copyright © 2016 TheHuffingtonPost.com, Inc.   "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.
Part of HuffPost • HPMG News

**EXHIBIT 36**

 **Trump-Linked Voter Intimidation Group Releases New Script For 'C...**     

**EXHIBIT 36**


278

**Current Election Projections**

ELECTORAL VOTES
270 needed to win

Safe Democrat                    Likely D.    Lean D.    Tossup    Lean R.    Likely R.

SENATE
47

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://blogs.wsj.com/washwire/2016/10/27/at-poll-watcher-training-class-republicans-trade-rumors-concerns-about-fraud/

WASHINGTON WIRE  |  ELECTION 2016

# At 'Poll Watcher Training' Class, Republicans Trade Rumors, Fears of Fraud

Activist: 'You know it's happening but it's almost impossible to prove'



Donald Trump has warned for weeks without evidence that the Democrats, aided by a complicit news media, would somehow steal the election from him. PHOTO: CARLO ALLEGRI/REUTERS

## By BETH REINHARD

Oct 27, 2016 8:39 am ET

**EXHIBIT 37**

BURKE, Va. – Republican presidential nominee Donald Trump has been raising hackles for weeks about a "stolen" election, and on Wednesday morning, in a suburban public library in northern Virginia, more than two dozen Republicans heeded his call.

The group had signed up for a "poll watcher training" class through the local Republican Party. They were mostly retirees, all white, except for one woman from India.

Many said they appreciated Mr. Trump's dire predictions of election fraud in defiance of a number of GOP leaders and elected officials who say he is undermining voter confidence. Experts say fraud, particularly impersonating voters, is scarce, and Mr. Trump has offered no evidence for his claims.

"Very clearly there is going to be massive voter fraud, and it will definitely be to ensure Hillary Clinton wins," said Penny Hendrix, a 52-year-old stay-at-home mom in Fairfax Station. "I've been concerned about this for some time, and Trump bringing it up is raising awareness."

MORE IN ELECTION 2016

- Capital Journal Daybreak: Campaign 2016, More (http://blogs.wsj.com/washwire/2016/10/31/capital-journal-31/)
- Harry Reid: FBI Director's 'Partisan Actions' May Violate Federal Law (http://blogs.wsj.com/washwire/2016/10/30/harry-reid-comeys-partisan-actions-may-violate-federal-law/)
- FBI's Email News Energizes Donald Trump and His Supporters (http://blogs.wsj.com/washwire/2016/10/28/fbis-email-news-energizes-donald-trump-and-his-supporters/)
- Former Miss Utah: 'I Am Not Afraid of You, Mr. Trump' (http://blogs.wsj.com/washwire/2016/10/28/former-miss-utah-im-not-afraid-of-you-mr-trump/)
- Facebook to Show Users Previews of Their Ballots (http://blogs.wsj.com/washwire/2016/10/28/facebook-to-show-users-previews-of-their-ballots/)
- Illinois Sen. Mark Kirk Draws Fire for Sarcastic Comment to Tammy Duckworth (http://blogs.wsj.com/washwire/2016/10/28/illinois-sen-mark-kirk-draws-fire-for-sarcastic-comment-to-tammy-duckworth/)

The leader of the class was 68-year-old Republican activist Reagan George. He works as a part-time management consultant, but his full-time passion is rooting out voter fraud through a group he founded called the Virginia Voters Alliance.

"You've got to use common sense," he told the group. "If you think the voter is a Democrat, that's not a reason to halt the process or challenge the voter."

Yet Mr. George described a variety of potential voting improprieties that he said are orchestrated by liberal groups: People taking pictures of themselves with their ballots so they can be rewarded for their Democratic votes by a union leader or public housing

**EXHIBIT 37**

staffer. Ex-felons who have not gotten their rights restored demanding access to the polls. Union and civil rights leaders coercing severely disabled people into voting.

"They are so incapacitated that they don't know where they are or where they are going, but invariably, there is someone with a Democratic sample ballot who is herding them into the polling place," he said.
Mr. George said he's heard these kinds of stories from around the country.

"You know it's happening but it's almost impossible to prove," he said. "It's all over the place."

As many as three poll watchers from each political party may be permitted inside Virginia polling places to observe and raise concerns with election officials if they see suspicious behavior, such as a voter whose name and address doesn't match the information on his or her ID.

Members of the group shared their concerns about the election. One woman said she was worried about someone vandalizing her car because she has a Trump bumper sticker. A man with granddaughter volunteering for Democrat Hillary Clinton on her Pennsylvania college campus said he suspects many of her classmates will vote in that state even though they reside elsewhere.

Carol Loulis of Reston didn't hesitate when asked her biggest concern. "Illegals voting," she said, adding that she saw people voting in 2012 who didn't appear to speak English. "I definitely should have called the attention of the election officials, but I think I let it go."

Ms. Hendrix agreed that stopping illegal immigrants from voting was a top priority. "The president brings them into the country, and everything is organized," she said. "Of course, if Luis Hernandez comes into the polling place and he has ID that shows the right address and everything matches up, so be it."

Mr. George told a story he had heard on a conservative radio talk show that morning, in which a voter's absentee ballot mailing included Democratic Party propaganda. "It doesn't get much worse than that," Mr. George said. "It was stuffed at the local election board."

The would-be poll watchers nodded their heads.

But the Fairfax County Democratic Party said the story, which was also posted on a conservative web site, wasn't true. Lists of people who request absentee ballots are available to the public, and campaigns and parties routinely request those lists so they

**EXHIBIT 37**

can contact those voters. Sometimes the absentee ballot and the partisan advertising arrives on the same day, party officials said.

"With Donald Trump feeding into the paranoia that massive voter fraud is happening, that the election is rigged, that people are going to vote ten times, and telling his supporters to watch other communities, it's no wonder that Republicans are going to believe the worst conspiracy theories, no matter how easily debunked," said Frank Anderson, executive director of the Fairfax County Democratic Party. "I'm sorry to hear that well-meaning people on the other side are being led to believe these things by their nominee."

**RELATED:**

**Video: Could Trump's Voter Fraud Claims Impact 2016 Election?**

 . **MORE:**

Foundation Donors Were Pressed to Steer Business to Bill Clinton

Republicans Rode Waves of Populism Until They Crashed the Party

Clinton's New Hampshire Lead Widens as Nevada Remains Even

**EXHIBIT 37**

## Guess the 2016 Electoral College Map

Related:  Six ways the Election night could play
out
(http://graphics.wsj.com/elections/2016/2016-
electoral-college-map-predictions/?ctaA)

### 10  tossup  states left to flip



217     191

270 NEEDED TO WIN

| GEOGRAPHIC | CARTOGRAM |
| --- | --- |

RESET MAP



*See details on Maine and Nebraska plus
full map notes and contest rules.
(http://blogs.wsj.com/washwire/2016/09/
the-wsj-2016-election-map-contest/)
      Touch states to make them blue for
Clinton or red for Trump. Collect ...

Share this:   http://on.wsj.com/2eemWHD

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

**EXHIBIT 37**

**EXHIBIT 37**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 256 of 290. PageID #: 371

OPEN: OHIO POLITICS

# Donald Trump's 'rigged' talk concerns Cuyahoga County elections officials



Voting signs line a stage in the gymnasium at the Broadview Heights Community Center in Broadview Heights on Election Day, Nov. 4, 2008. *(Chuck Crow, The Plain Dealer, File, 2008)*

 By **Andrew J. Tobias, cleveland.com**
**Email the author** | **Follow on Twitter**
on October 19, 2016 at 5:00 AM, updated October 19, 2016 at 11:53 PM

457
shares

**8 Comments**

CLEVELAND, Ohio — Cuyahoga County elections officials say they are upping their Election Day security measures in response to conspiratorial rhetoric from Republican presidential nominee Donald Trump.

County Elections Director Pat McDonald, a Republican, said that by telling his supporters that the election will be "rigged" or stolen somehow, while also recruiting them to go watch the polls, Trump could end up adding extra instability to the already politicized environment of Election Day.

So, the elections board is working with local law enforcement to make sure police can be quickly dispatched in the event that there are issues at polling places, he said.

"My board got concerned and wanted to put in measures to ensure the safety and well-being of all the poll workers, as well as the voters on Election Day," McDonald said.

Trump previously tried out the "rigged" line in August, but retired it as he improved in the polls. He has renewed his claim — without offering evidence — as national polls have shown him falling behind Democratic presidential nominee Hillary Clinton.

**EXHIBIT 38**

This has led Republican Ohio Secretary of State Jon Husted and others to make the media rounds this week to try to assure the public on the integrity of the electoral system.



'Rigged' election? Ohio elections chief Jon Husted begs to differ.

Voter-rights groups on Tuesday held a conference call with reporters to emphasize the integrity of the Ohio voting system.

"We want to reassure people that Ohio's elections are fair, they are secure and you can have confidence in the results," said Carrie Davis, executive director of the Ohio League of Women Voters, a good-government group.

Here are some answers to questions about poll observers and what's being done to ensure the security of the election.

**Aren't candidates allowed to recruit poll observers?**

Yes — campaigns and political parties every election year work together to recruit volunteers to serve as poll observers on Election Day.

But it's the way Trump is characterizing his call for observers — the volunteer signup on his website reads "help me stop Crooked Hillary from rigging this election" — that is different.

"We've never had this rhetoric coming out of the candidates, where [Trump] is basically telling his supporters to be watchdogs of the polling locations," McDonald said.

Trump's rhetoric appears to be resonating with voters more broadly. An Oct. 16 poll of nearly 2,000 registered voters by Politico/Morning Consult found that 41 percent said the election could be stolen from Trump due to widespread voter fraud.

In turn, supporters have told media outlets they plan to head to polling places to look for problems.

"I'll look for . . . well, it's called racial profiling. Mexicans. Syrians. People who can't speak American," Steve Webb, a 61-year-old Southwest Ohio man, **told the Boston Globe last week during a Trump rally in Cincinnati**. "I'm going to go right up behind them. I'll do everything legally. I want to see if they are accountable. I'm not going to do anything illegal. I'm going to make them a little bit nervous."

Ohio Democratic Party Chairman David Pepper said this rhetoric could have a chilling effect on voters.

"There's a process to have elections observers," Pepper said. "It's not what Trump is talking about, and it's not about intimidating people or having people play cowboy."

McDonald said two Trump supporters came by the county elections board recently identifying themselves as campaign poll observers. He said he told them to leave and come back with documentation.

"They were asking me questions about the polling locations, and which ones they wanted to go to. I told them it doesn't work that way," McDonald said.

**Who can observe elections?**

Electioneering is banned within 100 feet of any polling location under Ohio law.

However, political parties, groups of five or more candidates and recognized committees in support of a ballot issue, are allowed to send a limited number of official observers into the polling places as independent monitors to the process.

**EXHIBIT 38**

County elections officials certify the observers meet the legal criteria under state law. For example, felons and people who can't read or write in English are excluded.

**What can the observers do?**

Well, observe.

They are allowed to make small talk with elections officials during slow periods, but otherwise generally should remain quiet. They are not allowed to challenge or impede voters, take photos, or record or transcribe conversations inside the polling place. They are allowed to send text messages and emails, as long as they are not perceived to be intimidating voters, according to guidance from the Ohio Secretary of State's Office. They are not allowed to wear uniforms or campaign insignias. They are not allowed to attempt to enforce elections law themselves or advocate on behalf of voters.

**How many official observers are there expected to be on Election Day?**

Based on past years, McDonald said he expects around 250-300 Republicans and 350-400 Democrats to be in Cuyahoga County as poll observers.

But the Oct. 28 deadline for parties to submit names to the counties has not yet passed, McDonald said.

**What about unofficial observers?**

Anyone can go to a polling place outside the 100-foot perimeter.

Outside voting advocacy groups said Tuesday they plan to send representatives to observe in this capacity.

Among those groups is the Ohio League of Women Voters, Davis said.

"As we are training election protection field volunteers, we are making sure they are aware of the rules as well so if they encounter any problems or encounter anyone interfering with voters, they'll let us know right away," Davis said.

The advocates provided phone numbers — 866-OUR-VOTE for English, 888-VE-Y-VOTA for Spanish and 888-API-VOTE for Asian languages — that voters can call to report problems on Election Day.

One way to get around these issues entirely, though, is to cast an absentee vote, advocates said.

**What do elections officials do to ensure vote integrity?**

There are measures in place — ranging from doors to rooms containing election equipment that can only be opened by a Republican and a Democrat at the same time, to vote tabulations being recorded in triplicate, including a paper trail — to ensure that voting machines, which are not connected to the Internet, are not tampered with.

Husted has informed local elections officials how to protect against one possible vulnerability — hackers have attempted to compromise databases containing the names and addresses of registered voters in other states. But there's no evidence that the efforts have been successful.

To the extent that voter fraud exists in Ohio, Husted's office audited the 2012 election. It found fewer than 100 cases of suspected fraud out of 5.6 million votes that were cast. Democratic President Barack Obama won Ohio by more than 167,000 votes.

McDonald, the Cuyahoga County elections director, said elections officials require voters on Election Day to provide a form of valid ID, plus provide a signature that is compared to the signature in the voter's registration file. Early voters must provide their addresses and some form of personal information — like the last four digits of their Social Security number — to get an absentee ballot. The completed ballots also must contain a signature, which is compared to the signature on file.

**EXHIBIT 38**

Case: 1:16-cv-08645-JG Doc #: 8-3 Filed: 11/02/16 259 of 290. PageID #: 374

Debbie Reiter, director of the Geauga County Board of Elections, said elections workers are being trained to make sure the vote is fair.

"We're all thinking about it more just because of what's being said," Reiter said. "But we put a lot of effort into making sure the election is honest and fair, and we have a lot of integrity in the job we do. We work very hard in this office and have for a number of years."

"What the public needs to know," Lorain County Board of Elections Director Paul Adams said, "is that this is a process that [Republicans and Democrats] work together on to put together, and we've always taken these security concerns very seriously well before any of this recent talk in the press has come out."

*An earlier version of this story incorrectly referred to Carrie Davis, executive director of the Ohio League of Women Voters as Karen Davis, president of the Ohio League of Women Voters.*

OPEN: OHIO POLITICS

# FBI discovered Huma Abedin's emails weeks ago: Politics Extra



 By **Robin Goist, cleveland.com**
**Email the author**
on October 30, 2016 at 7:17 PM, updated October 30, 2016 at 7:16 PM

**EXHIBIT 38**

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 260 of 290. PageID #: 375

0
shares

**false Comments**

*Both Hillary Clinton and Donald Trump respond to FBI Director James Comey's announcement. Believing that "the polls are rigged," a Trump supporter in Iowa voted twice. Polls show that the race is still tight in battleground states. Read more in today's Politics Extra.*

**FBI disclosing its discovery:** <u>Law enforcement officials told CNN</u> that, while the FBI disclosed its discovery Friday of emails from Hillary Clinton aide Huma Abedin on a computer belonging to her estranged husband Anthony Weiner, the organization came across the documents weeks ago. Prosecutors in Manhattan issued a subpoena on Sept. 22 for Weiner's communications as part of an investigation into alleged sexting with an underage girl, and FBI criminal investigators soon after stumbled on the Abedin emails. By early October, it was clear to investigators that the emails may relate to the Clinton email server investigation, law enforcement officials said.

**A critic comes to Clinton's defense:** Fox News' Jeanine Pirro, one of Clinton's harsher critics, came to her defense Saturday after FBI Director James Comey's announcement, **reports Politico.** "Comey's actions violate not only long-standing Justice Department policy, the directive of the person that he works under, the attorney general," Pirro said on "Justice with Judge Jeanine." "But even more important, the most fundamental rules of fairness and impartiality."

**Vice presidential candidates weigh in:** Trump's running mate, Gov. Mike Pence, praised Comey's "real leadership" Sunday, while Clinton's running mate, Sen. Tim Kaine, denounced the FBI Director's "extremely puzzling" decision, **reports CNN**.

**Trump changes tune on "rigged" election:** Praising the FBI Friday, Trump told a New Hampshire crowd that the system "might not be as rigged as I thought," **reports Real Clear Politics**. Just one day before, however, he told Fox News that he had "absolutely no doubt" that the polls were "rigged," **reports CBS News**.

**Trump supporter charged with voting twice:** Terri Lynn Rote, a Des Moines, Iowa resident who caucused for Trump, was arrested last week on suspicion of voting twice in the general election, **reports The Washington Post.** Rote did not plan to vote twice, but said it was "a spur-of-the-moment thing" when she walked by the satellite voting location. "I don't know what came over me," she said.

Rote told **Iowa Public Radio** that she cast her first ballot for Trump but feared it would be changed to a vote for Clinton. "The polls are rigged," she told the radio station.

**Trump's contributions:** Despite **frequent promises** to donate $100 million to his campaign by Election Day, a fundraising report released Thursday shows that Trump only donated $31,000 in early October, **reports CNN**. He has donated $56 million to his race as of Oct. 20 and has just $16 million in reserves, Federal Elections Commission records show.

**Swing states:** Clinton holds a 6 percentage point lead over Trump in the battleground state of North Carolina, while the candidates are in a virtual tie in Florida, **according to Sunday's NBC News/Wall Street Journal/Marist polls.** In a four-way race in North Carolina, Clinton leads Trump, 47 percent to 41 percent, with Libertarian Gary Johnson at 8 percent. Green Party candidate Jill Stein is not on the ballot in the Tar Heel State.

The NBC polls show Clinton with the support of 45 percent of Florida's likely voters, while Trump was right behind, at 44 percent. Johnson is at 5 percent and Stein is at 2 percent. However, a New York Times/Siena College Upshot poll released Sunday shows Trump with a 4 point lead, 46 percent to 42 percent.

**All eyes on Stein:** Despite her strong views on environmental issues, Stein is under fire for her investment choices after what she is calling a "smear attack," **reports Market Watch.** A report from **The Daily Beast** showed that Stein has invested in the big tobacco, big pharmaceutical and defense contracting industries - "the very industries that she maligns the most." Stein and her

**EXHIBIT 38**

campaign responded by saying that the report failed to show a conflict of interest.

**The third third-party candidate:** Independent conservative presidential candidate Evan McMullin was directly challenged by Trump Friday in a Fox News interview, **reports CNBC**. "I have great relationships in Utah. But you have a guy named Bill Kristol who's called it wrong for two years," **Trump said**. "He gets his puppet to go and run in Utah. The guy takes votes away from me. You know, we're going to win in Utah." Pence chimed in to say, "Nobody [has] ever heard of him."

Trump referenced Kristol, the "Never Trump" Republican who edits The Weekly Standard, and his "puppet," McMullin, who **responded on Twitter**: "Yes you've never heard of me because while you were harassing women at beauty pageants, I was fighting terrorists abroad." McMullin also called Trump an "authoritarian" and a "big government liberal."

**At least one "deplorable" Trump supporter:** Trump's campaign manager Kellyanne Conway criticized a man who shouted "Jew-S-A!" at reporters at a Trump rally, while the crowd chanted "USA," **reports CNN**. Asked by CNN's Jake Tapper on "State of the Union" whether she would call the man's conduct "deplorable," Conway said, "Yes, I would. His conduct is completely unacceptable and does not reflect our campaign or our candidate." Conway added, "Had I been there, I would have asked security to remove him immediately."

OPEN: OHIO POLITICS

# President Barack Obama to campaign in Ohio Tuesday: Details



By **Mary Kilpatrick, cleveland.com**
on October 29, 2016 at 1:24 PM, updated October 29, 2016 at 1:24 PM

**EXHIBIT 38**



**445**
shares

**146 Comments**

COLUMBUS, Ohio -- President Barack Obama will campaign for Democratic presidential nominee Hillary Clinton in Columbus on Tuesday, a week ahead of Election Day.

Obama will appear at 4:30 p.m. in Columbus, at Capital University Field House, 360 East Mound Street.

"President Obama will urge Ohioans to take advantage of early voting right away and lay out his support for Clinton and her vision of an America that is stronger together, with an economy that works for everyone, not just those on top," according to a Clinton campaign news release.

Anyone interested in attending the event can RSVP **here**.

---

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 Advance Ohio All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Ohio

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**

**EXHIBIT 38**

# Newsmax

## Pence Urges Supporters to Watch Polls For Fraud

Monday, October 17, 2016 03:49 PM

By: Joe Crowe

Republican vice presidential candidate Mike Pence urged supporters of Donald Trump to volunteer at your polling place to watch for fraud.

"In terms of the actual vote itself — if you're here at a rally and you've not yet volunteered to participate in the electoral process of respectfully providing accountability at a polling place come Election Day, then you haven't yet done all you can do," Pence said at an Ohio rally, per The Hill. "Voter fraud cannot be tolerated by anyone in this nation."

Pence, also the governor of Indiana, added the mainstream media is trying to rig the election against the Republican presidential candidate "with their biased coverage."

Trump also has said he expects the election to be rigged due to voter fraud.

Democratic candidate Hillary Clinton's campaign pushed back, with campaign manager Robby Mook saying in a conference call, "He knows he's losing and is trying to blame that on the system." Mook added, "That's what losers do. We're not even going to give it any credit by amplifying it."

Despite the warning of fraud, Pence said the Republican Party would "absolutely" accept the outcome of the election.

An advocacy group has accused Pence of voter suppression after Indiana state police raided a voter registration program, according to The Washington Post.

Related Stories:

- Kellyanne Conway: Trump Referring to Media When He Talks of 'Rigged' System
- Pence: I Don't Understand 'The Basis' of Michelle Obama's Claims

© 2016 Newsmax. All rights reserved.

**EXHIBIT 39**



Published on Media Matters for America (http://mediamatters.org)

Home > Trump Ally Roger Stone Has Repeatedly Urged The Killing Of Public Figures

# Trump Ally Roger Stone Has Repeatedly Urged The Killing Of Public Figures

## Stone's Violent Rhetoric Underscores The Danger Of Giving Him A Media Platform



Donald Trump ally Roger Stone has repeatedly used his Twitter account to call for the killing of public figures.

Stone tweeted that Hillary Clinton and George Soros should be "executed," Sen. Bernie Sanders (I-VT) should be "shot" for "treason," and "angry citizens should find and hang" Gov. Dannel Malloy (D-CT). He wrote that former Sen. Rick Santorum (R-PA) "will never be President- I will order a mail-order rifle first."

Stone has also fantasized about the deaths of media figures. Stone tweeted [1] to journalist Jill Abramson, "DIE BITCH!"; tweeted [2] about CNN commentator Ana Navarro "killing herself"; and wrote [3] of Fox News commentator Ed Rollins: "Ed Rollins is on FOX ? If he isn't dead he should be #hack #loser #fraud."

Stone is a longtime [4]adviser and confidant to Trump. He now heads a pro-Trump super PAC [5] and has pledged to disclose the hotels and room numbers of Republican National Convention delegates who are purportedly trying to "steal" the nomination from Trump. Stone's plan has been [6] heavily criticized [7] for potentially inciting violence [8]; Stone denies this, claiming [9], "I renounce violence."

Media Matters [10] and the conservative Media Research Center [11] have both called on media outlets to keep Stone off of their airwaves. MSNBC [12] and CNN [13] have both banned Stone as a guest.

In July 2014, Stone tweeted [14] that Hillary Clinton should be "executed for murder":

**EXHIBIT 40**

> @thejenn999 [15] Hillary must be brought to justice - arrested , tried , and executed for murder .
>
> — Roger Stone (@RogerJStoneJr) July 11, 2014 [16]

Stone tweeted [17] that Sen. Bernie Sanders should be "arrested for treason and shot," as Media Matters previously documented [18]:



Stone wrote [22] that philanthropist and businessman George Soros (who has donated [23] to Media Matters) should be "executed":



Stone reacted [26] to the news of GE moving from Connecticut by stating that "angry citizens should find and hang" Connecticut Gov. Dannel Malloy (D) :



Stone tweeted [29]: "Religious fanatic Rick Santorum will never be President- I will order a mail-order rifle first." Stone frequently writes [30] about the John F. Kennedy assassination; the Warren Commission ruled that [31] Lee Harvey Oswald killed President Kennedy with a mail-order rifle.



Posted In
Elections [37]
Person
Roger Stone [38], Donald Trump [39]
Stories/Interests
2016 Elections [40]

Source URL: http://mediamatters.org/blog/2016/05/02/trump-ally-roger-stone-has-repeatedly-urged-killing-public-figures/210169
Links
[1] http://mediamatters.org/blog/2016/04/05/trump-ally-roger-stones-scrubbed-tweets-stupid/209761
[2] http://mediamatters.org/blog/2016/02/22/diva-bitch-stupid-negro-cnn-rewards-trump-suppo/208723
[3] https://twitter.com/RogerJStoneJr/status/664672882077790208
[4] http://mediamatters.org/blog/2016/04/14/ted-cruz-right-question-roger-stone-s-close-ties-trump-campaign/209920
[5] http://mediamatters.org/blog/2016/04/20/movie-producer-and-son-phillies-co-owner-big-donor-behind-roger-stone-s-controversial-group/209970
[6]
http://www.realclearpolitics.com/video/2016/04/07/former_cruz_advisor_rick_tyler_msnbc_dangerous_roger_stone_banned_from_convention.html
[7] http://www.realclearpolitics.com/video/2016/04/12/ted_cruz_roger_stone_is_like_a_mobster_he_is_pulling_the_strings_on_donald_trump.html
[8] http://mediamatters.org/research/2016/04/06/right-wing-media-hit-back-at-trump-ally-roger-s/209794

**EXHIBIT 40**

[9] https://twitter.com/RogerJStoneJr/status/724643637523546116
[10] http://mediamatters.org/blog/2016/02/24/trump-ally-roger-stone-on-media-figures-muff-di/208785
[11] http://www.mrc.org/press-releases/brent-bozell-praises-cnn-and-msnbc-banning-roger-stone
[12] http://mediamatters.org/blog/2016/04/05/msnbc-removes-trump-ally-roger-stone-from-its-a/209758
[13] http://mediamatters.org/blog/2016/02/23/cnn-trump-supporter-roger-stone-will-no-longer/208751
[14] http://cloudfront.mediamatters.org/static/uploader/image/2016/05/02/stonehillaryexecuted.jpg
[15] https://twitter.com/thejenn999
[16] https://twitter.com/RogerJStoneJr/status/487392243402031104
[17] http://cloudfront.mediamatters.org/static/uploader/image/2016/05/02/stonebernieexecuted.jpg
[18] http://mediamatters.org/blog/2016/04/28/trump-ally-roger-stone-advocated-killing-bernie-sanders-treason/210126
[19] https://twitter.com/KennettDems
[20] https://twitter.com/RTED2016
[21] https://twitter.com/RogerJStoneJr/status/457025868917776384
[22] http://cloudfront.mediamatters.org/static/uploader/image/2016/05/02/stonesorosexecuted.jpg
[23] http://mediamatters.org/blog/2010/10/20/the-problem-with-calling-a-soros-donation-forei/172219
[24] https://twitter.com/Outdoorguy64
[25] https://twitter.com/RogerJStoneJr/status/444890164071264256
[26] http://cloudfront.mediamatters.org/static/uploader/image/2016/05/02/stonemalloyexecuted.jpg
[27] https://twitter.com/LibertyandEcon
[28] https://twitter.com/RogerJStoneJr/status/690679896922820609
[29] http://cloudfront.mediamatters.org/static/uploader/image/2016/05/02/stonesantorumexecuted.jpg
[30] http://www.seattletimes.com/nation-world/lsquoalternative-historianrsquo-roger-stone-might-be-nixonrsquos-biggest-fan/
[31] http://www.nytimes.com/1993/08/24/us/papers-on-kennedy-assassination-are-unsealed-and-63-is-revisited.html
[32] https://twitter.com/RickSantorumUSA
[33] https://twitter.com/hashtag/Facist?src=hash
[34] https://twitter.com/hashtag/PALoser?src=hash
[35] https://twitter.com/hashtag/nut?src=hash
[36] https://twitter.com/RogerJStoneJr/status/298272012827238403
[37] http://mediamatters.org/issues/elections
[38] http://mediamatters.org/tags/roger-stone
[39] http://mediamatters.org/people/donald-trump
[40] http://mediamatters.org/stories-and-interests/2016-elections

Case: 1:16-cv-02645-JG Doc #: 8-3 Filed: 11/02/16 268 of 290. PageID #: 383



npr**politics**

POLITICS

# Ohio Secretary Of State Calls Trump's Rigged Election Claims 'Irresponsible'

Listen · 4:02     Download

Transcript

October 17, 2016 · 4:35 PM ET
Heard on All Things Considered

Republican presidential candidate Donald Trump claims the American electoral system is "rigged." NPR's Kelly McEvers talks with Ohio Republican Secretary of State Jon Husted, who says his claims are irresponsible.

KELLY MCEVERS, HOST:

We're going to hear now from Ohio Secretary of State John Husted. He is a Republican, and he has called Trump's talk of a rigged election irresponsible. His office oversees elections in the state of Ohio. And Secretary of State John Husted is with us now. Welcome.

JOHN HUSTED: Great to be with you.

MCEVERS: So let me just ask you this outright. Should voters worry about a rigged election?

HUSTED: No, they should not. America's and Ohio's election system is as secure as it's ever been. And people should have confidence in it. And I hope all the presidential candidates and political parties will help us build confidence.

**EXHIBIT 41**

MCEVERS: So Donald Trump has tweeted that there is large-scale voting fraud happening on and before Election Day. Is there evidence of that in your state?

HUSTED: There is not evidence of any of that. In Ohio, we pride ourselves in making our state a place where it's easy to vote and hard to cheat. I want to reassure Donald Trump as a Republican that this is not happening across the country. He may have heard reports of it, but we need facts. And right now, there are no facts that support his claims.

MCEVERS: Have there been any cases of fraud in your state?

HUSTED: Well, of course there've been cases of fraud. There are always occasions where people try to break the rules in everything. And elections are no exception to that. Most times, we catch the people that are trying to commit the fraud before they're actually able to cast a ballot that gets counted. It's rare. We hold people accountable. But there's no evidence of any systemic fraud, which is essentially what's being suggested.

MCEVERS: How are votes counted in Ohio?

HUSTED: Votes are counted in Ohio on a bipartisan basis in an open public meeting where the media's allowed to be present. Public viewing is allowed of this process. Democrats and Republicans are both in the room when the votes are counted. It's actually one place where Democrats and Republicans work very well in our state. They all care about democracy, that's what they give their lives to.

MCEVERS: Donald Trump has been recruiting poll watchers at his rallies and on social media. Are you worried about, you know, waves of people who are suspicious of voter fraud showing up at polling stations this Election Day?

HUSTED: No, we welcome observers and poll watchers. We want that to happen because once you see the safeguards in place, that in the end will build confidence in the system.

MCEVERS: What are the rules for poll watchers?

**EXHIBIT 41**

HUSTED: We have a process where we train them. And you have to get that training before you go out there. The rules are very well laid out. You can't intervene. You can only alert people to problems. You cannot actually put yourself in the process of controlling how that works. But you monitor it. You can report it.



Cleveland Clinic
Same-day appointments

Patients from 180 countries
have come to us for world class care.
> Learn why.

×

MCEVERS: When you hear Donald Trump making claims that this election will be rigged, how do you react? What do you think?

HUSTED: I just wish he wouldn't do it because he had a chance at one point in the campaign to appeal to people as an outsider, to help give them hope that America could be a better place. And I still hope that he will do that. But when you talk about rigged elections, you are preying on people's fears, you're making people even more skeptical about establishment figures and processes that they don't trust.

And that undermines what I believe is our elections process and the greatest democracy in the world. And he shouldn't do that. He should help to build hope, not make people less hopeful.

MCEVERS: All that said, you are planning to vote for Donald Trump. Is that right?

HUSTED: That's correct. I'm a person that cares a lot about who the Supreme Court nominees are. I'm a Second Amendment supporter. I believe that the kind of people that he will appoint to positions in government more represent my point of view of the world. But I'm left without very good choices, in my opinion. I don't really think much of Hillary Clinton's conduct in office. I don't think very much of Donald Trump's conduct in this campaign.

I just call him as I see him. I think when our candidates do things that are wrong, we should call them out on that whether we intend to vote for them or not.

MCEVERS: That was Ohio Secretary of State John Husted. Thank you so much.

HUSTED: Thank you.

**EXHIBIT 41**

Copyright © 2016 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.

NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio







# There's More To It

We follow politics; you follow us. Catch up with the presidential campaign trail, listen to our latest podcast and find the latest stories from NPR politics reporters around the country.

What's your email?

SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy.

npr**politics**

© 2016 npr

**EXHIBIT 41**

# Legally armed protester stands outside Dittmar campaign offices for hours



Dittmar Protest

*By Taylor Cairns | Posted: Thu 11:13 PM, Oct 13, 2016 | Updated: Fri 2:32 PM, Oct 14, 2016*

**FLUVANNA COUNTY, Va. (NEWSPLEX) --** On Thursday, a Fluvanna County resident stood outside Jane Dittmar's Palmyra campaign office to protest Hillary Clinton.

The protester, Daniel Parks, says that he hopes his protest encourages other Trump supporters to stand up for what they believe in.

"I'm just trying to provide a voice for someone who might be a closet supporter of Trump. Other people who are a little worried to speak out because of possible persecution," he said.

Parks stood outside the offices for almost 12 hours. Dittmar volunteers say that the protest was disturbing.

"If he wants to support his candidate that's fine, but don't come here and stare into the office all day," said Su Wolff, a Fluvanna County resident and Dittmar volunteer.

Parks was eventually joined by another protester, and Wolff said that the most troubling part of the protest was that both of them started to expose their firearms.

"He turned sideways to be sure that we would see that he has an open carry gun, which is legal, and is fine, but it's intimidating," she said.

Parks said that his firearm is legal, and that he had no ill intention by carrying it.

"We're not a threat to anybody, the only threat is ignorance, and ignorance breeds fear," he said.

Parks also spoke about the news of Trump pulling out of Virginia, saying that he hasn't given up on the state.

"He might be pulling out, but we're not pulling out, and I'm going to stand my ground and speak out for what I believe

**EXHIBIT 42**



in," he said.

He also said he plans on doing a similar protest in Richmond later this year.

---

**NEWSPLEX.COM COMMENT GUIDELINES**
*The comments sections of Newsplex.com are designed for thoughtful, intelligent conversation and debate. We want to hear from our viewers, but we only ask that you use your best judgment. Newsplex.com tracks IP addresses. Repeat violators may be banned from posting comments.*
*View Comment Guidelines*

**How 2 MIT Grads Are Disrupting the Auto Insurance**
Industry

This small team of data scientists has made an algorithm that is turning a giant $19 billion industry upside down.

Learn More

Sponsored by Provide Savings



234 Comments　　WCAV　　　　　　　　　　　　　　　　　❶ Login ▾

♥ Recommend 5　　　↪ Share　　　　　　　　　　　　　　Sort by Best ▾

　Join the discussion…

**EXHIBIT 42**

**harebell** · 17 days ago

"We're not a threat to anybody, the only threat is ignorance, and ignorance breeds fear," he said. Irony just died.

145 ⌃ ⌄ · Reply · Share ›

> **roald** ➔ harebell · 17 days ago
>
> My irony meter exploded.
>
> 49 ⌃ ⌄ · Reply · Share ›

> **Karleen Madison** ➔ harebell · 15 days ago
>
> yeah in light of the fact that the only ignorant ones there were them. And they look like stereotypical ignorant backwoods bastards.
>
> 2 ⌃ ⌄ · Reply · Share ›

> **OngoingFreedom** ➔ harebell · 16 days ago
>
> Have you never studied the purpose of the second amendment?
>
> This gentleman was peaceful, subtle yet effective at getting his message out.
>
> 2 ⌃ ⌄ · Reply · Share ›
>
> > **Arto8196** ➔ OngoingFreedom · 13 days ago
> >
> > ....
> >
> > ⌃ ⌄ · Reply · Share ›

> **Cynthia Ratzke** ➔ harebell · 17 days ago
>
> More like we are fear the "ignorant"! And despite "open carry" laws in states, it is AGAINST the law to bring a weapon to ANY POLLING STATION. Lock YOUR GUNS in your vehicle BEFORE you come near a polling station or you will be arrested!
>
> ⌃ ⌄ · Reply · Share ›
>
> > **Really_Not** ➔ Cynthia Ratzke · 14 days ago
> >
> > Wasn't a polling station
> >
> > ⌃ ⌄ · Reply · Share ›

**Tom65** · 17 days ago

Now imagine what would happen if two black guys, or two Muslim Americans, were sitting outside a Trump campaign HQ all day with their guns. Tell me this wouldn't end badly.

87 ⌃ ⌄ · Reply · Share ›

> **Jesusismyquarterback** ➔ Tom65 · 17 days ago
>
> Four dead is what the likely outcome would be.
>
> 13 ⌃ ⌄ · Reply · Share ›

> **Jake Sykora** ➔ Tom65 · 16 days ago
>
> In 2008, two Black Panther members were seen standing outside a Philly polling station. At

**EXHIBIT 42**

Legally armed protester stands outside Dittman campaign offices for hours

least one had a billy club on him. The right immediately pounced and called it voter intimidation, despite the fact that this took place in an area that overwhelmingly voted for Obama.

I'm going to guess that these two guys will be hailed as "patriots" by the right, though.

3 ⌃ | ⌄ • Reply • Share ›



**Jacques** → Tom65 • 14 days ago

You mean like when the NBPP stood outside polling stations with clubs? Both were black and muslim. Guess your conjecture holds no water.

2 ⌃ | ⌄ • Reply • Share ›

**The Bitch Has Spoken** → Tom65 • 15 days ago

Exactly! It's a total double standard, people that preach 2nd Amend throw a fit if the person carrying isn't white

1 ⌃ | ⌄ • Reply • Share ›

**Dave Kitchen** → Tom65 • 16 days ago

I agree. Just think if it was one of my people, Indigenous. We'd be dead.

1 ⌃ | ⌄ • Reply • Share ›

**cuchulain** → Tom65 • 15 days ago

A few calls would get made. Some boys would arrive, carrying, and relax in chairs outside the office, staring at the visitors. Then go back to reading & laughing & talking to ofc staff. Then a little more staring. A relaxing day, overall.

1 ⌃ | ⌄ • Reply • Share ›

**Ken Krivenko** → Tom65 • 15 days ago

Now we have Muslim Americans?

⌃ | ⌄ • Reply • Share ›

**Akuin** → Tom65 • 15 days ago

You mean like in 2008 when those Black guys stood outside the polling place and intimidated whites to stay home and not vote....and subsequently were let off the hook by the DoJ?

⌃ | ⌄ • Reply • Share ›

**walkeradfa** • 17 days ago

Take away that pistol and he's forced to argue his case with intellect. No wonder he carries it.

173 ⌃ | ⌄ • Reply • Share ›

**hannjenn** → walkeradfa • 15 days ago

Such miscreants are all about physical intimidation, just like their god, Donald Dump.

1 ⌃ | ⌄ • Reply • Share ›

**SmokeyBehr** → walkeradfa • 16 days ago

Have you seen the kind of rabble that the Democrat Party attracts? Thugs and criminals. He's

just legally protecting himself.

2 ⌃   ⌄  •  Reply  •  Share ›



**hoosiercommonsense** ➜ SmokeyBehr • 12 days ago

More Dems than Repugs are college educated...Smokey. :)

⌃   ⌄  •  Reply  •  Share ›





**Mike Butler** ➜ walkeradfa • 14 days ago

So King George III should have taken away the guns from the Americans and then George Washington, Thomas Jefferson, John Adams, James Madison etc. would be forced to argue their case with intellect....ohhh wait...

1 ⌃   ⌄  •  Reply  •  Share ›



**cuchulain** ➜ walkeradfa • 15 days ago

einstein.... they're not there to debate or argue. They couldn't care less. It's a waste of time to do that with programmed robots. They're there to see just how easily triggered the safe-space little loonie brats are these days. A good time was had.

⌃   ⌄  •  Reply  •  Share ›



**Snexas** • 17 days ago

Persecution? Persecution is when a woman running for office has to fear for her life because a man is standing outside her office brandishing a gun. This man, along with the rest of Trump's supporters, has lost his damn mind.

106 ⌃   ⌄  •  Reply  •  Share ›



**Neil Bergenstein** ➜ Snexas • 17 days ago

No, they haven't all lost their minds. Many of them are logically calculating how a D.T. administration is going to earn them a lot of money.

5 ⌃   ⌄  •  Reply  •  Share ›



**Cboo** ➜ Neil Bergenstein • 17 days ago

DT is going to TAKE everything they have like he does everyone he comes in contact with,, The government, pays NO taxes.. People he hires and does not pay.. He is NO businessman just a cheap mafia hood who TAKES and does not give back.. A crook who lives his high lifesyle on bankrupcy and NOT paying his bills, he will end up in Prison and that ivorty tower crumbling into the street and the sooner the better.

37 ⌃   ⌄  •  Reply  •  Share ›



**yellowdogdemocrat** ➜ Cboo • 17 days ago

If he doesn't pay the Russian oligarchs what he owes them he better find a deserted island in the Pacific...

8 ⌃   ⌄  •  Reply  •  Share ›

**clg** ➜ yellowdogdemocrat • 15 days ago

Exactly....and that may not be far enough away.

⌃   ⌄  •  Reply  •  Share ›

**EXHIBIT 42**

Reply • Share ›

**Pay attention!** → yellowdogdemocrat • 16 days ago

SLAM DUNK! That is a brilliant post.

⌃ ⌄ • Reply • Share ›

**Carpe Vagenda** → Cboo • 16 days ago

Please. Us italians have our own dirty laundry (have you been enjoying our own boorish thrice-married Mayor Giuliani?). Trump's family was associated with the Klan, not the mob.

1 ⌃ ⌄ • Reply • Share ›

**hoosiercommonsense** → Carpe Vagenda • 12 days ago

Even the Trumpster's longtime mentor and lawyer? No association there? :)

⌃ ⌄ • Reply • Share ›

**Cboo** → Neil Bergenstein • 17 days ago

COWARDS , just cowards, trying to intimidate,, they wanna carry a gun so bad, let the Cowards go to the military.

36 ⌃ ⌄ | Reply • Share ›

**dcbeall** → Cboo • 16 days ago

Exactly what harm did they cause? They touched nobody. They hared nobody.

1 ⌃ ⌄ • Reply • Share ›

**SmokeyBehr** → Cboo • 16 days ago

How do you know he hasn't done a stint in the service?

⌃ ⌄ • Reply • Share ›

**flakingnapstich** → Neil Bergenstein • 17 days ago

They only THINK a Trump presidency will earn them money. Trump has left behind a trail of suckers he's taken to the cleaner.

34 ⌃ ⌄ | Reply • Share ›

**Pay attention!** → flakingnapstich • 16 days ago

He even cheated those little girls who sang and danced at one of his rallies! How pathetic is that?

3 ⌃ ⌄ • Reply • Share ›

**Deb** → flakingnapstich • 16 days ago

Flakingnapstich: I agree with the sentiment but not the use of the word "THINK"! They FEEL he'll make them better off DESPITE the facts to the contrary! Thinking isn't really involved in their opinion!

2 ⌃ ⌄ • Reply • Share ›

**Jocelyn Colvin-Donald** → Neil Bergenstein • 15 days ago

**EXHIBIT 42**

Can't lose what they never had

1 ∧ | ∨ • Reply • Share ›

**Ken Krivenko** ➜ Snexas • 15 days ago

Brandishing a gun is waving it around. Wearing a gun and showing it is not brandishing it.

1 ∧ | ∨ • Reply • Share ›



**HockeyCop** ➜ Ken Krivenko • 13 days ago

Federal law defines brandished as, "with reference to a dangerous weapon (including a firearm) means that all or part of the weapon was displayed, or the presence of the weapon was otherwise made known to another person, in order to intimidate that person, regardless of whether the weapon was directly visible to that person. Accordingly, although the dangerous weapon does not have to be directly visible, the weapon must be present." (18 USCS Appx § 1B1.1)

If an argument is going to be made on the definition of words, there should be an attempt to look for a legal definition based upon actual U.S. law rather than the opinion of the person making the argument.

I don't say this in condemnation of anyone in this thread, just a reminder that all the candidates in this election should also heed; if you want to raise support or awareness for your position, taking time to research and fact-check your sources is the only route that will prevent you from damaging your cause and reputation.

1 ∧ | ∨ • Reply • Share ›

**Mike Butler** ➜ Ken Krivenko • 14 days ago

Correct. That's called open carry. Legal in all but 5 states.

∧ | ∨ • Reply • Share ›

**CharlieSelf** ➜ Snexas • 16 days ago

Your only mistake is in calling him a man: it's a boy.

1 ∧ | ∨ • Reply • Share ›

**Jeff Mo** ➜ Snexas • 14 days ago

I'm not a fan of this guy's protest, but even I know that "brandishing" is not the same as "legally armed." Do you have information not related in the article? Do you have that little faith in police, that you think they would ignore someone "brandishing" over the span of 12 hours?

∧ | ∨ • Reply • Share ›

**cuchulain** ➜ Snexas • 15 days ago

Wow. HC was there? Kewl. ........... You are a clown, masquerading as a grown up person.

∧ | ∨ • Reply • Share ›

**OngoingFreedom** ➜ Snexas • 16 days ago

Hah. They didn't look like they were in fear for their lives. They looked like they were calculating how to make political hay for themselves.

∧ | ∨ • Reply • Share ›

**EXHIBIT 42**

**Bob Richards** → Snexas • 17 days ago

"brandishing a gun"... The current version of the article doesn't indicate anything about this guy brandishing

> brandish : transitive verb
>
> 1 : to shake *or* wave (as a weapon*)* menacingly
>
> 2 : to exhibit in an ostentatious *or* aggressive manner

a gun. Is there another report somewhere that indicates he did? Brandishing a gun is crime (misdemeanor or felony depending on the circumstances) in Virginia -- was he charged with doing so?

All this article says is that he was carrying a firearm which appears to be legal.

As you may know, Dittmar believes in depriving those who end up on a "no fly" list -- a secret list on which one is placed without notice, with no indication of why they are on the list, and no due process required to be put on the list -- of their Second Amendment rights. Perhaps the protester was carrying a firearm to call attention to Dittmar's desire to apply McCarthyism to the Second Amendment (and therefore, presumably, she's comfortable with the principle of denying people of other Constitutional rights without due process, and will not complain on Constitutional grounds when the First Amendment, Fourth Amendment, or Fifth Amendment is similarly limited in the name of "fighting terrorism"). If so, this is rather like someone protesting a politician that wants to discriminate against Muslims carrying and visibly displaying a Quran to make their point.

∧ | ∨ • Reply • Share ›

**Mom2KidsDog** • 17 days ago

That's not a protest .... those are intimidation tactics, pure and simple.

83 ∧ | ∨ • Reply • Share ›

**Mike Butler** → Mom2KidsDog • 14 days ago

No, FIREBOMBING Trump Headquarters in Hillsborough, NC is intimidation tactics, pure and simple. And terrorism, and arson, and thuggery, pure and simple.

Arguably he is more needed to stand guard in front of a Trump headquarters to fend off more firebombings.

1 ∧ | ∨ • Reply • Share ›

**hoosiercommonsense** → Mike Butler • 12 days ago

How come nobody got so upset when a bullet went through one of HIllary Clinton's headquarters last time she ran? Sauce for the goose is sauce for the Trumpster. Hillary was brave enough to continue that campaign and to run for office again, and has no armed radicals standing guard outside her headquarters.

∧ | ∨ • Reply • Share ›

**EXHIBIT 42**

**Dave** ➜ Mom2KidsDog • 16 days ago

Pretty much the same tactics that anti-Trump protesters do by attacking Trump supporters or ILLEGALLY blockading roadways.

I don't fully endorse his methods, but I would like to mention that the intimidation by anti-trump protesters actually included BREAKING the law which included assault and battery of unarmed people.



Just some thoughts.

1 ⌃ | ⌄ • Reply • Share ›

**br matteson** ➜ Mom2KidsDog • 16 days ago

I agree. In light of what happened at Gabby Gifford's offices only a few years ago... I don't understand what law enforcement is not intervening in this obvious intimidation.

1 ⌃ | ⌄ • Reply • Share ›

Load more comments

✉ Subscribe    ⓓ Add Disqus to your site Add Disqus Add    🔒 Privacy         **DISQUS**

**EXHIBIT 42**



**EXHIBIT 43**

Columbus, Ohio • Oct 31, 2016 • 48° Broken Clouds

# The Columbus Dispatch

Search

➤ Hot Links:

# Trump backers walking shaky legal line in monitoring voters

By Darrel Rowland & Randy Ludlow

The Columbus Dispatch • Monday October 24, 2016 6:22 AM

| 3390 | 84 | 3587 |



THE DAILY BRIEFING

➤ President Obama to campaign for Clinton on Tuesday in Bexley

➤ Johnson campaign asks stations to dump radio ad for Kunze

➤ Bill Bradley on Trump: 'Who do you trust with your life?'

➤ Hillary Clinton, Barack Obama schedule stops in Ohio next week



Buckeye Forum Podcast

The Dispatch public affairs team talks politics and tackles state and federal government issues in the Buckeye Forum podcast.

YOUR RIGHT TO KNOW

➤ Public records complaint program open for business

Leon Neisius is ready to follow Donald Trump's call to sign up as a polling place monitor.

But not in his home, mostly rural Fairfield County. He wants to watch over voting in urban Franklin County.

"Fraud's more likely up there," said the 73-year-old retired Air Force technician who lives near Pickerington.

Josh Parks, 20, also wants to get trained as a poll-watcher so he can ferret out suspicious behavior. The construction worker from Westfield in Delaware County is looking forward to casting his first presidential vote — for Trump — but suspects it may not count because of fraud.



REQUEST TO BUY THIS PHOTO

DISPATCH FILE PHOTO

"I wouldn't doubt it," said Parks, who, like Neisius, was attending a Trump rally last week in Delaware.

While presidential elections are always high-stakes endeavors in Ohio, Trump's insistence that this year's vote might be rigged, and his call for supporters to keep watch at polling places, has raised the prospect of possible voter intimidation.

"It's disheartening. At some point you say, 'When will this end?'" said Alicia Reece, head of the Ohio Legislative Black Caucus.

The Cincinnati state representative noted that she had just toured the Smithsonian's new National Museum of African-American History and Culture and took special note of the repeated attempts through the years to keep blacks from casting ballots.

"It just shows you the power of voting," she said. "We're not going to be turned around. We're going to continue to turn out to vote."

Matt Masterson, formerly interim chief of staff in the Ohio secretary of state's office and now vice chairman of the U.S. Election Assistance Commission, said elections officials across the country are gearing up for Election Day even more this year, reviewing their emergency and safety procedures while trying not to discourage voting.

"There's an increased awareness to the rhetoric, and therefore a checking and testing of their plans," he said.

**EXHIBIT 44**

groups supporting their right to vote.

Reece said several civil-rights organizations are likely to be represented. The Ohio Democratic Party will have official observers inside at least 1,500 polling locations, a help center staffed by 100, and a team of lawyers on standby, Chairman David Pepper said.

A nonpartisan voter protection coalition composed of organizations ranging from the American Bar Association to the League of Women Voters of Ohio will be stationed outside polling places to assist voters. It already is operating a hotline: 866-OUR-VOTE.

The Trump team "will monitor voting activities to ensure that all laws are followed," said Seth Unger, the

trust and verify, as both parties do in every election.

More Trump staff members moved into Ohio GOP headquarters last week to help recruit and certify hundreds of Republican observers, party spokeswoman Brittany Warner said. State GOP Chairman Matt Borges also met with Attorneys for Trump, who will be mobilized on Election Day.

When asked about the possibility of Trump supporters trying to intimidate voters, Warner said, "Nothing we're doing this year is anything different than what we've done in 2012 or 2014."

Others have a less benign view.

"It is worrisome that a presidential candidate would tell voters to go to the polls to look at other people, that they might be doing something wrong," said Catherine Turcer, policy analyst for Common Cause-Ohio, one of the groups in the nonpartisan coalition.

She is concerned about monitors showing up at polling places who "will look at other people who are different from them and somehow think that they don't deserve the right to vote as do all Americans."

Hillary Clinton's Ohio campaign referred to an earlier statement from campaign manager Robby Mook: "Participation in the system — and particularly voting — should be encouraged, not dismissed or undermined because a candidate is afraid he's going to lose."

Saturday night, the Democratic Coalition Against Trump filed a complaint with the Department of Justice accusing Trump of violating the Voting Rights Act of 1965, which states that no person "shall intimidate, threaten, or coerce any person" for exercising their right to vote.

Trump often has talked about a "stolen election." In Pennsylvania, he called on backers from mostly white rural areas to go to predominantly black Philadelphia to watch for voter fraud.

At a Trump rally this month in Cincinnati, Steve Webb, 61, of Fairfield in southwestern Ohio, told the Boston Globe, "I'll look for ... well, it's called racial profiling. Mexicans. Syrians. People who can't speak American. I'm going to go right up behind them. I'll do everything legally. I want to see if they are accountable. I'm not going to do anything illegal. I'm going to make them a little bit nervous."

Actually, that type of action likely is illegal in Ohio.

State rules bar "impeding, interfering with, or disrupting the election in some manner" or "intimidating, harassing, or attempting to influence voters or precinct election officials."

The regulations stress: "Observers may not serve as enforcers of the laws nor act as advocates for voters before the precinct election officials."

Official observers (those allowed inside the polling places) must be registered Ohio voters and certified by a party and must take an oath agreeing to abide by the rules.

A voter may be challenged only by a precinct election official or the voting location manager and only for certain reasons.

**EXHIBIT 44**

National Committee agreed to halt efforts to challenge or even monitor voter eligibility on Election Day, especially in areas where the "racial or ethnic composition" of voters is a factor. The GOP's attorney reminded committee members of that prohibition last week.

The pact doesn't apply directly to state parties or candidates like Trump unless they are acting as an agent of the national party. But Rick Hasen, an election-law expert with the University of California-Irvine, said Trump is arguably an agent of the national party, which is picking up part of the tab for his campaign.

That means the GOP already may have violated the court agreement. "I think it is already too late for the RNC," Hasen said in his blog last week.

rludlow@dispatch.com
@RandyLudlow

---

Favorite    Print Story                1

## You May Like

Sponsored Links by Taboola

Why This Razor Is Causing So Many Guys To Switch
Harry's

A Fired Disney Employee Reveals The Truth About 'The Happiest Place On Earth'
Trend Chaser

Only 2% Can Pass This World War II Quiz - Can You?
History Hole

Remember Christy Canyon? You Won't Be Able To Recognize Her Today
College Freakz

ESPN Rocked by Scandal
Detonate

She Had No Idea Why The Men Kept Cheering Her On!
Your Tailored News

**EXHIBIT 44**



HOVER FOR CIRCULAR                    HOVER FOR CIRCULAR



HOVER FOR CIRCULAR                    HOVER FOR CIRCULAR

Advertisement • Place an ad

**EXHIBIT 44**


Ad closed by Google

Stop seeing this ad   AdChoices ▷

## Arrest made after manure dumped outside Warren County Dems HQ



Breaking News Staff
5:09 p.m Saturday, Oct. 29, 2016 | Filed in Homepage



HOMEPAGE ➤

VIEW CAPTION

LEBANON — UPDATE: 11:03 a.m. Oct. 31

The Warren County Sheriff's Office has made an arrest in the case of a truckload of manure dumped at Warren County Democratic Party headquarters.

The suspect, James R. Pinell, 47, of Lebanon, was charged with one count of Criminal Mischief, a misdemeanor of the third degree. He is scheduled to appear in Lebanon Municipal Court for arraignment on Thursday.

**ORIGINAL REPORT: 5:08 p.m Oct. 29**

A truckload of manure was dumped this morning outside the Warren County Democratic Party headquarters.

The same thing happened in 2012, but this time, the building has a security camera that recorded someone dumping the mountain of manure just after midnight, Bethe Goldenfield, chairwoman of the Warren County Democratic Party told our media partner WCPO-TV in Cincinnati.

Rachel Harvey Katz, regional press secretary for Democrat Hillary Clinton's presidential campaign, told WCPO that a volunteer found the manure pile outside the door to the building, 1975 U.S. 42.

The party issued a plea for volunteers to help get voters to the polls on its Facebook page, which also posted a photo and warning: "We have cameras, so the perps will hopefully be responsible for their actions."

**EXHIBIT 45**

Download our free mobile apps for breaking news and weather on your smartphone



### PROMOTED STORIES

Sponsored Links by Taboola ▷

Meet The Razor Taking The Internet By Storm - Shop Now
Harry's - Ad

'Charlie's Angels' Actress Jaclyn Smith Is Totally Unrecognizable Today
Semesterz - Ad

Rarely Seen Historical Photos That Left Us Speechless
The Brofessional - Ad

You're In For A Big Surprise in 2016 If You Own A Home in District Of Columbia
Comparisons.org Quotes - Ad

Meet the US Navy's new $13 billion aircraft carrier
CNET - Ad

The Story Behind Your Last Name Will Surprise You
Ancestry - Ad

## WEATHER AND TRAFFIC

74°☀

45403



## MOST READ

1. Brookville officers involved in deadly shooting identified

2. Brookville officer-involved shooting: 3 key details

3. Debate over 'fake' service animals

**EXHIBIT 45**



**EXHIBIT 46**



**EXHIBIT 47**





**EXHIBIT 47**