**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| OHIO DEMOCRATIC PARTY, | CASE NO. 1:16-cv-02645-JG |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | **DEFENDANT'S NOTICE OF WITNESSES** |
| OHIO REPUBLICAN PARTY, et al. | |
| Defendants. | |

Now comes, Defendant, Ohio Republican Party ("ORP"), by and through the undersigned counsel, and pursuant to this Honorable Court's Order of November 3, 2016 submits the following list of witnesses that it intends to call at the hearing on November 4, 2016:

- Katie Eagan, Executive Director, Ohio Republican Party;
- Sherri Warner, Chief Counsel, Ohio Republican Party.

10853495v1

Respectfully Submitted,

*/s/ Christopher M. Ernst*
Maria Armstrong (0038973)
BRICKER & ECKLER LLP
100 S. Third Street
Columbus, Ohio 43215
Telephone: 614-227-2300
Facsimile: 614-227-2390
Email: marmstrong@bricker.com

and

Christopher M Ernst (0056159)
BRICKER & ECKLER LLP
1001 Lakeside Avenue East, Suite 1350
Cleveland, Ohio 44114
Telephone: 216-523-5405
Facsimile: 216-523-7071
Email: cernst@bricker.com
*Counsel for Defendant,*
*Ohio Republican Party*

10848446v1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 3, 2016, the foregoing document was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ Christopher M. Ernst*
                                            Christopher M. Ernst (#0056159)
                                            *Counsel for Defendant,*
                                            *Ohio Republican Party*

10848446v1