IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Ohio Democratic Party,** | Civil Action No. 1:16-cv-2645 |
| **Plaintiff,** | Judge James S. Gwin |
| v. | Magistrate Judge Thomas M. Parker |
| **Ohio Republican Party; Donald J. Trump for President, Inc.; Roger J. Stone Jr.; and Stop the Steal Inc.,** | |
| **Defendants.** | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Donald J. Trump for President, Inc. appeals to the United States Court of Appeals for the Sixth Circuit the Opinion & Order (Dkt. 27), which was entered on November 4, 2016.

Dated: November 4, 2016                           Respectfully submitted,

                                                      s/ Chad A. Readler
                                                     Chad A. Readler (0068394)
                                                     JONES DAY
                                                     325 John H. McConnell Blvd., Suite 600
                                                     Columbus, OH 43215
                                                     (614) 469-3939
                                                     careadler@jonesday.com

                                                   *Attorney for Defendant*
                                                   *Donald J. Trump for President, Inc*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2016, a copy of the foregoing Notice of Appeal of Donald J. Trump for President, Inc. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Chad A. Readler
Chad A. Readler
