UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br><br>                    Plaintiff,<br><br>    v.<br><br>OHIO REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>                    Defendants. | Civil Action No. 1:16-cv-02645-JG<br><br>JUDGE JAMES S. GWIN<br><br>MAGISTRATE JUDGE THOMAS M. PARKER |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Ohio Democratic Party respectfully requests that the Court dismiss this action because the claims set forth in the Complaint, which are for injunctive relief, are in connection with the 2016 Election, which took place on November 8, 2016. As the 2016 Election has already occurred, the claims for injunctive relief set forth in the Complaint are rendered moot and should not be further litigated.

      On November 9, 2016, via telephone, Plaintiff's counsel spoke with counsel for Defendant Donald J. Trump for President, Inc. (the "Trump Campaign"), who represented the Trump Campaign was unopposed to this Motion. Also on November 9, 2016, Plaintiff's counsel contacted counsel for Defendant The Ohio Republican Party (the "ORP") via telephone, but counsel for the ORP was unable to advise if the ORP was unopposed to this Motion.

A proposed Order dismissing this action is attached hereto.

November 9, 2016                              Respectfully submitted,

                                                       /s/ Steven S. Kaufman

Steven S. Kaufman
Chad D. Cooper
KAUFMAN & COMPANY, LLC
1001 Lakeside Avenue – Suite 1710
Cleveland, Ohio 44114
Tel.: (216) 912-5500
Fax: (216) 912-5501
Steve.Kaufman@Kaufman-Company.com
Chad.Cooper@Kaufman-Company.com

Donald J. McTigue
Derek S. Clinger
MCTIGUE & COLOMBO LLC
545 East Town Street
Columbus, OH 43215
Tel: (614) 263-7000
Fax: (614) 263-7078
dmctigue@electionlawgroup.com

N. Zachary West
OHIO DEMOCRATIC PARTY
340 East Fulton Street
Columbus, OH 42315
Tel: (614) 221-6563
Fax: (614) 221-0721
zwest@ohiodems.org
(appearing *pro hac vice*)

Marc E. Elias
Perkins Coie LLP
700 13th Street, Suite 600
Washington, DC 20005
Tel: (202) 434-1609
Fax: (202) 654-9126
melias@perkinscoie.com
(appearing *pro hac vice*)

Michael J. Gottlieb
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.

Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com
(appearing *pro hac vice*)

Dawn L. Smalls
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (202) 754-4216
Fax: (212) 446-2350
dsmalls@bsfllp.com
(appearing *pro hac vice*)

*Attorneys for Plaintiff Ohio Democratic Party*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 9, 2016, a copy of the foregoing Motion for Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served in accordance with the Federal Rules of Civil Procedure. Parties may access this filing through the Court's system.

/s/ Steven S. Kaufman
*One of the Attorneys for Plaintiff*
*Ohio Democratic Party*