# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br><br>      Plaintiff,<br><br> v.<br><br>OHIO REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., STOP THE STEAL INC.,<br><br>      Defendants. | Civil Action No. 1:16-cv-02645-JG<br><br>JUDGE JAMES S. GWIN<br><br>MAGISTRATE JUDGE THOMAS M. PARKER |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

This Court, having considered Plaintiff's Motion for Voluntary Dismissal, hereby **GRANTS** the motion and **ORDERS** that the above-captioned action is dismissed in its entirety without prejudice.

**SO ORDERED**.

                 _____
                 Hon. James S. Gwin, U.S.D.J.

Dated: _____

1

Submitted by:

/s/ Steven S. Kaufman

Steven S. Kaufman
Chad D. Cooper
KAUFMAN & COMPANY, LLC
1001 Lakeside Avenue – Suite 1710
Cleveland, Ohio 44114
Tel.: (216) 912-5500
Fax: (216) 912-5501
Steve.Kaufman@Kaufman-Company.com
Chad.Cooper@Kaufman-Company.com

Donald J. McTigue
Derek S. Clinger
MCTIGUE & COLOMBO LLC
545 East Town Street
Columbus, OH 43215
Tel: (614) 263-7000
Fax: (614) 263-7078
dmctigue@electionlawgroup.com

N. Zachary West
OHIO DEMOCRATIC PARTY
340 East Fulton Street
Columbus, OH 42315
Tel: (614) 221-6563
Fax: (614) 221-0721
zwest@ohiodems.org
(appearing *pro hac vice*)

Marc E. Elias
Perkins Coie LLP
700 13th Street, Suite 600
Washington, DC 20005
Tel: (202) 434-1609
Fax: (202) 654-9126
melias@perkinscoie.com
(appearing *pro hac vice*)

Michael J. Gottlieb
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.
Washington, DC 20015
Tel: (202) 237-2727

2

Fax: (202) 237-6131
mgottlieb@bsfllp.com
(appearing *pro hac vice*)

Dawn L. Smalls
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (202) 754-4216
Fax: (212) 446-2350
dsmalls@bsfllp.com
(appearing *pro hac vice*)

*Attorneys for Plaintiff Ohio Democratic Party*