**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| OHIO DEMOCRATIC PARTY,<br><br>                      Plaintiff,<br><br>   v.<br><br>OHIO REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., STOP THE STEAL INC.,<br><br>                      Defendants. | Civil Action No. 1:16-cv-02645-JG<br><br>JUDGE JAMES S. GWIN<br><br>MAGISTRATE JUDGE THOMAS M. PARKER |

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

This Court, having considered Plaintiff's Motion for Voluntary Dismissal, hereby **GRANTS** the motion and **ORDERS** that the above-captioned action is dismissed in its entirety without prejudice.

**SO ORDERED**.

                                                             *s/ James S. Gwin*
                                                             JAMES S. GWIN
                                                             UNITED STATES DISTRICT JUDGE

Dated: 11/10/16