Case No. 16-4268

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

OHIO DEMOCRATIC PARTY

    Plaintiff - Appellee

v.                                                                     1:16cv2645 - JG

OHIO REPUBLICAN PARTY

    Defendant

ROGER J. STONE, JR.; STOP THE STEAL, INC.

    Defendants

and

DONALD J. TRUMP FOR PRESIDENT, INC.

    Defendant - Appellant

   Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                            **ENTERED BY ORDER OF THE COURT**

                                            Deborah S. Hunt, Clerk

Issued: December 12, 2016